## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | | |
| | **)** | | |
| **v.** | **)** | **No.** | **21-cr-0509 (TSC)** |
| **ANTONY VO** | **)** | | |
| | **)** | | |
| **Defendant.** | **)** | | |
| | **)** | | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

Antony Vo, through undersigned counsel, and joined with the United States Attorney for the District of Columbia, request that the status conference currently scheduled for October 22, 2021 be continued for 60 days, and time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  In support, the parties submit as follows:

1. On July 20, 2021, Mr. Vo was charged via criminal complaint with violations of 18 U.S.C. §1752(a)(1), and (2) , and 40 U.S.C. §5104(e(2)(D), and (G) for allegations arising out of conduct on January 6, 2021.  *See* ECF No. 1.

2. On July 26, 2021, Mr. Vo was placed on pre-trial release and ordered to abide by standard conditions.  To this date, he has been compliant with all conditions.  *See* ECF Nos. 7, 11.

3. On August 5, 2021, the government filed an Information alleging the same charges described above.  Mr. Vo entered a plea of not guilty to these charges on August 10, 2021.  *See* ECF No. 8.

4. On August 23, 2021, Mr. Vo appeared before this Court and both parties requested an exclusion of time until October 22, 2021 in order to obtain and review discovery.

5.  In the interim, the government provided a production of discovery that has now been reviewed by counsel and the defendant.  Government counsel advised that there will be more defendant specific productions provided in the near future.  Defense counsel is also close to finalizing the licensing process to be able to access the voluminous video production uploaded to evidence.com referenced in the government's memorandum on discovery filed on October 13, 2021.

6.  The parties request a further continuance in this matter so that the defense can review the outstanding discovery productions and to discuss potential negotiations with the government.

7.  Accordingly, the parties now jointly move this Court to continue the status conference, currently scheduled for October 22 2021, for a period of 60 days.  Such a continuance will allow for the continued provision and review of discovery, as well as allow the parties to continue discussions regarding a possible resolution of this matter short of trial.

8.  The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the continued status conference in this matter.  The parties submit that a continuance of approximately 60 days is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial pursuant to the factors described in 18 U.S.C. §3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, Mr. Vo asks in conjunction with the United States, that this Honorable Court continue the Status Conference currently scheduled for October 22, 2021. for a period of 60 days, and toll time under the Speedy Trial Act until the new hearing date.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org


_____/s/_____
Michael J. Romano
Trial Attorney, Detailee
IL Bar No. 6293658
555 4th Street, N.W.
Washington, D.C. 20530
202-307-6691
Michael.romano@usdoj.gov