UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:21-cr-00509-TSC |
| v. : | |
| : | |
| ANTONY VO, : | |
| : | |
| Defendant. : | |

**SECOND JOINT MOTION TO CONTINUE**

The United States of America, by and through its undersigned counsel, and joined with the defendant, request that the status conference currently scheduled for December 20, 2021 be continued for 75 days, and time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161. In support of this request, the parties submit as follows:

1. On July 20, 2021, the defendant was charged via criminal complaint with violations of 18 U.S.C. §1752(a)(1), and (2), and 40 U.S.C. §5104(e)(2)(D), and (G) for allegations arising out of conduct on January 6, 2021. *See* ECF No. 1.

2. On July 26, 2021, the defendant was placed on pre-trial release and ordered to abide by standard conditions. The defendant remains on pretrial release. *See* ECF Nos. 7, 11, 17.

3. On August 5, 2021, the government filed an Information alleging the same charges described above. The defendant entered a plea of not guilty to these charges on August 10, 2021. *See* ECF No. 8.

4. On August 23, 2021, the defendant appeared before this Court and both parties requested an exclusion of time until October 22, 2021 in order to obtain and review discovery. Prior to October 22, 2021, the government provided discovery to the defendant. On October 18, 2021, the parties jointly requested a continuance of the October 22, 2021 status of 60 days for the

defense to review that discovery and allow the parties to discuss a potential pretrial resolution of the case. *See* ECF No. 15.

5. Since October 22, 2021, the government has produced additional discovery to the defendant. That includes case-specific discovery as well as voluminous, global discovery productions common across prosecutions connected with the events of January 6, 2021. Those productions included: hundreds of hours of body-worn camera footage from the Metropolitan Police Department ("MPD"), Fairfax County, Virginia, and Montgomery County, Maryland; 30 hours of MPD radio transmissions, a 673-page transcript of these transmissions; U.S. Capitol Police after-action reports; and FBI reports of interviews with law enforcement officers about their experiences on January 6, 2021; and maps of the exterior of the capitol. Related to this specific case, the government has produced U.S. Capitol Police surveillance footage and has made the digital image of the defendant's cell phone available for his review.

6. The parties request a further continuance in this matter so that the defense can review the outstanding discovery productions and to discuss potential negotiations with the government. Accordingly, the parties now jointly move this Court to continue the status conference, currently scheduled for December 20, 2021, for a period of 75 days. Such a continuance will allow for the continued provision and review of discovery, as well as allow the parties to continue discussions regarding a possible resolution of this matter short of trial.

7. The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the continued status conference in this matter. The parties submit that a continuance of approximately 60 days is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the

public and defendant in a speedy trial pursuant to the factors described in 18 U.S.C. §3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, the parties request that this Court continue the Status Conference currently scheduled for December 20, 2021, for a period of 75 days, and toll time under the Speedy Trial Act until the new hearing date.

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES
                                  United States Attorney
                                  D.C. Bar No. 481052

By:    */s/ Michael J. Romano*
        MICHAEL J. ROMANO
        IL Bar No. 6293658
        Trial Attorney, Detailee
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone No. (202) 307-6691
        michael.romano@usdoj.gov