# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL NO. 1:21-cr-00509-TSC** |
| **v.** | : |
| | : |
| **ANTONY VO,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Before the Court is a Joint Motion to Continue Status Conference. For the reasons set forth therein, it is hereby

**ORDERED** that the current status hearing set for December 20, 2021 be continued to _____, 2022 at \_\_\_\_\_ a.m./p.m.; and it is further

**ORDERED** that the time between October 22, 2021 and _____, 2022 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in the discovery process and pretrial negotiations.

DATE:

_____
Tanya S. Chutkan
United States District Judge