AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00530 |
| Antony Vo | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 07/20/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Antony Vo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:   07/20/2021                                          2021.07.20 15:59:59 -04'00'
                                                            *Issuing officer's signature*

City and state:   Washington, D.C.                          Zia M. Faruqui, U.S. Magistrate Judge
                                                            *Printed name and title*

### Return

This warrant was received on *(date)* 7/20/21, and the person was arrested on *(date)* 7/21/21
at *(city and state)* Bloomington, IN.

Date: 7/21/21
                                                            *Arresting officer's signature*

                                                            JOSEPH HENRY / TFO
                                                            *Printed name and title*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | 2:21-mj-00030-CMM |
| vs. ) | |
| ) | |
| ANTHONY VO, ) | |
|     Defendant. ) | |

## COURTROOM MINUTES FOR JULY 21, 2020
## HONORABLE CRAIG M. MCKEE, MAGISTRATE JUDGE

Parties appear for an initial appearance on a Rule 5(c)(3) hearing on a Criminal Complaint filed in the District of Columbia, case No. 1:21-mj-00530.

Government is represented by AUSA, Matthew Rinka (by telephone). Defendant Anthony Vo appears in person with FCD counsel, William Dazey. USPO represented by Stephanie Hood.

The Complaint and accompanying affidavit both are summarized on the record. The defendant was advised of his rights and then nature of the charges. The defendant voluntarily executed a Waiver of Rule 5.1 Hearing. The defendant reserved his right to request a probable cause hearing for proceedings in the District of Columbia District Court.

Government is not seeking detention. The defendant was released on terms and conditions set forth in writing. See separate Order Setting Conditions of Release executed by the defendants and countersigned by the Court. The defendant is ordered RELEASED pending a meeting with USPO and processing by the United States Marshal immediately following this hearing and compliance with all terms and conditions of the order.

Dated: July 21, 2020

                                                      _____
                                                      CRAIG M. McKEE, Magistrate Judge
                                                      United States District Court
                                                      Southern District of Indiana

Distribution to:
Counsel of Record

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana ▼

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:21-mj-0030-CMM |
| ) | |
| ANTONY VO ) | |
| ) | Charging District's Case No. 1:21-mj-00530 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing. Deferred to proceedings in D.C. District Court

☐ a detention hearing. Moot

☒ an ~~identity hearing~~, p~~roduction of the judg~~ment, warrant, and ~~warrant application~~, and any preliminary or ~~detention hearing~~ to which I may be entitled in this district. I request that my
☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.   moot

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/21/2021

X *(signature)*
*Defendant's Signature*

*(signature)*
*Signature of defendant's attorney*

William H. Dazey, Jr.
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the

## Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> ANTHONY VO <br> *Defendant* | ) <br> ) <br> ) Case No.  2:21-mj-00030-CMM <br> ) <br> ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

  The defendant must appear at: The United States District Court, District of Columbia, via Zoom, for an Initial Appearance hearing.
  *Place*

  on 7/26/2021 at 1:00 p.m.
  *Date and Time*

  If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Deft. Initials: AV

AO 199B (Rev. 10/20 - Modified by INSD 04/21) Additional Conditions of Release                              Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                                                                Custodian                     Date

( ☒ ) (7) The defendant must:
    ( ☒ ) (a) submit to supervision by and report for supervision to the   U.S. PROBATION OFFICE   ,
             telephone number _____, no later than   AS THEY INSTRUCT  .
    ( ☒ ) (b) continue or actively seek employment.
    ( ☐ ) (c) continue or start an education program.
    ( ☒ ) (d) surrender any passport to:   THE U.S. PROBATION OFFICE FOR THE SOUTHERN DISTRICT OF INDIANA
    ( ☒ ) (e) not obtain a passport or other international travel document.
    (~~☒~~) ~~(f) abide by the following restrictions on personal association, residence, or travel:   RESTRICTED TO THE SOUTHERN DISTRICT OF INDIANA UNLESS PRE-APPROVED BY THE U.S. PROBATION OFFICE.~~
    ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   ANY CO-DEFENDANTS OR POTENTIAL CO-DEFENDANTS – IF RELATED DO NOT DISCUSS CASE
    ( ☐ ) (h) get medical or psychiatric treatment: _____
    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
    (~~☒~~) ~~(l) not use alcohol ( ☒ ) at all ( ☐ ) not to exceed .079 BAC.~~
    (~~☒~~) ~~(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.~~
    (~~☒~~) ~~(n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.~~
    ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
        ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
        ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
    ( ☐ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (ii) Voice Recognition; or
        ( ☐ ) (iii) Radio Frequency; or
        ( ☐ ) (iv) GPS.

