UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Cr. No. 21-cr-00509 (TSC) |
| | : | |
| **ANTONY VO,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is an Unopposed Motion to Vacate Status Conference and Schedule a Change of Plea Hearing. For the reasons set forth therein, it is hereby

**ORDERED** that the current status hearing set for March 2, 2022 be continued to _____, 2022 at _____ a/p.m.; and it is further

**ORDERED** that the time between March 2, 2022 and _____ 2022 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

DATE:

_____
Tanya S. Chutkan
United States District Judge