UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-509-TSC |
| | : | |
| ANTONY VO | : | |
| | : | |
| Defendant. | : | Pre-Trial Conference: October 14, 2022 |

## JOINT MOTION FOR PRETRIAL SCHEDULING ORDER

The United States of America and the Defendant jointly move the Court to impose the attached order setting a pre-trial schedule in the above-captioned case. Trial in this case is currently set to begin on November 9, 2022, and the parties jointly propose the following as reasonable deadlines in which to prepare pre-trial pleadings and materials and to confer for the purpose of reaching agreement on the admissibility of exhibits, where feasible. The parties respectfully request that the Court issue the following proposed order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Michael J. Romano*
MICHAEL ROMANO
Trial Attorney
Detailed to the United States Attorney's Office
for the District of Columbia
IL Bar No. 6293658
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7154
michael.romano2@usdoj.gov