UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 21-cr-509 (TSC) |
| | : | |
| **ANTONY VO,** | : | |
| | : | |
| **Defendant.** | : | |

### PRETRIAL SCHEDULING ORDER

1. **TRIAL**. Trial of this matter will commence on November 9, 2022, at 9:30 a.m., in Courtroom 9.

2. **PRE-TRIAL CONFERENCE**. A pre-trial conference will be held on October 7, 2022, at 12:30 p.m. via videoconference. The Court will rule on all pre-trial motions and objections to proposed exhibits, to the extent possible, at the pre-trial conference, hearing argument as necessary

3. **PRE-TRIAL AND SUPPRESSION MOTIONS**. Any motions to suppress evidence, and any other pre-trial motions (excluding motions in limine), shall be filed on or before June 29, 2022. Oppositions shall be due on or before July 27, 2022, and replies shall be due on or before August 3, 2022. The Court will schedule a hearing on the motion(s) as necessary.

4. **Fed. R. Evid. 404(b) NOTICE**. Not later than September 7, 2022, the government shall provide notice of evidence it intends to offer pursuant to Fed. R. Evid. 404(b).

5. **MOTIONS IN LIMINE**. All motions in limine shall be filed on, or before, September 14, 2022. Responses shall be filed not later than September 28, 2022, and replies shall be filed not later than October 3, 2022.

6. **PROPOSED JURY INSTRUCTIONS**. Counsel shall file proposed jury instructions and a proposed verdict form—jointly, to the extent possible—on or before September 30, 2022. To the extent that they are pattern jury instructions from the current version of the Redbook, it is sufficient simply to list the numbers of those instructions. Special instructions shall be submitted verbatim with citations to cases and other authorities to support each instruction.

7. **BRADY AND GIGLIO**. The government is under a continuing and ongoing obligation to provide defense counsel any favorable or exculpatory information (*Brady*) as it becomes available, whether or not admissible in evidence. *Brady* information must be disclosed on a rolling basis and "the duty to disclose is ongoing." *Pennsylvania v. Ritchie*, 480 U.S. 39, 60 (1987). To the extent it has not already done so, the government must disclose information that may be useful for impeachment or may otherwise affect the credibility of any government witness (*Giglio*)—including *Lewis* material—by October 26, 2022. *United States v. Celis*, 608 F.3d 818, 835–36 (D.C. Cir. 2010). *Giglio* obligations are also ongoing. The government may request a protective order to preclude counsel from sharing *Giglio* information with their client.

8. **EXPERT WITNESSES**. The parties shall disclose any expert witnesses, accompanied by a brief description of each witness's area of expertise and expected testimony, by July 31, 2022.

9. **EXHIBIT LISTS**. The parties shall exchange lists of exhibits they intend to use in their cases-in-chief by September 9, 2022. The parties shall file objections to the admissibility of exhibits, to the extent practicable, by September 23, 2022, and replies shall be filed not later than September 30, 2022. All exhibits are to be marked in advance of trial and listed in order on the exhibit form obtained from Courtroom Deputy Clerk. The written list of exhibits must contain a brief description of each exhibit.

At the commencement of trial, counsel shall furnish the Court with two sets of binders containing their exhibit lists and copies of their pre-marked exhibits.

10. **WITNESS LISTS**. The parties shall exchange lists of witnesses they intend to call in their cases-in-chief by October 24, 2022. On that same date, the government shall also provide to the defense all *Brady* or *Giglio* material not previously provided pertaining to each witness on the list. Counsel will not be absolutely bound by the witness lists or the sequence. In some cases, security concerns may justify nonidentification of witnesses by the government until shortly before they are actually called. These situations, if any, shall be brought to the Court's attention in camera when the witness list, excluding those names, is provided to defense counsel.

12. **VOIR DIRE**. Counsel shall jointly submit both a short narrative description of the case, to be read to the prospective jurors, and proposed voir dire questions on or before September 26, 2022.

13. **JURY SELECTION**. Except as already provided herein, the Court will summarize its jury-selection procedures at the pre-trial conference.

Date: May 25, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge