UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONY VO,<br><br>              **Defendant.** | Case No. 1:21-cr-0509 (TSC) |

**MOTION TO DISMISS THE INFORMATION**

      Comes now Defendant Antony Vo, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 12(b)(3)(B), and respectfully requests that the Court dismiss the Information on several grounds.  First, the Court should dismiss the Information under Fed. R. Crim. P. 12(b)(3)(v) because, on its face, the Information, and prior Affidavit associated with the initial Criminal Complaint, fails to state an offense for each count under the cited Federal criminal provisions. *See also* Fed. R. Crim. P. 7(c)(1).

      Second, the Court should dismiss the Information, because the counts, given the limited allegations of fact, are vague and lack specificity under Fed. R. Crim. P. 12(b)(3)(iii).  *See also* Fed. R. Crim. P. 7(c)(1). The counts in the Information and associated allegations of fact (and lack thereof) lack the constitutional sufficiency needed to allow Mr. Vo to mount a defense and to protect their his process rights.

      Third, 40 U.S.C. §§5104(e)(2)(G), the basis for Count IV of the Information, is not Constitutional as applied, and, thus, Count IV should be dismissed.  Separately, Mr. Vo has filed the Second Motion to Dismiss facially challenging 40 U.S.C. §§5104(e)(2)(G) and seeking dismissal of Count IV on that basis.

Finally, Mr. Vo argues that the Information should be dismissed because it suffers from problems of multiplicity under Fed. R. Crim. P. 12(b)(3)(ii), as the Government seeks to apply multiple penalties and multiple counts for the same simple conduct.

WHEREFORE, for the foregoing reasons, Mr. Vo respectfully requests that the Court grant this motion to dismiss the Information. The motion is supported by the accompanying memorandum of points and authority in support.

Dated: June 29, 2022                           Respectfully submitted,

                                                A.J. KRAMER
                                                FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550

Nandan Kenkeremath
DC Bar 384732
USDC DC 384732

*Counsel for Defendants*