UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONY VO,<br><br>        Defendant. | Case No. 1:21-cr-0509 (TSC) |

**DEFENDANT'S SECOND MOTION TO DISMISS COUNT IV OF THE INFORMATION BASED ON A FACIAL CHALLENGE TO 40 U.S.C. § 5104(e)(2)(G)**

Comes now Antony Vo, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 12(b)(3) and (5) and the First and Fifth Amendments to the U.S. Constitution seeking that the Court find that 40 U.S.C. § 5104(e)(2)(G) does not survive muster under the First and Fifth Amendments to the U.S. Constitution. Pursuant to Fed. R. Crim. P. 12(b)(3), a criminal defendant "may raise by pretrial motion any defense, objection, or request that the Court can determine without a trial on the merits."

This motion, is in addition, to a Motion to Dismiss the Information in the instant case on several and additional grounds, but that include that application of 40 U.S.C. § 5104(e)(2)(G) in the instant case would not meet the terms of the U.S. Constitution as-applied.

1

WHEREFORE, for the foregoing reasons, Mr. Vo respectfully request that the Court that grant this motion and find that 40 U.S.C. § 5104(e)(2)(G) fails the First and Fifth Amendment of the U.S. Constitution and dismiss Count IV of the Information on that basis. The motion is supported by the accompanying memorandum in support.

Dated: June 29, 2022                    Respectfully submitted,


                                        A. J. Kramer
                                        Federal Public Defender for the
                                        District of Columbia

                                        By: /s/ Maria Jacob
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue
                                        Suite 500
                                        Washington D.C.
                                        Telephone: (202) 208-7500

                                        Nandan Kenkeremath
                                        DC Bar 384732


                                        *Counsel for Defendants*