UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANTONY VO,**<br><br>　　　　　**Defendant.** | Case No. 1:21-cr-0509 (TSC) |

## DEFENDANT'S MOTION FOR TRANSFER OF VENUE

Antony Vo, through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 21(a), respectfully requests that this Court transfer venue in this case based on the arguments in the accompanying memorandum as well as the findings the attached jury survey. *See* Exhibit 1, Jury Survey.[1] In the alternative, Mr. Vo would move the Court to permit expanded examination of prospective jurors before and during formal voir dire.  As to the latter, alternative request, Mr. Vo specifically would ask:

(1) that the defense be allowed to prepare a questionnaire that, after review and approval by the court, would be distributed to summoned prospective jurors to return before trial;

(2) that the parties be present for any pre-screening questioning of prospective jurors that the Court conducts before the beginning of formal voir dire; and

(3) that the parties be permitted to question jurors during voir dire.

---

[1] The jury survey attached was created by an expert hired by the Office of the Federal Public Defender as an effort to assess the federal jury pool in the District of Columbia.  This motion to transfer venue is largely based on a similar motion filed in *U.S. v. Gieswein*, 21-cr-24 (EGS).

WHEREFORE, for the foregoing reasons, Mr. Vo respectfully request that the Court grant this motion. The motion is supported by the accompanying memorandum of points and authorities in support of this motion.

Dated: June 29, 2022               Respectfully submitted,

                                   A. J. Kramer
                                   Federal Public Defender for the
                                   District of Columbia

                                   By: /s/ Maria Jacob
                                   Assistant Federal Public Defender
                                   625 Indiana Avenue
                                   Suite 500
                                   Washington D.C.
                                   Telephone: (202) 208-7500

                                   Nandan Kenkeremath
                                   DC Bar 384732


                                   *Counsel for Defendants*