## Exhibit 1

**Copy of a picture in Affidavit Statement of Facts attached to the Criminal Complaint in United States v Antony Vo Case No. 1:21-cr-0509 (TSC) (ECF 1, Attachment 1)**



**Statement from Government Opposition to Motion to Dismiss**

"Moreover, the Affidavit contains a photograph of Vo and his mother, posing for a photograph, inside the Rotunda while the riot was underway inside the Capitol and, at time, in that very room." [sic]. Opposition at 16.