# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No.   **21-cr-509 (TSC)** |
| **ANTONY VO** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

Antony Vo, through undersigned counsel, respectfully requests that the currently scheduled jury trial on November 14, 2022, be continued, and time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161. In support, the parties submit as follows:

1. On August 5, 2021, Mr. Vo was charged via Information with violations of 18 U.S.C. §1752(a)(1), and (2) , and 40 U.S.C. §5104(e)(2)(D), and (G) for allegations arising out of conduct on January 6, 2021. *See* ECF No. 8.

2. On July 26, 2021, Mr. Vo was placed on pre-trial release and ordered to abide by standard conditions. To this date, he has been compliant with all conditions. *See* ECF Nos. 7, 11, 17, 21.

3. On April 27, 2022, the Court scheduled a jury trial for November 14, 2022, with Jury Selection set to begin on November 9, 2022.

4. Unfortunately, undersigned counsel is now committed to be in a jury trial the previous week in a felony case that has been pending since 2018. This trial was supposed to take place this summer but was postponed to November 2, 2022, after trying very hard to come up with a date that worked for all parties and for the Court. Unfortunately, the

1

availability for this year was limited and that was the best date for everyone. That trial is expected to take at least one week.

5. In an effort to adequately represent Mr. Vo, undersigned counsel requests that the Court continue this trial given all of the pre-trial obligations that would make it very difficult to complete given her commitment to the other trial just a week before.

6. The parties have conferred and the government has advised it does not oppose this request. The parties are next available in January or February of 2023.

7. Undersigned counsel has discussed this with Mr. Vo who agrees and consents to this request.

8. The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the new trial. The parties submit that a continuance is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial pursuant to the factors described in 18 U.S.C. §3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, Mr. Vo asks that this Honorable Court continue the currently scheduled jury trial as well as order the parties to propose a new pre-trial scheduling order. Lastly, the parties request that the Court toll time under the Speedy Trial Act until the new trial date.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender

              D.C. Bar No. 1031486
              625 Indiana Ave. NW, Ste. 550
              Washington, D.C. 20004
              (202) 208-7500
              Maria_jacob@fd.org