UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | Cr. No. 21-cr-00509 (TSC) |
| | : | |
| **ANTONY VO,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Before the Court is an Unopposed Motion to Continue Trial. For the reasons set forth therein, it is hereby

**ORDERED** that the current jury trial scheduled for November 14, 2022, be continued to _____, 2023 at _____ a/p.m.; and it is further ORDERED that the parties confer and propose a new pre-trial scheduling order by August 19, 2022.

**ORDERED** that the time between November 14, 2022, and _____ 2023 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

DATE:

_____
Tanya S. Chutkan
United States District Judge