## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 1:21-cr-00509-TSC** |
| **v.** | **:** | |
| | **:** | |
| **ANTONY VO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### JOINT MOTION FOR AMENDED ORDER ON PRETRIAL SCHEDULING

The United States of America, by and through its undersigned counsel, and joined with the defendant, Antony Vo, move for an amended order on pretrial scheduling. The parties have jointly discussed various deadlines for pretrial matters and propose that the Court issue the proposed order filed with this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Michael J. Romano*
MICHAEL J. ROMANO
IL Bar No. 6293658
Trial Attorney, Detailee
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 307-6691
michael.romano@usdoj.gov