IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ANTONY VO,<br><br>           Defendant. | CRIMINAL NO. 21-00509-TSC<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of Lynnett M. Wagner, Assistant United States Attorney, as counsel for the United States in the above-captioned case, replacing Michael J. Romano, who is no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

                              UNITED STATES OF AMERICA, Plaintiff

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

                              By:    s/ Lynnett M. Wagner
                                          LYNNETT M. WAGNER
                                          Nebraska Bar No. 21606
                                          Assistant U.S. Attorney
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          Tel:  (402) 661-3700
                                          Fax:  (402) 661-3081
                                          E-mail:lynnett.m.wagner@usdoj.gov