UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-00509-TSC |
| | : | |
| ANTONY VO, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Eric Boylan is entering his appearance in the above-captioned matter as counsel for the United States.

Dated this 9th day of November, 2022.

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  UNITED STATES ATTORNEY
                                                  D.C. Bar Number 481052

By:    */s/ Eric Boylan*
        ERIC BOYLAN
        Assistant United States Attorney
        Texas Bar No. 24105519
        601 D Street N.W.
        Washington, DC  20002
        Tel:  (202) 815-8608
        Email: eric.boylan@usdoj.gov