**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-00509-TSC** |
| | : | |
| **ANTONY VO,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR EXCLUSION OF TIME**
**FROM SPEEDY TRIAL ACT, 18 U.S.C. § 3161**

The United States of America hereby respectfully moves the Court for an Order to exclude the time from October 7, 2022, until February 6, 2023, from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, in the above-captioned case.   In this motion, the United States of America submits the following information:

1.      On April 27, 2022, the Court held a Status Conference as to Defendant Antony Vo. During that hearing, the Court set a pretrial Conference for October 7, 2022.   The Court found in the interest of justice to exclude the time between April 27, 2022, and October 7, 2022, from the speedy trial calculation.   (ECF Minute Entry dated April 27, 2022).

2.      Defendant Vo has filed two Motions to Dismiss and a Motion to Change Venue. (ECF 26 - 28).   As of August 3, 2022, the Parties have fully briefed these motions.   (ECF 29 – 34).   These motions are pending with the Court.

3.      On August 4, 2022, Defendant Vo filed an Unopposed Motion to Continue Trial. (ECF 35).   In this motion, the parties requested the time until trial be excluded for purposes of the Speedy Trial Act.   Paragraph 8 states:

> The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the new trial. The parties submit that a continuance is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and

defendant in a speedy trial pursuant to the factors described in 18 U.S.C. §3161(h)(7)(A), (B)(i), (ii), and (iv).

ECF 35, p. 2.   Further, the parties requested that the Court "toll time under the Speedy Trial Act until the new trial date."   Id.

1.      On August 16, 2022, the Court granted Defendant Vo's Unopposed Motion to Continue Trial, for good cause shown.   The Court continued the trial date from November 9, 2022, until February 6, 2023.   However, this Order did not include a specific order excluding the time from October 7, 2022, until the rescheduled trial date of February 6, 2023.   (ECF Minute Order dated Aug. 16, 2022).

2.      On September 1, 2022, the Parties filed a Joint Motion for Order on Pretrial Scheduling.   (ECF 36).

3.      On October 7, 222, the Court entered an Order containing a Pretrial Schedule. (ECF 37).

4.      Counsel for the Parties have conferred and Defendant Vo does not oppose this Motion to Exclude Time from the Speedy Trial Act from October 7, 2022, until the new trial date of February 6, 2023.   The parties agree that the trial continuance ordered by this Court until February 6, 2023, is warranted and that an order excluding time until the new trial date would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial pursuant to the factors described in 18 U.S.C. §3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, the United States of America respectfully asks this Honorable Court to issue an order to toll time under the Speedy Trial Act from October 7, 2022, until February 6, 2023.

Dated this 17th day of November, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


By:    /s/ Lynnett M. Wagner
LYNNETT M. WAGNER
Assistant United States Attorney
Nebraska Bar No. 21606

And:   ERIC BOYLAN
Texas Bar No. 24105519
Assistant United States Attorney

601 D Street, N.W.
Washington, DC   20002
Tel:   (402) 661-3700
Fax:   (402) 661-3081
Email: lynnett.m.wagner@usdoj.gov
        Eric.boylan@usdoj.gov