### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | : |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-00509-TSC** |
| | : | |
| **ANTONY VO,** | : | |
| | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant had reached an agreement as to the proposed protective order on or about September 22, 2021, and Defendant signed the acknowledgment (Attachment A). A copy of the proposed order, including the Defendant's acknowledgement, is attached hereto. However, due to an oversight, this motion and proposed order were not entered in September 2021.

On November 16, 2022, counsel for Defendant Vo and the United States discussed the motion and proposed order and both parties again agreed the proposed order may be presented to the Court with this motion. Therefore, the United States is authorized to represent to the Court that Defendant Vo does not oppose this motion or the entry of the attached protective order.

Dated this 17th day of November 2022.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 481052

By:    /s/ Lynnett M. Wagner
          LYNNETT M. WAGNER
          Nebraska Bar No. 21606
          Assistant United States Attorney

And:   ERIC BOYLAN
          Texas Bar No. 24105519
          Assistant United States Attorney

          601 D Street, N.W.
          Washington, DC 20002
          Tel:   (402) 661-3700
          Fax:  (402) 661-3081
          Email: lynnett.m.wagner@usdoj.gov
                    eric.boylan@usdoj.gov