UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | Cr. No. 21-cr-00509 (TSC) |
| | : | |
| **ANTONY VO,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Before the Court is a Motion for a Continuance of Trial and a Motion to Modify Conditions of Release to Allow for Travel. For the reasons set forth therein, it is hereby

**ORDERED** that the current status trial scheduled for February 6, 2023 be continued to _____, 2023 and it is further

**ORDERED** that the time between February 6, 2023 and _____ _____ 2023, be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. It is further

**ORDERED** that the defendant be permitted to travel outside the Continental United States solely for the purpose of traveling on a cruise from February 6-13, 2023, and that Mr. Vo must notify his pre-trial officer of his travel plans and keep him apprised of the details and/or any changes to the schedule.

DATE:

_____
Tanya S. Chutkan
United States District Judge