UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 1:21-cr-00509-TSC** |
| v.      : | |
| : | |
| **ANTONY VO,** : | |
| : | |
| **Defendant.** : | |

**JOINT STATUS REPORT**

    The United States of America, by and through its undersigned counsel, and joined with the defendant, Antony Vo, have met and conferred on whether the parties would be available for a trial beginning on April 10, 2023. Counsel for the Government has a conflict with pre-trial preparations for a trial starting April 17, 2023, in United States v. Sean Michael McHugh, No. 21-CR-453 (JDB). Counsel for the Government and Defendant Vo have met and conferred and the parties would be available for a trial beginning April 3, 2023, if that date would be available for the Court. However, counsel understands that the Court has two other cases already set for trial on that date.

    Upson setting a trial date, the parties will file a proposed modified pretrial schedule and motion to exclude the time until the trial date from the speedy trial calculation.

Respectfully submitted,

| ANTONY VO, Defendant | UNITED STATES OF AMERICA, |
|---|---|
| By:   A.J. KRAMER<br>FEDERAL PUBLIC DEFENDER | By:   MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| And:  /s/ Maria N. Jacob<br>MARIA N. JACOB<br>Assistant Federal Public Defender<br>D.C. Bar No. 1031486<br>625 Indiana Ave. NW, Ste. 550<br>Washington, D.C. 20004<br>Tel: (202) 208-7500<br>Email: Maria_jacob@fd.org | And:  /s/ Lynnett M. Wagner<br>LYNNETT M. WAGNER<br>Nebraska Bar No. 21606<br>Assistant U.S. Attorney, Detailee<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (402) 661-3700<br>Fax: (402) 661-3081<br>Email: lynnett.m.wagner@usdoj.gov |