UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONY VO,<br><br>Defendant | CRIMINAL NO. 22-00509 (TSC) |

**UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY**

Counsel for the United States hereby respectfully notifies the Court of several recently issued orders that address issues similar to the issues raised by Defendant Antony Vo in his two Motions to Dismiss and his Motion to Change Venue. ECF 26, 27, 28.

It bears repeating that courts in this district have nearly uniformly denied January 6 defendants' motions to dismiss and motions to change venue that have been based on the grounds Defendant Vo relies on. This pattern has only continued in the months since Defendant Vo filed his motions, as evidenced by the decisions cited below.

**1. Supplemental authority regarding Defendant Vo's First Motion to Dismiss.**

Michael Oliveras entered the United States Capitol on January 6, 2021, and was subsequently charged in the United States District Court for the District of Columbia with four misdemeanor charges pursuant to 18 U.S.C. § 1752(a)(1) and (2) and 40 U.S.C. § 5104(e)(2)(D) and (G). *United States v. Michael Oliveras*, 1:21-CR-00738 (BAH), ECF 7.

Mr. Oliveras filed a motion to dismiss the Section 1752 charges, similar to the motion Defendant Vo filed in this case. *United States v. Oliveras*, 1:21-CR-00738 (BAH), ECF 35. The United States opposed Mr. Oliveras's motion, relying on many of the same arguments made in this case in response to Defendant Vo's First Motion to Dismiss, ECF 26, and Motion to Change Venue, ECF 28. *United States v. Oliveras*, 1:21-CR-00738 (BAH), ECF 42. On January 17, 2023, Chief

Judge Howell denied the defendant's motion to dismiss. *United States v. Oliveras*, 1:21-CR-00738 (BAH), ECF 51 (copy of order attached hereto as Attachment 1).

2. **Supplemental authority regarding Defendant Vo's Motion to Transfer Venue.**

Mr. Oliveras also filed a Motion to Change Venue, which relied on many of the same grounds Defendant Vo cites in his Motion to Change Venue in this case. *United States v. Oliveras*, 1:21-CR-00738 (BAH), ECF 36. As in this case, the United States opposed. *United States v. Oliveras*, 1:21-CR-00738 (BAH), ECF 43. On January 17, 2023, Chief Judge Howell denied Mr. Oliveras's Motion to Change Venue. *United States v. Oliveras*, 1:21-CR-00738 (BAH), ECF 52 (copy of order attached hereto as Attachment 2).

3. **Supplemental authority regarding Defendant Vo's Second Motion to Dismiss.**

Furthermore, John Maron Nassif is another defendant facing charges related to the January 6, 2021, attack on the United States Capitol. Mr. Nassif raised challenges to his Section 5104(e)(2)(G) charge, alleging such charge violated the First Amendment and was unduly vague. *United States v. Nassif*, 1:21-CR-00421 (JDB), ECF 30. This issue is similar to the issue raised by Defendant Vo in his Second Motion to Dismiss. ECF 27. In the *Nassif* case, Judge Bates issued an order denying that motion on September 12, 2022. *United States v. Nassif*, 1:21-CR-00421 (JDB), 2022 WL 4130841 (Sept. 12, 2022) (copy of order attached hereto as Attachment 3).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Eric W. Boylan*
       ERIC W. BOYLAN
       Assistant United States Attorney
       Texas Bar No. 24105519
       United States Attorney's Office
       for the District of Columbia
       United States Department of Justice
       601 D Street NW
       Washington D.C. 20001
       phone: (202) 815-8608
       email: eric.boylan@usdoj.gov

*/s/ Lynnett M. Wagner*
Lynnett M. Wagner
Nebraska Bar No. 21606
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
phone: (402) 661-3700
email: lynnett.m.wagner@usdoj.gov

## CERTIFICATE OF SERVICE

On this 24th day of January 2023, a copy of the foregoing was served upon all parties listed via the Electronic Case Filing (ECF) System.

*/s/ Lynnett M. Wagner*
Lynnett M. Wagner
Assistant United States Attorney