UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**,

v.

**ANTHONY VO**,

Defendant.

Criminal Action No. 21-509 (TSC)

## ORDER

For the reasons set forth during the hearing held on February 3, 2023, Defendant's First Motion to Dismiss, ECF No. 26, is DENIED; Defendant's Second Motion to Dismiss, ECF No. 27, is DENIED; and Defendant's Motion for Transfer of Venue, EF No. 28, is GRANTED in part and DENIED in part. The court will not distribute a pre-trial questionnaire or engage in any pre-screening questioning of prospective jurors, but the parties will be permitted to ask reasonable follow-up questions to individual jurors during voir dire.

Date: February 3, 2023

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge