UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. 21-cr-00509 (TSC) |
| | : | |
| ANTONY VO, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Motion to Continue Trial. For the reasons set forth therein, it is hereby

**ORDERED** that the current jury trial scheduled for June 12, 2023, be continued to _____, 2023 at _____ a/p.m.; and it is further ORDERED that the parties confer and propose a new pre-trial scheduling order by May 1, 2023.

**ORDERED** that the time between June 12, 2023, and _____ 2023 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

DATE:

_____
Tanya S. Chutkan
United States District Judge