UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-cr-509-TSC |
| v. : | |
| : | |
| ANTONY VO, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by and through its undersigned counsel, and joined with the defendant, Antony Vo, have met and conferred on whether the parties would be available for a trial beginning on September 5, 11, or 18, 2023, per the Court's Minute Order dated April 13, 2023. Counsel for the Government and Defendant Vo would be available for a trial beginning September 18, 2023. A proposed modified pretrial schedule is attached hereto.

Respectfully submitted,

| | | | |
|---|---|---|---|
| ANTONY VO, Defendant | | UNITED STATES OF AMERICA, | |
| By: | A.J. KRAMER<br>FEDERAL PUBLIC DEFENDER | By: | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| And: | /s/ *Maria N. Jacob*<br>MARIA N. JACOB<br>Assistant Federal Public Defender<br>D.C. Bar No. 1031486<br>625 Indiana Ave. NW, Ste. 550<br>Washington, D.C. 20004<br>Tel: (202) 208-7500<br>Email: Maria_jacob@fd.org | And: | /s/ *Lynnett M. Wagner*<br>LYNNETT M. WAGNER<br>Nebraska Bar No. 21606<br>Assistant U.S. Attorney, Detailee<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (402) 661-3700<br>Fax: (402) 661-3081<br>Email: lynnett.m.wagner@usdoj.gov |
| And: | /s/ *Nandan Kenkeremath*<br>Nandan Kenkeremath<br>DC Bar 384732<br>USDC DC 384732 | And: | /s/ *Eric W. Boylan*<br>ERIC W. BOYLAN<br>Assistant United States Attorney<br>Texas Bar No. 24105519<br>United States Attorney's Office<br>for the District of Columbia<br>United States Department of Justice<br>601 D Street NW<br>Washington D.C. 20001<br>phone: (202) 815-8608<br>email: eric.boylan@usdoj.gov |

2

3