**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 21-cr-509-TSC** |
| v. : | |
| : | |
| **ANTONY VO,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO EXCLUDE TIME

The Defendant, Antony Vo, and the United States of America, by and through its undersigned counsel, ask the Court for an order that the time from April 27, 2023, and September 18, 2023, be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

On December 7, 2022, the Court excluded time from the speedy trial calculation until June 12, 2023, which was the scheduled trial date in this case. ECF 48. On April 13, 2023, the Court continued the trial from June 12, 2023, until September 2023, and requested the parties consult and file a status report with the specific date the parties would be available for a trial in September. See Minute Order dated April 13, 2023. The parties have conferred and filed a status report identifying September 18, 2023, as the date the parties would be available for trial. ECF 55.

The parties request the Court exclude the time from the current date until September 18, 2023, or if the Court determines another trial date, until the date of the new trial, from the speedy trial calculations. The parties submit that a continuance is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (iv).

Respectfully submitted,

| | |
|---|---|
| ANTONY VO, Defendant | UNITED STATES OF AMERICA, |
| By:  A.J. KRAMER<br>FEDERAL PUBLIC DEFENDER | By:  MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| And:  */s/ Maria N. Jacob*<br>MARIA N. JACOB<br>Assistant Federal Public Defender<br>D.C. Bar No. 1031486<br>625 Indiana Ave. NW, Ste. 550<br>Washington, D.C. 20004<br>Tel: (202) 208-7500<br>Email: Maria_jacob@fd.org | And:  */s/ Lynnett M. Wagner*<br>LYNNETT M. WAGNER<br>Nebraska Bar No. 21606<br>Assistant U.S. Attorney, Detailee<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (402) 661-3700<br>Fax: (402) 661-3081<br>Email: lynnett.m.wagner@usdoj.gov |
| And:  */s/ Nandan Kenkeremath*<br>Nandan Kenkeremath<br>DC Bar 384732<br>USDC DC 384732 | And:  /s/ *Eric W. Boylan*<br>ERIC W. BOYLAN<br>Assistant United States Attorney<br>Texas Bar No. 24105519<br>United States Attorney's Office<br>for the District of Columbia<br>United States Department of Justice<br>601 D Street NW<br>Washington D.C. 20001<br>phone: (202) 815-8608<br>email: eric.boylan@usdoj.gov |