## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br> **Plaintiff,** )<br> )<br>v. )<br> )<br>**ANTONY VO,** )<br> )<br> **Defendant.** )<br>_____) | No. 21-cr-509-TSC-1 |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Eugene Ohm on behalf of the defendant, Antony Vo, in the above captioned matter.

                                              Respectfully submitted,

                                              A. J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                                  /s/

                                              EUGENE OHM
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W., Suite 550
                                              Washington, D.C.  20004
                                              (202) 208-7500
                                              Eugene_Ohm@fd.org