# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                          v.                    ) | No.   21-cr-509 (TSC) |
| ANTONY VO                          ) | |
|            Defendant.         ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Antony Vo, through undersigned counsel, respectfully requests that the Court modify his conditions of release.  Specifically, Mr. Vo anticipates moving back to his residence in the Southern District of Indiana from his current address in Florida and his supervising officer at the Pretrial Services Agency has requested that he file this Motion.  In support, Mr. Vo states the following:

1. On July 20, 2021, Mr. Vo was charged via criminal complaint with violations of 18 U.S.C. §1752(a)(1), and (2) , and 40 U.S.C. §5104(e(2)(D), and (G) for allegations arising out of conduct on January 6, 2021.  *See* ECF No. 1.

2. On July 26, 2021, Mr. Vo was placed on pretrial release and ordered to abide by standard conditions.  To this date, he has been compliant with all conditions.  *See* ECF Nos. 7, 11, 17, 21, 52.

3. With the permission of his assigned Pretrial Services Agency representative, Mr. Vo moved to Florida during the course of this case. His supervision was accordingly transferred to the Southern District of Florida.  He now intends to return to his parents' address in Indiana, ECF No. 6.  Pretrial Services Agency requires a court order so that Mr. Vo's supervision can be transferred back to the Southern District of Indiana.

WHEREFORE, Mr. Vo asks that this Honorable Court modify his conditions of release to reflect that he is residing in Bloomington, Indiana.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500