UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONY VO,<br><br>            Defendant | NO. 1-21-CR-00509 (TSC) |

**UNITED STATES' RESPONSE TO DEFENDANT VO'S MOTION TO MODIFY RELEASE CONDITIONS**

Counsel for the United States hereby responds to Defendant Antony Vo's motion to modify release conditions. (ECF 59).

Defendant has asked the Court to modify his conditions of release to allow him to move back to his parents' address in Indiana. This would require transfer of Mr. Vo's supervision from the Southern District of Florida to the Southern District of Indiana. (ECF 59).

The United States informs the Court that Defendant's mother, Annie Vo, was present in the U.S. Capitol with Defendant Antony Vo on January 6, 2021. The United States provides this information to the Court to consider in changing the terms of Defendant Antony Vo's pre-trial supervision.

The United States does not oppose Defendant's motion to modify release conditions as set forth in his motion.

Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Lynnett M. Wagner*
        Lynnett M. Wagner
        Nebraska Bar No. 21606
        Assistant United States Attorney
        United States Attorney's Office
        District of Columbia
        601 D Street NW
        Washington, DC 20530
        phone: (402) 661-3700
        email: lynnett.m.wagner@usdoj.gov

        */s/ Eric W. Boylan*
        ERIC W. BOYLAN
        Assistant United States Attorney
        Texas Bar No. 24105519
        United States Attorney's Office
        for the District of Columbia
        United States Department of Justice
        601 D Street NW
        Washington D.C. 20001
        phone: (202) 815-8608
        email: eric.boylan@usdoj.gov