UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>ANTONY VO )<br>)<br>Defendant. )<br>) | No.   21-cr-509 (TSC) |

## ORDER

It is hereby ORDERED that Antony Vo's Motion to Modify Conditions of Release is GRANTED and that Mr. Vo's conditions of release be modified to reflect that he is residing in Bloomington, Indiana, at the address reflected in ECF No. 59; it is further ORDERED that the Pretrial Services Agency is permitted to transfer Mr. Vo's supervision to the Southern District of Indiana.

So ordered.

Date: 7/24/2023

The Honorable Tanya S. Chutkan
U.S. District Court for the
District of Columbia

3