# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>           **Plaintiff,**                       )<br>                                                              )<br>      v.                                                 )    No. 21-cr-509 (TSC)<br>                                                              )<br>ANTONY VO,                                   )<br>                                                              )<br>           **Defendant.**                  )<br>_____)  | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Kate Adams on behalf of the defendant, Antony Vo, in the above captioned matter.

                                          Respectfully submitted,

                                          A. J. KRAMER
                                          FEDERAL PUBLIC DEFENDER

                                                   /s/
                                          _____
                                          KATE ADAMS
                                          Assistant Federal Public Defender
                                          625 Indiana Avenue, N.W., Suite 550
                                          Washington, D.C. 20004
                                          (202) 208-7500
                                          Kate_Adams@fd.org