## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 21-cr-509 (TSC)** |
| **ANTONY VO,** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

## NOTICE OF FILING

Antony Vo, through his attorneys, files the attached Preliminary Defense Exhibit List.  Mr. Vo reserves the right to supplement this list if the need for additional exhibits becomes apparent.


Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Kate Adams
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite    550
Washington, D.C.  20004
(202) 208-7500

United States of America

vs.                                          Civil/Criminal No.   21-CR-509

Antony Vo

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| 1 | Bus video entitled - Dys Nhat Nguyen | | | | |
| 2 | Video entitled MPD-005-00000032 | | | | |
| 3 | Video entitled MPDD-005-00000033 | | | | |
| 4 | Video entitled MPD-005-00000034 | | | | |
| 5 | Video entitled MPD-005-00000035 | | | | |
| 6 | Video entitled GOPR0776, disclosed in 21-131 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| | | | | | |