IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTONY VO,<br><br>            Defendant. | No. 1:21-CR-509 (TSC) |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE**
**PURSUANT TO RULE 902(13) and (14) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America formally notifies the defendant of its intention to offer evidence pursuant to Rule 902(13) and (14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence 902 provide:

> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> […]
>
> (13) Certified Records Generated by an Electronic Process or System. A record generated by an electronic process or system that produces an accurate result, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12). The proponent must also meet the notice requirements of Rule 902(11).
>
> (14) Certified Data Copied from an Electronic Device, Storage Medium, or File. Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12). The proponent must also meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(11), (13), (14).

The following are the self-authenticating exhibits that the government intends to offer during its case-in-chief pursuant to Rule 902(13) and (14):

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 501 | FB Chat 1.pdf |
| 502 | FB Chat 2.pdf |
| 503 | IG Chat 1.pdf |
| 504 | IG Chat 3.pdf |
| 505 | IG Chat 3.pdf |
| 601 | MAH02944.MP4 |
| 603 | MAH02945.MP4 |
| 605 | MAH02947.MP4 |
| 608 | MAH02952.MP4 |
| 613 | MAH02953.MP4 |
| 618 | MAH02954.MP4 |
| 623 | MAH02955.MP4 |
| 624 | MAH02956.MP4 |

The proposed exhibits have been provided to the defense and remains available for inspection and copying at the United States Attorney's Office upon request by defense counsel. The exhibits have accompanying certifications complying with the requirements of Fed. R. Evid. 902(13) and (14) (Attachments 1, 2).

Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Lynnett M. Wagner*
        LYNNETT M. WAGNER
        Nebraska Bar No. 21606
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Tel: (402) 661-3700
        Email: lynnett.m.wagner@usdoj.gov

And:   /s/ Eric Boylan
        Eric Boylan
        Texas Bar No. 24105519
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Email: eric.boylan@usdoj.gov

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Andrew Owens, certify:

1. I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2. I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on May 12, 2021. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 553911546.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Andrew Owens*

Andrew Owens
Custodian of Records

Date: May 12, 2021

**ATTACHMENT 1**

**facebook**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is Laura Brickman.

I am a United States citizen and I am over eighteen years of age. I am a freelance journalist and the custodian of records of the electronic files named below, and therefore qualified to make this declaration. I have knowledge of my record keeping system, including how these records are created and maintained.

On April 11, 2023, I voluntarily provided records to Federal Bureau of Investigation ("FBI") Special Agent Michael P. Palian. The records are electronic files described below that were downloaded to an FBI computer at the U.S. Attorney's Office in Washington, D.C. I created these records in the course of my business as a freelance journalist. I am the custodian of records for these electronic files, and I am qualified to authenticate the records because I am familiar with how they were created, managed, stored, and retrieved. I state that the records provided are true duplicates of the original records.

The records I provided included a total of 236 total files, including 118 video files and 118 metadata files. The video filenames were named by sequential numbers, from "MAH02853.MP4 through MAH02971.MP4, except there is no file named MAH02931.MP4. The metadata files were also named by sequential numbers, from MAH02853.THM through MAH02971.THM, except there is no file named MAH02931.THM. These files contained footage I recorded on January 6, 2021 in Washington D.C. Some of these video files were used in a news report for Insider News with a length of 4:59 titled "New Footage Shows What It Was Like Inside The Trump Mob At The Capitol / On The Ground," published on YouTube at linkhttps://www.youtube.com/watch?v=L5hksM_R59M.

I understand how these records were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that:

(1)     All records were made by me, at or near the time of the occurrence of the matters recorded on the electronic files;

(2)     All records were kept in the in the course of my regularly conducted business activity as a freelance journalist, in that the records were created and preserved pursuant to established procedures, and were relied upon by me; and

(3)     All records were made as part of my regularly conducted business activity as a freelance journalist, in that the records were created and preserved as part of routine reflections of my normal operations.

(4)     All records were generated by my electronic process or system and produced an accurate result, to wit:

**ATTACHMENT 2**

a. The records were copied from electronic devices(s), storage medium(s), or file(s) in my custody in a manner to ensure that they are true duplicates of the original records; and

b. The process or system is regularly verified by me, and at all times pertinent to the records certified here, the process and system functioned properly and normally.

(5)  I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/23  .
*(date)*

_____
*(signature of declarant)*

Laura Brickman
*(name and title of declarant)*

1808 Connecticut Ave NW
*(business address)*

Washington, DC 20009
*(business address)*

Definitions of terms used above:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.