IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ANTONY VO,<br><br>           Defendant. | CASE NO. 21-CR-509 (TSC)<br><br>CERTIFICATE OF SERVICE |

      I hereby certify that a true and accurate copy of the Government's Exhibit List was served upon the following individuals by email on July 26, 2023:

    Eugene Ohm
    Assistant Federal Public Defender
    Eugene_Ohm@fd.org

    Kate Adams
    Assistant Federal Public Defender
    Kate_Adams@fd.org

    Nandan Kenkeremath
    nandank@comcast.net

    Maria Jacob
    Assistant Federal Public Defender
    Maria_jacob@fd.org

    Counsel for Defendant

2

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Lynnett M. Wagner*
        LYNNETT M. WAGNER
        Nebraska Bar No. 21606
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Tel: (402) 661-3700
        Email: lynnett.m.wagner@usdoj.gov

And:   */s/ Eric Boylan*
        Eric Boylan
        Texas Bar No. 24105519
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Email: eric.boylan@usdoj.gov