IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ANTONY VO, <br><br> Defendant. | CASE NO. 21-CR-509 (TSC) <br><br> CERTIFICATE OF SERVICE |

I hereby certify that a true and accurate copy of (1) the Government's First Amended Notice of Intent to Offer Evidence Pursuant to Rule 902(13) and (14) (regarding Facebook and Open Source Videos), and (2) the Government's Second Notice of Intent to Offer Evidence Pursuant to Rule 902(13) and (14) of the Federal Rules of Evidence (regarding Defendant Antony Vo's iPhone), were served upon the following individuals by email on August 4, 2023, to:

Eugene Ohm
Assistant Federal Public Defender
Eugene_Ohm@fd.org

Kate Adams
Assistant Federal Public Defender
Kate_Adams@fd.org

Nandan Kenkeremath
nandank@comcast.net

Maria Jacob
Assistant Federal Public Defender
Maria_jacob@fd.org

Counsel for Defendant

2

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Lynnett M. Wagner*
        LYNNETT M. WAGNER
        Nebraska Bar No. 21606
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Tel: (402) 661-3700
        Email: lynnett.m.wagner@usdoj.gov

And:   */s/ Eric Boylan*
        Eric Boylan
        Texas Bar No. 24105519
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Email: eric.boylan@usdoj.gov