UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-509 (TSC) |
| v. | : | |
| | : | |
| ANTONY VO, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO EXTEND DEADLINE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a one-week extension of the Court's pretrial deadline for filing objections to exhibit lists, currently set for August 16, 2023. The United States proposes a new deadline of August 23, 2023, for both parties' objections. The United States has recently received copies of the Defendant's exhibits and requires time to review them. Undersigned counsel has conferred with counsel for the defendant and the defendant does not oppose this relief.

A proposed order follows.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Lynnett M. Wagner*
LYNNETT M. WAGNER
Nebraska Bar No. 21606
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (402) 661-3700
Email: lynnett.m.wagner@usdoj.gov

And:   */s/ Eric Boylan*
Eric Boylan
Texas Bar No. 24105519

Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Email: eric.boylan@usdoj.gov