UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. 21-cr-509 (TSC) |
| v. | : |
| | : |
| ANTONY VO, | : |
| | : |
| Defendant. | : |

## ORDER

This matter having come before the Court pursuant to the United States' Unopposed Motion to Extend Deadline, it is hereby:

**ORDERED** that the Motion is **GRANTED**. The deadline for filing objections to exhibit lists is extended from August 16, 2023, to August 23, 2023.

_____
THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE