**ATTACHMENT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-00509(TSC) |
| | : | |
| Antony Vo, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# GOVERNMENT'S EXHIBIT LIST

\* The government does not intend to introduce overly lengthy videos into evidence. To facilitate trial presentation, the government is in the process of creating shorter clips. Those clips are designated below as exhibits with a letter designation following the exhibit number, such as "301A."

\*\* The government also does not intend to introduce lengthy text-message conversations. The government is in the process of preparing exhibits that contain the same information in a format that will better aid the jury. Those exhibits are designated below as exhibits with a letter designation following the exhibit number, such as "301A."

| Exhibit No. | Description | Witness | Objection | Admitted |
| --- | --- | --- | --- | --- |
| **100 SERIES – PHYSICAL EVIDENCE** | | | | |
| 101 | Defendant's Cellphone | | | |
| **200 SERIES – CAPITOL MAPS AND PHOTOS** | | | | |
| 201 | Restricted Perimeter Map | | | |
| 202 | U.S. Capitol – First Floor Map | | | |
| 203 | U.S. Capitol – Second Floor Map | | | |

| | | | | |
|---|---|---|---|---|
| **204** | Color Map, Capitol Grounds | | | |
| **205** | Color Map, Ground Floor | | | |
| **206** | Color Map, Second Floor | | | |
| **207** | Bird's Eye Photo, Capitol Complex | | | |
| **208** | Stock Photo, West Front | | | |
| **209** | Stock Photo, West Front with Inaugural Stage | | | |
| **210** | Capitol Model – Top Down | | | |
| **211** | Capitol Model – Three-Quarter View | | | |
| **212** | Capitol Model – NW Terrace 1 | | | |
| **213** | Capitol Model – NW Terrace 2 | | | |
| **214** | Capitol Model – NW Terrace 3 | | | |
| **215** | Capitol Model - Overhead Angle | | | |
| **216** | Snow Fencing Photo | | | |
| **217** | Peace Circle Barricade Photo | | | |
| **218** | Peace Circle Closed Sign Photo | | | |
| **219** | Area Closed Sign on Snow Fencing | | | |
| **220** | Area Closed Bike Racks, South Side | | | |
| **221** | Area Closed Sign on Bike Rack, Peace Circle | | | |

| | | | | |
|---|---|---|---|---|
| **222** | Official Map of Capitol Grounds | | | |
| **223** | CURRENTLY UNUSED | | | |
| **300 SERIES – U.S. CAPITOL CCTV FOOTAGE** | | | | |
| **301** | CCV West Terrace Steps | | | |
| **301A*** | Clip of CCV West Terrace Steps | | | |
| **302** | CCV UWT Door Interior 1 | | | |
| **302A*** | Clip of CCV UWT Door Interior 1 | | | |
| **303** | CCV UWT Door Interior 2 | | | |
| **303A*** | Clip of CCV UWT Door Interior 2 | | | |
| **304** | CCV Rotunda 1 | | | |
| **304A*** | Clip of CCV Rotunda 1 | | | |
| **305** | CCV Rotunda 2 | | | |
| **305A*** | Clip of CCV Rotunda 2 | | | |
| **306** | CCV Statuary Hall | | | |

| | | | | |
|---|---|---|---|---|
| **306A*** | Clip of CCV Statuary Hall | | | |
| **307** | CCV East Rotunda Door Interior 1 | | | |
| **307A*** | Clip of CCV East Rotunda Door Interior 1 | | | |
| **308** | CCV East Rotunda Door Interior 2 | | | |
| **308A*** | Clip of CCV East Rotunda Door Interior 2 | | | |
| **309** | CCV Hallway Interior | | | |
| **310** | CCV East Plaza | | | |
| **311** | CURRENTLY UNUSED | | | |
| **400 SERIES – MATERIAL FROM VO'S PHONE** | | | | |
| **401** | Cellebrite Report and Extraction of Vo's iPhone, Part I | | | |
| **402** | Cellebrite Report and Extraction of Vo's iPhone, Part II | | | |
| **403** | Upper West Terrace Video 1 | | | |
| **404** | Upper West Terrace Video 2 | | | |
| **405** | Upper West Terrace Video 3 | | | |
| **406** | Upper West Terrace Video 4 | | | |

| | | | | |
|---|---|---|---|---|
| **407** | Upper West Terrace Video 5 | | | |
| **408** | Upper West Terrace Video 6 | | | |
| **409** | Rotunda Video 1 | | | |
| **410** | Rotunda Video 2 | | | |
| **411** | Rotunda Video 3 | | | |
| **412** | Rotunda Video 4 | | | |
| **413** | Rotunda Doors Interior Video 1 | | | |
| **414** | Rotunda Doors Interior Video 2 | | | |
| **415** | East Front Video 1 | | | |
| **416** | East Front Video 2 | | | |
| **417** | East Front Video 3 | | | |
| **418** | East Front Video 4 | | | |
| **419** | East Front Video 5 | | | |
| **420** | East Front Video 6 | | | |
| **421** | Capitol Image 1 | | | |
| **422** | Capitol Image 2 | | | |
| **423** | Capitol Image 3 | | | |
| **424** | Capitol Image 4 | | | |

