ATTACHMENT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 21-cr-509 (TSC) |
| ANTONY VO, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

## NOTICE OF FILING

Antony Vo, through his attorneys, files the attached modified Defense Exhibit List. Mr. Vo reserves the right to supplement this list if the need for additional exhibits becomes apparent.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Kate Adams
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

|  | United States of America | | | | |
|---|---|---|---|---|---|
|  | vs. | | | Civil/Criminal No. 21-CR-509 | |
|  | Antony Vo | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| 1 | Bus video entitled - Dys Nhat Nguyen | | | | |
| 2 | Video entitled MPD-005-00000032 | | | | |
| 3 | Video entitled MPD-005-00000033 | | | | |
| 4 | Video entitled MPD-005-00000034 | | | | |
| 5 | Video entitled MPD-005-00000035 | | | | |
| 6 | Video entitled GOPR0776 | | | | |
| 7 | Video entitled GOPR0391 | | | | |
| 8 | Video entitled Hager 21cr381 29219196_142954.mp4 | | | | |
| 9 | Video entitled McGrew IMG_1558.MOV | | | | |
| 10 | Video entitled IMG_0227.MP4 | | | | |
| 11 | Video entitled MPD-005-00000036 | | | | |
| 12 | Video entitled YouTube-JosephACamp.mp4 | | | | |
| 13 | Video entitled RPReplay_Final1609976622.mp4 | | | | |
| 14 | Video entitled police watching.mp4 | | | | |
| 15 | Video entitled Mcgrew.mov | | | | |
| 16 | Video entitled CO73.MP4.mpg | | | | |
| 17 | Photo entitled 61.jpg | | | | |
|  |  | | | | |