ATTACHMENT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ANTONY VO,

        Defendant.

CASE NO. 21-CR-509 (TSC)

PROPOSED VOIR DIRE QUESTIONS

1. Do you believe you may know anything about the facts and circumstances of this case, other than what I have told you today? *If so, please write the number "1" on your index card*.

2. Is there anything about the nature of the charges that would make it difficult for you to render a fair and impartial verdict in this case? *If so, please write the number "2" on your index card*.

3. Do you live or work near the United States Capitol in Washington, D.C., or do you have any special familiarity with that area? *If so, please write the number "3" on your index card*.

4. The United States is represented in this case today by Assistant United States Attorneys Lynnett M. Wagner and Eric W. Boylan. They are assisted by Paralegal Taylor Wilbert and FBI Task Force Officer Joseph Henry. Do you recognize or think that you might know Ms. Wagner, Mr. Boylan, Ms. Wilbert, or Officer Henry? *If so, please write the number "4" on your index card.*

5. The United States Attorney for the District of Columbia is Matthew M. Graves. Does any member of the jury panel know Mr. Graves? *If so, please write the number "5" on your index card.*

6.  The defendant in this case is Mr. Antony Vo, who resides in Bloomington, Indiana. Do you recognize or think that you might know Mr. Vo? *If so, please write the number "6" on your index card.*

7.  Mr. Vo is represented in this case by Mr. Eugene Ohm and Ms. Kate Adams, along with Paralegal Adam Moran with the Office of the Federal Public Defender for the District of Columbia. Do you recognize or think that you might know Mr. Ohm, Ms. Adams, or Mr. Moran? *If so, please write the number "7" on your index card.*

8.  The government will call a number of witnesses to testify during the trial. The defense may also do so but is not required to call witnesses. I will ask each party to introduce or read a list of names of witnesses that you may hear from, or hear about, during the trial. Not all of these witnesses will necessarily testify, but they are being introduced to determine whether any of you recognize or think that you may know any of the potential witnesses in this case. *After the parties are finished, please mark your card with a number "8" if you recognize or think that you may know any of these witnesses, and please write down the names of the witnesses you think you might recognize or know.*

   a. At this point I will ask Ms. Wagner or Mr. Boylan to read the names of the witnesses whom the United States may call to testify in this case.

   b. If the Defense intends to call witnesses, I ask Mr. Ohm or Ms. Adams to now read their names.

   c. *As I said before, please mark your card with the number "8" if you recognize or think that you may know any of these witnesses, and please write down the names of the witnesses you think you might recognize or know.*

9. Do you recognize or think that you might know any other member of the jury panel or any other person in the courtroom, including me or my courtroom staff? *If so, please write the number "9" on your index card.*

10. The law provides that the defendant is presumed innocent. The burden is on the government to prove him guilty of each element of the offense beyond a reasonable doubt. The defendant does not have to produce any evidence at trial because he is not required to prove his innocence. Nor is the defendant required to prove any fact in dispute in this case. This instruction is based on the law. This presumption continues through the trial unless and until the government proves a defendant guilty beyond a reasonable doubt. Would you have any difficulty at all in following this principle? *If so, please write the number "10" on your index card.*

11. The defendant, like every defendant in a criminal case, has the absolute right not to testify. Our constitution provides that no defendant may be compelled to testify. If the defendant elects not to testify in this case, you must not draw any inference as to his guilt from that decision. Would you have any difficulty at all in following this principle? *If so, please write the number "11" on your index card.*

12. The law requires that jurors weigh the evidence in a case and reach a verdict based solely upon the admitted evidence and instructions of law, without any regard whatsoever for what the potential punishment might or might not be. *Would you have any difficulty at all in following this principle? If so, please write the number "12" on your index card.*

13. Have you, or any of your family, close friends, or household members, ever studied law or had any legal training, including paralegal training? *If so, please write the number "13" on your index card.*

14. Have you, or any of your family, close friends, or household members, ever worked for or with an office that handles prosecution or law enforcement? By "prosecution," I mean government agencies such as the United States Attorney's Office, a district attorney's office, or an attorney general's office. By "law enforcement," I mean government agencies like state and local police departments; the Metropolitan Police Department; the Federal Bureau of Investigation, also known as the FBI; the Department of Justice; the U.S. Marshal's Service; the Bureau of Alcohol, Tobacco, Firearms, and Explosives, also known as the ATF; the Internal Revenue Service; the U.S. Secret Service; the CIA; and the Department of Homeland Security. *If so, please write the number "14" on your index card.*

15. Have you, or any of your family, close friends, or household members, ever done any work for or with any person or organization that does criminal defense work, such as the Federal Defender's Office, the Public Defender's office, defense attorneys, or a private law firm? This question also includes work as a private investigator. *If so, please write the number "15" on your index card.*

16. Have you, or any of your family, close friends, or household members, ever worked at a courthouse or for a court system, including as a probation or parole officer? *If so, please write the number "16" on your index card.*

