UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ATTACHMENT E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-509 (TSC) |
| | : | |
| ANTONY VO, | : | |
| | : | |
| Defendant. | : | |

## PROPOSED VERDICT FORM

### Count One

1. How do you find Defendant Antony Vo on the charge of Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)?

   _____ Not Guilty        _____ Guilty

### Count Two

2. How do you find Defendant Antony Vo on the charge of disorderly or disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2)?

   _____ Not Guilty        _____ Guilty

### Count Three

3. How do you find Defendant Antony Vo on the charge of violent entry or disorderly conduct in a Capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)?

   _____ Not Guilty        _____ Guilty

### Count Four

4. How do you find Defendant Antony Vo on the charge of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)?

   _____ Not Guilty        _____ Guilty


Dated: _____        _____
                                                          Signature of Foreperson