UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-00509(TSC) |
| | : | |
| Antony Vo, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Witness | Objection | Admitted |
| --- | --- | --- | --- | --- |
| **100 SERIES – PHYSICAL EVIDENCE** | | | | |
| 101 | Defendant's Cellphone | | | |
| **200 SERIES – CAPITOL MAPS AND PHOTOS** | | | | |
| 201 | Restricted Perimeter Map | | | |
| 202 | U.S. Capitol – First Floor Map | | | |
| 203 | U.S. Capitol – Second Floor Map | | | |
| 204 | Color Map, Capitol Grounds | | | |
| 205 | Color Map, Ground Floor | | | |
| 206 | Color Map, Second Floor | | | |

| | | | | |
|---|---|---|---|---|
| **207** | Bird's Eye Photo, Capitol Complex | | | |
| **208** | Stock Photo, West Front | | | |
| **209** | Stock Photo, West Front with Inaugural Stage | | | |
| **210** | Capitol Model – Top Down | | | |
| **211** | Capitol Model – Three-Quarter View | | | |
| **212** | Capitol Model – NW Terrace 1 | | | |
| **213** | Capitol Model – NW Terrace 2 | | | |
| **214** | Capitol Model – NW Terrace 3 | | | |
| **215** | Capitol Model - Overhead Angle | | | |
| **216** | Snow Fencing Photo | | | |
| **217** | Peace Circle Barricade Photo | | | |
| **218** | Peace Circle Closed Sign Photo | | | |
| **219** | Area Closed Sign on Snow Fencing | | | |
| **220** | Area Closed Bike Racks, South Side | | | |
| **221** | Area Closed Sign on Bike Rack, Peace Circle | | | |
| **222** | Official Map of Capitol Grounds | | | |
| **223** | CURRENTLY UNUSED | | | |

| 300 Series – U.S. Capitol CCTV Footage | | | | |
|---|---|---|---|---|
| **301** | CCV West Terrace Steps | | | |
| **301.1** | Screenshot of CCV West Terrace Steps | | | |
| **301A** | Clip of CCV West Terrace Steps | | | |
| **302** | CCV UWT Door Interior 1 | | | |
| **302.1** | Screenshot of CCV UWT Door Interior 1 | | | |
| **302.2** | Screenshot of CCV UWT Door Interior 1 | | | |
| **302.3** | Screenshot of CCV UWT Door Interior 1 | | | |
| **302A** | Clip of CCV UWT Door Interior 1 | | | |
| **303** | CCV UWT Door Interior 2 | | | |
| **303.1** | Screenshot of CCV UWT Door Interior 2 | | | |
| **303A** | Clip of CCV UWT Door Interior 2 | | | |
| **304** | CCV Rotunda 1 | | | |
| **304A** | Clip of CCV Rotunda 1 | | | |

| | | | | |
|---|---|---|---|---|
| **304B** | Clip of CCV Rotunda 1 | | | |
| **305** | CCV Rotunda 2 | | | |
| **305A** | Clip of CCV Rotunda 2 | | | |
| **305B** | Clip of CCV Rotunda 2 | | | |
| **305C** | Clip of CCV Rotunda 2 | | | |
| **306** | CCV Statuary Hall | | | |
| **306A** | Clip of CCV Statuary Hall | | | |
| **307** | CCV East Rotunda Door Interior 1 | | | |
| **307A** | Clip of CCV East Rotunda Door Interior 1 | | | |
| **308** | CCV East Rotunda Door Interior 2 | | | |
| **308A** | Clip of CCV East Rotunda Door Interior 2 | | | |
| **309** | CCV Hallway Interior | | | |
| **310** | CCV East Plaza | | | |
| **311** | CCV Upper West Terrace | | | |
| **312** | CURRENTLY UNUSED | | | |
| **400 SERIES – MATERIAL FROM VO'S PHONE** | | | | |

