UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-509 (TSC) |
| **ANTONY VO,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENSE'S PROPOSED LIMITING INSTRUCTION

Antony Vo, by and through his attorneys, proposes the following limiting instruction. At the Pretrial Conference, this Court's denied Mr. Vo's Motion in Limine moving to exclude portions of the governments' exhibits that do not directly relate to Mr. Vo and his presence in the U.S. Capitol on January 6, 2021. In denying the Motion, the Court ruled that a limiting instruction was appropriate to minimize prejudice against Mr. Vo.

> You have just been shown a montage video from the U.S Capitol Police. The video shows events at the Capitol from 12:51 pm to 4:31 pm. The video contains images of the breaches of the Capitol, attacks on police officers in different parts of the building at different times throughout the day.
>
> You may only consider this video for the limited purpose of determining why and how the certification was suspended.
>
> In fact, you are instructed that Mr. Vo is not in any of these videos and is not alleged to be in most of those places. This video does not purport to represent anything that Mr. Vo knew or saw on January 6th. It is simply a montage of events that led to the suspension of the certification of electoral votes.
>
> You may not consider this as evidence of Mr. Vo's actions. Because this video does not purport to depict where Mr. Vo was on January 6th or what Mr. Vo observed on January 6th in any way, you may not

consider this video as evidence that Mr. Vo contributed to the actions in this video or shared the intent of the actors in this video. You may not conclude from this video that Mr. Vo even had any idea that any of these events were occurring for the time that he was in the Capitol. In fact, the parties agree that Mr. Vo arrived long after the video begins and leaves long before the video ends.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Eugene Ohm
        Kate Adams
        Assistant Federal Public Defenders
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500