UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>          v.                                         )          No. 21-cr-509 (TSC)<br> ANTONY VO,                                 )<br>                                                         )<br>          **Defendant**                      )<br>_____) | |

## NOTICE OF FILING

Antony Vo, through his attorneys, files the attached Defense Witness List. Mr. Vo reserves the right to supplement this list if the need for additional witnesses becomes apparent.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Kate Adams
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite    550
Washington, D.C.  20004
(202) 208-7500

# Defense Witness List

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-509 (TSC)** |
| | : | |
| **Antony Vo** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENSE WITNESS LIST**

The Defense expects that the jury may hear testimony from the following witnesses:

1. Aaron Hoffman

2. Angeles Nozaleda

3. Alex Gibson

4. Spenser Smith

5. Tyrees Smith, Investigator for the Federal Public Defender

6. Ronald Sanders, Investigator for the Federal Public Defender