UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-cr-509 (TSC) |
| ANTONY VO, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### NOTICE OF FILING

Antony Vo, through his attorneys, files the attached modified Defense Exhibit List. Mr. Vo reserves the right to supplement this list if the need for additional exhibits becomes apparent.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Kate Adams
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500