United States of America

vs.                                                                    Civil/Criminal No.   21-CR-509

Antony Vo

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| 1 | Bus video entitled - Dys Nhat Nguyen | | | | |
| 2 | Video entitled MPD-005-00000032 | | | | |
| 3 | Video entitled MPD-005-00000033 | | | | |
| 4 | Video entitled MPD-005-00000034 | | | | |
| 5 | Video entitled MPD-005-00000035 | | | | |
| 6 | Video entitled GOPR0776 | | | | |
| 7 | Video entitled GOPR0391 | | | | |
| 8 | Video entitled Hager 21cr381 29219196_142954.mp4 | | | | |
| 9 | Video entitled McGrew IMG_1558.MOV | | | | |
| 10 | Video entitled IMG_0227.MP4 | | | | |
| 11 | Video entitled MPD-005-00000036 | | | | |
| 12 | Video entitled YouTube-JosephACamp.mp4 | | | | |
| 13 | Video entitled RPReplay_Final1609976622.mp4 | | | | |
| 14 | Video entitled police watching.mp4 | | | | |
| 15 | Video entitled Mcgrew.mov | | | | |
| 16 | Video entitled CO73.MP4.mpg | | | | |
| 17 | Photo entitled 61.jpg | | | | |
| 18 | Clips of Former President Donald Trump's Speech at the Rally on January 6, 2021 | | | | |

1