UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-509 (TSC) |
| v. : | |
| : | |
| ANTONY VO, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR LIMITING INSTRUCTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to Defendant's Proposed Limiting Instruction, Doc. 90, and asks the Court to deny the defendant's proposal or issue the instruction proposed by the government.

No limiting instruction is necessary, and the Court should deny the defendant's request for one. The government's montage exhibit, government's exhibit 901, is relevant and admissible, and the jury can properly consider it. The exhibit depicts relevant events and the mob the defendant took part in. The defendant's acts were criminal in nature because of his actions as a part of that mob and the jury should rightly be informed about it in considering this case. It also appears that this Court admitted a similar montage in *United States v. Alford*, 21-CR-263 (TSC) without issuing a limiting instruction. *See* Trial Tr. Day 2 at 277-304.

If the Court is inclined to give a limiting instruction it should be no longer or more complicated than necessary to accomplish the goal of minimizing the potential for unfair prejudice against the defendant. The government proposes the following instruction, which is adapted and modified from Redbook Instruction 2.321, Other Crimes Evidence, subsection A.: Evidence of Other Crimes Admitted to show Motive, Identity or Common Scheme or Plan:

You have just been shown a montage video from the U.S Capitol Police. It is up to you to decide whether to accept that evidence.

You may use this evidence as background to understanding the events of January 6, 2021, in determining whether Antony Vo's conduct violated the crimes with which he is charged.

You may not use this evidence for any other purpose. Defendant Antony Vo is only on trial for the crimes charged. He is not charged in this case with any offense relating to assaulting officers or destroying property, and you may not use this evidence to conclude that defendant Antony Vo has a bad character, or that Antony Vo has a criminal personality. The law does not allow you to convict him simply because you believe he may have done bad things not specifically charged as crimes in this case.

For the foregoing reasons, the government respectfully requests that the Court deny the defendant's request for a limiting instruction or gives the limiting instruction as requested by the government above.

        Respectfully submitted,
        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Lynnett M. Wagner*
        LYNNETT M. WAGNER
        Nebraska Bar No. 21606
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Tel: (402) 661-3700
        Email: lynnett.m.wagner@usdoj.gov

And:   */s/ Eric Boylan*
        Eric Boylan
        Texas Bar No. 24105519
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Email: eric.boylan@usdoj.gov