CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ANTONY VO

Civil/Criminal No.: 21-CR-590

### NOTE FROM JURY

We've reached a verdict

Date: 9/22/23
Time: 4:53pm

FOREPERSON