UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ANTONY VO

CRIMINAL NO: 21-CR-509 (TSC)

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the jury for the purpose of deliberations.

**Exhibits Submitted to Jury:**

_Lynnett M Wagner_    _September 22, 2023_
Plaintiff             Date

_[signature]_    _9/22/2023_
Defendant        Date

**Exhibits Returned to Counsel:**

_____    _____
Plaintiff                 Date

_____    _____
Defendant                 Date