UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 21-CR-00509(TSC) |
| Antony Vo, | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Witness | Objection | Admitted |
|---|---|---|---|---|
| **100 SERIES – PHYSICAL EVIDENCE** | | | | |
| 101 | Defendant's Cellphone | | | |
| **200 SERIES – CAPITOL MAPS AND PHOTOS** | | | | |
| 201 | Restricted Perimeter Map | Captain Jessica Baboulis & | Lt. Christopher Dove | ✓ |
| 202 | U.S. Capitol – First Floor Map | | | |
| 203 | U.S. Capitol – Second Floor Map | Captain Jessica Baboulis | | ✓ |
| 204 | Color Map, Capitol Grounds | | | |
| 205 | Color Map, Ground Floor | | | |
| 206 | Color Map, Second Floor | | | |

| 207 | Bird's Eye Photo, Capitol Complex | Captain Jessica Baboulis | | ✓ |
| --- | --- | --- | --- | --- |
| 208 | Stock Photo, West Front | | | |
| 209 | Stock Photo, West Front with Inaugural Stage | | | |
| 210 | Capitol Model – Top Down | | | |
| 211 | Capitol Model – Three-Quarter View | | | |
| 212 | Capitol Model – NW Terrace 1 | | | |
| 213 | Capitol Model – NW Terrace 2 | | | |
| 214 | Capitol Model – NW Terrace 3 | Lt. Christopher Dove Captain Jessia Baboulis | | ✓ |
| 215 | Capitol Model - Overhead Angle | | | |
| 216 | Snow Fencing Photo | Captain Jessica Baboulis | | ✓ |
| 217 | Peace Circle Barricade Photo | Captain Jessica Baboulis | | ✓ |
| 218 | Peace Circle Closed Sign Photo | | | |
| 219 | Area Closed Sign on Snow Fencing | Captain Jessica Baboulis | | ✓ |
| 220 | Area Closed Bike Racks, South Side | | | |
| 221 | Area Closed Sign on Bike Rack, Peace Circle | Captain Jessica Baboulis | | ✓ |
| 222 | Official Map of Capitol Grounds | Captain Jessica Baboulis | | ✓ |
| 223 | CURRENTLY UNUSED | | | |

| | 300 SERIES – U.S. CAPITOL CCTV FOOTAGE | | | | |
|---|---|---|---|---|---|
| 301 | CCV West Terrace Steps | Captain Jessica Baboulis | | | ✓ |
| 301.1 | Screenshot of CCV West Terrace Steps | FBI- Joseph Henry  Captain Jessica Baboulis | | | ✓ |
| 301A | Clip of CCV West Terrace Steps | FBI- Joseph Henry  Captain Jessica Baboulis | | | ✓ |
| 302 | CCV UWT Door Interior 1 | Captain Jessica Baboulis  FBI- Joseph Henry | | | ✓ |
| 302.1 | Screenshot of CCV UWT Door Interior 1 | Captain Jessica Baboulis  FBI- Joseph Henry | | | ✓ |
| 302.2 | Screenshot of CCV UWT Door Interior 1 | Captain Jessica Baboulis  FBI- Joseph Henry | | | ✓ |
| 302.3 | Screenshot of CCV UWT Door Interior 1 | | | | ✓ |
| 302A | Clip of CCV UWT Door Interior 1 | Lt. David Millard  FBI- Joseph Henry | | | ✓ |
| 303 | CCV UWT Door Interior 2 | FBI -Joseph Henry | | | ✓ |
| 303.1 | Screenshot of CCV UWT Door Interior 2 | Captain JB  FBI - JH | | | ✓ |
| 303A | Clip of CCV UWT Door Interior 2 | Captain JB  Lt. David Millard | | | ✓ |
| 304 | CCV Rotunda 1 | Captain JB  FBI - JH | | | ✓ |
| 304A | Clip of CCV Rotunda 1 | Captain JB  FBI - JH | | | ✓ |

