United States of America
vs.
Antony Vo

Civil/Criminal No. __21-CR-509__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| 1 | Bus video entitled - Dys Nhat Nguyen | X | X | Joseph Henry | X |
| 20 | IMG_0091 | X | X | Joseph Henry | X |
| 21 | IMG_0092 | X | X | Joseph Henry | X |
| 22 | IMG_0095 | X | X | Joseph Henry | X |
| 23 | IMG_0096 | X | X | Joseph Henry | X |
| 24 | IMG_0097 | X | X | Joseph Henry | X |
| 25 | IMG_0099 | X | X | Joseph Henry | X |
| 26 | IMG_0102 | X | X | Joseph Henry | X |
| 27 | IMG_0105 | X | X | Joseph Henry | X |
| 28 | IMG_0106 | X | X | Joseph Henry | X |
| 29 | IMG_0107 | X | X | Joseph Henry | X |
| 30 | IMG_0108 | X | X | Joseph Henry | X |
| 31 | IMG_0109 | X | X | Joseph Henry | X |
| 32 | IMG_0110 | X | X | Joseph Henry | X |
| 33 | IMG_0111 | X | X | Joseph Henry | X |