**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 21-CR-509 (TSC)** |
| | ) | |
| **ANTONY VO,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**MOTION TO CONTINUE SENTENCING**

Defendant Antony Vo, through undersigned counsel, submits this Motion to Continue Sentencing in the above captioned matter currently scheduled for December 18, 2023.  Mr. Vo is seeking a continuance of the sentencing in this matter due to scheduling delays regarding Mr. Vo's Presentence Report interview, and to allow Mr. Vo to seek treatment for a recently arisen medical issue for which he has an appointment scheduled on February 13, 2024.  Accordingly, Mr. Vo requests that the December 18, 2023 sentencing date be continued until February 19, 2024, or thereafter. Counsel for the government do not oppose this request.

Respectfully submitted,

A.  J. KRAMER
FEDERAL PUBLIC DEFENDER

By:     */s/ Kate Adams*
Kate Adams
Eugene Ohm
Assistant Federal Public Defenders
625 Indiana Avenue NW
Suite 550
Washington, D.C. 20004
(202) 208-7500
Kate_Adams@fd.org
Eugene_Ohm@fd.org