UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Cr. No. 21-cr-00509 (TSC) |
| ANTONY VO, | : |
| Defendant. | : |

**ORDER**

Before the Court is a Motion to Continue Sentencing. For the reasons set forth therein, it is hereby

**ORDERED** that the current sentencing scheduled for December 18, 2023, be continued to _____, 2024 at _____ a/p.m.

**SO ORDERED.**

DATE:

_____
Tanya S. Chutkan
United States District Judge