# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.               ) | No.    21-cr-509 (TSC) |
| **ANTONY VO**      ) | |
| ) | |
| **Defendant.**    ) | |
| ) | |

## MOTION FOR MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS TO PERMIT TRAVEL

Antony Vo, through undersigned counsel, respectfully requests that the Court modify his release conditions to allow him to travel outside of the continental United States from January 9, 2024 to January 20, 2024. In support, the parties submit as follows:

1. On August 5, 2021, Mr. Vo was charged via Information with violations of 18 U.S.C. §1752(a)(1), and (2) , and 40 U.S.C. §5104(e(2)(D), and (G) for allegations arising out of conduct on January 6, 2021. *See* ECF No. 8.

2. On November 18, 2022, this Court granted a Motion for Mr. Vo to travel outside the United States. Mr. Vo complied with the modified conditions and returned to supervision without incident.

3. On September 22, 2023, Mr. Vo was convicted of four misdemeanor counts after a jury trial. He was released and ordered to abide by standard conditions.

4. Mr. Vo hopes to take a trip to Cancun, Mexico on January 9, 2024 to return on January 20, 2024. There is a connecting flight in Houston, TX in each direction.

5. Mr. Vo respectfully requests that he be permitted to travel to Mexico from January 9, 2024. He would stay in Cancun at the Moon Palace Resort from January 9 to January 15. From January 15 to January 20th, he would stay at an Airbnb in Mexico City. If

permitted to travel, Mr. Vo would provide the address for the Airbnb to his Pretrial Services Officer. Undersigned counsel has discussed this with Mr. Vo's pre-trial supervision officer Tara Brown who has advised that Mr. Vo has been compliant with his conditions. Government counsel has not yet responded to an email regarding its position on Mr. Vo's request to travel.

6. Mr. Vo does not pose a risk of flight as he has been in general compliance with his pre-trial release conditions and does not have a history of failures to appear. He has been in prompt attendance at every court proceeding in this matter.

WHEREFORE, Mr. Vo asks that this Honorable Court permit him to travel outside the continental United States and to order that his passport be returned to him for the limited purpose of going to Mexico between January 9, 2024 and January 20, 2024.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Kate Adams
Assistant Federal Public Defenders
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   21-cr-509 (TSC) |
| **ANTONY VO** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# ORDER

Upon consideration of the defendant's Motion to Permit Travel, it is hereby

**ORDERED** that Mr. Vo be permitted to travel to Mexico from January 9, 2024 to return on January 20, 2024.  It is further

**ORDERED** that Mr. Vo provide a detailed itinerary with flight information and addresses for his stay to his Pretrial Services supervision officer.  It is further

**ORDERED** that upon return to the United States that Mr. Vo be required to contact his Pretrial Services supervision officer.  It is further

**ORDERED** that Mr. Vo be provided his passport in order for him to travel to Mexico and that Mr. Vo return the passport upon his return to the United States.

**SO ORDERED.**

DATE: _____

_____
Tanya S. Chutkan
United States District Judge

3