UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   21-cr-509 (TSC) |
| **ANTONY VO** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Permit Travel, it is hereby

**ORDERED** that Mr. Vo be permitted to travel to Mexico from January 9, 2024 to return on January 20, 2024.  It is further

**ORDERED** that Mr. Vo provide a detailed itinerary with flight information and addresses for his stay to his Pretrial Services supervision officer.  It is further

**ORDERED** that upon return to the United States that Mr. Vo be required to contact his Pretrial Services supervision officer.  It is further

**ORDERED** that Mr. Vo be provided his passport in order for him to travel to Mexico and that Mr. Vo return the passport upon his return to the United States.

**SO ORDERED.**

DATE: _____

_____
Tanya S. Chutkan
United States District Judge