UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-509 (TSC) |
| v. : | |
| : | |
| ANTONY VO, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S RESPONSE IN OPPOSITION
### TO MOTION FOR MODIFICATION OF RELEASE CONDITIONS

The United States, thorough undersigned counsel, respectfully opposes Mr. Vo's request to travel to Mexico for an extended vacation just weeks before his sentencing. For the following reasons, Mr. Vo's request should be denied.

1. On September 22, 2023, Mr. Vo was convicted by a jury of his peers following a week-long trial for his conduct on January 6, 2021. *See* Minute Entry dated September 25, 2023.

2. A modification of Mr. Vo's conditions of release to return his passport and permit his travel outside of the country, following his conviction and before he is sentenced, is neither prudent nor appropriate.

3. The fact that Mr. Vo took an overseas vacation before trial does not mean one is appropriate now, after trial. When this Court last granted Mr. Vo's request for overseas travel, he had not been convicted and was still due the presumption of innocence due every criminal defendant—until a verdict is rendered. That presumption is now gone. Mr. Vo has been convicted of each and every crime with which he was charged, and he is no longer presumed to be innocent. He should not reap the benefits of that presumption at this stage of the proceedings, and should not be permitted to travel.

4. Moreover, contrary to Mr. Vo's filing in support of his travel request, he has *not* been compliant with his pretrial conditions. In fact, on the final day of his trial, the Court admonished Mr. Vo for attending the "Freedom Corner" outside the D.C. jail, where January 6th sympathizers voiced their support for January 6th defendants. Mr. Vo traveled to the corner on three occasions during his trial. The Court found that Mr. Vo's actions violated his conditions of release, admonished Mr. Vo, and imposed an additional curfew from 8:00 p.m. to 7:00 a.m. as long as he remained in Washington, D.C. *See* Minute Entry dated September 25, 2023. Mr. Vo's track record of disregard for the Court's release conditions mandates that he should not be permitted any benefit of the doubt.

5. Mr. Vo now stands mere weeks from his scheduled sentencing on February 20, 2024. In fact, if not for a continuance Mr. Vo requested, a motion which delayed his sentencing from its original date of December 18, 2023, he would have been sentenced already. Given this closeness in time, his previous disregard of his conditions, and the fact that Mr. Vo is now a convicted defendant, the Court should deny his request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Lynnett M. Wagner*
LYNNETT M. WAGNER
Nebraska Bar No. 21606
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (402) 661-3700
Email: lynnett.m.wagner@usdoj.gov

And:   */s/ Eric Boylan*

                                              Eric Boylan
                                              Texas Bar No. 24105519
                                              Assistant United States Attorney
                                              601 D Street, N.W.
                                              Washington, D.C. 20530
                                              Email: eric.boylan@usdoj.gov