Deft. Initials: AV

## ADDITIONAL CONDITIONS OF RELEASE

AN  ( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

AN  ( ☒ )  (s)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ )  (t)  submit to the search of his/her person, vehicle, office/business, residence and property, including computer systems and internet-enabled devices, whenever the pretrial release office has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving the defendant. Other law enforcement may assist as necessary. The defendant shall submit to the seizure of any contraband that is found, and should forewarn other occupants or users that the property may be subject to being searched

( ☐ )  (u)  The defendant shall not incur new credit charges or open additional lines of credit. The defendant shall provide the pretrial release office access to any requested financial information for both business and personal accounts.

( ☐ )  (v)  Defendant is to report to the U.S. Marshal Office, 921 Ohio Street, Terre Haute, Indiana on _____ between the hours of 9:00 am and 3:00 p.m. EST for processing.

Deft. Initials: AN

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Bloomington, IN
_____
*City and State*

### Directions to the United States Marshal

( ☐ )  The defendant is ORDERED released after processing by U.S. Marshal on or before _____.
( ☒ )  The defendant is ORDERED released. See condition (v).
( ☐ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 21 July 2021

_____
*Judicial Officer's Signature*

Craig M. McKee, Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Deft. Initials: AV

# U.S. District Court
## Southern District of Indiana (Terre Haute)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-00030-CMM All Defendants

Case title: USA v. VO                                                    Date Filed: 07/21/2021

Assigned to: Magistrate Judge Craig M. McKee

**Defendant (1)**

ANTONY VO                               represented by   **William H. Dazey , Jr.**
                                                        INDIANA FEDERAL COMMUNITY
                                                        DEFENDERS
                                                        111 Monument Circle
                                                        Suite 3200
                                                        Indianapolis, IN 46204
                                                        (317) 383-3520
                                                        Fax: (317) 383-3525
                                                        Email: bill.dazey@fd.org
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Matthew Rinka**<br>UNITED STATES ATTORNEY'S OFFICE (Indianapolis)<br>10 West Market Street<br>Suite 2100<br>Indianapolis, IN 46204<br>(317) 229-2865<br>Email: matthew.rinka@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2021 | 1 | SCHEDULING ORDER as to ANTONY VO (1) An Initial Appearance - Rule 40 is set for 7/21/2021 at 2:00 PM in room #131, United States Courthouse, 921 Ohio Street, Terre Haute, Indiana before Magistrate Judge Craig M. McKee. Signed by Magistrate Judge Craig M. McKee on 7/21/2021. Electronic Notice to USPO.(KAA) (Entered: 07/22/2021) |
| 07/21/2021 | 2 | MINUTE ORDER for proceedings held before Magistrate Judge Craig M. McKee: as to ANTONY VO (1)Initial Appearance in Rule 5(c)(3) Proceedings as to ANTONY VO (1) held on 7/21/2021. Parties appear for an initial appearance on a Rule 5(c)(3) hearing on a Criminal Complaint filed in the District of Columbia, case No. 1:21-mj-00530. Government is represented by AUSA, Matthew Rinka (by telephone). Defendant Anthony Vo appears in person with FCD counsel, William Dazey. USPO represented by Stephanie Hood. The Complaint and accompanying affidavit both are summarized on the record. The defendant was advised of his rights and then nature of the charges. The defendant voluntarily executed a Waiver of Rule 5.1 Hearing. The defendant reserved his right to request a probable cause hearing for proceedings in the District of Columbia District Court. Government is not seeking detention. The defendant was released on terms and conditions set forth in writing. See separate Order Setting Conditions of Release executed by the defendants and countersigned by the Court. The defendant is ordered RELEASED pending a meeting with USPO and processing by the United States Marshal immediately following this hearing and compliance with all terms and conditions of the order. Signed by Magistrate Judge Craig M. McKee. (KAA) (Entered: 07/22/2021) |
| 07/21/2021 | 3 | Arrest Warrant Returned by US Marshal. Service of Warrant EXECUTED on 7/21/2021 in case as to ANTONY VO (1). Electronic Notice to USM-W.(KAA) (Entered: 07/22/2021) |
| 07/21/2021 | 5 | WAIVER of Rule 5(c)(3) Hearing by ANTONY VO (1) (KAA) (Entered: 07/22/2021) |
| 07/21/2021 | 6 | ORDER Setting Conditions of Release as to ANTONY VO (1). Signed by Magistrate Judge Craig M. McKee on 7/21/2021. Electronic Notice to USM-C.(KAA) (Entered: 07/22/2021) |
| 07/22/2021 | | Notice of a Rule 5 or Rule 32 Initial Appearance as to ANTONY VO (1). Transferee court case number is: 1:21-mj-00530. Using a PACER account, the docket sheet and any documents may be received via the case number link. Any necessary sealed/restricted documents will be transmitted to the receiving district court via a separate e-mail message.<br><br>If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (KAA) (Entered: 07/22/2021) |

**Case #: 2:21-mj-00030-CMM-All**