| | | | | |
|---|---|---|---|---|
| **425** | West Front Image 1 | | | |
| **426** | West Front Image 2 | | | |
| **427** | West Front Image 3 | | | |
| **428** | West Front Image 4 | | | |
| **429** | West Front Image 5 | | | |
| **430** | West Front Image 6 | | | |
| **431** | West Front Image 7 | | | |
| **432** | West Front Image 8 | | | |
| **433** | West Front Image 9 | | | |
| **434** | Upper West Terrace Image 1 | | | |
| **435** | Upper West Terrace Image 2 | | | |
| **436** | Upper West Terrace Image 3 | | | |
| **437** | Upper West Terrace Image 4 | | | |
| **438** | Upper West Terrace Image 5 | | | |
| **439** | Upper West Terrace Image 6 | | | |
| **440** | Upper West Terrace Image 7 | | | |
| 441 | Upper West Terrace Image 8 | | | |
| 442 | Upper West Terrace Image 9 | | | |
| 443 | Rotunda Image 1 | | | |
| 444 | Rotunda Image 2 | | | |
| 445 | Rotunda Image 3 | | | |

| | | | | |
|---|---|---|---|---|
| **446** | Rotunda Image 4 | | | |
| **447** | Rotunda Image 5 | | | |
| **448** | Rotunda Image 6 | | | |
| **449** | East Front Image 1 | | | |
| **450** | East Front Image 2 | | | |
| **451** | East Front Image 3 | | | |
| **452** | East Front Image 4 | | | |
| **453** | East Front Image 5 | | | |
| **454** | Text Chat 1 | | | |
| **454A**** | Presentation Aid of Text Chat 1 | | | |
| **455** | Text Chat 2 | | | |
| **455A** | Text Chat 2A | | | |
| **455B**** | Presentation Aid of Text Chat 2 | | | |
| **456** | Text Chat 3 | | | |
| **456A** | Text Chat 3A | | | |
| **456B**** | Presentation Aid of Text Chat 3 | | | |
| **457** | Text Chat 4 | | | |
| **457A**** | Presentation Aid of Text Chat 4 | | | |
| **458** | Text Chat 5 | | | |

| | | | | |
|---|---|---|---|---|
| **458A\*\*** | Presentation Aid of Text Chat 5 | | | |
| **459** | Text Chat 6 | | | |
| **459A\*\*** | Presentation Aid of Text Chat 6 | | | |
| **460** | Text Chat 7 | | | |
| **460A\*\*** | Presentation Aid of Text Chat 7 | | | |
| **461** | Text Chat 8 | | | |
| **461A\*\*** | Presentation Aid of Text Chat 8 | | | |
| **462** | Statuary Hall Image | | | |
| **463** | Records Certification 1 – Gabor | | | |
| **464** | Records Certification 2 - Pettus | | | |
| **465** | Records Certification 3 - Pfannkuch | | | |
| **466** | Notice of Certification | | | |
| **467** | Text Chat 9 | | | |
| **467A\*\*** | Presentation Aid of Text Chat 9 | | | |
| **468** | Text Chat 10 | | | |
| **468A\*\*** | Presentation Aid of Text Chat 10 | | | |
| **469** | CURRENTLY UNUSED | | | |
| **500 SERIES – MATERIAL FROM VO'S SOCIAL MEDIA** | | | | |
| **501** | Facebook Chat 1 | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| **501A**\*\* | Presentation Aid of Facebook Chat 1 |  |  |  |
| **502** | Facebook Chat 2 |  |  |  |
| **502A**\*\* | Presentation Aid of Facebook Chat 2 |  |  |  |
| **503** | Instagram Chat 1 |  |  |  |
| **503A**\*\* | Presentation Aid of Instagram Chat 1 |  |  |  |
| **504** | Instagram Chat 2 |  |  |  |
| **504A**\*\* | Presentation Aid of Instagram Chat 2 |  |  |  |
| **505** | Instagram Chat 3 |  |  |  |
| **505A**\*\* | Presentation Aid of Instagram Chat 3 |  |  |  |
| **506** | First Amended Custodian of Records Certificate (Facebook) |  |  |  |
| **507** | Facebook Chat 3 |  |  |  |
| **507A**\*\* | Presentation Aid of Facebook Chat 3 |  |  |  |
| **508** | Facebook Chat 4 |  |  |  |
| **508A**\*\* | Presentation Aid of Facebook Chat 4 |  |  |  |
| **509** | Facebook Chat 5 |  |  |  |
| **509A**\*\* | Presentation Aid of Facebook Chat 5 |  |  |  |
| **510** | Facebook Chat 6 |  |  |  |
| **510A**\*\* | Presentation Aid of Facebook Chat 6 |  |  |  |