17. Do you, or any of your family, close friends, or household members, have a pending application for employment with the United States Attorney's Office or any prosecutor's office; a public defender service; a law firm that does criminal defense work; or with any local, state, or federal law enforcement agency? *If so, please write the number "17" on your index card.*

4

18. Do any of you now, or have you within the past five years, belonged to or participated in any crime prevention groups, such as neighborhood watch organizations, orange hat groups, or any other crime prevention or victim rights groups? *If so, please write the number "18" on your index card.*

19. Have you ever served on a Grand Jury? *If so, please write the number "19" on your index card. [Suggested follow-up for those who answer "yes" at the bench: Is there anything about that experience that would make it hard for you to be fair to both sides in this case? A grand jury investigates cases and charges a person with a crime when there's probable cause to believe the person committed it. The trial jury decides whether the government has proven the case beyond a reasonable doubt. You understand the difference, right? Are you confident you can be fair sitting on a trial jury?]*

20. Have you ever served on a trial jury, either in a civil or a criminal case? *If so, please write the number "20" on your index card. [Suggested follow-up for those who answer "yes" at the bench: Without telling us what the verdict actually was, was the jury able to reach a verdict in your case? Is there anything about that experience that would make it hard for you to be fair to both sides in this case? Do you understand that the burden of proof in a criminal case is greater than the burden in a civil case?]*

21. Have you, or any of your family, close friends, or household members, had any unpleasant experiences with the police or a prosecutor or other law enforcement, whether here in D.C. or elsewhere? Or unpleasant experiences with a defense attorney or defense investigator, whether here in D.C. or elsewhere? *If so, please write the number "21" on your index card.*

22. Have you formed special opinions concerning defense attorneys, prosecutors, or accused persons that would affect you in deciding this case? *If so, please write the number "22" on your index card.*

23. Do you [presently] have any feelings about people of different races, gender, nationality, or religion? [Have you ever had such feelings?] [~~that would affect your ability to be a fair and impartial juror?~~] *If so, please write the number "23" on your index card.*

> These changes were proposed by defendant. The United States objects to these proposed amendments because the question, as drafted, was previously used in a prior January 6-related jury trial. *United States v. Alford*, 1:21CR0263 (TSC), ECF 86, 84-1 (p. 9) filed Sept. 24, 2022.

24. There will be testimony from police officers and other law enforcement agents in this case. Would the fact that a witness is a police officer or law enforcement agent have any effect at all on whether or not you believe that person's testimony? In other words, would the fact that a witness is a police officer or law enforcement agent make you more likely to believe his or her testimony? Or make you less likely to believe his or her testimony? *If so, please write the number "24" on your index card.*

25. Have you, or any of your family, close friends, or household members, ever been the victim of or a witness to a crime? By "crime" here I mean something other than parking or speeding tickets. If so, please write the number "25" on your index card.

26. Have you, or any of your family, close friends, or household members, ever been arrested for, charged with, found guilty of, or gone to jail for a crime? By "crime" here I mean something other than parking or speeding tickets. *If so, please write the number "26" on your index card.*

6

27. Have you had an experience with law enforcement, or any person associated with or employed by the United States Attorney's Office or the Court or the criminal justice system, which would make it difficult for you to be a fair or impartial juror in this case? *If so, please write the number "27" on your index card.*

28. Do you have strong feelings about persons who do not accept the results of the 2020 Presidential Election? *If so, please write the number "28" on your index card.*

29. Does any member of the panel suffer from any illness that would make it difficult for you to sit as a juror and are any of you presently taking any medication that causes drowsiness, confusion or discomfort? *If so, please write the number "29" on your index card.*

30. Does anyone here believe that they would be unable to deliberate and reach a verdict if they were selected as a juror? *If so, please write the number "30" on your index card.*

31. Do you have any moral, social, political, philosophical, spiritual, religious or any other creed or belief that would make it hard for you to sit as a juror in this case? *If so, please write the number "31" on your index card.*

32. Do any of you have travel plans or some other engagement this week that would make it impossible for you to sit as a juror? *If so, please write the number "32" on your index card.*

33. Do you or someone you know have a direct or indirect connection to the events that occurred at the U.S. Capitol on January 6, 2021? *If so, please write the number "33" on your index card.*

34. Have you or a close friend or family member ever worked in a federal government building?

<span style="color:red">This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 14 (worked for or with an office that handles prosecution or law enforcement), 15 (worked for or with an office that does criminal defense work), 16 (worked at a courthouse or for a court system).</span>

35. Have you closely followed media coverage of what happened at the U.S. Capitol on January 6, 2021, or the investigation of those events, on the news or on the Internet? *If so, please write the number "34" on your index card*.

<span style="color:red">This is a proposed question from the defendant. The United States objects to this proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 19 (prior Grand Jury service), 20 (prior trial jury sand 28 (results of the 2020 Presidential Election). Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.</span>

36. Have you been following the January 6th prosecutions in Court. Are you aware of the results of any trials.

<span style="color:red">This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 19 (prior Grand Jury service), 20 (prior trial jury and 28 (feelings about individuals who do not accept the results</span>

8

of 2020 Presidential Election). Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.