| | | | | |
|---|---|---|---|---|
| 401 | Cellebrite Report and Extraction of Vo's iPhone, Part I | | | |
| 402 | Cellebrite Report and Extraction of Vo's iPhone, Part II | | | |
| 403 | Upper West Terrace Video 1 | | | |
| 404 | Upper West Terrace Video 2 | | | |
| 405 | Upper West Terrace Video 3 | | | |
| 405.1 | Screenshot of Upper West Terrace Video 3 | | | |
| 406 | Upper West Terrace Video 4 | | | |
| 407 | Upper West Terrace Video 5 | | | |
| 408 | Upper West Terrace Video 6 | | | |
| 409 | Rotunda Video 1 | | | |
| 410 | Rotunda Video 2 | | | |
| 411 | Rotunda Video 3 | | | |
| 412 | Rotunda Video 4 | | | |
| 413 | Rotunda Doors Interior Video 1 | | | |
| 414 | Rotunda Doors Interior Video 2 | | | |
| 415 | East Front Video 1 | | | |

| | | | | |
|---|---|---|---|---|
| **416** | East Front Video 2 | | | |
| **417** | East Front Video 3 | | | |
| **418** | East Front Video 4 | | | |
| **419** | East Front Video 5 | | | |
| **420** | East Front Video 6 | | | |
| **421** | Capitol Image 1 | | | |
| **422** | Capitol Image 2 | | | |
| **423** | Capitol Image 3 | | | |
| **424** | Capitol Image 4 | | | |
| **425** | West Front Image 1 | | | |
| **426** | West Front Image 2 | | | |
| **427** | West Front Image 3 | | | |
| **428** | West Front Image 4 | | | |
| **429** | West Front Image 5 | | | |
| **430** | West Front Image 6 | | | |
| **431** | West Front Image 7 | | | |
| **432** | West Front Image 8 | | | |
| **433** | West Front Image 9 | | | |
| **434** | Upper West Terrace Image 1 | | | |
| **435** | Upper West Terrace Image 2 | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| **436** | Upper West Terrace Image 3 |  |  |  |
| **437** | Upper West Terrace Image 4 |  |  |  |
| **438** | Upper West Terrace Image 5 |  |  |  |
| **439** | Upper West Terrace Image 6 |  |  |  |
| **440** | Upper West Terrace Image 7 |  |  |  |
| **441** | Upper West Terrace Image 8 |  |  |  |
| **442** | Upper West Terrace Image 9 |  |  |  |
| **443** | Rotunda Image 1 |  |  |  |
| **444** | Rotunda Image 2 |  |  |  |
| **445** | Rotunda Image 3 |  |  |  |
| **446** | Rotunda Image 4 |  |  |  |
| **447** | Rotunda Image 5 |  |  |  |
| **448** | Rotunda Image 6 |  |  |  |
| **449** | East Front Image 1 |  |  |  |
| **450** | East Front Image 2 |  |  |  |
| **451** | East Front Image 3 |  |  |  |
| **452** | East Front Image 4 |  |  |  |
| **453** | East Front Image 5 |  |  |  |
| **454** | Text Chat 1 |  |  |  |
| **454A** | Presentation Aid of Text Chat 1 |  |  |  |
| **455** | Text Chat 2 |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
| **455A** | Text Chat 2A |  |  |  |
| **455B** | Presentation Aid of Text Chat 2 |  |  |  |
| **456** | Text Chat 3 |  |  |  |
| **456A** | Text Chat 3A |  |  |  |
| **456B** | Presentation Aid of Text Chat 3 |  |  |  |
| **457** | Text Chat 4 |  |  |  |
| **457A** | Presentation Aid of Text Chat 4 |  |  |  |
| **458** | Text Chat 5 |  |  |  |
| **458A** | Presentation Aid of Text Chat 5 |  |  |  |
| **459** | Text Chat 6 |  |  |  |
| **459A** | Presentation Aid of Text Chat 6 |  |  |  |
| **460** | Text Chat 7 |  |  |  |
| **460A** | Presentation Aid of Text Chat 7 |  |  |  |
| **461** | Text Chat 8 |  |  |  |
| **461A** | Presentation Aid of Text Chat 8 |  |  |  |
| **462** | Statuary Hall Image |  |  |  |
| **463** | Records Certification 1 – Gabor |  |  |  |
| **464** | Records Certification 2 - Pettus |  |  |  |