| | | | | |
|---|---|---|---|---|
| 304B | Clip of CCV Rotunda 1 | Captain JB | | ✓ |
| 305 | CCV Rotunda 2 | | | ✓ |
| 305A | Clip of CCV Rotunda 2 | | | ✓ |
| 305B | Clip of CCV Rotunda 2 | | | ✓ |
| 305C | Clip of CCV Rotunda 2 | | | ✓ |
| 306 | CCV Statuary Hall | | | ✓ |
| 306A | Clip of CCV Statuary Hall | | | ✓ |
| 307 | CCV East Rotunda Door Interior 1 | | | ✓ |
| 307A | Clip of CCV East Rotunda Door Interior 1 | | | ✓ |
| 308 | CCV East Rotunda Door Interior 2 | | | ✓ |
| 308A | Clip of CCV East Rotunda Door Interior 2 | | | ✓ |
| 309 | CCV Hallway Interior | U.S. Secret Service Elizabeth Galvey Captain JB | | ✓ |
| 310 | CCV East Plaza | | | ✓ |
| 311 | CCV Upper West Terrace | | • | ✓ |
| 312 | CURRENTLY UNUSED | | | |

**400 SERIES – MATERIAL FROM VO'S PHONE**

| | | | | | |
|---|---|---|---|---|---|
| 401 | Cellebrite Report and Extraction of Vo's iPhone, Part I | | | | |
| 402 | Cellebrite Report and Extraction of Vo's iPhone, Part II | | | | |
| 403 | Upper West Terrace Video 1 | FBI OH | | | ✓ |
| 404 | Upper West Terrace Video 2 | | | | ✓ |
| 405 | Upper West Terrace Video 3 | | | | ✓ |
| 405.1 | Screenshot of Upper West Terrace Video 3 | | | | ✓ |
| 406 | Upper West Terrace Video 4 | | | | ✓ |
| 407 | Upper West Terrace Video 5 | | | | ✓ |
| 408 | Upper West Terrace Video 6 | | | | ✓ |
| 409 | Rotunda Video 1 | | | | ✓ |
| 410 | Rotunda Video 2 | | | | ✓ |
| 411 | Rotunda Video 3 | | | | ✓ |
| 412 | Rotunda Video 4 | | | | ✓ |
| 413 | Rotunda Doors Interior Video 1 | | | | ✓ |
| 414 | Rotunda Doors Interior Video 2 | | | | ✓ |
| 415 | East Front Video 1 | | | | ✓ |

| # | Description | Notes | | | ✓ |
|---|---|---|---|---|---|
| 416 | East Front Video 2 | FBI JH | | | ✓ |
| 417 | East Front Video 3 | | | | ✓ |
| 418 | East Front Video 4 | | | | ✓ |
| 419 | East Front Video 5 | | | | ✓ |
| 420 | East Front Video 6 | | | | ✓ |
| 421 | Capitol Image 1 | | | | ✓ |
| 422 | Capitol Image 2 | | | | ✓ |
| 423 | Capitol Image 3 | | | | ✓ |
| 424 | Capitol Image 4 | | | | ✓ |
| 425 | West Front Image 1 | | | | ✓ |
| 426 | West Front Image 2 | | | | ✓ |
| 427 | West Front Image 3 | | | | ✓ |
| 428 | West Front Image 4 | | | | ✓ |
| 429 | West Front Image 5 | | | | ✓ |
| 430 | West Front Image 6 | | | | ✓ |
| 431 | West Front Image 7 | | | | ✓ |
| 432 | West Front Image 8 | | | | ✓ |
| 433 | West Front Image 9 | | | | ✓ |
| 434 | Upper West Terrace Image 1 | | | | ✓ |
| 435 | Upper West Terrace Image 2 | | | | ✓ |