| | | | | |
|---|---|---|---|---|
| **511** | Facebook Chat 7 | | | |
| **511A*** | Presentation Aid of Facebook Chat 7 | | | |
| **512** | Facebook Chat 8 | | | |
| **512A*** | Presentation Aid of Facebook Chat 8 | | | |
| **513** | CURRENTLY UNUSED | | | |
| **600 SERIES – OPEN-SOURCE MATERIAL** | | | | |
| **601** | MAH02944 | | | |
| **602** | New Footage Shows What It Was Like Inside The Trump Mob At The Capitol On The Ground | | | |
| **602A*** | Clip of New Footage Shows What It Was Like Inside The Trump Mob At The Capitol On The Ground | | | |
| **603** | MAH02945 | | | |
| **604** | My DC Experience - Capitol | | | |
| **604A*** | Clip of MAH02947 | | | |
| **605** | MAH02947 | | | |
| **605A** | Clip of no entry sign, GOPRO391 | | | |
| **606** | Hager 21cr381 20210106_142954 | | | |
| **607** | MCGREW | | | |
| **608** | MAH02952 | | | |
| **609** | C0073.MP4 | | | |
| **610** | GOPR0391 | | | |

|   |   |   |   |   |
|---|---|---|---|---|
| **610A*** | Clip of GOPR0391 |   |   |   |
| **611** | GOPR0776 |   |   |   |
| **612** | police watching |   |   |   |
| **613** | MAH02953 |   |   |   |
| **614** | Hager shortened |   |   |   |
| **615** | RPReplay_Final1609976622 |   |   |   |
| **616** | 423 |   |   |   |
| **617** | IMG_0227 |   |   |   |
| **618** | MAH02954 |   |   |   |
| **619** | 405-McGrew IMG_1558 |   |   |   |
| **620** | Exit Only Sign |   |   |   |
| **621** | .05 YouTube-JosephACamp |   |   |   |
| **622** | Never-before-seen January 6 footage from our photographer |   |   |   |
| **622A*** | Clip of Never-before-seen January 6 footage from our photographer |   |   |   |
| **623** | MAH02955 |   |   |   |
| **624** | MAH02956 |   |   |   |
| **625** | Andrew Denney on Twitter |   |   |   |
| **626** | Brickman Records Certification |   |   |   |
| **627** | First Notice of Certification |   |   |   |
| **628** | CURRENTLY UNUSED |   |   |   |

|   |   |   |   |   |
|---|---|---|---|---|
| **629** | CURRENTLY UNUSED |   |   |   |
| **700 SERIES – BODY WORN CAMERA FOOTAGE** | | | | |
| **701** | Crews |   |   |   |
| **701A*** | Clip of Crews |   |   |   |
| **702** | Dove |   |   |   |
| **702A** | MPD DOVE-(Clip_1.1)_20210106-RIOT-US_CAPITOL |   |   |   |
| **702B*** | Clip of MPD DOVE-(Clip_1.1)_20210106-RIOT-US_CAPITOL |   |   |   |
| **703** | Fenwick |   |   |   |
| **703A*** | Clip of Fenwick |   |   |   |
| **704** | Flemming |   |   |   |
| **704A*** | Clip of Flemming |   |   |   |
| **705** | Schwarzer |   |   |   |
| **706** | Welsh Jr |   |   |   |
| **706A** | MPD Welsh (Clip_3.1)_20210106_-_First_Amendment_-_US_Capital |   |   |   |
| **707** | Wissa |   |   |   |
| **707A*** | Clip of Wissa |   |   |   |
| **708** | Lapitsky BWC |   |   |   |
| **708A*** | Clip of Lapitsky BWC |   |   |   |
| **709** | Checo BWC |   |   |   |
| **709A*** | Clip of Checo BWC |   |   |   |

| | | | | |
|---|---|---|---|---|
| 710 | CURRENTLY UNUSED | | | |
| 800 SERIES – LEGAL/CONGRESSIONAL RECORDS & USSS COMMUNICATIONS | | | | |
| 801 | 3 U.S. Code § 15 | | | |
| 802 | 3 U.S. Code § 16 | | | |
| 803 | 3 U.S. Code § 17 | | | |
| 804 805 | 3 U.S. Code § 18 Congressional Record – House | | | |
| 806 | Congressional Record – Senate | | | |
| 807 | S. Con. Res. 1 | | | |
| 808 | U.S. Const. 12th Amendment | | | |
| 809 | CURRENTLY UNUSED | | | |
| 810 | Pence Head of State Notification Email | | | |
| 811 | Head of State Worksheet | | | |
| 812 | CURRENTLY UNUSED | | | |
| 900 SERIES – VIDEO MONTAGES | | | | |
| 901 | USCP January 6, 2021 Montage | | | |
| 902 | House and Senate Montage | | | |
| 903 | CCTV - West Front Time Lapse | | | |
| 904 | Combined outside Upper West Terrace Door, SPV1 | | | |
| 905 | Combined inside Upper West Terrace Door, SPV2 | | | |
| 906 | CURRENTLY UNUSED | | | |
| 1000 SERIES – STIPULATIONS | | | | |

| 1001 | CURRENTLY UNUSED | | | |
|------|------------------|---|---|---|
| 1002 | CURRENTLY UNUSED | | | |