37. Do you believe that you or other residents of Washington D.C. were affected ~~or inconvenienced~~ by the events which transpired at the U.S. Capitol on January 6, 2021? *If so, please write the number "35" on your index card*.

The defendant has proposed striking the terms "or inconvenienced" from this question. The United States objects to this amendment because the broader terms will include additional acts or impact on prospective jurors.

38. Do you have strong feelings—either positive or negative—about the individuals who gathered at the U.S. Capitol on January 6, 2021, in support of then-President Trump, that would make it hard for you to be a fair and impartial juror in a case involving one such individual?

This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 28 (feelings about individuals who do not accept the results of 2020 Presidential Election). Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.

39. Do you have any impressions or feelings, positive or negative, toward lawyers defending the people charged with crimes arising from the January 6 events at the Capitol that would make it hard for you to be a fair and impartial juror?

This is a proposed question from the defendant.  The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC).  Further, the United State objects because the agreed questions are sufficient to address this topic.  *See* question 15 (prior work 15 (work for or with any person or organization that does criminal defense work), 17 (application pending for employment with a public defender service or criminal defense firm), 22 (opinions concerning defense attorneys).

40.     Do you follow any social media platform or television channel that regularly reports or comments on the events of January 6, 2021?

This is a proposed question from the defendant.  The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC).  Further, the United State objects because the agreed questions are sufficient to address this topic.  *See* question 28 (feelings about individuals who do not accept the results of the 2020 Presidential Election).  Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.

41.     Did you attend, view, or listen to any portion of any Congressional hearings related to the events that occurred at the U.S. Capitol on January 6, 2021?

This is a proposed question from the defendant.  The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC).  Further, the United State objects because the agreed questions are sufficient to address this topic.  *See* question 28 (feelings about individuals who do not accept the results of the 2020 Presidential Election).  Further, the

United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.

42. Have you ever attended a protest or demonstration against Donald Trump?

This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 28 (feelings about individuals who do not accept the results of the 2020 Presidential Election). Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.

43. From what you have heard or read, do you think people who were arrested for involvement in the events on January 6, 2021 at the U.S. Capitol are likely guilty of the charges brought against them?

This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 28 (feelings about individuals who do not accept the results of the 2020 Presidential Election). Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.

44. Would your negative opinion concerning former President Donald Trump or his supporters make it difficult for you to serve as a fair and impartial juror in this case?

<span style="color:red">This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 28 (feelings about individuals who do not accept the results of the 2020 Presidential Election). Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.</span>

45. Do you think that your political views, or those of your spouse or partner, will affect your service as a juror in this case?

<span style="color:red">This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 28 (feelings about individuals who do not accept the results of the 2020 Presidential Election). Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.</span>

46. Have you ever attended a protest, rally or demonstration?

<span style="color:red">This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 28 (feelings about individuals who do not accept the results of the 2020 Presidential Election). Further, the</span>

United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.

47. Have you seen anything in the news about Antony Vo?

This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United State objects because the agreed questions are sufficient to address this topic. *See* question 7 (recognize or know Mr. Vo).

48. Because Mr. Vo is presumed innocent and the government has the burden of proving guilt beyond a reasonable doubt, Mr. Vo does not need to offer any evidence at trial. Would you view his decision not to offer any evidence as evidence of his guilt?

This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC).

49. Do you currently have an opinion regarding Mr. Vo's guilt or innocence in this case?

This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC).

50. Jurors are the sole judges of the facts, but they must follow the principles of law as I instruct. The jury may not choose to follow some rules of law and ignore others, and even if the jury disagrees with or dislikes a rule of law, or does not understand the reasons for some of

the rules, it is the jury's duty to follow those rules. Will you have any difficulty following my legal instructions, whatever they may be?

> This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, United States v. Alford, 21-CR-0263 (TSC).

51.   If you are selected as a juror in this case, I will instruct you to avoid all media coverage relating to this case, including radio, television, podcasts, social media, and other Internet sources. That is, you will be forbidden from reading any newspaper articles about this case, listening to any radio or podcast stories about this case, or watching any TV news about this case. You will also be forbidden from Googling this case, blogging, Tweeting, reading, or posting comments about this case on social media sites or anywhere else on the Internet. Do you have any reservations or concerns about your ability or your willingness to follow this instruction?

> This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC).

52.   Do you have any vision, language or hearing problems, or health or medical problems that would interfere with your ability to listen carefully and pay attention to the testimony in this case?

> This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, already address in agreed question 29 (any illness or medications that would make it difficult to sit as juror).

53. Do you have any difficulty speaking, reading, writing or understanding the English language?

54. My final question is a catchall question. Are there any other reasons that I have not asked about, that might make it difficult for you to sit fairly, impartially, and attentively as a juror in this case?

<span style="color:red">This is a proposed question from the defendant. The United States objects to this new proposed question because this question was not asked in a previous jury case in this Court, *United States v. Alford*, 21-CR-0263 (TSC). Further, the United States objects because this question is overbroad and unduly invades on the personal views of the prospective jurors.</span>