| | | | | |
|---|---|---|---|---|
| **465** | Records Certification 3 - Pfannkuch | | | |
| **466** | Notice of Certification | | | |
| **467** | Text Chat 9 | | | |
| **467A** | Presentation Aid of Text Chat 9 | | | |
| **468** | Text Chat 10 | | | |
| **468A** | Presentation Aid of Text Chat 10 | | | |
| **469** | CURRENTLY UNUSED | | | |
| | **500 SERIES – MATERIAL FROM VO'S SOCIAL MEDIA** | | | |
| **501** | Facebook Chat 1 | | | |
| **501A** | Presentation Aid of Facebook Chat 1 | | | |
| **502** | Facebook Chat 2 | | | |
| **502A** | Presentation Aid of Facebook Chat 2 | | | |
| **503** | Instagram Chat 1 | | | |
| **503A** | Presentation Aid of Instagram Chat 1 | | | |
| **504** | Instagram Chat 2 | | | |
| **504A** | Presentation Aid of Instagram Chat 2 | | | |
| **505** | Instagram Chat 3 | | | |
| **505A** | Presentation Aid of Instagram Chat 3 | | | |

| | | | | |
|---|---|---|---|---|
| 506 | First Amended Custodian of Records Certificate (Facebook) | | | |
| 507 | Facebook Chat 3 | | | |
| 507A | Presentation Aid of Facebook Chat 3 | | | |
| 508 | Facebook Chat 4 | | | |
| 508A | Presentation Aid of Facebook Chat 4 | | | |
| 509 | Facebook Chat 5 | | | |
| 509A | Presentation Aid of Facebook Chat 5 | | | |
| 510 | Facebook Chat 6 | | | |
| 510A | Presentation Aid of Facebook Chat 6 | | | |
| 511 | Facebook Chat 7 | | | |
| 511A | Presentation Aid of Facebook Chat 7 | | | |
| 512 | Facebook Chat 8 | | | |
| 512A | Presentation Aid of Facebook Chat 8 | | | |
| 513 | CURRENTLY UNUSED | | | |
| **600 SERIES – OPEN-SOURCE MATERIAL** | | | | |
| 601 | West Front, Brickman , MAH02944 | | | |
| 602 | Multiple locations, Business Insider | | | |
| 603 | West Front, Brickman, MAH02945 | | | |

| | | | | |
|---|---|---|---|---|
| 603.1 | Screenshot of West Front, Brickman, MAH02945 | | | |
| 604 | West, East Fronts, Upper West Terrace | | | |
| 604.1 | Screenshot of West, East Fronts, Upper West Terrace | | | |
| 604.2 | Screenshot of West, East Fronts, Upper West Terrace | | | |
| 604.3 | Screenshot of West, East Fronts, Upper West Terrace | | | |
| 604A | Clip of West, East Fronts, Upper West Terrace | | | |
| 605 | West Front, Brickman, MAH02947 | | | |
| 606 | Upper West Terrace, Hager | | | |
| 607 | Upper West Terrace, Door, MCGREW | | | |
| 608 | Upper West Terrace, Brickman, MAH02952 | | | |
| 609 | Upper West Terrace, Door, Rotunda.MP4 | | | |
| 610 | West Front, Upper West Terrace, Door, Rotunda, GOPR0391 | | | |
| 610.1 | Screenshot of GOPR0391 | | | |
| 610A | Clip of GOPR0391 | | | |
| 611 | Upper West Terrace, Door, Rotunda, GOPR0776 | | | |
| 612 | Upper West Terrace | | | |
| 613 | Upper West Terrace Door, Brickman, MAH02953 | | | |