| | | | | |
|---|---|---|---|---|
| 436 | Upper West Terrace Image 3 | FBI JH | | ✓ |
| 437 | Upper West Terrace Image 4 | FBI JH Lt. Christopher Dove | | ✓ |
| 438 | Upper West Terrace Image 5 | FBI Joseph Henry | | ✓ |
| 439 | Upper West Terrace Image 6 | | | ✓ |
| 440 | Upper West Terrace Image 7 | | | ✓ |
| 441 | Upper West Terrace Image 8 | | | ✓ |
| 442 | Upper West Terrace Image 9 | | | ✓ |
| 443 | Rotunda Image 1 | | | ✓ |
| 444 | Rotunda Image 2 | | | ✓ |
| 445 | Rotunda Image 3 | | | ✓ |
| 446 | Rotunda Image 4 | | | ✓ |
| 447 | Rotunda Image 5 | | | ✓ |
| 448 | Rotunda Image 6 | | | ✓ |
| 449 | East Front Image 1 | | | ✓ |
| 450 | East Front Image 2 | | | ✓ |
| 451 | East Front Image 3 | | | ✓ |
| 452 | East Front Image 4 | | | ✓ |
| 453 | East Front Image 5 | ↓ | | ✓ |
| 454 | Text Chat 1 | | | |
| 454A | Presentation Aid of Text Chat 1 | | | |
| 455 | Text Chat 2 | | | |

| | | | | |
|---|---|---|---|---|
| 455A | Text Chat 2A | | | |
| 455B | Presentation Aid of Text Chat 2 | | | |
| 456 | Text Chat 3 | | | |
| 456A | Text Chat 3A | | | |
| 456B | Presentation Aid of Text Chat 3 | | | |
| 457 | Text Chat 4 | | | |
| 457A | Presentation Aid of Text Chat 4 | | | |
| 458 | Text Chat 5 | | | |
| 458A | Presentation Aid of Text Chat 5 | | | |
| 459 | Text Chat 6 | | | |
| 459A | Presentation Aid of Text Chat 6 | | | |
| 460 | Text Chat 7 | | | |
| 460A | Presentation Aid of Text Chat 7 | FBI Joseph Horny | | ✓ |
| 461 | Text Chat 8 | | | |
| 461A | Presentation Aid of Text Chat 8 | FBI JH | | ✓ |
| 462 | Statuary Hall Image | | | |
| 463A | Records Certification 1 – Gabor without CV | FBI JH | | ✓ |
| 464 A | Records Certification 2 - Pettus -Redacted w/o CV | FBI JH | | ✓ |

| | | | | |
|---|---|---|---|---|
| 465A | Records Certification 3 - Pfannkuch without CV | | | ✓ |
| 466 | Notice of Certification | | | |
| 467 | Text Chat 9 | | | |
| 467A | Presentation Aid of Text Chat 9 | FBI Joseph Henry | | ✓ |
| 468 | Text Chat 10 | | | |
| 468A | Presentation Aid of Text Chat 10 | FBI Joseph Henry | | ✓ |
| 469 | CURRENTLY UNUSED | | | |
| **500 SERIES – MATERIAL FROM VO'S SOCIAL MEDIA** | | | | |
| 501 | Facebook Chat 1 | FBI JH | | ✓ |
| 501A | Presentation Aid of Facebook Chat 1 | FBI JH | | ✓ |
| 502 | Facebook Chat 2 | | | |
| 502A | Presentation Aid of Facebook Chat 2 | FBI JH | | ✓ |
| 503 | Instagram Chat 1 | | | |
| 503A | Presentation Aid of Instagram Chat 1 | FBI JH | | ✓ |
| 504 | Instagram Chat 2 | | | |
| 504A | Presentation Aid of Instagram Chat 2 | | | |
| 505 | Instagram Chat 3 | | | |
| 505A | Presentation Aid of Instagram Chat 3 | FBI JH | | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| 506 | First Amended Custodian of Records Certificate (Facebook) | | | | |
| 507 | Facebook Chat 3 | | | | |
| 507A | Presentation Aid of Facebook Chat 3 | FBI Joseph Henry | | | ✓ |
| 508 | Facebook Chat 4 | | | | |
| 508A | Presentation Aid of Facebook Chat 4 | FBI JH | | | ✓ |
| 509 | Facebook Chat 5 | | | | |
| 509A | Presentation Aid of Facebook Chat 5 | FBI JH | | | ✓ |
| 510 | Facebook Chat 6 | | | | |
| 510A | Presentation Aid of Facebook Chat 6 | FBI JH | | | ✓ |
| 511 | Facebook Chat 7 | | | | |
| 511A | Presentation Aid of Facebook Chat 7 | FBI JH | | | ✓ |
| 512 | Facebook Chat 8 | | | | |
| 512A | Presentation Aid of Facebook Chat 8 | FBI JH | | | ✓ |
| 513 | CURRENTLY UNUSED | | | | |
| **600 SERIES – OPEN-SOURCE MATERIAL** | | | | | |
| 601 | West Front, Brickman, MAH02944 | | | | |
| 602 | Multiple locations, Business Insider | | | | |
| 603 | West Front, Brickman, MAH02945 | FBI JH | | | ✓ |