| | | | | |
|---|---|---|---|---|
| 614 | Upper West Terrace Door, Hager | | | |
| 615 | Upper West Terrace and door, hallway, RPReplay | | | |
| 616 | Upper West Terrace, Door, Rotunda | | | |
| 617 | Upper West Terrace Door | | | |
| 618 | Upper West Terrace Door, Brickman, MAH02954 | | | |
| 619 | Upper West Terrace Door, Rotunda, Hallway, McGrew | | | |
| 620 | Upper West Terrace Door, Sign | | | |
| 621 | Upper West Terrace, JosephACamp | | | |
| 622 | Statutory Hall, Rotunda, West, East Fronts, LA Times | | | |
| 622.1 | Screenshot of Statutory Hall, Rotunda, West, East Fronts, LA Times | | | |
| 622A | Clip of Statutory Hall, Rotunda, West, East Fronts, LA Times | | | |
| 623 | Rotunda, Brickman, MAH02955 | | | |
| 623.1 | Screenshot of Rotunda, Brickman, MAH02955 | | | |
| 624 | Rotunda, Brickman, MAH02956 | | | |
| 624.1 | Screenshot of Rotunda, Brickman, MAH02956 | | | |
| 625 | East Front, Andrew Denney | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 626 | Brickman Records Certification |  |  |  |
| 627 | First Notice of Certification |  |  |  |
| 628 | Upper West Terrace Door |  |  |  |
| 628.1 | Screenshot of Upper West Terrace Door |  |  |  |
| 629 | CURRENTLY UNUSED |  |  |  |
| **700 SERIES – BODY WORN CAMERA FOOTAGE** |||||
| 701 | Crews |  |  |  |
| 701A | Clip of Crews |  |  |  |
| 702 | Dove |  |  |  |
| 702A | MPD DOVE-(Clip_1.1)_20210106-RIOT-US_CAPITOL |  |  |  |
| 702B | Clip of MPD DOVE-(Clip_1.1)_20210106-RIOT-US_CAPITOL |  |  |  |
| 703 | Fenwick |  |  |  |
| 703A | Clip of Fenwick |  |  |  |
| 704 | Flemming |  |  |  |
| 704A | Clip of Flemming |  |  |  |
| 705 | Schwarzer |  |  |  |
| 705A | Clip of Schwarzer |  |  |  |
| 706 | Welsh Jr |  |  |  |
| 706A | MPD Welsh (Clip_3.1)_20210106_-_First_Amendment_-_US_Capital |  |  |  |
| 707 | Wissa |  |  |  |

| | | | | |
|---|---|---|---|---|
| 707A | Clip of Wissa | | | |
| 708 | Lapitsky BWC | | | |
| 708A | Clip of Lapitsky BWC | | | |
| 709 | Checo BWC | | | |
| 709A | Clip of Checo BWC | | | |
| 710 | Officer DONE | | | |
| 710A | Officer DONE clip | | | |
| 711 | CURRENTLY UNUSED | | | |
| 800 SERIES – LEGAL/CONGRESSIONAL RECORDS & USSS COMMUNICATIONS | | | | |
| 801 | 3 U.S. Code § 15 | | | |
| 802 | 3 U.S. Code § 16 | | | |
| 803 | 3 U.S. Code § 17 | | | |
| 804 805 | 3 U.S. Code § 18 Congressional Record – House | | | |
| 806 | Congressional Record – Senate | | | |
| 807 | S. Con. Res. 1 | | | |
| 808 | U.S. Const. 12th Amendment | | | |
| 809 | CURRENTLY UNUSED | | | |
| 810 | Pence Head of State Notification Email | | | |
| 811 | Head of State Worksheet | | | |
| 812 | CURRENTLY UNUSED | | | |
| 900 SERIES – VIDEO MONTAGES | | | | |
| 901 | USCP January 6, 2021 Montage | | | |

| | | | | |
|---|---|---|---|---|
| **902** | House and Senate Montage | | | |
| **903** | CCTV - West Front Time Lapse | | | |
| **904** | Combined outside Upper West Terrace Door, SPV1 | | | |
| **905** | Combined inside Upper West Terrace Door, SPV2 | | | |
| **906** | CURRENTLY UNUSED | | | |
| | 1000 SERIES – STIPULATIONS | | | |
| **1001** | CURRENTLY UNUSED | | | |
| **1002** | CURRENTLY UNUSED | | | |