| | | | | |
|---|---|---|---|---|
| 603.1 | Screenshot of West Front, Brickman, MAH02945 | FBI JH | | ✓ |
| 604 | West, East Fronts, Upper West Terrace | | | |
| 604.1 | Screenshot of West, East Fronts, Upper West Terrace | FBI JH | | ✓ |
| 604.2 | Screenshot of West, East Fronts, Upper West Terrace | FBI JH | | ✓ |
| 604.3 | Screenshot of West, East Fronts, Upper West Terrace | FBI JH | | ✓ |
| 604A | Clip of West, East Fronts, Upper West Terrace | FBI JH | | ✓ |
| 605 | West Front, Brickman, MAH02947 | | | |
| 606 | Upper West Terrace, Hager | Lt. Christopher Dove | | ✓ |
| 607 | Upper West Terrace, Door, MCGREW | Lt. Christopher Dove | | ✓ |
| 608 | Upper West Terrace, Brickman, MAH02952 | | | |
| 609 | Upper West Terrace, Door, Rotunda.MP4 | | | |
| 610 | West Front, Upper West Terrace, Door, Rotunda, GOPR0391 | | | |
| 610.1 | Screenshot of GOPR0391 | | | |
| 610A | Clip of GOPR0391 | Lt. David Millard | | ✓ |
| 611 | Upper West Terrace, Door, Rotunda, GOPR0776 | Lt. David Millard | | ✓ |
| 612 | Upper West Terrace | | | |
| 613 | Upper West Terrace Door, Brickman, MAH02953 | | | |

| | | | | |
|---|---|---|---|---|
| 614 | Upper West Terrace Door, Hager | | | |
| 615 | Upper West Terrace and door, hallway, RPReplay | | | |
| 616 | Upper West Terrace, Door, Rotunda | 4. David Millard | | ✓ |
| 617 | Upper West Terrace Door | | | |
| 618 | Upper West Terrace Door, Brickman, MAH02954 | 4. DM | | ✓ |
| 619 | Upper West Terrace Door, Rotunda, Hallway, McGrew | | | |
| 620 | Upper West Terrace Door, Sign | | | |
| 621 | Upper West Terrace, JosephACamp | 4. Christopher Dove | | ✓ |
| 622 | Statutory Hall, Rotunda, West, East Fronts, LA Times | | | |
| 622.1 | Screenshot of Statutory Hall, Rotunda, West, East Fronts, LA Times | FBI JH | | ✓ |
| 622A | Clip of Statutory Hall, Rotunda, West, East Fronts, LA Times | | | ✓ |
| 623 | Rotunda, Brickman, MAH02955 | | | ✓ |
| 623.1 | Screenshot of Rotunda, Brickman, MAH02955 | | | ✓ |
| 624 | Rotunda, Brickman, MAH02956 | | | ✓ |
| 624.1 | Screenshot of Rotunda, Brickman, MAH02956 | | | ✓ |
| 625 | East Front, Andrew Denney | | | |

| | | | | |
|---|---|---|---|---|
| 626 | Brickman Records Certification | FBI JH | | ✓ |
| 627 | First Notice of Certification | | | |
| 628 | Upper West Terrace Door | Lt. CD<br>Lt. DM | | ✓ |
| 628.1 | Screenshot of Upper West Terrace Door | | | |
| 629 | CURRENTLY UNUSED | | | |
| **700 SERIES – BODY WORN CAMERA FOOTAGE** | | | | |
| 701 | Crews | | | |
| 701A | Clip of Crews | | | |
| 702 | Dove | Lt. CD<br>Lt. DM | | ✓ |
| 702A | MPD DOVE-(Clip_1.1)_20210106-RIOT-US_CAPITOL | Lt. CD | | ✓ |
| 702B | Clip of MPD DOVE-(Clip_1.1)_20210106-RIOT-US_CAPITOL | Lt. CD | | ✓ |
| 703 | Fenwick | | | |
| 703A | Clip of Fenwick | | | |
| 704 | Flemming | | | |
| 704A | Clip of Flemming | | | |
| 705 | Schwarzer | Lt. CD | | ✓ |
| 705A | Clip of Schwarzer | | | |
| 706 | Welsh Jr | | | |
| 706A | MPD Welsh (Clip_3.1)_20210106_-_First_Amendment_-_US_Capital | | | |
| 707 | Wissa | | | |

| | | | | |
|---|---|---|---|---|
| 707A | Clip of Wissa | | | |
| 708 | Lapitsky BWC | 4. CD | | ✓ |
| 708A | Clip of Lapitsky BWC | | | |
| 709 | Checo BWC | | | |
| 709A | Clip of Checo BWC | | | |
| 710 | Officer DONE | | | |
| 710A | Officer DONE clip | | | |
| 711 | CURRENTLY UNUSED | | | |
| **800 SERIES – LEGAL/CONGRESSIONAL RECORDS & USSS COMMUNICATIONS** | | | | |
| 801 | 3 U.S. Code § 15 | | | |
| 802 | 3 U.S. Code § 16 | | | |
| 803 | 3 U.S. Code § 17 | | | |
| 804 | 3 U.S. Code § 18 | | | |
| 805 | Congressional Record – House | | | |
| 806 | Congressional Record – Senate | | | |
| 807 | S. Con. Res. 1 | | | |
| 808 | U.S. Const. 12th Amendment | | | |
| 809 | CURRENTLY UNUSED | | | |
| 810 | Pence Head of State Notification Email | U.S.S.S. Elizabeth Galvey | | ✓ |
| 811 | Head of State Worksheet | U.S. SS. EG | | ✓ |
| 812 | CURRENTLY UNUSED | | | |
| **900 SERIES – VIDEO MONTAGES** | | | | |
| 901 | USCP January 6, 2021 Montage | Captain JB | | ✓ |

| | | | | |
|---|---|---|---|---|
| 902 | House and Senate Montage | | | |
| 903 | CCTV - West Front Time Lapse | Captain JB | | ✓ (Defense) |
| 904 | Combined outside Upper West Terrace Door, SPV1 | | | |
| 905 | Combined inside Upper West Terrace Door, SPV2 | FBI JH | | ✓ |
| 906 | CURRENTLY UNUSED | | | |
| | 1000 SERIES – STIPULATIONS | | | |
| 1001 | CURRENTLY UNUSED | | | |
| 1002 | CURRENTLY UNUSED | | | |