```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2
      UNITED STATES OF AMERICA,      ) Criminal Action
 3                                   ) No. 1:21-CR-509
                        Plaintiff,   )
 4                                   ) JURY TRIAL
      vs.                            )
 5                                   ) Washington, D.C.
      ANTONY VO,                     )
 6                                   ) September 18, 2023
                        Defendant.   ) Time:  2:10 P.M.
 7                                   ) AFTERNOON SESSION
                                     )
 8
             TRANSCRIPT OF JURY TRIAL - AFTERNOON SESSION
 9            BEFORE THE HONORABLE TANYA S. CHUTKAN
                 UNITED STATES DISTRICT JUDGE
10
                     A P P E A R A N C E S
11
      For Plaintiff:           ERIC BOYLAN
12                             DOJ-USAO
                               601 D Street NW
13                             Washington, DC 20001

14                             LYNNETT WAGNER
                               DOJ-USAO
15                             1620 Dodge Street
                               Suite 1400
16                             Omaha, NE 68102

17    For Defendant:           EUGENE JEEN-YOUNG KIM OHM
                               KATELYN ADAMS
18                             Federal Public Defender for the
                               District of Columbia
19                             625 Indiana Avenue, NW
                               Suite 550
20                             Washington, DC 20004

21
      Stenographic Court Reporter:
22
                               Tamara M. Sefranek, RMR, CRR, CRC
23                             Official Court Reporter
                               United States Courthouse, Room 6714
24                             333 Constitution Avenue, NW
                               Washington, DC  20001
25                             202-354-3246
```

```
 1                      P R O C E E D I N G S
 2              MR. BOYLAN:  Just a quick question, Your Honor.
 3      Could you clarify the Court's ruling on the very first juror
 4      that we saw.
 5              THE COURT:  He was excused for cause.  He was the one
 6      who said he was traumatized and couldn't be fair.
 7              MR. BOYLAN:  That's fine, Your Honor.
 8              THE COURT:  Okay.  Yes.
 9              (Prospective juror entered the courtroom.)
10              THE COURT:  Good afternoon.
11              THE PROSPECTIVE JUROR:  Good afternoon.
12              THE COURT:  Are you Juror No. 1157?
13              THE PROSPECTIVE JUROR:  Yes, I am.
14              THE COURT:  Okay.  And what questions did you have
15      answers to?
16              THE PROSPECTIVE JUROR:  I had yes under 20 and 26.
17              THE COURT:  Okay.  Thank you.  Let's start with 26.
18      26(a) is:  Do you have strong feelings about persons who do not
19      accept the results of the 2020 presidential election?  And (b),
20      would those feelings affect your ability to be fair and
21      impartial?
22              So is it (a) and (b) or (a) or (b)?
23              THE PROSPECTIVE JUROR:  It was (a).
24              THE COURT:  Okay.  So you have strong feelings about
25      people who don't accept the results of the 2020 election?
```

 1          THE PROSPECTIVE JUROR:  Yes.

 2          THE COURT:  Could you put aside those feelings and

 3     judge the guilt or innocence of this defendant in this case

 4     regardless of your feelings on their -- on their feelings?

 5          THE PROSPECTIVE JUROR:  I could.

 6          THE COURT:  All right.  Thank you.  And 20:  Have you

 7     or any of your family, close friends, or household members had

 8     any unpleasant experiences with the police or prosecutors or

 9     other law enforcement?

10          THE PROSPECTIVE JUROR:  Law enforcement.

11          THE COURT:  And how long -- was it you or someone --

12          THE PROSPECTIVE JUROR:  It was me.

13          THE COURT:  It was you.  How long ago?

14          THE PROSPECTIVE JUROR:  Ten years.

15          THE COURT:  Okay.  Could you tell us a little bit

16     about that.  Were you stopped?

17          THE PROSPECTIVE JUROR:  Yeah.  I've been stopped

18     multiple times here in D.C.  U.S. Park Police, other police

19     just stopping me for stopping even though I don't fit the

20     profile of anybody.

21          THE COURT:  Right.  I understand.  Any of those

22     experiences in particular stand out or just general --

23          THE PROSPECTIVE JUROR:  There was one of them in

24     particular, yeah.

25          THE COURT:  What was that about?

 1          THE PROSPECTIVE JUROR:  I was in Rock Creek Park, and

 2   they made me disrobe in front of my wife and infant child, and

 3   so that one has stuck with me.

 4          THE COURT:  I bet.

 5          THE PROSPECTIVE JUROR:  It was 9:00 on a Sunday

 6   morning.  I was going to pick my father up to go to brunch,

 7   which was odd.

 8          I don't know if they were training.  I'm not trying

 9   to make excuses for it, but that -- that incident has stuck

10   with me.

11          THE COURT:  I'm sure.  And I'm sorry that happened to

12   you.

13          So you're going to hear testimony from law

14   enforcement officers in this case.  I don't think we actually

15   expect anybody from the park police, but, nonetheless, given

16   what happened to you or what has happened to you over the

17   course of the years -- I would instruct the jury that they are

18   to evaluate the testimony of a law enforcement officer the same

19   way they would any other witness.  You're not to give a law

20   enforcement witness any greater or lesser weight simply because

21   they're a law enforcement witness.

22          Given what happened to you, do you think you can

23   follow that instruction?  Do you think you can be fair and

24   assess the testimony of a law enforcement officer just based on

25   your evaluation of their credibility?

```
1            THE PROSPECTIVE JUROR:  Yes.  I have the utmost

2     respect for them.  What they went through on recent events is

3     extraordinary.

4            THE COURT:  Okay.

5            THE PROSPECTIVE JUROR:  But, yes, I could.

6            THE COURT:  All right.  Any follow-up, Mr. Boylan?

7            MR. BOYLAN:  No, Your Honor.

8            THE COURT:  Mr. Ohm?

9            MR. OHM:  Good afternoon.

10            THE PROSPECTIVE JUROR:  Good afternoon.

11            MR. OHM:  Do you mind expanding on what you just said

12     in terms of what they went through in recent events as

13     extraordinary.

14            THE PROSPECTIVE JUROR:  Well, I have a government

15     affairs firm here in D.C., and we monitor pretty much a lot of

16     what's going on with the government.

17            MR. OHM:  Okay.

18            THE PROSPECTIVE JUROR:  So on those days that we've

19     been talking about, we've been -- we've been monitoring that

20     very closely from when it started to -- the speech to when it

21     started to when it went all the way through to today.  We

22     monitor it very closely.

23            MR. OHM:  I guess I don't have much of -- or a very

24     strong sense of what you and your company does.  Could you --

25            THE PROSPECTIVE JUROR:  That's okay.  But as a
```

1    business, we monitor what's going on.

2              THE COURT:  What's a government -- you said you're in

3    government affairs.

4              THE PROSPECTIVE JUROR:  I have a government affairs

5    consulting business.

6              THE COURT:  It's like lobby, sort of?

7              THE PROSPECTIVE JUROR:  A piece of what we do is

8    lobbying.

9              THE COURT:  Okay.

10             THE PROSPECTIVE JUROR:  But it requires us to stay

11   super-informed, highly informed of what the local government is

12   doing, what the regional governments are doing, and what the

13   national government is doing.  So we have multiple TVs on all

14   the time, and we're monitoring stuff on the internet, all of

15   that kind of -- things for the companies that we represent.

16             THE COURT:  Okay.  So what you're saying is you were

17   paying very close to attention to what was going on that day?

18             THE PROSPECTIVE JUROR:  Absolutely.  Even now.

19             THE COURT:  Despite that close attention, as many

20   people were doing, can you judge -- can you decide this case

21   based -- obviously, you have your experiences that you bring

22   with you.

23             But can you judge this case based on what you hear in

24   this courtroom about this defendant?

25             THE PROSPECTIVE JUROR:  Probably not, just because

1    I'm so close to it.  Can I be open-minded, yes, but I'm pretty

2    close to it.

3                THE COURT:  Well, so I ask -- No. 32 -- Question 32

4    is:  Were you or anyone close to you so affected or

5    inconvenienced by the events of January 6th or have you so

6    closely followed the media's coverage that you could not be

7    fair or impartial?  Was that a yes to that?

8                THE PROSPECTIVE JUROR:  That would be a yes, but I

9    probably didn't -- I missed that one when you --

10                THE COURT:  I mean, there are a lot of people in this

11    city and all over the world who -- or at least all over the

12    country who have been following this closely and followed it

13    closely on January 6th.

14                I guess what it boils down to is can you,

15    notwithstanding what you believe you know from your following

16    this, can you be impartial and adjudicate this case based on

17    what you hear?

18                THE PROSPECTIVE JUROR:  So I guess what I'm saying is

19    that I'm a little bit more closer to it, so I have much more --

20    we've been reading about it, I'm much more aware of, probably,

21    than just your average person that's coming in here that might

22    see it on -- and hear it at cocktail parties or things like

23    that.  We monitor it very closely.

24                So can I be an open mind?  Probably.  I'm not coming

25    into this saying that somebody is guilty of doing one thing or

 1    another.

 2              THE COURT:  Right.

 3              THE PROSPECTIVE JUROR:  But I'm just letting you all

 4    know that we do monitor it very closely.

 5              THE COURT:  If you were the defendant in this case,

 6    would you want yourself as a fair juror?  Not as a -- do you

 7    think you could be -- the defendant and the government, they're

 8    both entitled to -- fair, impartial doesn't mean ignorant.

 9              THE PROSPECTIVE JUROR:  Right.

10              THE COURT:  It doesn't mean that you don't have

11    opinions, it doesn't mean that you may not have information.

12    What it means is that you can put those aside and decide the

13    specifics of this case.  Not of January 6th overall, not of

14    everything that went on, just of this defendant and his actions

15    or nonactions on that day.

16              THE PROSPECTIVE JUROR:  I probably would say I

17    probably don't have enough information about it other than just

18    that -- your introduction of it.

19              THE COURT:  Right.

20              THE PROSPECTIVE JUROR:  So I'm not sure what the

21    defendant did or where the defendant was or where that --

22              THE COURT:  Exactly.  So what I'm asking you is can

23    you put aside what you've been closely paying attention to and

24    adjudicate this case and decide this defendant's guilt or

25    innocence based on what you hear in here, or would you be so --

1    or do you feel like you know too much -- I guess what I'm

2    saying is, are you inclined to conclude that anybody who was in

3    the Capitol was guilty?

4              THE PROSPECTIVE JUROR:  No, I'm not inclined.

5              THE COURT:  Okay.  Mr. Ohm?

6              (The following proceedings were had out of the hearing

7    of the prospective juror:)

8              THE COURT REPORTER:  I'm sorry.  I couldn't hear the

9    beginning.

10             MR. OHM:  There's some -- for purposes of

11   rehabilitation.  I think the Court had to ask five, six times

12   here.  It's different when the Court is asking these questions.

13   When a party is asking these questions -- I'm sorry.  I mean,

14   he said -- equivocating words the first three or four times and

15   generally said that he's not the same as any other person who

16   knows a lot about January 6th because of his role, and this all

17   began when he said that the officers' actions are

18   extraordinary.  The officers are the main witnesses in this

19   case, and their credibility is going to matter.  I'd ask Your

20   Honor to strike him for cause now.

21             THE COURT:  He's also said -- can you hear me?  He's

22   also said that he's had problems with police in the past.  He

23   didn't answer Question 32.  A whole lot of people in this town

24   have been following this closely.

25             What he said was that he doesn't know the facts, he

1    doesn't know what the defendant did or didn't do, and so he

2    admitted that he can't tell if this person was guilty or not.

3    He would be willing to listen now.

4          You know, I'll allow you to ask him some follow-up

5    and I'll allow Mr. Boylan to ask him some follow-up, and I'll

6    hear your motion again.

7          MR. OHM:  Thank you.

8          (The following proceedings were had in open court:)

9          THE COURT:  Mr. Boylan, do you want to inquire, or

10   Mr. Ohm?

11         MR. OHM:  I just wanted to make sure I heard you

12   correctly, sir.

13         I think you said that you misheard a question and

14   that the second part should also be a yes; do you remember

15   saying that?

16         THE PROSPECTIVE JUROR:  She was asking me about

17   Question No. 32, and she was clarifying what was the question.

18   I'm saying that I probably missed that one when she was going

19   through it.

20         MR. OHM:  So your original answer would be that you

21   would be concerned that you could be a fair and impartial

22   juror?

23         THE PROSPECTIVE JUROR:  Yes.  Could I be fair and

24   impartial?  My -- could I?  I'm not sure.  I know a lot about

25   it.  I'm close to it; read a lot about it.  And I'm, sort of,

1    in it -- not in it, but we monitor it very closely.

2                    THE COURT:  Let me ask you this --

3                    THE PROSPECTIVE JUROR:  It's not like my grandfather

4    is sitting here just hearing gossip in the neighborhood, you

5    know.  We're in it.

6                    THE COURT:  I understand.

7                    THE PROSPECTIVE JUROR:  I have to monitor it.

8                    THE COURT:  Say you're sitting as a juror and you

9    hear testimony which may not comport with what you thought you

10   knew.

11                   Would you be able to put aside what you thought you

12   knew and assess the evidence and judge this defendant based

13   only on the evidence you hear in this courtroom?

14                   THE PROSPECTIVE JUROR:  Yes.

15                   THE COURT:  Go ahead, Mr. Ohm.

16                   MR. OHM:  The heart of the issue, sir, is -- and,

17   obviously, there's no wrong answer here.  I don't want you to

18   think that we're trying to pressure you in any way.

19                   When you say that you're concerned about being a fair

20   and impartial juror, could you, in your own words, explain what

21   your concern is.

22                   THE PROSPECTIVE JUROR:  I guess I just don't know

23   that I could hear anything else that would -- not having more

24   details about what has happened other than just a summary

25   narrative of what was read to us earlier, I don't know that --

1    I'm not coming in here saying that anyone is presumed guilty or

2    anything like that.

3         But I don't know that there could be other things

4    that -- with the facts that I have, that I could hear that I

5    could find that someone could have or should have done what

6    they did on that day; if that makes sense.

7         MR. OHM:  So if there's a fact that the government

8    didn't present, there's a gap in their case, for example, and

9    there's something that you knew just based upon your work and

10   your observations and everything that you do in your capacity,

11   would you be able to set aside the fact that the government

12   didn't present that aspect, or would you be worried about those

13   facts that you knew creeping into your mind?

14        THE PROSPECTIVE JUROR:  No.  I could set -- I mean, I

15   could be impartial in that --

16        MR. OHM:  Okay.  In terms of fair and -- obviously,

17   nobody here knows anything beyond what the judge told us in the

18   morning, right?  I do.  But nobody sitting out there knows

19   anything.

20        THE PROSPECTIVE JUROR:  Yes.

21        MR. OHM:  What was it that caused you to say that you

22   were concerned about being fair?

23        THE PROSPECTIVE JUROR:  Well, just because I'm so

24   close to it.  I mean, it's going to be hard to justify to me

25   that what happened that day was an accident or I just showed up

1    and I didn't know what I was doing and all of that.  You know,

2    when I've paid attention or listened to the other sides of it,

3    that is what I hear.

4              THE COURT:  Are you worried that you're presuming him

5    guilty already?

6              THE PROSPECTIVE JUROR:  I don't know what he did.  So

7    if there's video of stuff -- of him walking around that

8    building and all of that, then I can't come in here and say

9    that I don't feel like anything -- like, I don't know what

10   happened that day.

11             THE COURT:  Well, again, we all thought -- we all

12   have read -- some more closely than others.  But he's charged

13   with specific crimes, not just being inside.  He's charged with

14   specific crimes that have elements that have to be proven, and

15   you have to presume him innocent until the government proves

16   him guilty by proving all those elements.

17             And can you do that, or the minute you hear he's

18   inside, for example, you'd be like, there's no explanation I

19   could hear that, you know -- have you made up your mind already

20   just based on what little you know?

21             THE PROSPECTIVE JUROR:  I don't think so.  Or I

22   should say no, I have not made up my mind.  There -- not

23   knowing exactly what he's been charged with, I can't say.  I

24   have not made up my mind walking in the room and seeing him.

25             THE COURT:  Okay.  All right.  Thank you.

 1          THE PROSPECTIVE JUROR:  You want me to leave?

 2          THE COURT:  You're excused.  Not for good.

 3          THE PROSPECTIVE JUROR:  Thank you.

 4          THE COURT:  All right.  Do you have your card?  Keep

 5    it with you.

 6          (Prospective juror exited the courtroom.)

 7          THE COURT:  Mr. Ohm, do you have a motion?

 8          MR. OHM:  Yes, Your Honor.  We move to strike for

 9    cause.

10          MR. BOYLAN:  Your Honor, we'd object.  I think the

11    witness [sic] pretty clearly said that he could put his

12    preconceptions of the facts in his -- he could consolidate

13    those and base his decision on the facts that he hears in

14    court.

15          THE COURT:  I think this juror was pretty candid both

16    ways.  I pressed him quite hard.  And some of the time he sort

17    of really said, I don't know what happened.  I think he

18    believes he knows a lot about the events of that day.  He

19    might.  He might be reading and following very closely.

20          But I was -- he said more than once, I don't know

21    what he did; I don't know what he's charged with.  And,

22    therefore -- and, you know, he struck me as somebody who has

23    given some thought to this, and we pressed him pretty hard.

24    And he didn't say, well, I'm worried I couldn't.  He was pretty

25    unequivocal that he could be impartial without pressing him.

1    I'm going to deny the motion.  You can make your --

2         MR. OHM:  Sure.  Thank you.  Your Honor, he struck me

3    as somebody expected to be struck, even at the end there.  The

4    thing that struck me the most is that when Your Honor asked,

5    well, what about 32; what about that second part?  And he said,

6    oh, if I heard that right, I would have said yes, in so many

7    words.

8         THE COURT:  But even the yes to that might not get

9    you excused because the fact is people have strong feelings.

10   And if he wanted to be struck, trust me, he could have gotten

11   himself struck.  I've seen people do that.

12        MR. OHM:  I agree, Your Honor.  I don't think he

13   wanted to.  But I think he thought he was too close.

14        The second part of that question, though, Your Honor,

15   is that -- and that you could not be a fair or impartial juror

16   in this case.  And when Your Honor reminded him of that

17   question, that was when he said, oh, I meant to say yes.

18        THE COURT:  No, no.  Two things happened.  His first

19   was -- because he said 20 and 26.  I asked, 26(a) and (b)?  So

20   I read (a) and I said (b), and he said (a).  I said, okay.

21   Then he said, I know all about it.  I said, well if you've been

22   following so closely, why didn't you answer 32?

23        And I read 32 to him.  And he said, oh, yeah, I

24   actually should have answered that one.  And so -- excuse me.

25   And so then I asked him about 32.  And he said, well, it's not

1    so much that I couldn't be fair or impartial; it's just that I

2    know so much.  And then I said, well, what do you know about

3    this particular case?  And he said, you know, nothing.

4          And so, you know, there was quite a colloquy on it.

5    So I agree -- I was sort of concerned as to why he didn't

6    answer 32, but he, basically, said he missed it.  And I gave

7    him every opportunity to say, well, I'm just not sure.  I feel

8    like I know so much, I just don't think I could put it aside.

9    He said, no, I don't know what happened.  I don't know what

10   he's charged with.

11         I said, if he was just inside, you think you're

12   making up your mind?  He's like, no, because I don't know what

13   he's charged with.  So I'm going to deny the motion.

14         MR. OHM:  Thank you, Your Honor.  Your Honor, one

15   last thing, and then I won't say any more.

16         In contrast to the Court's denial of our -- the

17   government's motion to strike for the second juror, I do think

18   he did say the words probably or concerned in the same manner

19   that that juror did, and so that's another basis for our motion

20   to strike.

21         THE COURT:  Okay.  And I struck the second one, but

22   he was taken out of turn.  I think you're referring to -- you

23   had moved to strike 0742.

24         MR. OHM:  I think it was -- 0446 is the one that the

25   government moved to strike.

```
 1                THE COURT:  0446 was struck.

 2                MR. OHM:  Right.  And we opposed that because --

 3                THE COURT:  Oh, yes.

 4                MR. OHM:  We were saying that he was equivocating.

 5     And the Court, I thought, had ruled because he had said things

 6     like probably and that that was why the Court had granted that

 7     motion.

 8                THE COURT:  Okay.  Next one.

 9                (Prospective juror entered the courtroom.)

10                THE COURT:  Come on up, ma'am.  Good afternoon.

11                THE PROSPECTIVE JUROR:  Hi.  Good afternoon.  Right

12     here?

13                THE COURT:  Yes, please.  Are you Juror No. 2080?

14                THE PROSPECTIVE JUROR:  Yes.

15                THE COURT:  All right.  And what questions did you

16     have answers to?

17                THE PROSPECTIVE JUROR:  20, 23, and 27.

18                THE COURT:  Okay.  Let's start with 20.  You or your

19     family or close friends had any unpleasant experiences with the

20     police or law enforcement?

21                THE PROSPECTIVE JUROR:  Yes.

22                THE COURT:  Was it you or some member of your family

23     or friends?

24                THE PROSPECTIVE JUROR:  Me, friends, and family.

25                THE COURT:  And what happened with you?
```

1          THE PROSPECTIVE JUROR:  I've been profiled a couple

2     times while I was shopping.  I had two officers that had an

3     interest in me.  I declined them.

4          THE COURT:  What do you mean interest in you?  You

5     mean, like, romantically?

6          THE PROSPECTIVE JUROR:  Try to talk to me and then I

7     would be with my boyfriend, and they would follow me and give

8     us tickets and stuff.  And this happened in Virginia.  It

9     happened a couple times.

10         THE COURT:  Did you make any report about it?

11         THE PROSPECTIVE JUROR:  No, because I was afraid.  I

12    was, like, 18 years old.

13         THE COURT:  How about your family members?

14         THE PROSPECTIVE JUROR:  Just being pulled over and --

15    for no apparent reason; the condescending sarcasm when they

16    found out that that person is educated, you know.  You know,

17    just -- but not anything that is, like, too extreme.  Just, you

18    know, you got some people who have a bad day and just, you

19    know --

20         THE COURT:  Well, I'm sorry about those things.

21         So you are going to hear the testimony of various law

22    enforcement officers in this case.  I will instruct you that

23    you should evaluate their testimony as you would any other

24    witness.

25         THE PROSPECTIVE JUROR:  Oh, I support --

```
1            THE COURT:  You shouldn't give them more or less

2    credit --

3            THE PROSPECTIVE JUROR:  Yeah.

4            THE COURT:  -- just as you would any other witness.

5    Can you do that?

6            THE PROSPECTIVE JUROR:  Yes, absolutely.  I have

7    military and officers as friends and family, so I support and

8    respect officers highly.  I just look at people who do good

9    things and people who do bad things.  That's it.

10           THE COURT:  So you would be able to put aside your

11   prior experience and just judge these officers?

12           THE PROSPECTIVE JUROR:  Yeah.  Absolutely.  It's just

13   them -- those individuals.

14           THE COURT:  Okay.  Now, 23.

15           THE PROSPECTIVE JUROR:  Uh-huh.

16           THE COURT:  Have you or family, close friends ever

17   been victim of or witness to a crime?

18           THE PROSPECTIVE JUROR:  Absolutely.

19           THE COURT:  Tell us about that.

20           THE PROSPECTIVE JUROR:  Well, growing up in D.C. --

21   I'm an '80s baby -- you're going to witness -- especially

22   living in certain neighborhoods, you're going to witness a

23   couple murders, you know.

24           THE COURT:  That's unfortunate.

25           THE PROSPECTIVE JUROR:  Unfortunately, at that time I
```

1   witnessed a lot of murders, you know, shootings and stuff.  I

2   was young.  I was, you know, a kid.

3          So I really -- just grandma, siblings.  And it

4   happened a lot because that's how it was in D.C. at that time.

5   I've been mugged and robbed and stuff like that a couple times;

6   just the neighborhood environment, you know.

7          Yeah.  So some of the things that I experienced is

8   because of the neighborhood or atmosphere, I can say.

9          THE COURT:  Given that -- and I'm sorry that that is,

10  unfortunately, all too common in our community.

11         Given those experiences, though, could you be fair to

12  this defendant in a criminal case?

13         THE PROSPECTIVE JUROR:  Absolutely.  I look -- I put

14  my own personal feelings aside, and I look at facts.  You know,

15  like if you -- you know, I'm not going to judge a person based

16  off of emotions or feelings.  Like, that's my personal problem.

17  I judge them by them, and that's how I go about things.

18         THE COURT:  Okay.  And No. 27, do you have any

19  illness or are you taking any medication that might make you

20  sleepy or --

21         THE PROSPECTIVE JUROR:  As of right now, I'm taking

22  Flexeril because I was in a car accident on July 4th.  I was a

23  passenger.  So I'm taking Flexeril right now for, like, a

24  muscle relaxer.

25         THE COURT:  Does it make you sleepy?

```
 1                 THE PROSPECTIVE JUROR:  It does make me drowsy, yes.

 2                 THE COURT:  So here's how a trial works.  This is

 3     fairly common.  We take a mid-morning and a mid-afternoon

 4     break.  But we also take breaks -- I tell jurors, if you feel

 5     like you're getting sleepy or you need to go to the restroom or

 6     something, just raise your hand, and we'll take a break.

 7                 So if you are -- if you were to start getting --

 8     feeling sleepy, you can raise your hand, and we take five or

 9     ten minutes.

10                 THE PROSPECTIVE JUROR:  Okay.

11                 THE COURT:  Would that be okay?  Or is it the kind of

12     medication that just has you groggy all day and you can't

13     focus?

14                 THE PROSPECTIVE JUROR:  No.  Just -- Flexeril doesn't

15     give me -- it just makes me a little bit sleepy.  But if I'm in

16     this type of environment, it's cold and stuff, and I constantly

17     hear you speaking, I'll probably be alert, but that's just in

18     case.

19                 THE COURT:  It is cold.  Any follow-up, Mr. Ohm?

20                 MR. OHM:  Good afternoon.

21                 THE PROSPECTIVE JUROR:  Hi.  Good afternoon.

22                 MR. OHM:  Are you from the District?

23                 THE PROSPECTIVE JUROR:  Yes.  I would say I live

24     part -- well, most of my life in D.C. and part in PG, Maryland.

25                 MR. OHM:  Okay.  And you've never served on a jury or
```

1   grand jury or anything like that before?

2           THE PROSPECTIVE JUROR:  No.

3           THE COURT:  Today is your lucky day, maybe.

4           THE PROSPECTIVE JUROR:  Today is my husband's

5   birthday.

6           THE COURT:  It's your birthday?

7           THE PROSPECTIVE JUROR:  My husband's birthday.

8           THE COURT:  Happy birthday to your husband.

9           MR. OHM:  Okay.  That's all I have.

10          THE COURT:  Thank you.

11          MS. WAGNER:  One very small question.  I notice you

12  have an earpiece.

13          THE PROSPECTIVE JUROR:  These are like these military

14  headphones.

15          THE COURT:  It's for the phone, the telephone.

16          THE PROSPECTIVE JUROR:  Bluetooth.

17          THE COURT:  It's the latest thing.

18          MS. WAGNER:  The only reason I ask is sometimes I

19  have a soft voice.  I want to make sure your hearing is good.

20          THE PROSPECTIVE JUROR:  Yes.

21          THE COURT:  All right.  Thank you.  You may be

22  excused.

23          THE PROSPECTIVE JUROR:  Thank you.

24          (Prospective juror exited the courtroom.)

25          (Prospective juror entered the courtroom.)

1          THE COURT:  Good afternoon.  Come on up.  Bring your

2     card with you.  Are you Juror No. 1769?

3          THE PROSPECTIVE JUROR:  I am.

4          THE COURT:  Good afternoon.  What questions did you

5     have answers for?

6          THE PROSPECTIVE JUROR:  I have answers to 19, 25A,

7     and 31.

8          THE COURT:  Okay.  Let's start with 19.

9          THE PROSPECTIVE JUROR:  Yes, Your Honor.

10          THE COURT:  Have you ever served on a trial jury?

11          THE PROSPECTIVE JUROR:  I have.  I served in the

12     District about 40 years ago on a criminal trial.

13          THE COURT:  In Superior Court?

14          THE PROSPECTIVE JUROR:  Yes.

15          THE COURT:  I don't want to know what the verdict

16     was, but was the jury able to reach a verdict?

17          THE PROSPECTIVE JUROR:  Yes.

18          THE COURT:  Anything about that experience cause you

19     to think you couldn't be fair and impartial in this case?

20          THE PROSPECTIVE JUROR:  No.

21          THE COURT:  And 25(a):  Have you had an experience

22     with law enforcement or someone in the prosecutor's office --

23          THE PROSPECTIVE JUROR:  I'm sorry, Your Honor.

24     26(a).

25          THE COURT:  Oh, 26(a).  Got it.  So 26(a) is:  Do you

1    have strong feelings about people who don't accept the results

2    of the election?

3              THE PROSPECTIVE JUROR:  That's correct.

4              THE COURT:  But (b) is:  Would those feelings affect

5    your ability to be a fair and impartial juror?

6              THE PROSPECTIVE JUROR:  No.

7              THE COURT:  Okay.  And 31:  Have you or a close

8    friend or family member ever worked in the U.S. Capitol

9    Building?

10             THE PROSPECTIVE JUROR:  My son worked in the

11   Congress.

12             THE COURT:  Was he there on January 6th?

13             THE PROSPECTIVE JUROR:  No.  He hasn't been there in,

14   like, eight years.

15             THE COURT:  Does the fact that your son used to work

16   there, would -- you think that would cause you to -- well, it's

17   a two-part question.

18             Would that cause you to not be able to be fair or

19   impartial --

20             THE PROSPECTIVE JUROR:  No.

21             THE COURT:  -- or affect your impartiality?

22             THE PROSPECTIVE JUROR:  No, I don't believe so.

23             THE COURT:  If you heard testimony regarding

24   locations of the Capitol or physical descriptions of the

25   Capitol or directions, would you be able to put aside whatever

1    you knew from your son's time there and confine your verdict to

2    just what you hear in the courtroom?

3              THE PROSPECTIVE JUROR:  Yes.

4              THE COURT:  Okay.  Mr. Boylan or Ms. Wagner?

5              MR. BOYLAN:  Ma'am --

6              THE COURT:  Could you pull the microphone towards you

7    a bit.  Thank you.

8              MR. BOYLAN:  Ma'am, you answered yes to 26(a):  Do

9    you have strong feelings about persons who do not accept the

10   results of the 2020 presidential election?  Can you extrapolate

11   on that a little bit for us.

12             THE PROSPECTIVE JUROR:  Well, sure.  I mean, I

13   thought the election was fair, and I don't believe that there

14   was anything that was done illegally, and I think the results

15   were what the results were.

16             MR. BOYLAN:  And regardless of those feelings, you'd

17   be able to put those aside and not decide this case based on

18   those feelings but based on what you hear and see in this

19   courtroom?

20             THE PROSPECTIVE JUROR:  Yes, absolutely.

21             MR. BOYLAN:  Thank you.

22             THE COURT:  Mr. Ohm?

23             MR. OHM:  Thank you.  Good afternoon.

24             THE PROSPECTIVE JUROR:  Hi.

25             MR. OHM:  In terms of the individuals who, I guess,

1    disagree with those who think that the election was done

2    fairly, do you have an opinion about that group of individuals?

3    Like, people who think that Trump won, basically, or people who

4    like Trump a lot.

5              THE PROSPECTIVE JUROR:  Like Trump a lot?  Well, I

6    have friends who like Trump a lot, but I haven't excluded them

7    as friends.  I don't know.  I just -- going back to the other

8    question -- feel that the election was won fairly.

9              MR. OHM:  Okay.  But the people who don't think that,

10   do you have any opinions about them, generally?

11             THE PROSPECTIVE JUROR:  I mean, I guess I feel that

12   they don't want to accept the results for whatever reason, and

13   that I feel like in some way they've been brainwashed into it.

14             MR. OHM:  Got it.  What kind of work did you do for a

15   living?

16             THE PROSPECTIVE JUROR:  I was a partner in a

17   consulting firm.

18             MR. OHM:  What did you-all consult on?

19             THE PROSPECTIVE JUROR:  We consulted on government

20   operations, and I worked for Deloitte.  We did technology.  We

21   did all sorts of projects for the government.

22             MR. OHM:  Okay.  Federal government or local

23   government?

24             THE PROSPECTIVE JUROR:  Federal government.

25             MR. OHM:  Was it anything related to anything that

1    had anything to do with people that work at the Capitol or

2    officers at the Capitol or anything like that?

3                    THE PROSPECTIVE JUROR:  Nothing whatsoever.

4                    MR. OHM:  Nothing further, Your Honor.

5                    THE COURT:  Thank you, ma'am.  You can step down.

6                    (Prospective juror exited the courtroom.)

7                    (Prospective juror entered the courtroom.)

8                    THE COURT:  Hello.  Come on up.  Are you Juror

9    No. 1836?

10                   THE PROSPECTIVE JUROR:  Correct.

11                   THE COURT:  All right.  Good afternoon.  What

12   questions did you have answers to?

13                   THE PROSPECTIVE JUROR:  I had answers to 1, 2, 3, 13,

14   19, 23, 26(a) and (b), and 31.

15                   THE COURT:  Okay.  Question 1:  Do you believe you

16   may know anything about the facts or circumstances of the case?

17   Obviously, it's a January 6th case.  But beyond that?

18                   THE PROSPECTIVE JUROR:  Beyond that, I don't know the

19   defendant, but the case, per se.

20                   THE COURT:  You know about what happened?

21                   THE PROSPECTIVE JUROR:  Of January 6th, yes.

22                   THE COURT:  No. 2:  Is there anything about the

23   nature of the charges that would make it difficult for you to

24   be a fair and impartial juror?  Just speak frankly.

25                   THE PROSPECTIVE JUROR:  The -- January 6th, to me,

1    was appalling.  So I don't know if I can be a fair juror for

2    that.

3              THE COURT:  All right.  Well, we want you to be open.

4    If you have doubts, we want to hear about them.  And I hear you

5    saying it was appalling.

6              You're not being asked to decide whether what

7    happened on January 6th was right or wrong.  What you're going

8    to be asked to decide is whether this defendant's actions were

9    lawful or unlawful based on what -- the facts you hear and the

10   law as I give them to you based on what he's charged with.

11             So given that -- I mean, I'm sure you know generally

12   about what happened on January 6th.  My question -- I want you

13   to be honest about this.

14             Given that you haven't heard the evidence yet, you

15   haven't heard what the defense is yet, you haven't heard

16   anything about the case other than it involves January 6th, is

17   that alone enough to make you think you can't be fair?  Are you

18   just that, you know --

19             THE PROSPECTIVE JUROR:  No, I don't think -- I think

20   I can be fair once I hear the facts of the case, and I think I

21   can be --

22             THE COURT:  Sitting here, are you able to accord

23   Mr. Vo the presumption of innocence based on -- just because

24   you haven't heard any evidence yet, or are you already looking

25   at him like he might be guilty or something?

```
 1              THE PROSPECTIVE JUROR:  No, I'm not looking at him
 2    like he's guilty because we're all presumed innocent until
 3    proven guilty.  I believe in that.
 4              THE COURT:  Okay.  Question 3:  Live or work near the
 5    Capitol or are familiar with the area?
 6              THE PROSPECTIVE JUROR:  I'm familiar with the area.
 7    I'm a native Washingtonian, so I'm familiar with the area.
 8              THE COURT:  Can't read my own writing.  And 13:  Have
 9    you or any of your family, close friends, or household members
10    ever worked for a prosecutor's office or law enforcement
11    office?
12              THE PROSPECTIVE JUROR:  My husband has been in law
13    enforcement.
14              THE COURT:  What division?
15              THE PROSPECTIVE JUROR:  When he got out of the
16    military, he's spent nine years on Capitol Hill.  He's a
17    Capitol Hill policeman.  And then he spent the next -- until he
18    retired, 2016, he was MPD.
19              THE COURT:  Okay.  Well, you're going to -- if you
20    are selected for the jury, you would hear testimony from at
21    least one Capitol Police officer and at least one Metropolitan
22    Police Department officer, as well as other law enforcement
23    officers.
24              You will be instructed that you are to treat their
25    testimony and evaluate their testimony as you would any other
```

1    person and not to give it any greater or lesser weight because

2    they're law enforcement.

3            Could you do that given what your husband does for a

4    living?

5            THE PROSPECTIVE JUROR:  Yes.

6            THE COURT:  Question 19:  Have you ever served on a

7    jury?

8            THE PROSPECTIVE JUROR:  In the Supreme Court, yes, I

9    have.

10           THE COURT:  You mean Superior Court?

11           THE PROSPECTIVE JUROR:  Superior Court, yes.

12           THE COURT:  Me too.

13           THE PROSPECTIVE JUROR:  Several times.

14           THE COURT:  Was it a civil or criminal case?

15           THE PROSPECTIVE JUROR:  They were all criminal.

16           THE COURT:  What was the most recent one?

17           THE PROSPECTIVE JUROR:  It's been some years back.  I

18   want to say at least six years.

19           THE COURT:  I don't want to know what the verdict

20   was, but were you able to reach a verdict in all those times?

21           THE PROSPECTIVE JUROR:  In all the cases that I've

22   served on, there was only one that was a hung jury.  But all

23   the other cases we had a verdict.

24           THE COURT:  Any of those cases -- your involvement as

25   a juror in those cases, has it left you with such a strong

1    feeling that you don't think you could be fair in this case?

2                THE PROSPECTIVE JUROR:  No.

3                THE COURT:  All right.  23:  Have you, family, close

4    friends, or household members ever been a victim of or witness

5    to a crime?

6                THE PROSPECTIVE JUROR:  My son has been a victim of

7    gun violence this past June.

8                THE COURT:  Is he okay?

9                THE PROSPECTIVE JUROR:  He is.

10               THE COURT:  Okay.  Well, that has to be horrible.

11               THE PROSPECTIVE JUROR:  It was.

12               THE COURT:  And I'm sorry.  Obviously, this is not a

13   case involving firearms or gun violence or anything.

14               But still, given what happened to your son, do you

15   think you could be fair and impartial and evaluate the evidence

16   against this defendant fairly.

17               THE PROSPECTIVE JUROR:  I think so.

18               THE COURT:  Any doubts?

19               THE PROSPECTIVE JUROR:  No.  I don't have any doubts.

20               THE COURT:  Okay.  And 26(a) and (b), you answered

21   both Part (a) and Part (b).  You have strong feelings about

22   people who don't accept the results of the 2020 election?

23               THE PROSPECTIVE JUROR:  Yes.

24               THE COURT:  And do you think those feelings would

25   affect your ability to be a fair and impartial juror?

1    Remember, he's not being charged with not accepting the

2    election.  But if you have such strong feelings it would affect

3    your ability to be fair, I want to know about them.

4           THE PROSPECTIVE JUROR:  To be honest, I really don't

5    know if I can be fair.

6           THE COURT:  I want you to be honest.

7           THE PROSPECTIVE JUROR:  Given what's been in the

8    media and what I've read in the newspaper of the other

9    defendants, not saying that he is accused of all the other

10   things that they have done -- I don't know what his

11   participation was.  I really don't know if I could be fair, but

12   I'll try, if selected.

13          THE COURT:  Well, as you can imagine, Mr. Vo --

14   nobody can say they're 100 percent, but he has a right to a

15   fair and impartial jury.

16          THE PROSPECTIVE JUROR:  Correct.

17          THE COURT:  Do you think if you -- the positions were

18   reversed, would you want you to be on his jury, sit for a case

19   like this?

20          THE PROSPECTIVE JUROR:  You're saying if the roles

21   were reversed --

22          THE COURT:  Do you think you're an appropriate juror

23   for a January 6th case?

24          THE PROSPECTIVE JUROR:  I could be.

25          THE COURT:  31:  Have you or a close friend or

1    family member ever worked at the U.S. Capitol?

2              THE PROSPECTIVE JUROR:  My husband was a U.S. Capitol

3    Police officer.

4              THE COURT:  That's right.  How long ago was he a

5    Capitol Police officer?

6              THE PROSPECTIVE JUROR:  It's been a good 10, 15 years

7    ago.  He was there for 9 years.

8              THE COURT:  All right.  Mr. Ohm?

9              MR. OHM:  Your Honor, you want me to inquire?

10             THE COURT:  If you have any follow-up questioning.

11             MR. OHM:  Okay.  Hi.

12             THE PROSPECTIVE JUROR:  Hi.

13             MR. OHM:  I appreciate -- we all appreciate your

14   honesty here.  Obviously, you're trying to figure out how it is

15   that, you know, you would process information that you haven't

16   heard yet.

17             But I guess I couldn't help but notice, at the end

18   even, you said that you think you could be fair.  Do you

19   think that -- is there any concern that you aren't going to be

20   fair?

21             THE PROSPECTIVE JUROR:  No.

22             MR. OHM:  Okay.  And when you say January 6th was

23   appalling, I guess, in the first -- the way the questions were

24   phrased are to identify people who initially think that they

25   might not be able to be fair.

1              And so there are two different questions where you

2     said that you're concerned that you could be a fair and

3     impartial juror.  Could you sort of describe what it is that --

4     why you answered those questions that way?

5              THE PROSPECTIVE JUROR:  I guess given -- like I said

6     before, reading the newspaper and the media and seeing it on TV

7     gave me reason to pause for people who participated in that

8     January 6th.

9              MR. OHM:  When you say reason to pause, what do you

10    mean by that?

11             THE PROSPECTIVE JUROR:  Their rationale against my

12    rationale.  I just -- I don't think, given the election, why

13    would you not accept the outcome of the election?  I just don't

14    understand why people couldn't understand the outcome of the

15    election or why they were opposed to the outcome of the

16    election.

17             MR. OHM:  So are you saying it's mostly about, like,

18    the politics of it, or is there something about the

19    January 6th -- the events of January 6th themselves and people

20    going on to the Capitol that also --

21             THE PROSPECTIVE JUROR:  Both.

22             MR. OHM:  Could you describe that second part?

23             THE PROSPECTIVE JUROR:  The second part of people

24    participating?

25             MR. OHM:  Like January 6th -- obviously, there was

1    also people who didn't believe in the election results before

2    January 6th, right?

3              THE PROSPECTIVE JUROR:  Uh-huh.

4              MR. OHM:  So January 6th itself, can you sort of

5    describe why you had concerns that you were going to be fair

6    when dealing with a case that involves January 6th and the

7    Capitol Building?

8              THE PROSPECTIVE JUROR:  Well, you have to see your

9    evidence.  I don't know what his evidence is or what his

10   participation was.

11             You had some who, you know, attacked the police, and

12   then you had some who were just involved in the area or got

13   caught up in what was going on.  So I don't know what Mr. Vo's

14   role was in January 6th.

15             MR. OHM:  Do you think that everybody who walked into

16   the Capitol is guilty of one of the offenses charged here?

17             THE PROSPECTIVE JUROR:  Can you say that one more

18   time.

19             MR. OHM:  Do you think that everyone who walked into

20   the Capitol Building is guilty of one of the charges that are

21   brought against individuals?

22             THE PROSPECTIVE JUROR:  I think it would be a strong

23   possibility.

24             MR. OHM:  Okay.  And do you think it's a stronger

25   possibility because of what you know from reading the newspaper

1  and following other trials and whatnot?

2          THE PROSPECTIVE JUROR:  Yes.

3          MR. OHM:  Your -- a lot of the people who --

4  obviously, a lot of people who got hurt were Capitol Police

5  officers.

6          Is your husband still in touch with anybody who is or

7  was a Capitol Police officer?

8          THE PROSPECTIVE JUROR:  No.

9          MR. OHM:  Do you think that the fact that your

10  husband was a Capitol Police officer would make you, sort of,

11  empathize with Capitol Police officers more than if these

12  people were, like -- I don't know -- not Capitol Police

13  officers or maybe not even police officers at all?

14          THE PROSPECTIVE JUROR:  Probably so.  Because he

15  could have been working at that time or still affiliated with

16  Capitol Hill at the time, but he wasn't.  But, probably, yes.

17          MR. OHM:  Okay.  So when you're, sort of, evaluating

18  the testimony of people who were Capitol Police, given the fact

19  that your husband was Capitol Police, would you -- do you think

20  that you might evaluate it differently because your husband was

21  a Capitol Police officer and these folks are Capitol Police

22  officers?

23          THE PROSPECTIVE JUROR:  I wouldn't say that, no.

24          MR. OHM:  Thank you.

25          THE COURT:  Ms. Wagner or Mr. Boylan?

```
 1                MS. WAGNER:  Might be a little bit repetitive.

 2                THE COURT:  You still have to get it closer.

 3                MS. WAGNER:  This might be a little -- right now, you

 4     just have the names of the charges.  That's all.  You don't

 5     have the specific elements of the charge.

 6                You've been on a jury before.  You know that at the

 7     end of the evidence, the judge is going to instruct you on what

 8     the specific elements are and that you'll need to take what

 9     you've learned from the evidence at the trial and apply it to

10     those instructions.

11                THE PROSPECTIVE JUROR:  Yes.

12                MS. WAGNER:  Can you do that?

13                THE PROSPECTIVE JUROR:  Yes.

14                MS. WAGNER:  Will the fact that your husband has

15     former law enforcement experience, including as a Capitol

16     Police officer, keep you from hearing the evidence and

17     listening to the instructions?

18                THE PROSPECTIVE JUROR:  No.

19                THE COURT:  Thank you.  You can step down.

20                MR. OHM:  Can I just ask her occupation?

21                THE COURT:  I don't think you need to.

22                MR. OHM:  Pardon me?

23                THE COURT:  I don't think you need to.

24                MR. OHM:  I don't have to?  Okay.

25                THE COURT:  I don't think so.  Thank you.
```

```
1              THE PROSPECTIVE JUROR:  You're welcome.

2              (Prospective juror exited the courtroom.)

3              THE COURT:  Just one minute, Ms. Lavigne.  One

4    minute.  Do you have a motion?

5              MR. OHM:  Motion to strike for cause, Your Honor.

6              MS. WAGNER:  Your Honor, I believe she was able to

7    explain that, even though her husband has significant law

8    enforcement experience, that she will listen to the evidence

9    that comes in at this trial, apply the instructions as given by

10   the judge, and she can do that despite the fact that her

11   husband has that law enforcement experience.

12             THE COURT:  It was a very leading way you asked her,

13   but this is just too close for me.  I'm going to grant the

14   motion.  If her husband wasn't a Capitol Police officer and

15   then an MPD officer -- I was struck by her candor, and she was

16   struggling to be candid and to be fair.

17             She wasn't trying to get on the jury or she wasn't

18   trying to get off the jury.  I believe she was really trying to

19   be as forthright as she could, but it's just too much.

20             You know, as she said, it could have been her husband

21   there.  I think, even sitting here, she wants to do the right

22   thing.  It's just too close.

23             So I'm going to grant that motion, and that juror is

24   excused for cause.  We're ready for the next one.

25             (Prospective juror entered the courtroom.)
```

1              THE COURT:  Hello.  Come on up.  Good afternoon.  Are

2      you Juror No. 0542?

3              THE PROSPECTIVE JUROR:  0642.

4              THE COURT:  0642.  Thank you.  All right.  What

5      questions did you have answers to?

6              THE PROSPECTIVE JUROR:  I did not have yes assigned

7      to any of the questions.

8              THE COURT:  Really?  Well, we're going to ask you

9      some questions anyway because you're up here.

10             THE PROSPECTIVE JUROR:  Okay.

11             THE COURT:  What do you do for a living?

12             THE PROSPECTIVE JUROR:  I run a political tech

13     company.

14             THE COURT:  You run a company.  How long have you

15     lived in D.C.?

16             THE PROSPECTIVE JUROR:  For four years.

17             THE COURT:  Where did you live before then?

18             THE PROSPECTIVE JUROR:  I was -- I went to school up

19     in Boston.

20             THE COURT:  All right.  And never been called for

21     jury duty before?

22             THE PROSPECTIVE JUROR:  No.  First time.

23             THE COURT:  Well, congratulations.  Any questions?

24             MR. BOYLAN:  Sir, you said you run a political tech

25     company?

1          THE PROSPECTIVE JUROR:  That's right, yes.  We build

2     software for political campaigns.

3          MR. BOYLAN:  Can you tell us a little bit more about

4     what that means.

5          THE PROSPECTIVE JUROR:  Sure.  It's what we call an

6     SCRM, so like a voter relationship management tool.  So

7     campaigns use it to store data about voters and then kind of a

8     system of record for all of their interactions with voters as

9     they campaign.

10         MR. BOYLAN:  Do you have clients who are federal

11    representatives or state-level?

12         THE PROSPECTIVE JUROR:  Yeah.  All up and down the

13    ballot.

14         MR. BOYLAN:  You said you've been in D.C. for four

15    years.  Did any candidates use your technology during the 2020

16    election?

17         THE PROSPECTIVE JUROR:  Yes.  We worked with probably

18    70 or so campaigns in 2020; not here in D.C., but around the

19    country.

20         MR. BOYLAN:  Around the country.  Can you give us a

21    sampling of some of those jurisdictions?

22         THE PROSPECTIVE JUROR:  Yeah.  Virginia, Louisiana,

23    Oklahoma, yeah; just kind of all over.  I think probably 13

24    states or so that cycle.

25         MR. BOYLAN:  Do you work with candidates from one

1    side of the aisle or the other or both?

2              THE PROSPECTIVE JUROR:  Yes.  So we work on the

3    Republican side of the aisle.

4              MR. BOYLAN:  Anything about that experience that you

5    think would make you pre-judge this case?

6              THE PROSPECTIVE JUROR:  I don't think so.

7              MR. BOYLAN:  Thank you.

8              THE COURT:  Thank you.  Mr. Ohm?

9              MR. OHM:  Sir, did you say you lived in -- did you

10   say you lived in Boston before coming to D.C.?

11             THE PROSPECTIVE JUROR:  That's right.

12             MR. OHM:  Okay.  How long did you live there?

13             THE PROSPECTIVE JUROR:  Four years; for college.

14             MR. OHM:  Okay.  You've had this -- you started this

15   company yourself?

16             THE PROSPECTIVE JUROR:  I did.  Right after college.

17             MR. OHM:  Okay.  No further questions.

18             THE COURT:  All right.  Thank you.

19             (Prospective juror exited the courtroom.)

20             (Prospective juror entered the courtroom.)

21             THE COURT:  Good afternoon.

22             THE PROSPECTIVE JUROR:  Hi.  How are you?

23             THE COURT:  I'm fine, thanks.  How are you?

24             THE PROSPECTIVE JUROR:  Good.

25             THE COURT:  Come on up.  Are you Juror No. 1583?

```
 1            THE PROSPECTIVE JUROR:  Yes, Your Honor, I am.

 2            THE COURT:  And what questions did you have answers

 3      to?

 4            THE PROSPECTIVE JUROR:  23, 24, and 29.  Hopefully,

 5      those are the correct numbers.

 6            THE COURT:  We'll go over them.

 7            THE PROSPECTIVE JUROR:  No. 1 as well, but I think I

 8      just misunderstood the question.

 9            THE COURT:  I mean, given -- No. 1 is kind of not a

10      very good question given what I've already said about -- what

11      most everybody recognizes.  Is that what you meant?

12            THE PROSPECTIVE JUROR:  Yes.

13            THE COURT:  Okay.  So 23 is whether you or any of

14      your family or close friends have ever been the victim of or

15      witness to a crime; can you tell us about that?

16            THE PROSPECTIVE JUROR:  Yes.  It would be me

17      personally regarding domestic abuse.  I don't know if that

18      counts.

19            THE COURT:  It counts.

20            THE PROSPECTIVE JUROR:  Okay.  So yes.

21            THE COURT:  I'm sorry to hear that.  How long ago?

22            THE PROSPECTIVE JUROR:  Well, I mean, in some way

23      it's still kind of going on, but I would guess -- I would say

24      more so from my divorce trial that was two years ago.

25            THE COURT:  All right.  And do you -- would the fact
```

1    that you are a victim of a crime not that long ago, would that

2    affect your ability to be fair in a criminal jury trial like

3    this one?

4             THE PROSPECTIVE JUROR:  No, I don't think so.

5             THE COURT:  24.  Oh, wait.  That was 23.  24:  You or

6    your family or close friends ever been arrested for, charged

7    with, or found guilty of a crime?

8             THE PROSPECTIVE JUROR:  So as part of my entire,

9    like, separation and divorce, my ex-husband filed this bogus

10   protective order against me, and one day I was found guilty for

11   violating it.  But I've since cleared it off, and that was

12   that.

13            THE COURT:  Had it resolved?

14            THE PROSPECTIVE JUROR:  Correct.

15            THE COURT:  Anything about that experience make you

16   think that you couldn't be fair in this case?

17            THE PROSPECTIVE JUROR:  No.

18            THE COURT:  And 29:  Do you have travel plans or

19   something, some plans this week?

20            THE PROSPECTIVE JUROR:  So on this Friday I actually

21   have a court hearing scheduled for custody of my son.

22            THE COURT:  Over there in Superior Court?

23            THE PROSPECTIVE JUROR:  Yes.

24            THE COURT:  What time?

25            THE PROSPECTIVE JUROR:  9:30.  I can show you the --

```
 1              THE COURT:  No, no.  You don't have to.  As it
 2      happens, I know all of the judges.
 3              We could work it out.  We could arrange -- if you
 4      were selected as a juror, I could arrange for that -- for that
 5      to be called out of -- we can work that out.
 6              THE PROSPECTIVE JUROR:  Okay.
 7              THE COURT:  Okay.  Any questions, Mr. Ohm?
 8              MR. OHM:  Good afternoon.  How are you?
 9              THE PROSPECTIVE JUROR:  Hi.
10              MR. OHM:  Could you just -- are you presently
11      working?
12              THE PROSPECTIVE JUROR:  Self-employed.
13              MR. OHM:  Okay.  What kind of stuff do you do?
14              THE PROSPECTIVE JUROR:  I'm a Realtor.
15              MR. OHM:  And how long have you been doing that?
16              THE PROSPECTIVE JUROR:  I've been in the industry for
17      about five and a half years; as a full-time real estate agent,
18      almost two full years.
19              MR. OHM:  Okay.  Always in D.C.?
20              THE PROSPECTIVE JUROR:  Yes.
21              MR. OHM:  Are you a D.C. native?
22              THE PROSPECTIVE JUROR:  No.
23              MR. OHM:  Where did you live before here?
24              THE PROSPECTIVE JUROR:  I'm originally from
25      Philadelphia.
```

1           MR. OHM:  How long have you been here?

2           THE PROSPECTIVE JUROR:  Ten years -- well, no.  13

3      years.  Sorry.

4           MR. OHM:  I don't think I have any other questions.

5      Thank you.

6           THE PROSPECTIVE JUROR:  Okay.

7           MS. WAGNER:  No questions.

8           THE COURT:  All right.  Thank you, ma'am.

9           THE PROSPECTIVE JUROR:  Thank you.

10          (Prospective juror exited the courtroom.)

11          (Prospective juror entered the courtroom.)

12          THE COURT:  Hello.

13          THE PROSPECTIVE JUROR:  Hello.

14          THE COURT:  Are you Juror No. 1710?

15          THE PROSPECTIVE JUROR:  Yes, I am.

16          THE COURT:  All right.  What questions did you have

17     answers to?

18          THE PROSPECTIVE JUROR:  3 and 23.

19          THE COURT:  You said 3 and 11?

20          THE PROSPECTIVE JUROR:  3 and 23.

21          THE COURT:  Okay.  Start with 3.  Do you live or work

22     near the Capitol, or do you have any familiarity with the area?

23          THE PROSPECTIVE JUROR:  I live about six blocks

24     north.

25          THE COURT:  All right.  Well, given that fact -- were

1    you living there on January 6th?

2                THE PROSPECTIVE JUROR:  I've been there since 2015.

3                THE COURT:  Does the fact that you live so close --

4    would the fact that you live so close cause you to not be able

5    to be fair or impartial in this case?  Would it affect your

6    ability to --

7                THE PROSPECTIVE JUROR:  No, I don't believe so.

8                THE COURT:  Okay.  And 23:  Have you or any of your

9    family or close friends ever been the victim of or a witness to

10   a crime?

11               THE PROSPECTIVE JUROR:  Yes.

12               THE COURT:  And you or --

13               THE PROSPECTIVE JUROR:  Me.

14               THE COURT:  How long ago?

15               THE PROSPECTIVE JUROR:  20 years.

16               THE COURT:  What kind of crime was it?

17               THE PROSPECTIVE JUROR:  Attempted robbery at

18   knifepoint.

19               THE COURT:  At knifepoint.  I'm sorry to hear that.

20               Given that that happened to you, do you think you

21   could be fair in this case?

22               THE PROSPECTIVE JUROR:  I believe so, yes.

23               THE COURT:  Was it reported to the police?

24               THE PROSPECTIVE JUROR:  Yes.

25               THE COURT:  And do you have any -- do you have any

1    problems with how it was handled?

2                THE PROSPECTIVE JUROR:  No.  Just a long time.

3                THE COURT:  Okay.  Any follow-up, Mr. Boylan?

4                MR. BOYLAN:  Yes.  Thank you, Your Honor.

5                Sir, you said you live six blocks from the Capitol

6    and you lived there on January 6th, 2021?

7                THE PROSPECTIVE JUROR:  Yes.

8                MR. BOYLAN:  Were you home on January 6, 2021?

9                THE PROSPECTIVE JUROR:  I stayed home because of what

10   was expected.

11               MR. BOYLAN:  Were you affected by what happened that

12   day?

13               THE PROSPECTIVE JUROR:  I didn't leave my house

14   because of what was going on, yes.

15               MR. BOYLAN:  Okay.  Can you put away those feelings

16   and experiences that you had and decide this case based on the

17   facts that you hear?

18               THE PROSPECTIVE JUROR:  Yes.

19               MR. BOYLAN:  Thank you.

20               THE COURT:  Mr. Ohm?

21               MR. OHM:  Good afternoon.

22               THE PROSPECTIVE JUROR:  Good afternoon.

23               MR. OHM:  So -- I mean, living right near the

24   Capitol, there are sort of a lot of different things that

25   happened, not just that day but afterwards in terms of

1    restricted access and walking your dog or whatever.

2              Were there any other aspects of January 6th or the

3    aftermath that affected you personally?

4              THE PROSPECTIVE JUROR:  No.  Just -- I stayed inside

5    myself, that's all.

6              MR. OHM:  Pardon me?

7              THE PROSPECTIVE JUROR:  Just stayed inside the house

8    for most of the time.

9              MR. OHM:  Okay.  And when you -- when you say that

10   you stayed inside because of what was expected, what do you --

11   what was expected?

12             THE PROSPECTIVE JUROR:  Well, heavy presence of a lot

13   of people before the inauguration.  So I stayed home.

14             MR. OHM:  Are you like -- nobody lives like -- you

15   don't live between the Capitol and the Ellipse, right?

16             THE PROSPECTIVE JUROR:  No.  Literally, six blocks

17   north; just take Third up and I'm there.

18             MR. OHM:  Sorry?

19             THE PROSPECTIVE JUROR:  Take Third Street up and

20   you're almost a block from my place.

21             MR. OHM:  What kind of work do you do for a living?

22             THE PROSPECTIVE JUROR:  Finance, information

23   technology.

24             MR. OHM:  Both of those are kind of broad.

25             THE PROSPECTIVE JUROR:  Director of financial

1     systems.  Basically, I'm responsible for our accounting system

2     for a company; so a combination of accounting and IT.

3                 MR. OHM:  Thank you.

4                 THE COURT:  Thank you.  You can step down.

5                 (Prospective juror exited the courtroom.)

6                 (Prospective juror entered the courtroom.)

7                 THE COURT:  Hello.  Come on up to the stand here.

8     Are you Juror No. 1291?

9                 THE PROSPECTIVE JUROR:  Yes.

10                THE COURT:  All right.  Please have a seat.  Do you

11    have your card?  Yes.  Can you tell us what questions you had

12    answers to?

13                THE PROSPECTIVE JUROR:  I answered 14, 15, 19, 23;

14    and then on 26 I did a yes and a no.

15                THE COURT:  Okay.  So 26(a).  All right.  Let's just

16    start with 26(a).  You have strong feelings about people who

17    don't accept the results of the election.

18                But you would not allow your feelings to affect your

19    ability to be fair and impartial?

20                THE PROSPECTIVE JUROR:  Yes.  I think I'd like to

21    maybe clarify that a little.

22                THE COURT:  Please.

23                THE PROSPECTIVE JUROR:  I think it's more feelings

24    about people who are pushing results not knowing -- pushing

25    results with -- that they know are not substantiated.  I think

1    I can understand people who have gotten their facts from

2    someplace else and don't --

3              THE COURT:  So your strong feelings are more directed

4    to people who know -- who, knowing that the election was

5    accurate, are, nonetheless, pushing a false narrative; is that

6    it?

7              THE PROSPECTIVE JUROR:  Yes.

8              THE COURT:  Okay.  Obviously, Mr. Vo isn't on trial

9    for that.  Regardless of what -- would you be able to put aside

10   whatever you feel, those feelings and any other that you have

11   with regard to people who don't accept the election results,

12   and just judge him based on the facts that you hear in this

13   courtroom?

14             THE PROSPECTIVE JUROR:  I think I could, yes.

15             THE COURT:  All right.  Question 14:  Have you or any

16   of your family members or close friends ever done any work for

17   defense organizations or private investigators?

18             THE PROSPECTIVE JUROR:  Okay.  I worked for a law

19   firm for 33 years doing systems management and facilities

20   management work, and primarily we were a tax firm.  It's a

21   little more complicated than that.  There was a certain amount

22   of criminal defense work being done by the attorneys I worked

23   with.

24             THE COURT:  Anything about your employment there that

25   could affect your ability to be fair in this case?

```
1                    THE PROSPECTIVE JUROR:  I don't think so, no.

2                    THE COURT:  Okay.  15:  Have you or any of your

3      family or close friends ever worked in a courthouse or for a

4      court system?

5                    THE PROSPECTIVE JUROR:  I did a summer internship

6      when I was in high school with the Montgomery County --

7      District Court for Montgomery County; it was out on Shady Grove

8      Road.

9                    THE COURT:  Anything about that experience --

10                   THE PROSPECTIVE JUROR:  No.

11                   THE COURT:  Okay.  And 19, you served on a jury

12     before?

13                   THE PROSPECTIVE JUROR:  Yes.  I've served on a couple

14     juries in the D.C. Superior Court.

15                   THE COURT:  Any of those criminal cases?

16                   THE PROSPECTIVE JUROR:  Let's see.  One was a civil

17     case; one was a criminal case.  It was an assault case.

18                   THE COURT:  I don't want to know what the verdict

19     was, but were you able to reach a verdict?

20                   THE PROSPECTIVE JUROR:  Yes.

21                   THE COURT:  Anything about those experiences on a

22     jury affect your ability to be fair in this case?

23                   THE PROSPECTIVE JUROR:  I don't think so.

24                   THE COURT:  Okay.  And 23:  Have you or any of your

25     family or close friends ever been a victim to or witness to
```

1    a -- victim of or witness to a crime?

2              THE PROSPECTIVE JUROR:  The one thing that occurred

3    to me was I was helping a relative of mine up in Baltimore work

4    on his house one time, and we took a break and the ladder

5    disappeared.

6              THE COURT:  Unfortunately, that is --

7              THE PROSPECTIVE JUROR:  Especially in Baltimore, I'm

8    afraid.

9              THE COURT:  It was in Baltimore?

10             THE PROSPECTIVE JUROR:  Yeah.  It was in Baltimore.

11             THE COURT:  Anything about that experience make you

12   think you couldn't be fair in this case?

13             THE PROSPECTIVE JUROR:  No.  And there was never any

14   trial and so --

15             THE COURT:  I've already asked you about 26(a).  All

16   right.  Mr. Ohm?

17             MR. OHM:  Good afternoon.  What does it mean to be a

18   systems analyst?

19             THE COURT:  What does a systems analyst do?

20             THE PROSPECTIVE JUROR:  Well, I didn't do systems

21   analyst work.  I did systems administration, which is

22   basically, you know, running the computers, getting equipment

23   installed, dealing with training.  It was really a multifaceted

24   job.

25             MR. OHM:  Got it.  Just getting back to your question

1    about folks who disagree with the results of the election, do

2    you have any feelings about what happened on January 6th itself

3    in terms of at the Capitol?

4            THE PROSPECTIVE JUROR:  You know, I know the basic

5    stories I've seen in the news.  It's not a story I followed

6    closely because I just -- I have a lot of stuff to read, and I

7    didn't see much use in reading the articles in detail about it.

8            I'm not -- I guess my general feelings can be summed

9    up that I see politics as being both a process and policy.

10   Policy you can argue about and change, but the process should

11   probably be held -- the political process, the election process

12   and things should be -- should kind of be sacred.

13           And so I'm concerned about it, but I don't have -- I

14   can't say I've really developed real strong feelings one way or

15   the other about the individuals.

16           MR. OHM:  So if you -- do you have any feelings -- do

17   you believe that anybody who entered into the Capitol Building

18   is guilty of a crime?

19           THE PROSPECTIVE JUROR:  There certainly would have

20   been people in the Capitol for a variety of reasons and people

21   who may have gone in -- you know, my basic understanding is at

22   some point security, sort of, collapsed at the outer level, and

23   people may have gone in not knowing what the situation was or

24   really appreciating the thing.  I'm open-minded on what -- you

25   know, what could be.

```
 1                    MR. OHM:  Thank you.

 2                    THE COURT:  Thanks.  Ms. Wagner or Mr. Boylan?

 3                    MS. WAGNER:  After the evidence comes in, the judge

 4       is going to give you instructions on the four specific crimes

 5       here that are alleged, and will you evaluate the evidence as it

 6       applies to those specific instructions at that time?

 7                    THE PROSPECTIVE JUROR:  Yes.

 8                    MS. WAGNER:  So you -- if you are to learn about the

 9       elements of a crime and if the facts fit the elements of the

10       crime, would you convict?

11                    THE PROSPECTIVE JUROR:  Yes.  Yeah.

12                    THE COURT:  All right.  Thank you, sir.  Oh, were you

13       going to say something else?

14                    THE PROSPECTIVE JUROR:  Just that I understand that

15       there's the reasonable doubt notion in there.  If I feel

16       that -- beyond a reasonable doubt that it's been demonstrated,

17       yes, I'd have no problem with conviction.

18                    THE COURT:  Thank you.  And thank you for the

19       correction.  Thank you.

20                    THE PROSPECTIVE JUROR:  Okay.  So I go back to the

21       jury lounge?

22                    THE COURT:  Ms. Lavigne will tell you where to go.

23                    (Prospective juror exited the courtroom.)

24                    MR. OHM:  Your Honor, I don't suppose we could take a

25       three-minute break?
```

```
 1                  THE COURT:  Ms. Lavigne, we're going to take a very
 2        short break.
 3                      (Recess taken.)
 4                      (Prospective juror entered the courtroom.)
 5                  THE COURT:  Hello.
 6                  THE PROSPECTIVE JUROR:  Hi.
 7                  THE COURT:  Are you Juror No. 0552?
 8                  THE PROSPECTIVE JUROR:  3.
 9                  THE COURT:  0553.  Did we do 0552?  Juror 0552 we
10        excused?
11                  MR. OHM:  Family --
12                  THE COURT:  Oh, yes, yes.  Thank you.  You're
13        Juror 0553?
14                  THE PROSPECTIVE JUROR:  Yes.
15                  THE COURT:  Okay.  Thank you.  And what questions did
16        you have answers for?
17                  THE PROSPECTIVE JUROR:  No. 3 and No. 26(a).
18                  THE COURT:  3 and 26(a).  Live or work near the
19        Capitol?
20                  THE PROSPECTIVE JUROR:  Yes.
21                  THE COURT:  How far away?
22                  THE PROSPECTIVE JUROR:  Five blocks.
23                  THE COURT:  Were you living there on January 6th?
24                  THE PROSPECTIVE JUROR:  I was, but I was not in D.C.
25        on January 6th.
```

```
 1                  THE COURT:  Okay.  Anything about the fact that you

 2       live near the Capitol cause you to think that you couldn't be

 3       fair or impartial in this case?

 4                  THE PROSPECTIVE JUROR:  No.

 5                  THE COURT:  26(a), which is you have feelings --

 6       strong feelings about people who don't accept the election

 7       results.  But I see you didn't answer (b).

 8                  So does that mean you can put aside those feelings

 9       and judge the defendant in this case solely on the evidence?

10                  THE PROSPECTIVE JUROR:  I believe so, yes.

11                  THE COURT:  Okay.  Any question, Mr. Ohm?

12                  MR. OHM:  Good afternoon.

13                  THE PROSPECTIVE JUROR:  Hi.

14                  MR. OHM:  So just getting back to that, what are your

15       feelings about people who don't agree with the election?

16                  THE PROSPECTIVE JUROR:  I just believe that the

17       election was certified.  I don't believe anything about the

18       people in particular, but I just believe that they did

19       something that wasn't right.

20                  MR. OHM:  Okay.  Do you -- living near the Capitol --

21       I know you weren't there that day, but, obviously, there was,

22       like, a lot of stuff afterwards in terms of restrictions and

23       whatnot.

24                  Were you inconvenienced in any way by all of that

25       kind of stuff?
```

1          THE PROSPECTIVE JUROR:  Yeah.  I mean, anyone who

2     lived that close, there was fences up, and we couldn't really

3     get around very easily.  So just locational and transportation,

4     sort of, inconveniences.

5          MR. OHM:  Would that have any impact on you?  Did

6     that annoy you to the point where --

7          THE PROSPECTIVE JUROR:  I'm over it.

8          MR. OHM:  Okay.  What kind of work do you do?

9          THE PROSPECTIVE JUROR:  I'm an early childhood

10    education expert.  I work at a not-for-profit.

11         MR. OHM:  And how long have you lived in the

12    District?

13         THE PROSPECTIVE JUROR:  12 years.

14         MR. OHM:  And do you believe that anybody who went

15    into the Capitol on January 6th is guilty of a crime?

16         THE PROSPECTIVE JUROR:  I've never actually thought

17    about that before.  I don't know if I could give an answer off

18    the top of my head.

19         MR. OHM:  Okay.  I think that's a good one.  Thank

20    you.

21         MR. BOYLAN:  No questions.

22         THE COURT:  All right.  Thank you.  You can step

23    down.

24         (Prospective juror exited the courtroom.)

25         THE COURT:  Just a second, Ms. Lavigne, before you

1    call in the next one.

2            Maybe I'm going to -- I don't know if we're thinking

3    about the same thing, but given the nature of this case, I do

4    allow a fair amount of latitude.  But if she hasn't answered

5    anything that's not follow-up, that's a new question.

6            So I don't know if you were planning on asking that

7    of every potential juror, but you can't.  If they answer -- if

8    they give an answer that -- for which that is an appropriate

9    follow-up, then yes.  But it's not -- if they haven't given an

10   answer to a question for which that would be an appropriate

11   follow-up, that's a new question.  It's covered in my

12   questions.

13           MR. OHM:  You're talking about the one about --

14           THE COURT:  Do you believe anybody who went in there

15   was guilty of a crime.

16           MR. OHM:  I'd like to be able to ask that question,

17   but if --

18           THE COURT:  You didn't ask for it.

19           MR. OHM:  I mean, we asked for something like it.

20           THE COURT:  You asked for things like it and some of

21   the things I covered, but you did not ask for that question,

22   I'm pretty sure.  I'll take a look when I go back.

23           MR. OHM:  We asked for a bunch.

24           THE COURT:  Oh, yes, you did.

25           MR. OHM:  I thought the Court was saying that you

1    would consolidate it into a couple questions and --

2         THE COURT:  I think it's covered.  Do you have strong

3    feelings about the people who don't accept the results, and if

4    you do, could you put that aside.

5         I have Question No. 2:  Is there anything about the

6    nature of the charges that would make it difficult for you to

7    render a fair and impartial verdict?  The question is partially

8    implicated in No. 3 about whether they live or work near there.

9         MR. OHM:  To be fair, Your Honor, she did answer the

10   one about the strong -- the beliefs about people who believe

11   that the election was --

12        THE COURT:  Right.  And then she said she could put

13   it aside.  She thinks they're wrong, but she could put it aside

14   for this case.

15        And No. 30, close connection to the events.  And then

16   32:  Were you or anyone close to you so affected or

17   inconvenienced or have you so closely followed the media

18   coverage that you couldn't be fair?  33, political views; and

19   35, a catchall.

20        So I just don't think -- I don't think that's

21   appropriate to be asking them that when they haven't answered

22   it.  Again, they may give an answer for which that is

23   appropriate, but I'm not going to have you ask every juror

24   that.

25        MR. OHM:  I mean, if somebody answered no questions,

1    I could ask a couple of questions even though it's not a

2    follow-up to anything, right?

3              THE COURT:  Yes.  But here's my -- here's the problem

4    with that question.  The defendant is charged with four

5    specific acts.  They're not like trespassing in the way we

6    think or unlawful entry.  They're specific technical charges.

7              And so asking them if they think that anybody who

8    went there is guilty of a crime is not getting -- it's not

9    really pinpointing the issue here, which is they don't know

10   what crime he's being charged with.  They don't have the

11   instruction.

12             So it's muddying the water with an answer that has

13   no -- I mean, I'm not going to allow you to ask some specific

14   question about the specific crime.  So saying -- yeah, I mean,

15   it's not unusual that a person would say, yeah, if you were in

16   there on January 6th and the Capitol was closed, you're

17   probably -- but that doesn't really get to whether they can be

18   fair and impartial.

19             MR. OHM:  I guess what I'm just trying to get at --

20   I've heard a lot of people say, anybody who was inside that

21   Capitol is a rioter, insurrectionist, blah-blah-blah.  And I'm

22   trying to make sure I understand who --

23             THE COURT:  I agree with you.  But I think anybody

24   who holds those feelings would have answered yes to some of the

25   other questions and you would get to that point.

```
 1                    MR. OHM:  Understood.

 2                    THE COURT:  If you want to ask that question of --

 3          just sort of say, I do have a different question.

 4                    MR. OHM:  Okay.

 5                    THE COURT:  Okay.

 6                    (Prospective juror entered the courtroom.)

 7                    THE COURT:  Hello.

 8                    THE PROSPECTIVE JUROR:  Good afternoon, Judge.

 9                    THE COURT:  Good afternoon.  Are you Juror No. 0629?

10                    THE PROSPECTIVE JUROR:  Yes, ma'am.

11                    THE COURT:  Okay.  And what questions did you have

12          answers for?

13                    THE PROSPECTIVE JUROR:  I just answered them all.  I

14          caught on later on in the process when you said just answer

15          yes.

16                    THE COURT:  Okay.  Let's start with the hot-button

17          ones, okay?

18                    THE PROSPECTIVE JUROR:  Okay.

19                    THE COURT:  Let's start with 32:  Were you or anyone

20          close to you so affected or inconvenienced by the events of

21          January 6th that you couldn't be fair?

22                    THE PROSPECTIVE JUROR:  I think I could be fair,

23          ma'am.

24                    THE COURT:  I'm just going to start over, kind of.

25          Do you have any strong feelings about the events of January 6th
```

 1    that would make you think that you couldn't be fair?

 2              In other words, can you presume Mr. Vo innocent until

 3    and unless he's proven guilty?

 4              THE PROSPECTIVE JUROR:  It was not a good day for the

 5    country; so let's start there.  Yeah.  It's a tough one.  It's

 6    a tough one.  But I'm usually a fair person.

 7              THE COURT:  Have you been on a jury before?

 8              THE PROSPECTIVE JUROR:  I'm sorry?

 9              THE COURT:  Have you been on a jury before?

10              THE PROSPECTIVE JUROR:  No, ma'am.

11              THE COURT:  Okay.  Do you understand -- well, here's

12    how it works.  You're to presume Mr. Vo is innocent.

13              THE PROSPECTIVE JUROR:  Right.

14              THE COURT:  And he doesn't have to prove his

15    innocence.  The government has to prove it to you.

16              THE PROSPECTIVE JUROR:  Yeah.

17              THE COURT:  You sit in the courtroom, and all the

18    evidence you take with you is the evidence the government puts

19    on.  Not what you read, not what people tell you, not what you

20    heard on the TV, but what you see here in the courtroom.

21              So despite your own opinions about what you've heard,

22    you have to put that aside --

23              THE PROSPECTIVE JUROR:  Right.

24              THE COURT:  -- and focus only on what the government

25    presents in the courtroom.  And then you decide, based on the

1    facts that you've heard and the law that I give to you --

2    because for each thing that he's been charged with, you have to

3    make certain findings according to the law, which I'll instruct

4    you on.

5              THE PROSPECTIVE JUROR:  Right.

6              THE COURT:  Then you decide whether the government

7    has proven beyond a reasonable doubt every element of every

8    offense charged, right?

9              THE PROSPECTIVE JUROR:  Right.

10             THE COURT:  Can you do that even though it's -- even

11   though you have strong feelings about January 6th?

12             THE PROSPECTIVE JUROR:  I feel so -- I think I can.

13   I'm not sure, but --

14             THE COURT:  What do you do for a living?

15             THE PROSPECTIVE JUROR:  Well, that's the other issue

16   I have right now.  I just got hired a week ago.  I'm in

17   training right now.  So last week was my first week of

18   training.  So this week and next week are supposed to be two

19   more weeks of training, and then I should start officially.

20             THE COURT:  So if you miss this week, is that going

21   to have a -- is there going to be repercussions for you at

22   work?

23             THE PROSPECTIVE JUROR:  Yeah.  That, I don't know.

24   My supervisor knows because I've informed him that I'm here,

25   but it will set me back in the process of the training program

1    that I'm doing.

2            Like I said, I completed my first week last week.  So

3    this week was supposed to be the second week, and the following

4    week is supposed to be the third week.

5            THE COURT:  How long have you been looking for a job?

6            THE PROSPECTIVE JUROR:  Six months.

7            THE COURT:  Can we have the phones, please.

8            (The following proceedings were had outside the

9    hearing of the prospective juror:)

10           THE COURT:  I'm inclined to excuse him or at least

11   put him at the back.  If I put him at the back, he has to come

12   tomorrow.  So I'm inclined to excuse him.  Does anybody have an

13   objection?

14           MR. BOYLAN:  No, Your Honor.

15           MR. OHM:  No, Your Honor.

16           (The following proceedings were had in open court:)

17           THE COURT:  Given your work situation, I'm going to

18   excuse you and have you report back to the jury office.  I

19   don't want you to lose your job.

20           THE PROSPECTIVE JUROR:  Okay.  I appreciate that,

21   ma'am.  God blessed me with this opportunity, so I don't want

22   to --

23           THE COURT:  Good luck.

24           THE PROSPECTIVE JUROR:  Thank you, ma'am.

25           (Prospective juror exited the courtroom.)

```
 1                THE COURT:  Ms. Lavigne, could you let everybody know
 2      there's a pretty strong likelihood they have to come back
 3      tomorrow morning, so they should start making arrangements at
 4      least to be here for the half day tomorrow even if they're not
 5      chosen.  I don't think we're going to get to the peremptories
 6      today.  Thank you.
 7                (Prospective juror entered the courtroom.)
 8                THE COURT:  Come on up, ma'am.
 9                MR. OHM:  Just to confirm, Your Honor, that last
10      juror was 629, right?
11                THE COURT:  Yes.
12                THE PROSPECTIVE JUROR:  Hello.
13                THE COURT:  Hello.  Come on up to the witness box,
14      please.  You can keep your card.  Take a seat, please.
15                Good afternoon.  Are you Juror No. 2161?
16                THE PROSPECTIVE JUROR:  Yes.
17                THE COURT:  Okay.  What questions did you have
18      answers to?
19                THE PROSPECTIVE JUROR:  I didn't take anything at
20      all.  I wasn't sure what to take when it comes pertaining to
21      the health.
22                THE COURT:  Okay.  Did you understand the questions?
23                THE PROSPECTIVE JUROR:  Yes.
24                THE COURT:  You just didn't have any answers for them
25      except maybe the health questions?
```

```
 1                THE PROSPECTIVE JUROR:  Yes.

 2                THE COURT:  Let's go straight to that.  Wait.  What's

 3      your juror number?  0306 or --

 4                THE PROSPECTIVE JUROR:  I have to look at the paper.

 5                THE COURT:  That may be my fault.  I may have jumped

 6      ahead.  My law clerk just reminded me.

 7                THE PROSPECTIVE JUROR:  The number is 103749395.

 8                THE COURT:  That's your juror number?

 9                THE PROSPECTIVE JUROR:  The participant number; is

10      that the same?

11                THE COURT:  Let me take a look.

12                THE PROSPECTIVE JUROR:  I'm sorry.

13                THE COURT:  That's all right.  Do you have your

14      badge?  2161.  So I was right.  It is 2161, in which case we've

15      missed one.  We'll go back.

16                So you're Juror No. 2161.  Health, do you have any --

17      an illness or are you taking any medication that might make it

18      difficult for you to understand or to focus?

19                THE PROSPECTIVE JUROR:  Maybe pain pill because I

20      stays on pain pill a lot.  I tends to get a little drowsy.  But

21      I didn't take any today.  I didn't know I would have to do so

22      much walking and standing.

23                Now I have this constant pain all over my body

24      because I suffer with rheumatoid arthritis.

25                THE COURT:  All right.
```

1          THE PROSPECTIVE JUROR:  But cognitively, I'm able to

2     function.  It's just that when I'm sitting, I'm in so much pain

3     sometimes, I'm more thinking about the pain than thinking

4     about --

5          THE COURT:  All right.  So a couple questions about

6     that.  If you get picked for a jury, you won't be walking

7     around and standing like you were today.  You'll be coming in,

8     sitting, sitting here.  Some people don't want to sit too long.

9     Now, does sitting cause you pain?

10          THE PROSPECTIVE JUROR:  No.

11          THE COURT:  Okay.  So you'll be sitting most of the

12     day, but I don't want you to be in pain.  So if you take your

13     pain medication, is it that it just makes you drowsy sometimes,

14     or are you just foggy and --

15          THE PROSPECTIVE JUROR:  No, sometimes.

16          THE COURT:  Okay.  During the day we're going to take

17     breaks.  We're going to take a mid-morning break, a lunch

18     break, a mid-afternoon break, and we'll break at 5:00.  In

19     addition, if at any time you feel drowsy and you need to just

20     take five and clear your head, we can do that as well.

21          If we do that, do you think that will be enough for

22     you?

23          THE PROSPECTIVE JUROR:  Yeah.

24          THE COURT:  Okay.

25          THE PROSPECTIVE JUROR:  Like I said, it's the

1    standing and the walking, you know.

2              THE COURT:  Okay.  There won't be much of that.  Be a

3    lot of sitting, actually.

4              All right.  What do you do for a living, ma'am?

5              THE PROSPECTIVE JUROR:  I'm a nursing assistant.

6              THE COURT:  Okay.  And since -- you didn't answer any

7    of the other questions, but since we have you up here, how much

8    do you know about -- or do you know anything about the events

9    of January 6th?

10             THE PROSPECTIVE JUROR:  Yes.

11             THE COURT:  And do you have any opinions or feelings

12   that are so strong that you could not be fair to this gentleman

13   here, the defendant?

14             THE PROSPECTIVE JUROR:  No.

15             THE COURT:  Would you be able to put aside whatever

16   feelings you have and judge this case based only on the

17   evidence you hear in the courtroom?

18             THE PROSPECTIVE JUROR:  Yes.

19             THE COURT:  Have you ever been on a jury before?

20             THE PROSPECTIVE JUROR:  No.

21             THE COURT:  How long have you lived in the District?

22             THE PROSPECTIVE JUROR:  About 40 years.

23             THE COURT:  Before you came from Jamaica?

24             THE PROSPECTIVE JUROR:  Yes.

25             THE COURT:  I recognize your accent.  Any questions?

1          MS. WAGNER:  No.

2          THE COURT:  Mr. Ohm?

3          MR. OHM:  My question is a little bit different than

4    what Her Honor just asked you.

5          Do you think that everybody who went into the Capitol

6    Building was -- is guilty of some crime?

7          THE PROSPECTIVE JUROR:  It's for the Court to decide,

8    you know.  I can't just jump and say they're guilty because I

9    really don't know with what I see on the television and -- you

10   know.  I can't just say they're guilty.

11         MR. OHM:  Understood.  Thank you, Your Honor.

12         THE COURT:  Thank you, ma'am.  You can step down.  Is

13   there somewhere for her to sit outside?

14         THE COURTROOM DEPUTY:  Yes.

15         THE PROSPECTIVE JUROR:  Thank you.

16         (Prospective juror exited the courtroom.)

17         THE COURT:  Ms. Lavigne, we seemed to have missed

18   0306.

19         THE COURTROOM DEPUTY:  Okay.  Maybe they were in the

20   restroom.

21         THE COURT:  Okay.  Thank you.

22         MS. WAGNER:  Your Honor, may I approach?

23         THE COURT:  Yes.

24         MS. WAGNER:  Very small thing.  But I did want to

25   disclose that when I was -- during the five-minute break, a

1    juror did ask me if we were going to get done today.  I didn't

2    talk to her.  She said she was getting really bored.  I haven't

3    seen her yet.  If I see her, I will alert the Court.

4              THE COURT:  I haven't given any instruction that they

5    can't talk to you, so that's purely understandable, and also

6    that they're bored.

7              (Prospective juror entered the courtroom.)

8              THE COURT:  Good afternoon.  Come on up to the

9    witness box.  What's your juror number?

10             THE PROSPECTIVE JUROR:  0306.

11             THE COURT:  Smart juror who brings reading material.

12   What questions did you have answers to?

13             THE PROSPECTIVE JUROR:  Just No. 3.

14             THE COURT:  Do you live -- you live or work near the

15   Capitol?

16             THE PROSPECTIVE JUROR:  I did live there from 2019 to

17   2022.

18             THE COURT:  How far?  Don't tell me the address.

19             THE PROSPECTIVE JUROR:  Two blocks.

20             THE COURT:  Okay.  Were you living there on

21   January 6th?

22             THE PROSPECTIVE JUROR:  Uh-huh.

23             THE COURT:  You have to say yes or no.

24             THE PROSPECTIVE JUROR:  Yes.

25             THE COURT:  Were you there during the events in

1    question?

2              THE PROSPECTIVE JUROR:  Yes.  I was at my home.

3              THE COURT:  Well, that's close.  Would the fact that

4    you were home two blocks from the Capitol affect your ability

5    to be fair and impartial in this case?

6              THE PROSPECTIVE JUROR:  It has to be a yes-or-no

7    answer?

8              THE COURT:  I'm sorry?

9              THE PROSPECTIVE JUROR:  It has to be a yes-or-no

10   answer?

11             THE COURT:  No.  I mean, we want to know what your

12   thoughts are; whether you can be fair.  If there's a nuance to

13   that, sure, let's hear it.

14             THE PROSPECTIVE JUROR:  I think I can be fair.  It

15   was a while ago.  But I was definitely nervous at the time of

16   it happening because I was at my home, and I didn't know

17   whether I had to leave or not.

18             But, I mean, that was a couple of years ago now.

19   It's not, like, traumatic or anything.  Just at the moment, you

20   were just worried.

21             THE COURT:  Well, I mean, there were very few people

22   who would say that they weren't -- they don't have feelings

23   about what happened.

24             The real question is, can you put the feelings aside

25   and be impartial and hear the evidence as it pertains to Mr. Vo

1    and render a verdict based only on that evidence?

2                    THE PROSPECTIVE JUROR:  I think I can.

3                    THE COURT:  Okay.  What do you do for a living?

4                    THE PROSPECTIVE JUROR:  A communications consultant.

5                    THE COURT:  And how long have you lived in D.C.?

6                    THE PROSPECTIVE JUROR:  Seven years.

7                    THE COURT:  Was No. 3 the only question you answered?

8                    THE PROSPECTIVE JUROR:  Yes.

9                    THE COURT:  So you haven't been on a jury or

10   anything?

11                   THE PROSPECTIVE JUROR:  No, I have not.

12                   THE COURT:  Okay.  Mr. Barkley -- why do I keep

13   calling you that?  I'm sorry.  Mr. Boylan or Ms. Wagner?

14                   MR. BOYLAN:  Mr. Barkley is a smart guy, good

15   looking.

16                   Ma'am, can you explain a little bit more about what a

17   marketing consultant does?

18                   THE PROSPECTIVE JUROR:  Yeah.  So we -- it's kind of

19   like typical advising.  So we get a myriad of clients at our

20   firm.  So I've worked for Veterans Health Administration,

21   Michael J. Fox, and you help them with any communications needs

22   that they would have.

23                   MR. BOYLAN:  Any governmental clients?

24                   THE PROSPECTIVE JUROR:  Yeah.  The Veterans Health

25   Administration.

```
 1                 MR. BOYLAN:  Any politicians?

 2                 THE PROSPECTIVE JUROR:  No.

 3                 MR. BOYLAN:  That's all.  Thank you.

 4                 THE COURT:  Thank you.  Mr. Ohm?

 5                 MR. OHM:  Were you home on January 6th because you

 6      were, like, working from home like a lot of us at the time?

 7                 THE PROSPECTIVE JUROR:  Yes.

 8                 MR. OHM:  Okay.  And I guess just being in the area,

 9      did you see any sort of, like -- like, aftermath-wise,

10      obviously, there were a lot of changes.  Were you affected by

11      any of those?

12                 THE PROSPECTIVE JUROR:  I mean, there wasn't -- there

13      may have been more increased security around the Capitol

14      afterwards, which would affect people's, like, walking and --

15      not commutes, but you weren't really excited to go outside for

16      the first couple of days.  I think after the first week or so,

17      that was removed from what I remember.

18                 MR. OHM:  And this is a different question.  But do

19      you think that everybody who went inside the Capitol Building

20      is guilty of a crime?

21                 THE PROSPECTIVE JUROR:  Not necessarily, no.

22                 MR. OHM:  Okay.  Nothing further.

23                 THE COURT:  All right.  Thank you.

24                 (Prospective juror exited the courtroom.)

25                 MR. BOYLAN:  Your Honor?
```

1          THE COURT:  Yes.  Just one minute.  We have a matter.

2     Thank you.

3          MR. BOYLAN:  Your Honor, I'd just note that it's been

4     two jurors in a row that defense counsel has asked the same

5     question that you instructed him not to ask, and I think for

6     both of those jurors, that question was pretty tangentially

7     related to what they spoke of.

8          THE COURT:  It was.  They didn't even answer 26(a).

9          MR. OHM:  I thought you said that as long as I said

10    it was a new question, it was okay.  I thought --

11         THE COURT:  Oh, you wanted to give me a signal.  I

12    missed the signal.  I'll allow it then because she didn't

13    really answer any questions.

14         On the other hand, she didn't answer any questions

15    that would make that relevant.  So they have to answer a

16    question like 26(a) or -- she did answer No. 3 about living or

17    working near there, but she didn't have any strong feelings

18    about it.

19         I think you should say, may I ask the question or

20    something beforehand.

21         MR. OHM:  To Your Honor?

22         THE COURT:  Yes.  Thank you.

23         MR. OHM:  Okay.

24         (Prospective juror entered the courtroom.)

25         THE COURT:  Good afternoon.  Hello.  Is your Juror

1    No. 0385?

2              THE PROSPECTIVE JUROR:  That is correct.

3              THE COURT:  Okay.  And what questions did you have

4    answers to?

5              THE PROSPECTIVE JUROR:  All of them.

6              THE COURT:  Really?

7              THE PROSPECTIVE JUROR:  I just answered every

8    question as you asked me.

9              THE COURT:  So was your answer yes to all of the

10   questions?

11             THE PROSPECTIVE JUROR:  No.

12             THE COURT:  Okay.  Could you tell me the ones you had

13   a yes answer to.

14             THE PROSPECTIVE JUROR:  No. 1, No. 2 --

15             THE COURT:  Hold up, hold up.  1, 2.

16             THE PROSPECTIVE JUROR:  9, 10, 11, 21.

17             THE COURT:  I'm sorry?

18             THE PROSPECTIVE JUROR:  21, 22, 24, 25, 26.

19             THE COURT:  Okay.  26.

20             THE PROSPECTIVE JUROR:  28, 32, 35.

21             THE COURT:  We got -- we do have a 35.  Well, let's

22   start with that.  35 is any reason that I haven't asked about

23   that might make it difficult for you to --

24             THE PROSPECTIVE JUROR:  Say it again.  I'm sorry.

25             THE COURT:  35 is:  Are there any other reasons that

1      I have not asked about that might make it difficult for you to

2      sit fairly, impartially, and attentively as a juror in this

3      case?

4                  THE PROSPECTIVE JUROR:  I thought -- what did I

5      think?  I thought something.  You asked me had I seen anything

6      on TV.

7                  THE COURT:  I tell you what, let's start with another

8      one.  You said 32.  32 is:  Were you or anyone close to you so

9      affected or inconvenienced by the events which transpired at

10     the U.S. Capitol on January 6th, or have you so closely

11     followed the media's coverage of those cases that you could not

12     be fair or impartial?

13                 THE PROSPECTIVE JUROR:  The second question, yes.

14                 THE COURT:  You have to speak into the microphone so

15     everybody can hear you.  Pull it down a little bit.

16                 THE PROSPECTIVE JUROR:  Second question, yes.

17                 THE COURT:  The second question means have you so

18     closely followed the coverage?

19                 THE PROSPECTIVE JUROR:  Right, right, right.

20                 THE COURT:  Tell us about that.

21                 THE PROSPECTIVE JUROR:  Well, they're guilty over and

22     over and over again.

23                 THE COURT:  You mean because you've read about the --

24                 THE PROSPECTIVE JUROR:  Kept seeing it on TV, kept

25     seeing it, kept seeing it.

1          THE COURT:  When you say kept seeing it, you mean you

2     keep seeing what happened on the 6th, or you keep seeing that

3     people are being found guilty?

4          THE PROSPECTIVE JUROR:  I kept seeing what happened

5     over and over and over again.

6          THE COURT:  Okay.  You're right, there's been a lot

7     of coverage.

8          So here's my question to you:  Having seen the

9     coverage over and over and over again as so many of us have, do

10     you think you can put that aside -- I'm not saying forget it.

11     I'm not asking if you can forget it.

12          But can you put it aside and base your verdict and

13     adjudge this defendant based on the evidence that you see in

14     here, not what you saw on TV?  Can you do that?

15          THE PROSPECTIVE JUROR:  I don't think so.  I think

16     guilty.  I don't think so.

17          THE COURT:  You said you think he's guilty?

18          THE PROSPECTIVE JUROR:  Yeah.

19          THE COURT:  And are you saying that despite the fact

20     that the law says he's presumed innocent; you can't presume him

21     innocent?

22          THE PROSPECTIVE JUROR:  No.

23          THE COURT:  All right.  Thank you, sir.  You're

24     excused.

25          (Prospective juror exited the courtroom.)

 1          THE COURT:  That's for cause.  Does anybody have an

 2    objection to that?

 3          MR. OHM:  No, Your Honor.

 4          THE COURT:  I didn't think so.  Next juror, please.

 5          (Prospective juror entered the courtroom.)

 6          THE COURT:  Come on up, ma'am.  Good afternoon.

 7          THE PROSPECTIVE JUROR:  Good afternoon.

 8          THE COURT:  And are you Juror No. 1914?

 9          THE PROSPECTIVE JUROR:  Yes.

10          THE COURT:  All right.  What questions did you have

11    answers for?

12          THE PROSPECTIVE JUROR:  12.  I can't remember the

13    questions, though.

14          THE COURT:  Do you have your card with you?  How many

15    did you answer?  Just 12?

16          THE PROSPECTIVE JUROR:  Well, I have several

17    different --

18          THE COURT:  Give me all the ones you have.

19          THE PROSPECTIVE JUROR:  12, 18, 19, 23, 27, 28, 29,

20    and 35.

21          THE COURT:  Okay.  Thank you.  Travel plans; you have

22    travel plans or some engagement this week?  That's 29.

23          THE PROSPECTIVE JUROR:  Okay.  Engagement this week?

24          THE COURT:  Do you have travel plans or something

25    that -- some scheduling conflict?

1              THE PROSPECTIVE JUROR:  No.  Just classes.  I have

2       classes during the day at UDC, and I work during the day.

3              THE COURT:  For the jury, you have to be excused from

4       work and classes, because we sit during the day.  What time --

5       what are your work hours?

6              THE PROSPECTIVE JUROR:  My work hours are 6:00 to

7       3:30.

8              THE COURT:  6:00 p.m. to 3:30 a.m.?

9              THE PROSPECTIVE JUROR:  6:00 a.m. to 3:30 p.m., and

10      then classes are from 5:30 to 8:20.

11             THE COURT:  So you can go to classes because we'll be

12      done by 5:00.

13             But work, you're going to have -- you are -- under

14      the law, you can't be fired for having jury duty.  Your work

15      has to let you go to jury duty.  Is that going to --

16             THE PROSPECTIVE JUROR:  Okay.  I understand that.

17             THE COURT:  Are you worried about your job if you

18      have to take off for jury duty?

19             THE PROSPECTIVE JUROR:  No, I'm not worried about my

20      job.

21             THE COURT:  Okay.  If you need a letter or something,

22      I can give you that.

23             28, do you believe that -- do you have any reason to

24      think you wouldn't be able to reach a verdict because of some

25      moral, religious, or spiritual or political belief?

```
 1                 THE PROSPECTIVE JUROR:  Let me go back to --
 2                 THE COURT:  28 was:  Do you believe that you would be
 3       unable to deliberate and reach a verdict if you were selected
 4       as a juror that includes any moral, social, political,
 5       philosophical, spiritual, religious, or any other creed or
 6       belief that would prevent you from reaching a verdict?
 7                 THE PROSPECTIVE JUROR:  No.  Maybe I just didn't
 8       understand the question.
 9                 THE COURT:  Okay.  27:  Do you have any illness or
10       are you taking any medication that might affect your ability to
11       sit?
12                 THE PROSPECTIVE JUROR:  Yes.  Because I experienced a
13       murder in front of my house.
14                 THE COURT:  Oh, dear.
15                 THE PROSPECTIVE JUROR:  That was in 2021.  So I'm
16       taking Tramadol for PTSD.
17                 THE COURT:  Tramadol.  I know what it is.
18                 THE PROSPECTIVE JUROR:  Yeah.  So that might affect
19       me from --
20                 THE COURT:  Well, does it make you -- does it affect
21       your ability to focus, or are you groggy all the time or does
22       it just make you sleepy some of the time?
23                 THE PROSPECTIVE JUROR:  Most of the time sleepy and
24       groggy.  It's just a mixture.
25                 THE COURT:  So what happens if you don't take it?
```

```
 1              THE PROSPECTIVE JUROR:  I get a little irritable.

 2     And since I -- the murder occurred in 2021, it still triggers

 3     because I can't even go down my front steps, and I have to

 4     go -- like, when I leave the house, I leave the back way.  It's

 5     just traumatizing.  It's one of my neighbors.

 6              THE COURT:  Sorry about that.  I'm just going to ask

 7     you about a few more.

 8              THE PROSPECTIVE JUROR:  Uh-huh.

 9              THE COURT:  You served on a grand jury?

10              THE PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Do you understand the difference -- the

12     grand jury just determines probable cause.  But have you ever

13     served on a regular jury?

14              THE PROSPECTIVE JUROR:  No.  I just went to grand

15     jury.

16              THE COURT:  All right.  So a grand jury determines

17     whether there's probable cause; that means whether it's more

18     likely than not; whereas, a jury in a criminal case like this,

19     one has to determine guilt beyond a reasonable doubt.

20              Do you understand the difference?

21              THE PROSPECTIVE JUROR:  I understand the difference.

22              THE COURT:  Okay.  Now, you've answered 19 that you

23     served on a trial jury.  Did you just say you had not?

24              THE PROSPECTIVE JUROR:  That was a while ago.

25              THE COURT:  And was it a criminal jury?
```

```
 1                THE PROSPECTIVE JUROR:  It was a criminal jury.

 2                THE COURT:  Were you able to reach a verdict.

 3                THE PROSPECTIVE JUROR:  Yes, we did.

 4                THE COURT:  Okay.  23 is whether you were a witness

 5      to a crime or victim to a crime.  That's the murder you saw in

 6      front of your house?

 7                THE PROSPECTIVE JUROR:  Uh-huh.

 8                THE COURT:  You have to say yes.

 9                THE PROSPECTIVE JUROR:  Yes.  I'm sorry.

10                THE COURT:  And No. 35 [sic] -- hold on.  Let me

11      look.  You or your family, close friends ever studied law or

12      had any legal training?

13                THE PROSPECTIVE JUROR:  In business.  I'm in school

14      now, so I have business classes.

15                THE COURT:  Okay.  35 is a catchall.  Is there any

16      reason why -- other than the other questions I've asked you why

17      you couldn't be a fair juror here in this case?

18                Is there something I didn't ask you about that makes

19      you think you couldn't be fair?

20                THE PROSPECTIVE JUROR:  You can skip that question.

21                THE COURT:  I'm sorry?

22                THE PROSPECTIVE JUROR:  You can skip that question.

23      I don't even understand.

24                THE COURT:  All right.  Just a minute, ma'am.

25                (The following proceedings were had outside the
```

1     hearing of the prospective juror:)

2              THE COURT:  I don't know what's going on here.  Do

3     y'all want to excuse this juror?  There seems to be some

4     cognitive issues.

5              MR. OHM:  I literally was going to say I'm not sure

6     what's going on here.  I would agree with Your Honor.

7              MR. BOYLAN:  I don't think we'd object, Your Honor.

8              THE COURT:  Okay.

9              (The following proceedings were had in open court:)

10             THE COURT:  All right.  Thank you, ma'am.  You can

11    step down.

12             THE PROSPECTIVE JUROR:  Okay.  Thank you.

13             (Prospective juror exited the courtroom.)

14             THE COURT:  Ms. Lavigne, she can go back to the jury

15    office.  Excused.  Stricken for cause.

16             (Prospective juror entered the courtroom.)

17             THE COURT:  Good afternoon.  Please come up.  Are you

18    Juror No. 0871?

19             THE PROSPECTIVE JUROR:  I am.

20             THE COURT:  All right.  What questions did you have

21    answers to?

22             THE PROSPECTIVE JUROR:  8, 12, 19, 26(a).

23             THE COURT:  Okay.  8:  Do you recognize or think you

24    might know any other member of the jury panel?

25             THE PROSPECTIVE JUROR:  In the jury pool, there was

1     somebody who was a former neighbor.

2               THE COURT:  I think we know who that is.  The reason

3     I ask is in case you have a friend or would you be able -- if

4     you were to be on the jury with them, would you be able to

5     disagree with them if you felt you need to?

6               THE PROSPECTIVE JUROR:  Yes.

7               THE COURT:  Okay.  12:  Any -- you or any of your

8     family or close friends studied law or had any legal training?

9               THE PROSPECTIVE JUROR:  Yes.  One of my best friends

10    is a lawyer.  I have a couple other close friends that are

11    lawyers.

12              THE COURT:  D.C.?

13              THE PROSPECTIVE JUROR:  A couple in D.C. and my best

14    friend is in Boston.  But, yeah, I have a couple friends who

15    are lawyers in D.C.

16              THE COURT:  Anything about what you might have

17    learned about their jobs -- would you be able to put aside

18    whatever you've learned about law from them or their practices

19    and decide this case solely on the evidence?

20              THE PROSPECTIVE JUROR:  Yes.

21              THE COURT:  Would you be able to follow my

22    instructions on the law as I give it to you?

23              THE PROSPECTIVE JUROR:  Yes.

24              THE COURT:  And have you served on a trial jury

25    before?

 1                THE PROSPECTIVE JUROR:  Yes.

 2                THE COURT:  How long ago?

 3                THE PROSPECTIVE JUROR:  I don't know.  I think it was

 4     2005 perhaps; somewhere around there.

 5                THE COURT:  Was it in D.C.?

 6                THE PROSPECTIVE JUROR:  No.  It was in Boston.

 7                THE COURT:  I don't want to know what the verdict --

 8     was it a criminal case or a civil case?

 9                THE PROSPECTIVE JUROR:  Criminal.

10                THE COURT:  Were you able to reach a verdict?

11                THE PROSPECTIVE JUROR:  Yes.

12                THE COURT:  Anything about that experience make you

13     think you couldn't be fair in this case?

14                THE PROSPECTIVE JUROR:  No.

15                THE COURT:  26(a), so you have strong feelings about

16     people who don't accept the results of the 2020 election, but I

17     assume that by answering (b), those feelings wouldn't affect

18     your ability to be impartial in this case?

19                THE PROSPECTIVE JUROR:  That's correct.

20                THE COURT:  Any follow-up, Mr. Boylan or Ms. Wagner?

21                MS. WAGNER:  Just briefly.  Could you briefly tell

22     us, what are your strong feelings?

23                THE PROSPECTIVE JUROR:  I mean, I guess it's mostly

24     just towards the leaders that are out there kind of

25     perpetuating everything; just makes me kind of sad, little

1    scared.  But that's just generally it.  Yeah.

2              MS. WAGNER:  And would you listen to the evidence in

3    this case without being influenced by what you may feel outside

4    of this case?

5              THE PROSPECTIVE JUROR:  Yes.

6              MS. WAGNER:  Okay.

7              THE COURT:  Mr. Ohm?

8              MR. OHM:  Good afternoon.  In terms of the strong

9    feelings that you have about people, do you also have feelings

10   about the individuals who -- not necessarily the individuals

11   perpetrating the narrative, but individuals who believe the

12   narrative?

13             THE PROSPECTIVE JUROR:  No.

14             MR. OHM:  You don't have any feelings one way or the

15   other?

16             THE PROSPECTIVE JUROR:  No strong feelings, no.

17             THE COURT:  I'm sorry?

18             THE PROSPECTIVE JUROR:  I do not have strong

19   feelings.

20             MR. OHM:  May I ask the question?

21             THE COURT:  No.

22             MR. OHM:  Okay.  What kind of work do you do?

23             THE PROSPECTIVE JUROR:  Software development.

24             MR. OHM:  What does that mean, generally?

25             THE PROSPECTIVE JUROR:  I work for a company, I write

1   software.  Mostly storage software.  It sits on hardware and

2   gets sold.

3            MR. OHM:  Okay.

4            THE PROSPECTIVE JUROR:  I write a lot of code, yeah.

5            MR. OHM:  Thank you.

6            THE COURT:  Thank you.

7        (Prospective juror exited the courtroom.)

8            THE COURT:  For the record, Mr. Ohm, I denied that

9   question because I think that this potential juror had answered

10  sufficient questions to make it clear that, while he had his

11  opinions, he was prepared to put them aside without any sort of

12  hesitation at all.  Okay.

13       (Prospective juror entered the courtroom.)

14           THE COURT:  Hello.  Come on up to the witness box.

15  You can have a seat.  Are you Juror No. 2068?

16           THE PROSPECTIVE JUROR:  Yes, ma'am.

17           THE COURT:  All right.  What questions did you have

18  answers to?

19           THE PROSPECTIVE JUROR:  13 and a question mark.

20           THE COURT:  Question mark about which one?

21           THE PROSPECTIVE JUROR:  I do work for one of the

22  agencies you mentioned, one of the departments you mentioned.

23  But the agency is not a law enforcement agency, so I wasn't

24  sure how to answer that.

25           THE COURT:  If there's any hesitation -- it's

1    over-inclusive, so answer if you have any questions.  What was

2    the agency?

3              THE PROSPECTIVE JUROR:  Department of Homeland

4    Security.

5              THE COURT:  And in what capacity do you work?

6              THE PROSPECTIVE JUROR:  I work on immigration

7    services, so green cards, citizenship.

8              THE COURT:  If you were to hear the testimony of a --

9    do we expect any DHS agents?  All right.  Or other law

10   enforcement agent --

11             THE PROSPECTIVE JUROR:  Pardon?

12             THE COURT:  Given what you do for a living, would you

13   be able to evaluate -- you'd be instructed -- I would instruct

14   you that the testimony of a law enforcement officer is to be

15   weighed and evaluated in the same way any other witness is

16   evaluated.  They're to get no greater or lesser weight simply

17   because they're law enforcement.

18             Would you be able to do that?

19             THE PROSPECTIVE JUROR:  Yes, ma'am.

20             THE COURT:  Okay.  No. 13:  You, your family or close

21   friends ever worked with an -- is that a DHS --

22             THE PROSPECTIVE JUROR:  Yeah.

23             THE COURT:  How long have you lived in the District?

24             THE PROSPECTIVE JUROR:  Since 2001.

25             THE COURT:  And never been on a jury before?

```
 1                    THE PROSPECTIVE JUROR:  Yes.  I was on a jury in,
 2        like, 2005, I think.
 3                    THE COURT:  So how come you didn't answer
 4        Question 19?
 5                    THE PROSPECTIVE JUROR:  I put yes for that.
 6                    THE COURT:  Can you tell me all the ones you had yes
 7        for.
 8                    THE PROSPECTIVE JUROR:  Sure.
 9                    THE COURT:  I'm sorry.  I thought it was just 13.  Go
10        ahead.
11                    THE PROSPECTIVE JUROR:  I apologize.  13, 19, and 26.
12                    THE COURT:  You said you were on a jury in about, you
13        said, 2015 or '16; is that right?
14                    THE PROSPECTIVE JUROR:  2005, I think.
15                    THE COURT:  Was it a criminal or a civil jury?
16                    THE PROSPECTIVE JUROR:  Criminal.
17                    THE COURT:  And was it here in the District?
18                    THE PROSPECTIVE JUROR:  Was it in the District, yes.
19                    THE COURT:  Superior Court or federal court, do you
20        remember?
21                    THE PROSPECTIVE JUROR:  Superior.
22                    THE COURT:  I don't want to know what the verdict
23        was, but were you able to reach a verdict?
24                    THE PROSPECTIVE JUROR:  No.
25                    THE COURT:  Was it a hung jury?
```

```
 1          THE PROSPECTIVE JUROR:  Yes.
 2          THE COURT:  Anything about that experience cause you
 3    to believe that you couldn't be a fair or impartial juror in
 4    this case?
 5          THE PROSPECTIVE JUROR:  No.
 6          THE COURT:  26:  Do you have strong feelings about
 7    individuals who don't accept the election results?  If so,
 8    would those feelings affect your ability to be fair and
 9    impartial?
10          THE PROSPECTIVE JUROR:  Yes, I do.  But, no, I do not
11    believe it would impact my ability to be fair and impartial.
12          THE COURT:  All right.  What are your -- you said you
13    do have feelings about those who don't accept the results.
14    What are those feelings?
15          THE PROSPECTIVE JUROR:  Well, it was an emotional day
16    to see our Capitol stormed by people for a lie.
17          THE COURT:  So you believe that the narrative that
18    the election was stolen is a lie?
19          THE PROSPECTIVE JUROR:  Yes, I do.
20          THE COURT:  Okay.  And you said it was painful to see
21    the Capitol being stormed.
22          Well, do you feel that anybody who went in the
23    Capitol that day is guilty of something?
24          THE PROSPECTIVE JUROR:  I'm not sure.
25          THE COURT:  So are you willing to hear the evidence
```

1   and decide based on the evidence and the charges whether Mr. Vo

2   is guilty, or are you already, sort of, feeling like he's

3   guilty of something?

4              THE PROSPECTIVE JUROR:  There were a lot of people

5   there.  So no, I don't think that.

6              THE COURT:  Okay.  Thank you.  Mr. Ohm?

7              MR. OHM:  You've been working for USCIS for how long

8   did you say?

9              THE PROSPECTIVE JUROR:  I didn't say.  But about 19

10  years.

11             MR. OHM:  Okay.  Have you been doing the same job the

12  entire time?

13             THE PROSPECTIVE JUROR:  No.

14             MR. OHM:  What did you do initially?

15             THE PROSPECTIVE JUROR:  I've worked on citizenship

16  preparation materials, I worked in the E-Verify program for

17  authorizing new workers.  Now I'm a data analyst.

18             MR. OHM:  Okay.  I thought -- so you don't work in --

19  when you say you were -- you're doing green card and

20  citizenship work, is that part of --

21             THE PROSPECTIVE JUROR:  That's the mission of our

22  agency.

23             MR. OHM:  Got it.  Okay.  What you do is analyze

24  data.  You don't, like, interact with --

25             THE PROSPECTIVE JUROR:  Yeah.  I don't interact with

```
 1   applicants.
 2              MR. OHM:  Okay.  Nothing further.  Your Honor.
 3              THE COURT:  Government?
 4              MR. BOYLAN:  No questions.
 5              THE COURT:  Thank you.  You may step down.
 6           (Prospective juror exited the courtroom.)
 7           (Prospective juror entered the courtroom.)
 8              THE COURT:  Good afternoon.
 9              THE PROSPECTIVE JUROR:  Good afternoon.
10              THE COURT:  Come on up.  Have a seat -- that's
11   fine -- with your card.  And are you Juror No. 1571?
12              THE PROSPECTIVE JUROR:  Yes.  Exactly.
13              THE COURT:  All right.  What questions did you have
14   answers for?
15              THE PROSPECTIVE JUROR:  Actually, I have everything
16   blank.
17              THE COURT:  No answers.  Well, we have you up here,
18   so we might as well ask you some questions.
19              THE PROSPECTIVE JUROR:  Yes, sure.
20              THE COURT:  How long have you lived in the District
21   of Columbia?
22              THE PROSPECTIVE JUROR:  So I lived here about 18
23   years.
24              THE COURT:  And during that time you've never served
25   on a jury?
```

```
 1                THE PROSPECTIVE JUROR:  I never served exactly in a
 2      trial, but I have been summoned.
 3                THE COURT:  You've come for jury service?
 4                THE PROSPECTIVE JUROR:  Yes, exactly.
 5                THE COURT:  Who knows?  Maybe today is your lucky
 6      day.  What kind of work do you do?
 7                THE PROSPECTIVE JUROR:  I'm a piano teacher, a
 8      musician.
 9                THE COURT:  Are you self-employed?
10                THE PROSPECTIVE JUROR:  No.  I'm employed at the
11      school.
12                THE COURT:  Okay.  And what part of -- don't tell me
13      where you live, but what part of the city do you live in?
14                THE PROSPECTIVE JUROR:  I live 20011.  So that's very
15      close to Silver Spring, Shepherd Park.
16                THE COURT:  Any questions, Mr. Boylan or Ms. Wagner?
17                MS. WAGNER:  Do you have any family members that are
18      in law enforcement?
19                THE PROSPECTIVE JUROR:  No, absolutely not.
20                MS. WAGNER:  That's all.  Thanks.
21                THE COURT:  Mr. Ohm?
22                MR. OHM:  Have you always been a piano teacher?
23                THE PROSPECTIVE JUROR:  Well, I have been a musician
24      and a teacher of English language back in -- I'm originally
25      from Ukraine, but I have been living in this country for 25
```

1    years.  So musician -- music has been always part of my life

2    since age of 8.  So that was a primary occupation all my life.

3             MR. OHM:  And, like, generally speaking, do you

4    consider yourself a person who follows, like, the news and

5    politics and that kind of stuff?

6             THE PROSPECTIVE JUROR:  Well, I don't think I'm into

7    politics that much.  I try to stay away a little bit from it.

8    And I wouldn't say that I'm into it on a daily basis, but I try

9    to follow the world and what's going on usually.

10            MR. OHM:  Thank you.

11            THE COURT:  Thank you, ma'am.  You can step down.

12            (Prospective juror exited the courtroom.)

13            (Prospective juror entered the courtroom.)

14            THE COURT:  Good afternoon, sir.  Come on up.  Right

15   over here.

16            All right.  Good afternoon.  Are you Juror No. 1488?

17            THE PROSPECTIVE JUROR:  Yes.

18            THE COURT:  You're going to have to get a little

19   closer to the microphone if you don't mind.  Thank you.

20            What questions did you have answers to?

21            THE PROSPECTIVE JUROR:  What questions do I have

22   answers to?

23            THE COURT:  Yes.

24            THE PROSPECTIVE JUROR:  I think anybody involved in

25   that Resurrection [sic] is guilty.  I wouldn't be a good juror.

```
1        I'm just sorry more people didn't get shot.  I'm sorry.
2                  THE COURT:  No.  I want to know what --
3                  THE PROSPECTIVE JUROR:  You wanted honesty.
4                  THE COURT:  I want honesty.  I want honesty.  I know
5        people have strong feelings in the city.
6                  THE PROSPECTIVE JUROR:  Excuse me?
7                  THE COURT:  I know people have strong feelings, and
8        you clearly do, and you're certainly entitled to them.
9                  What I'm asking is, is there any chance you can put
10       those feelings aside and be impartial?
11                 THE PROSPECTIVE JUROR:  No.  My brother is a retired
12       Capitol Police officer.  I can't put that aside.
13                 THE COURT:  All right.  Thank you for your candor,
14       sir.
15                 THE PROSPECTIVE JUROR:  All right.
16                 THE COURT:  Maybe another case for you; a different
17       kind of case.
18                 THE PROSPECTIVE JUROR:  Thank you.
19                 THE COURT:  All right.
20                 (Prospective juror exited the courtroom.)
21                 THE COURT:  Does anybody have an objection?
22                 MR. BOYLAN:  No, Your Honor.
23                 THE COURT:  I thought not.  All right.
24                 (Prospective juror entered the courtroom.)
25                 THE COURT:  Good afternoon.  Please have a seat.  Are
```

1    you Juror No. 1743?

2                    THE PROSPECTIVE JUROR:  Yes.

3                    THE COURT:  All right.  And what questions did you

4    have answers to?

5                    THE PROSPECTIVE JUROR:  3, 19, 27, and 33.

6                    THE COURT:  Okay.  Let's start with 33.  Do you or

7    your spouse or partner have strong political views, and do you

8    think you'll be able to put those views aside and be a fair and

9    impartial juror in this case?

10                   THE PROSPECTIVE JUROR:  Yes.

11                   THE COURT:  I guess the first one is, do you have the

12   strong views, you or your spouse?

13                   THE PROSPECTIVE JUROR:  Yes.

14                   THE COURT:  And do those views extend to the events

15   of January 6th?

16                   THE PROSPECTIVE JUROR:  Yes.

17                   THE COURT:  Do you feel that -- what are they?

18                   THE PROSPECTIVE JUROR:  Oh, I mean, I work close to

19   the Capitol.  And, thankfully, I was not at work that day.  But

20   it was kind of traumatic to turn on the news and see that

21   happening right across the street.

22                   And so we were pretty affected by it.  But I don't --

23   I guess that was the question I was confused about the wording

24   of because I answered yes to it, but the way it was worded, it

25   seemed --

1          THE COURT:  I hear you.  When I'm reading it, I'm

2     thinking this wasn't worded very well.  Must not have been one

3     of mine; must have been proposed by one of the parties.

4          What we're trying to get at, all of us, is a lot of

5     people have views, and strong views.  Can you put those views

6     aside and be fair to this defendant and judge him based only on

7     the evidence in the case?

8          THE PROSPECTIVE JUROR:  I think so.

9          THE COURT:  Okay.  That's what I should have asked.

10          Now, No. 3, I think, is probably related to that

11     answer, which is live or work near the Capitol, right?

12          THE PROSPECTIVE JUROR:  Yes.

13          THE COURT:  Now, do you live near there or just work

14     near there?

15          THE PROSPECTIVE JUROR:  Just work there.

16          THE COURT:  Okay.  How far away?

17          THE PROSPECTIVE JUROR:  At the National Gallery, so

18     down the hill --

19          THE COURT:  Right across from here.

20          THE PROSPECTIVE JUROR:  Right across from here.  But

21     I go to the Library of Congress a lot, so I cut through the

22     grounds.

23          THE COURT:  Okay.  Again, does your -- the

24     familiarity with the area and the frequency with which you are

25     in that area of town, is that going to affect your ability to

1     be fair in this case?

2               THE PROSPECTIVE JUROR:  I don't think so.

3               THE COURT:  No. 19, have you been a juror before?

4               THE PROSPECTIVE JUROR:  Yes.

5               THE COURT:  Was it here in D.C.?

6               THE PROSPECTIVE JUROR:  Yeah.  It was just a couple

7     months ago in the D.C. Court.

8               THE COURT:  Oh, man.  They're really calling on you.

9     Over in Superior Court?

10              THE PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Was it a civil or criminal case?

12              THE PROSPECTIVE JUROR:  Criminal case.

13              THE COURT:  I don't want to know what the verdict

14    was, but were you able to reach a verdict?

15              THE PROSPECTIVE JUROR:  Yes, we were.

16              THE COURT:  Okay.  Anything about that experience

17    make you think you couldn't be fair or impartial in this case?

18              THE PROSPECTIVE JUROR:  No.

19              THE COURT:  27:  Do you have any illness that might

20    make it difficult for you to sit as a juror?  Are you taking

21    any kind of medication that might affect your attention?

22              THE PROSPECTIVE JUROR:  Yeah.  I'm suffering from my

23    fall allergies, so I'm -- I'm kind of out of it a little bit.

24              THE COURT:  Well, we're going to take frequent breaks

25    in addition to our scheduled breaks because the court reporter,

1    everybody needs a break.  If you find yourself getting a little

2    drowsy, you can always put up your hand, and we'll -- you don't

3    have to say why, and we'll just take a quick five minutes.

4    Would that be enough for you?

5              THE PROSPECTIVE JUROR:  Probably.  Just to clear out

6    my --

7              THE COURT:  Okay.  Mr. Ohm?

8              MR. OHM:  Good afternoon.  Were you at -- were you at

9    work at the National Gallery on January 6th?

10             THE PROSPECTIVE JUROR:  I was not.

11             MR. OHM:  So you were -- were you in the vicinity?

12             THE PROSPECTIVE JUROR:  No.  They told us all to stay

13   home that day.

14             MR. OHM:  Okay.  What did you hear about why you

15   should stay home that day?

16             THE PROSPECTIVE JUROR:  They were expecting large

17   crowds and possible violence.  We spent the day before boarding

18   up all the windows and covering up everything to prepare for it

19   and -- yeah.

20             MR. OHM:  I'm sorry.  At the National Gallery, they

21   boarded up the windows?

22             THE PROSPECTIVE JUROR:  Yes.

23             MR. OHM:  And did you see any, like, destruction or,

24   sort of, aftermath when you went back to work or --

25             THE PROSPECTIVE JUROR:  No.  I mean, it was all

1    fenced off, so couldn't really get access anywhere for several

2    months after that.

3              MR. OHM:  Okay.  You used the word traumatizing or

4    traumatic.

5              Do you feel like it was personally traumatic or --

6    obviously, a lot of the District felt like it was --

7              THE PROSPECTIVE JUROR:  Yeah.  I mean, it was just

8    the -- sort of the whole city being put under lockdown, you

9    know, having fences up everywhere and lots of police presence

10   and -- definitely shifted how we, sort of, felt about being

11   comfortable.

12             MR. OHM:  And that feeling that you had, is that

13   something that you think that you would potentially -- do you

14   feel that about the people that were involved on January 6th as

15   well?

16             THE PROSPECTIVE JUROR:  I guess -- I don't know.  I

17   feel like it's more the situation because, honestly, I didn't

18   interact with any of the people or anything.  It was just --

19   yeah.  I don't know.  That's hard to answer.

20             I mean, I feel like -- I've served on juries before,

21   and I've always weighed the evidence presented outside of, you

22   know, any personal feelings or even, like, what could possibly

23   be inferred.  I've always tried very -- just what's presented

24   in the actual case.

25             But I don't know if I could, sort of, filter in

 1    the -- it's a really hard question to answer.

 2              MR. OHM:  That's kind of what we're getting at.  Even

 3    if you're a fair person for any other criminal case, does the

 4    fact that you had a traumatic experience make you question

 5    whether you could be similarly or equally fair in this case?

 6              THE PROSPECTIVE JUROR:  I feel like I could.  But,

 7    yes, it's really hard to be definitive.

 8              MR. BOYLAN:  Sir, I think your answer to Her Honor's

 9    question was that January 6th was traumatic.  Was that more of

10    a personal trauma or more of a national trauma?

11              THE PROSPECTIVE JUROR:  More of a national trauma.

12    Not even -- I wouldn't say national.  Just a local trauma;

13    being part of the community.

14              MR. BOYLAN:  Sure.  And is that something that you

15    think that you could put aside and, instead of basing your

16    decision in court here on that, base it on the facts that you

17    see and hear in this court for this case?

18              THE PROSPECTIVE JUROR:  Yes, I do.

19              MR. BOYLAN:  Thank you.

20              THE COURT:  Thank you, sir.  You can step down.

21              THE PROSPECTIVE JUROR:  Thanks.

22              (Prospective juror exited the courtroom.)

23              THE COURT:  We're going to do one more.  I forgot we

24    have a -- I had a 4:30 appointment.  I'm going to do it at

25    4:45.  So we're going to do one more and then have everybody

```
1    come in, and I'll explain about tomorrow.  Thanks.  By my

2    count, we're at 16.

3              MR. BOYLAN:  I have 16 as well.

4              (Prospective juror entered the courtroom.)

5              THE COURT:  Good afternoon.  Come on up and have a

6    seat.  Are you Juror No. 1076?

7              THE PROSPECTIVE JUROR:  Yes.  Yes, I am.

8              THE COURT:  All right.  Thank you.  And what

9    questions did you have answers to?

10             THE PROSPECTIVE JUROR:  No. 12.

11             THE COURT:  No. 12.  Any more?

12             THE PROSPECTIVE JUROR:  And 24.

13             THE COURT:  12 and 24.  Okay.  Let's start with 12.

14   You or any of your family or close friends or household members

15   ever studied law or had any legal training?

16             THE PROSPECTIVE JUROR:  Yeah.  My brother is a

17   lawyer.

18             THE COURT:  Your brother?

19             THE PROSPECTIVE JUROR:  Is a lawyer.

20             THE COURT:  What kind of law?

21             THE PROSPECTIVE JUROR:  Just private practice;

22   defense attorney.

23             THE COURT:  Criminal defense?

24             THE PROSPECTIVE JUROR:  No.  Like, insurance --

25             THE COURT:  Civil cases?
```

```
 1                THE PROSPECTIVE JUROR:  Civil cases, things like
 2      that, yeah.
 3                THE COURT:  If you were selected as a juror in this
 4      case, would you be able to put aside whatever you know about
 5      the law from talking to your brother and accept the
 6      instructions on the law as I give them to you?
 7                THE PROSPECTIVE JUROR:  Yes.
 8                THE COURT:  Question 24:  Have you or your family or
 9      close friends ever been arrested for, charged with, found
10      guilty of a crime?
11                THE PROSPECTIVE JUROR:  Yes.
12                THE COURT:  Who was that?
13                THE PROSPECTIVE JUROR:  Well, one was me in college,
14      DWI; 20 years ago.
15                THE COURT:  Okay.  Anything about that, that would
16      make you feel like you couldn't be fair in this case?
17                THE PROSPECTIVE JUROR:  Yeah.  I'll be fine.
18                THE COURT:  You're fine; meaning you could be fair?
19                THE PROSPECTIVE JUROR:  Yes, yes.  Sorry.
20                THE COURT:  All right.  And anybody else?
21                THE PROSPECTIVE JUROR:  No, not like family or -- not
22      close family or anything like that, no.
23                THE COURT:  Okay.  Any follow-up?  Mr. Boylan,
24      Ms. Wagner?
25                MS. WAGNER:  No, Your Honor.
```

```
 1                  THE COURT:  What do you do for a living?

 2                  THE PROSPECTIVE JUROR:  I'm a management consultant.

 3                  THE COURT:  Mr. Ohm?

 4                  MR. OHM:  Hi.  How long have you lived in the

 5       District?

 6                  THE PROSPECTIVE JUROR:  Since 2006.  Well, in the

 7       D.C. area.  I've lived in the actual District since 2013.

 8                  MR. OHM:  Where did you live before that?

 9                  THE PROSPECTIVE JUROR:  Arlington, Virginia.

10                  MR. OHM:  How long have you been a consultant for?

11                  THE PROSPECTIVE JUROR:  I worked for a large

12       consultant firm -- I've been -- since 2006.

13                  MR. OHM:  Thank you.

14                  THE COURT:  Thank you, sir.  You can step down.

15                  (Prospective juror exited the courtroom.)

16                  THE COURT:  Ms. Lavigne, can we just go over our

17       numbers quick so I can tell those who are excused.

18                  What I propose to do is to tell the people who are

19       either excused or stricken for cause that they don't have to

20       come back.  And then everybody we've talked to already can come

21       back -- well, everybody we haven't talked to should be here at

22       9:30, and everybody else should be here at -- what do you

23       think? -- 10:30?  10:30.

24                  The ones I have stricken for cause:  0198, 0446,

25       1836.  0552 is excused; that's the one who lost her sister.
```

1    0629 was excused.  0385, stricken for cause.  0191 for -- also

2    excused or stricken.  1488 for cause.

3             Does that comport with everybody else's?

4             MR. BOYLAN:  Yes.

5             THE COURT:  For our next -- we would next start with

6    0899.  So everybody above that -- what I'll tell them is if

7    you've been up here and answered questions and you haven't been

8    excused, you should be back here at 10:30, and everybody else

9    needs to be back here at 9:30.

10             (The following proceedings were had in the presence of

11    the entire jury panel:)

12             THE COURT:  Okay.  Members of the panel, I'm glad to

13    see some of you still smiling because it's been a long day.

14    I'm tired; I know you're tired.

15             And I apologize for what I'm about to tell you

16    because some of you are going to have to come back.  We're just

17    not able to finish our examination.  I'm so sorry.  As you can

18    imagine, these cases sometimes take a while.  We want to make

19    sure that we talk to all of you, and we got a late start.  If

20    you blame anybody, blame me, because I did have a lot of legal

21    matters to deal with this morning.

22             So I'm sorry about that, but I appreciate your

23    patience so much.  I thank you for bearing with us.  I will

24    tell you, I've been where you are.  I also have served -- not

25    only do I get called for jury duty, I served on a jury just a

1    few years ago.  So I feel your pain.

2            But it is such an important thing that you're doing.

3    Our system doesn't work without you.  So thank you for your

4    patience.

5            We don't have a whole lot more to go.  What I'm going

6    to do is those of you who have not yet come up and answered

7    questions should be here tomorrow at 9:30.  You do not need to

8    call in; is that right?  You do not need to call into the jury

9    office.  Just come here; line up outside the door.

10           THE COURTROOM DEPUTY:  First go to the jury office

11   and check in.  Before you come to the courtroom, check in at

12   the jury office.

13           THE COURT:  So you don't need to call.  When you come

14   in at 9:30, check in with the jury office and then come line up

15   outside the door by 9:30 so we can begin with your examination.

16           Those of you who have already answered questions

17   don't need to be here until 10:30.  10:30, if you've already

18   come up and sat in the box.

19           And then I'm going to call out the numbers of a

20   number of jurors who are excused and should, therefore, call

21   into the jury office to find out if they need to come back

22   tomorrow morning.  But you're done with this case.  Okay?

23           Those jurors are Juror 0198 -- in fact, why don't you

24   go ahead -- as I call your number, you can go ahead and leave

25   so I can make sure I have everybody.  Thank you.  Try not to be

1    skipping out of here; tomorrow is another day.

2            Juror 0446.  They left early?  0446.  Okay.

3    Juror 1836.  Juror 0552 was excused earlier.  Juror 0629,

4    Juror 0385, Juror 1914.  1914.  Gone already?  Juror 1488.  And

5    that's it.

6            Everybody else, if we've already -- if you've already

7    answered questions, I'll see you at 10:30.  When you come, just

8    line up outside the door.  Everybody who hasn't answered

9    questions, 9:30 tomorrow morning.  Thank you all very much.

10   Have a good evening.

11           (The following proceedings were had outside the

12   presence of the prospective jurors:)

13           THE COURT:  By my count we're at 16.  I hope we can

14   get 10 more.  If there are preliminary matters, be ready at

15   9:00.  Plan to be ready to open tomorrow; probably after lunch,

16   but we'll see how it goes.  It will probably be after lunch.  I

17   don't want to do one before and one after.  And I will instruct

18   before openings.

19           All right.  Thank you.  Have a good evening.  We have

20   one juror --

21           THE COURTROOM DEPUTY:  She's on the last page.

22           THE COURT:  So we probably won't get to her, but her

23   appointment is 10:30?

24           THE COURTROOM DEPUTY:  0085.

25           THE COURT:  I can put her at the end, and I doubt we

1        will get to her.  But then -- why don't we just excuse her.  I

2        think we have enough.  Tell her she's excused.  She can just

3        call into the jury office.  0085 is excused.  Yes?

4                MR. BOYLAN:  Your Honor, we have an evidentiary

5        objection, but I understand the Court has a scheduling

6        conference right now.  We can do it tomorrow at 9:00.

7                THE COURT:  Yes, please.  9:00.

8                MR. OHM:  The reason we wanted to ask it is because

9        it relates to opening.  It's really about whether we can play

10       the Trump video.

11               THE COURT:  What Trump video?

12               MR. OHM:  The speech.  Just the line of the speech.

13       It's not a public authority defense, but it goes to state of

14       mind.  The government said they were going to object.

15               MR. BOYLAN:  It's objectionable, Your Honor.

16               THE COURT:  Is there anyone who hasn't seen that

17       video?  Why is it objectionable?  I'm going to take two

18       minutes.

19               MR. BOYLAN:  I mean, it's -- Your Honor, I think that

20       is the quintessential public authority defense.  I don't think

21       there's a reason to admit that video other than to say that the

22       defendant either heard it and relies on it or something to that

23       effect.

24               THE COURT:  Well, they can't make that argument.  I'm

25       not sure -- what's the purpose of eliciting that?  That he was

1    there to hear the speech?

2         MS. ADAMS:  That he heard it and that it informed his

3    state of mind that day.

4         THE COURT:  No.  He can't -- that's not -- you're

5    not -- that's not -- is that your defense, that Mr. Trump gave

6    him permission?

7         MS. ADAMS:  Not that Mr. Trump gave him permission.

8    But that what Mr. Vo intended, what he knew, what he perceived

9    that day were through many sources, but he was present for

10   Trump's speech and heard what Donald Trump said and what

11   underlies his state of mind on that day.  Not the public

12   authority defense, not that President Trump gave him permission

13   to be there --

14        THE COURT:  Why do you need to play the speech?  Why

15   can't he say I went to the rally, I heard the speech, I --

16        MS. ADAMS:  That is, essentially, what we're saying.

17   We just want to show the portion of the speech that he heard.

18        THE COURT:  I think you can play that in your case in

19   chief subject to the proper foundation.  But he hasn't

20   testified.  So, you know, I'm not -- I don't know if he's going

21   to testify, so you playing it in opening, how do you expect the

22   evidence to show that unless you promise your client's

23   testimony.  So I'm not going to allow it, not in opening.  You

24   can lay the foundation to have it in your case in chief.

25        MR. OHM:  Is the Court saying that she can't play it

1    or she can't even refer to -- because it does explain why he's

2    heading toward the Capitol --

3              THE COURT:  But you don't need to play it.  And,

4    again, be careful what you're stating in your opening about his

5    state of mind.

6              MR. BOYLAN:  I don't know that I understand the

7    distinction, Your Honor.  This seems like the same argument to

8    me.  Okay.  The defendant either got permission from the

9    President or the --

10             THE COURT:  No.  I think their defense is somehow

11   like he listened to the speech and the President told him to

12   go, so he went.  Is that it?  But, I mean, is he going to say

13   the President told me I could go into the Capitol and stop the

14   steal.  So what?  The government isn't disputing that he went

15   there.  Nobody is disputing that.

16             MS. ADAMS:  Yes, Your Honor.

17             MR. OHM:  I'm sorry.

18             MS. ADAMS:  I think it goes towards why the entire

19   group is walking down to the Capitol.  And then it does, I

20   think, go toward Mr. Vo's state of mind when he walked into the

21   Capitol.  It's one of many things.

22             THE COURT:  That's a public authority defense.

23             MS. ADAMS:  It's just to his knowledge.  It's not

24   that there was a person with actual authority who gave that

25   authority to go.  It's just about what Mr. Vo heard and what he

1    did that day.

2              THE COURT:  That's the same thing.  That's the same

3    thing.  I heard the President say go, so I went.  That's a

4    public authority defense.

5              MS. ADAMS:  Your Honor, when you were ruling on the

6    motion in limine about this, you talked about how what --

7    Mr. Vo couldn't bring in evidence of law enforcement or other

8    authority actions that he didn't actually see or perceive

9    himself.

10             And this is just about something that Mr. Vo was

11   present for, which the evidence will show that he was present

12   at President Trump's speech and then heard what President Trump

13   said and that informed some of what he did that day.  We're not

14   putting it on as an affirmative defense.

15             THE COURT:  But you are, actually.  You are.  Because

16   you're saying his state of mind is a crux of this case; his

17   state of mind.  What you're saying is his state of mind was

18   informed by what President Trump was saying at that speech.

19             MS. ADAMS:  By what he heard that day.

20             THE COURT:  By what he heard.  Him and several

21   thousand other people.

22             MS. ADAMS:  Absolutely.

23             THE COURT:  Mr. Boylan?

24             MR. BOYLAN:  Your Honor, the -- I think it's

25   important to understand what this clip is.  It's not a clip of

1      the entire speech.  It's, I think, two 3- to 4-second things

2      where Donald Trump says go to the Capitol, we're going to the

3      Capitol, something to that effect.  I don't want to misstate

4      it, but you can tell the Court what it says.  It's an

5      instruction to go to the Capitol.  I mean --

6              THE COURT:  You know what, it's been a long day.  Let

7      us discuss this at 9:15 tomorrow.  Be prepared to bring any

8      authority for why you should be able to do this.  You can say

9      it's not a public authority defense, but it is.

10             You're saying his state of mind was informed by what

11     President Trump said in that speech.  I don't believe that

12     you're allowed to mount that.

13             MS. ADAMS:  I think his knowledge that day is an

14     element of the offenses charged.  So it's not -- it's not the

15     affirmative defense of public authority.  But it is something

16     that he heard that day that had a lot to do with why he did

17     what he did.

18             I think there are many other things that will bear on

19     whether he knew the Capitol Building was restricted, and I

20     think this is one of them.

21             THE COURT:  I disagree.  Whether President Trump says

22     go fight for me or whatever, that's not a defense in this case

23     to whether he thought he was lawfully inside the Capitol and

24     that -- you are trying to get it in through a back door.  You

25     know, it walks like a duck and it quacks like a duck.  You can

1    say it's not.

2         I need some case law and some citation for your

3    authority to do that.

4         MS. ADAMS:  Understood, Your Honor.  My understanding

5    is that in many other cases in which public authority defense

6    was specifically excluded or not noticed or whatever that this

7    clip and this argument is still made as it goes towards the

8    defendant's knowledge.

9         THE COURT:  Give me the cases; 9:15 tomorrow.

10        MS. ADAMS:  Sure.

11        (The trial adjourned at 4:55 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL COURT REPORTER

I, TAMARA M. SEFRANEK, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true, and complete transcript of the proceedings to the best of my ability.

Dated this 19th day of September, 2023.


/s/ Tamara M. Sefranek_____
Tamara M. Sefranek, RMR, CRR, CRC
Official Court Reporter
Room 6714
333 Constitution Avenue, N.W.
Washington, D.C.  20001

**'**

**'16** [1] - 89:13
**'80s** [1] - 19:21

**/**

**/s** [1] - 114:7

**0**

**0085** [2] - 107:24, 108:3
**0191** [1] - 105:1
**0198** [2] - 104:24, 106:23
**0306** [3] - 66:3, 69:18, 70:10
**0385** [3] - 75:1, 105:1, 107:4
**0446** [5] - 16:24, 17:1, 104:24, 107:2
**0542** [1] - 39:2
**0552** [5] - 55:7, 55:9, 104:25, 107:3
**0553** [2] - 55:9, 55:13
**0629** [3] - 61:9, 105:1, 107:3
**0642** [2] - 39:3, 39:4
**0742** [1] - 16:23
**0871** [1] - 83:18
**0899** [1] - 105:6

**1**

**1** [6] - 27:13, 27:15, 42:7, 42:9, 75:14, 75:15
**10** [3] - 33:6, 75:16, 107:14
**100** [1] - 32:14
**103749395** [1] - 66:7
**1076** [1] - 102:6
**10:30** [7] - 104:23, 105:8, 106:17, 107:7, 107:23
**11** [2] - 45:19, 75:16
**1157** [1] - 2:12
**12** [10] - 57:13, 78:12, 78:15, 78:19, 83:22, 84:7, 102:10, 102:11, 102:13
**1291** [1] - 49:8
**13** [8] - 27:13, 29:8, 40:23, 45:2, 87:19, 88:20, 89:9, 89:11
**14** [2] - 49:13, 50:15
**1400** [1] - 1:15
**1488** [3] - 94:16, 105:2, 107:4

**15** [3] - 33:6, 49:13, 51:2
**1571** [1] - 92:11
**1583** [1] - 41:25
**16** [3] - 102:2, 102:3, 107:13
**1620** [1] - 1:15
**1710** [1] - 45:14
**1743** [1] - 96:1
**1769** [1] - 23:2
**18** [4] - 1:6, 18:12, 78:19, 92:22
**1836** [3] - 27:9, 104:25, 107:3
**19** [14] - 23:6, 23:8, 27:14, 30:6, 49:13, 51:11, 78:19, 81:22, 83:22, 89:4, 89:11, 91:9, 96:5, 98:3
**1914** [3] - 78:8, 107:4
**19th** [1] - 114:7
**1:21-CR-509** [1] - 1:3

**2**

**2** [5] - 27:13, 27:22, 59:5, 75:14, 75:15
**20** [7] - 2:16, 3:6, 15:19, 17:17, 17:18, 46:15, 103:14
**20001** [3] - 1:13, 1:24, 114:11
**20004** [1] - 1:20
**2001** [1] - 88:24
**20011** [1] - 93:14
**2005** [3] - 85:4, 89:2, 89:14
**2006** [2] - 104:6, 104:12
**2013** [1] - 104:7
**2015** [2] - 46:2, 89:13
**2016** [1] - 29:18
**2019** [1] - 70:16
**202-354-3246** [1] - 1:25
**2020** [7] - 2:19, 2:25, 25:10, 31:22, 40:15, 40:18, 85:16
**2021** [4] - 47:6, 47:8, 80:15, 81:2
**2022** [1] - 70:17
**2023** [2] - 1:6, 114:7
**2068** [1] - 87:15
**2080** [1] - 17:13
**21** [2] - 75:16, 75:18
**2161** [4] - 65:15, 66:14, 66:16
**22** [1] - 75:18
**23** [14] - 17:17, 19:14, 27:14, 31:3, 42:4,

42:13, 43:5, 45:18, 45:20, 46:8, 49:13, 51:24, 78:19, 82:4
**24** [7] - 42:4, 43:5, 75:18, 102:12, 102:13, 103:8
**25** [2] - 75:18, 93:25
**25(a** [1] - 23:21
**25A** [1] - 23:6
**26** [8] - 2:16, 2:17, 15:19, 49:14, 75:18, 75:19, 89:11, 90:6
**26(a** [9] - 2:18, 15:19, 23:25, 25:8, 27:14, 31:20, 56:5, 74:16, 85:15
**26(a)** [9] - 23:24, 23:25, 49:15, 49:16, 52:15, 55:17, 55:18, 74:8, 83:22
**27** [6] - 17:17, 20:18, 78:19, 80:9, 96:5, 98:19
**28** [4] - 75:20, 78:19, 79:23, 80:2
**29** [4] - 42:4, 43:18, 78:19, 78:22
**2:10** [1] - 1:6

**3**

**3** [16] - 27:13, 29:4, 45:18, 45:19, 45:20, 45:21, 55:8, 55:17, 55:18, 59:8, 70:13, 72:7, 74:16, 96:5, 97:10, 112:1
**30** [1] - 59:15
**31** [4] - 23:7, 24:7, 27:14, 32:25
**32** [14] - 7:3, 9:23, 10:17, 15:5, 15:22, 15:23, 15:25, 16:6, 59:16, 61:19, 75:20, 76:8
**33** [4] - 50:19, 59:18, 96:5, 96:6
**333** [2] - 1:24, 114:11
**35** [8] - 59:19, 75:20, 75:21, 75:22, 75:25, 78:20, 82:10, 82:15
**3:30** [3] - 79:7, 79:8, 79:9

**4**

**4-second** [1] - 112:1
**40** [2] - 23:12, 68:22
**4:30** [1] - 101:24
**4:45** [1] - 101:25

**4:55** [1] - 113:11
**4th** [1] - 20:22

**5**

**550** [1] - 1:19
**5:00** [2] - 67:18, 79:12
**5:30** [1] - 79:10

**6**

**6** [1] - 47:8
**601** [1] - 1:12
**625** [1] - 1:19
**629** [1] - 65:10
**6714** [2] - 1:23, 114:10
**68102** [1] - 1:16
**6:00** [3] - 79:6, 79:8, 79:9
**6th** [41] - 7:5, 7:13, 8:13, 9:16, 24:12, 27:17, 27:21, 27:25, 28:7, 28:12, 28:16, 32:23, 33:22, 34:8, 34:19, 34:25, 35:2, 35:4, 35:6, 35:14, 46:1, 47:6, 48:2, 53:2, 55:23, 55:25, 57:15, 60:16, 61:21, 61:25, 63:11, 68:9, 70:21, 73:5, 76:10, 77:2, 96:15, 99:9, 100:14, 101:9

**7**

**70** [1] - 40:18

**8**

**8** [3] - 83:22, 83:23, 94:2
**8:20** [1] - 79:10

**9**

**9** [2] - 33:7, 75:16
**9:00** [4] - 4:5, 107:15, 108:6, 108:7
**9:15** [2] - 112:7, 113:9
**9:30** [7] - 43:25, 104:22, 105:9, 106:7, 106:14, 106:15, 107:9

**A**

**a)** [2] - 2:23, 15:20
**a.m** [2] - 79:8, 79:9
**ability** [17] - 2:20, 24:5, 31:25, 32:3,

43:2, 46:6, 49:19, 50:25, 51:22, 71:4, 80:10, 80:21, 85:18, 90:8, 90:11, 97:25, 114:6
**able** [32] - 11:11, 12:11, 19:10, 23:16, 24:18, 24:25, 25:17, 28:22, 30:20, 33:25, 38:6, 46:4, 50:9, 51:19, 58:16, 67:1, 68:15, 79:24, 82:2, 84:3, 84:4, 84:17, 84:21, 85:10, 88:13, 88:18, 89:23, 96:8, 98:14, 103:4, 105:17, 112:8
**absolutely** [8] - 6:18, 19:6, 19:12, 19:18, 20:13, 25:20, 93:19, 111:22
**abuse** [1] - 42:17
**accent** [1] - 68:25
**accept** [15] - 2:19, 2:25, 24:1, 25:9, 26:12, 31:22, 34:13, 49:17, 50:11, 56:6, 59:3, 85:16, 90:7, 90:13, 103:5
**accepting** [1] - 32:1
**access** [2] - 48:1, 100:1
**accident** [2] - 12:25, 20:22
**accord** [1] - 28:22
**according** [1] - 63:3
**accounting** [2] - 49:1, 49:2
**accurate** [2] - 50:5, 114:4
**accused** [1] - 32:9
**Action** [1] - 1:2
**actions** [4] - 8:14, 9:17, 28:8, 111:8
**acts** [1] - 60:5
**actual** [3] - 100:24, 104:7, 110:24
**ADAMS** [13] - 1:17, 109:2, 109:7, 109:16, 110:16, 110:18, 110:23, 111:5, 111:19, 111:22, 112:13, 113:4, 113:10
**addition** [2] - 67:19, 98:25
**address** [1] - 70:18
**adjourned** [1] - 113:11
**adjudge** [1] - 77:13
**adjudicate** [2] - 7:16,

8:24
**administration** [1] -
52:21
**Administration** [2] -
72:20, 72:25
**admit** [1] - 108:21
**admitted** [1] - 10:2
**advising** [1] - 72:19
**affairs** [3] - 5:15, 6:3,
6:4
**affect** [19] - 2:20, 24:4,
24:21, 31:25, 32:2,
43:2, 46:5, 49:18,
50:25, 51:22, 71:4,
73:14, 80:10, 80:18,
80:20, 85:17, 90:8,
97:25, 98:21
**affected** [8] - 7:4,
47:11, 48:3, 59:16,
61:20, 73:10, 76:9,
96:22
**affiliated** [1] - 36:15
**afraid** [2] - 18:11, 52:8
**aftermath** [3] - 48:3,
73:9, 99:24
**aftermath-wise** [1] -
73:9
**afternoon** [37] - 2:10,
2:11, 5:9, 5:10,
17:10, 17:11, 21:3,
21:20, 21:21, 23:1,
23:4, 25:23, 27:11,
39:1, 41:21, 44:8,
47:21, 47:22, 52:17,
56:12, 61:8, 61:9,
65:15, 67:18, 70:8,
74:25, 78:6, 78:7,
83:17, 86:8, 92:8,
92:9, 94:14, 94:16,
95:25, 99:8, 102:5
**AFTERNOON** [2] -
1:7, 1:8
**afterwards** [3] - 47:25,
56:22, 73:14
**age** [1] - 94:2
**agencies** [1] - 87:22
**agency** [4] - 87:23,
88:2, 91:22
**agent** [2] - 44:17,
88:10
**agents** [1] - 88:9
**ago** [16] - 3:13, 23:12,
33:4, 33:7, 42:21,
42:24, 43:1, 46:14,
63:16, 71:15, 71:18,
81:24, 85:2, 98:7,
103:14, 106:1
**agree** [5] - 15:12,
16:5, 56:15, 60:23,
83:6

**ahead** [5] - 11:15,
66:6, 89:10, 106:24
**aisle** [2] - 41:1, 41:3
**alert** [2] - 21:17, 70:3
**alleged** [1] - 54:5
**allergies** [1] - 98:23
**allow** [7] - 10:4, 10:5,
49:18, 58:4, 60:13,
74:12, 109:23
**allowed** [1] - 112:12
**almost** [2] - 44:18,
48:20
**alone** [1] - 28:17
**AMERICA** [1] - 1:2
**amount** [2] - 50:21,
58:4
**analyst** [4] - 52:18,
52:19, 52:21, 91:17
**analyze** [1] - 91:23
**annoy** [1] - 57:6
**answer** [32] - 9:23,
10:20, 11:17, 15:22,
16:6, 56:7, 57:17,
58:7, 58:8, 58:10,
59:9, 59:22, 60:12,
61:14, 68:6, 71:7,
71:10, 74:8, 74:13,
74:14, 74:15, 74:16,
75:9, 75:13, 78:15,
87:24, 88:1, 89:3,
97:11, 100:19,
101:1, 101:8
**answered** [20] - 15:24,
25:8, 31:20, 34:4,
49:13, 58:4, 59:21,
59:25, 60:24, 61:13,
72:7, 75:7, 81:22,
87:9, 96:24, 105:7,
106:6, 106:16,
107:7, 107:8
**answering** [1] - 85:17
**answers** [25] - 2:15,
17:16, 23:5, 23:6,
27:12, 27:13, 39:5,
42:2, 45:17, 49:12,
55:16, 61:12, 65:18,
65:24, 70:12, 75:4,
78:11, 83:21, 87:18,
92:14, 92:17, 94:20,
94:22, 96:4, 102:9
**ANTONY** [1] - 1:5
**anyway** [1] - 39:9
**apologize** [2] - 89:11,
105:15
**appalling** [3] - 28:1,
28:5, 33:23
**apparent** [1] - 18:15
**applicants** [1] - 92:1
**applies** [1] - 54:6
**apply** [2] - 37:9, 38:9

**appointment** [2] -
101:24, 107:23
**appreciate** [4] - 33:13,
64:20, 105:22
**appreciating** [1] -
53:24
**approach** [1] - 69:22
**appropriate** [5] -
32:22, 58:8, 58:10,
59:21, 59:23
**area** [9] - 29:5, 29:6,
29:7, 35:12, 45:22,
73:8, 97:24, 97:25,
104:7
**argue** [1] - 53:10
**argument** [3] - 108:24,
110:7, 113:7
**Arlington** [1] - 104:9
**arrange** [2] - 44:3,
44:4
**arrangements** [1] -
65:3
**arrested** [2] - 43:6,
103:9
**arthritis** [1] - 66:24
**articles** [1] - 53:7
**aside** [28] - 3:2, 8:12,
8:23, 11:11, 12:11,
16:8, 19:10, 20:14,
24:25, 25:17, 50:9,
56:8, 59:4, 59:13,
62:22, 68:15, 71:24,
77:10, 77:12, 84:17,
87:11, 95:10, 95:12,
96:8, 97:6, 101:15,
103:4
**aspect** [1] - 12:12
**aspects** [1] - 48:2
**assault** [1] - 51:17
**assess** [2] - 4:24,
11:12
**assigned** [1] - 39:6
**assistant** [1] - 68:5
**assume** [1] - 85:17
**atmosphere** [1] - 20:8
**attacked** [1] - 35:11
**attempted** [1] - 46:17
**attention** [5] - 6:17,
6:19, 8:23, 13:2,
98:21
**attentively** [1] - 76:2
**attorney** [1] - 102:22
**attorneys** [1] - 50:22
**authority** [13] -
108:13, 108:20,
109:12, 110:22,
110:24, 110:25,
111:4, 111:8, 112:8,
112:9, 112:15,
113:3, 113:5

**authorizing** [1] - 91:17
**Avenue** [3] - 1:19,
1:24, 114:11
**average** [1] - 7:21
**aware** [1] - 7:20

# B

**b)** [2] - 31:21, 56:7
**baby** [1] - 19:21
**bad** [2] - 18:18, 19:9
**badge** [1] - 66:14
**ballot** [1] - 40:13
**Baltimore** [4] - 52:3,
52:7, 52:9, 52:10
**Barkley** [2] - 72:12,
72:14
**base** [3] - 14:13,
77:12, 101:16
**based** [22] - 4:24,
6:21, 6:23, 7:16,
8:25, 11:12, 12:9,
13:20, 20:15, 25:17,
25:18, 28:9, 28:10,
28:23, 47:16, 50:12,
62:25, 68:16, 72:1,
77:13, 91:1, 97:6
**basic** [2] - 53:4, 53:21
**basing** [1] - 101:15
**basis** [2] - 16:19, 94:8
**bear** [1] - 112:18
**bearing** [1] - 105:23
**BEFORE** [1] - 1:9
**beforehand** [1] -
74:20
**began** [1] - 9:17
**begin** [1] - 106:15
**beginning** [1] - 9:9
**belief** [2] - 79:25, 80:6
**beliefs** [1] - 59:10
**believes** [1] - 14:18
**best** [3] - 84:9, 84:13,
114:6
**bet** [1] - 4:4
**between** [1] - 48:15
**beyond** [6] - 12:17,
27:17, 27:18, 54:16,
63:7, 81:19
**birthday** [4] - 22:5,
22:6, 22:7, 22:8
**bit** [12] - 3:15, 7:19,
21:15, 25:7, 25:11,
37:1, 40:3, 69:3,
72:16, 76:15, 94:7,
98:23
**blah** [3] - 60:21
**blah-blah-blah** [1] -
60:21
**blame** [1] - 105:20
**blank** [1] - 92:16

**blessed** [1] - 64:21
**block** [1] - 48:20
**blocks** [6] - 45:23,
47:5, 48:16, 55:22,
70:19, 71:4
**Bluetooth** [1] - 22:16
**boarded** [1] - 99:21
**boarding** [1] - 99:17
**body** [1] - 66:23
**bogus** [1] - 43:9
**boils** [1] - 7:14
**bored** [2] - 70:2, 70:6
**Boston** [4] - 39:19,
41:10, 84:14, 85:6
**box** [4] - 65:13, 70:9,
87:14, 106:18
**boyfriend** [1] - 18:7
**BOYLAN** [43] - 1:11,
2:2, 2:7, 5:7, 14:10,
25:5, 25:8, 25:16,
25:21, 39:24, 40:3,
40:10, 40:14, 40:20,
40:25, 41:4, 41:7,
47:4, 47:8, 47:11,
47:15, 47:19, 57:21,
64:14, 72:14, 72:23,
73:1, 73:3, 73:25,
74:3, 83:7, 92:4,
95:22, 101:8,
101:14, 101:19,
102:3, 105:4, 108:4,
108:15, 108:19,
110:6, 111:24
**Boylan** [12] - 5:6, 10:5,
10:9, 25:4, 36:25,
47:3, 54:2, 72:13,
85:20, 93:16,
103:23, 111:23
**brainwashed** [1] -
26:13
**break** [11] - 21:4, 21:6,
52:4, 54:25, 55:2,
67:17, 67:18, 69:25,
99:1
**breaks** [4] - 21:4,
67:17, 98:24, 98:25
**briefly** [2] - 85:21
**bring** [4] - 6:21, 23:1,
111:7, 112:7
**brings** [1] - 70:11
**broad** [1] - 48:24
**brother** [4] - 95:11,
102:16, 102:18,
103:5
**brought** [1] - 35:21
**brunch** [1] - 4:6
**build** [1] - 40:1
**building** [1] - 13:8
**Building** [7] - 24:9,
35:7, 35:20, 53:17,

69:6, 73:19, 112:19
**bunch** [1] - 58:23
**business** [4] - 6:1,
6:5, 82:13, 82:14
**button** [1] - 61:16

# C

**campaign** [1] - 40:9
**campaigns** [3] - 40:2,
40:7, 40:18
**candid** [2] - 14:15,
38:16
**candidates** [2] -
40:15, 40:25
**candor** [2] - 38:15,
95:13
**capacity** [2] - 12:10,
88:5
**Capitol** [63] - 9:3,
24:8, 24:24, 24:25,
27:1, 27:2, 29:5,
29:16, 29:17, 29:21,
33:1, 33:2, 33:5,
34:20, 35:7, 35:16,
35:20, 36:4, 36:7,
36:10, 36:11, 36:12,
36:16, 36:18, 36:19,
36:21, 37:15, 38:14,
45:22, 47:5, 47:24,
48:15, 53:3, 53:17,
53:20, 55:19, 56:2,
56:20, 57:15, 60:16,
60:21, 69:5, 70:15,
71:4, 73:13, 73:19,
76:10, 90:16, 90:21,
90:23, 95:12, 96:19,
97:11, 110:2,
110:13, 110:19,
110:21, 112:2,
112:3, 112:5,
112:19, 112:23
**car** [1] - 20:22
**card** [7] - 14:4, 23:2,
49:11, 65:14, 78:14,
91:19, 92:11
**cards** [1] - 88:7
**careful** [1] - 110:4
**case** [78] - 3:3, 4:14,
6:20, 6:23, 7:16, 8:5,
8:13, 8:24, 9:19,
12:8, 15:16, 16:3,
18:22, 20:12, 21:18,
23:19, 25:17, 27:16,
27:17, 27:19, 28:16,
28:20, 30:14, 31:1,
31:13, 32:18, 32:23,
35:6, 41:5, 43:16,
46:5, 46:21, 47:16,
50:25, 51:17, 51:22,

52:12, 56:3, 56:9,
58:3, 59:14, 66:14,
68:16, 71:5, 76:3,
81:18, 82:17, 84:3,
84:19, 85:8, 85:13,
85:18, 86:3, 86:4,
90:4, 95:16, 95:17,
96:9, 97:7, 98:1,
98:11, 98:12, 98:17,
100:24, 101:3,
101:5, 101:17,
103:4, 103:16,
106:22, 109:18,
109:24, 111:16,
112:22, 113:2
**cases** [11] - 30:21,
30:23, 30:24, 30:25,
51:15, 76:11,
102:25, 103:1,
105:18, 113:5, 113:9
**catchall** [2] - 59:19,
82:15
**caught** [2] - 35:13,
61:14
**caused** [1] - 12:21
**certain** [3] - 19:22,
50:21, 63:3
**certainly** [2] - 53:19,
95:8
**CERTIFICATE** [1] -
114:1
**certified** [1] - 56:17
**certify** [1] - 114:3
**chance** [1] - 95:9
**change** [1] - 53:10
**changes** [1] - 73:10
**charge** [1] - 37:5
**charged** [16] - 13:12,
13:13, 13:23, 14:21,
16:10, 16:13, 28:10,
32:1, 35:16, 43:6,
60:4, 60:10, 63:2,
63:8, 103:9, 112:14
**charges** [6] - 27:23,
35:20, 37:4, 59:6,
60:6, 91:1
**check** [3] - 106:11,
106:14
**chief** [2] - 109:19,
109:24
**child** [1] - 4:2
**childhood** [1] - 57:9
**chosen** [1] - 65:5
**CHUTKAN** [1] - 1:9
**circumstances** [1] -
27:16
**citation** [1] - 113:2
**citizenship** [3] - 88:7,
91:15, 91:20
**city** [4] - 7:11, 93:13,

95:5, 100:8
**civil** [7] - 30:14, 51:16,
85:8, 89:15, 98:11,
102:25, 103:1
**clarify** [2] - 2:3, 49:21
**clarifying** [1] - 10:17
**classes** [6] - 79:1,
79:2, 79:4, 79:10,
79:11, 82:14
**clear** [3] - 67:20,
87:10, 99:5
**cleared** [1] - 43:11
**clearly** [2] - 14:11,
95:8
**clerk** [1] - 66:6
**client's** [1] - 109:22
**clients** [3] - 40:10,
72:19, 72:23
**clip** [3] - 111:25, 113:7
**close** [40] - 3:7, 6:17,
6:19, 7:1, 7:2, 7:4,
10:25, 12:24, 15:13,
17:19, 19:16, 24:7,
29:9, 31:3, 32:25,
38:13, 38:22, 42:14,
43:6, 46:3, 46:4,
46:9, 50:16, 51:3,
51:25, 57:2, 59:15,
59:16, 61:20, 71:3,
76:8, 82:11, 84:8,
84:10, 88:20, 93:15,
96:18, 102:14,
103:9, 103:22
**closed** [1] - 60:16
**closely** [17] - 5:20,
5:22, 7:6, 7:12, 7:13,
7:23, 8:4, 8:23, 9:24,
11:1, 13:12, 14:19,
15:22, 53:6, 59:17,
76:10, 76:18
**closer** [3] - 7:19, 37:2,
94:19
**cocktail** [1] - 7:22
**code** [1] - 87:4
**cognitive** [1] - 83:4
**cognitively** [1] - 67:1
**cold** [2] - 21:16, 21:19
**collapsed** [1] - 53:22
**college** [3] - 41:13,
41:16, 103:13
**colloquy** [1] - 16:4
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 1:18,
92:21
**combination** [1] - 49:2
**comfortable** [1] -
100:11
**coming** [5] - 7:21,
7:24, 12:1, 41:10,
67:7

**common** [2] - 20:10,
21:3
**communications** [2] -
72:4, 72:21
**community** [2] -
20:10, 101:13
**commutes** [1] - 73:15
**companies** [1] - 6:15
**company** [7] - 5:24,
39:13, 39:14, 39:25,
41:15, 49:2, 86:25
**complete** [1] - 114:5
**completed** [1] - 64:2
**complicated** [1] -
50:21
**comport** [2] - 11:9,
105:3
**computers** [1] - 52:22
**concern** [2] - 11:21,
33:19
**concerned** [7] - 10:21,
11:19, 12:22, 16:5,
16:18, 34:2, 53:13
**concerns** [1] - 35:5
**conclude** [1] - 9:2
**condescending** [1] -
18:15
**conference** [1] - 108:6
**confine** [1] - 25:1
**confirm** [1] - 65:9
**conflict** [1] - 78:25
**confused** [1] - 96:23
**congratulations** [1] -
39:23
**Congress** [2] - 24:11,
97:21
**connection** [1] - 59:15
**consider** [1] - 94:4
**consolidate** [2] -
14:12, 59:1
**constant** [1] - 66:23
**constantly** [1] - 21:16
**constitutes** [1] - 114:4
**Constitution** [2] -
1:24, 114:11
**consult** [1] - 26:18
**consultant** [5] - 72:4,
72:17, 104:2,
104:10, 104:12
**consulted** [1] - 26:19
**consulting** [2] - 6:5,
26:17
**contrast** [1] - 16:16
**convict** [1] - 54:10
**conviction** [1] - 54:17
**correct** [7] - 24:3,
27:10, 32:16, 42:5,
43:14, 75:2, 85:19
**correction** [1] - 54:19
**correctly** [1] - 10:12

**counsel** [1] - 74:4
**count** [2] - 102:2,
107:13
**country** [5] - 7:12,
40:19, 40:20, 62:5,
93:25
**counts** [2] - 42:18,
42:19
**County** [2] - 51:6, 51:7
**couple** [14] - 18:1,
18:9, 19:23, 20:5,
51:13, 59:1, 60:1,
67:5, 71:18, 73:16,
84:10, 84:13, 84:14,
98:6
**course** [1] - 4:17
**court** [10] - 10:8,
14:14, 43:21, 51:4,
64:16, 83:9, 89:19,
98:25, 101:16,
101:17
**Court** [23] - 1:21, 1:23,
9:11, 9:12, 17:5,
17:6, 23:13, 30:8,
30:10, 30:11, 43:22,
51:7, 51:14, 58:25,
69:7, 70:3, 89:19,
98:7, 98:9, 108:5,
109:25, 112:4,
114:10
**COURT** [507] - 1:1,
2:5, 2:8, 2:10, 2:12,
2:14, 2:17, 2:24, 3:2,
3:6, 3:11, 3:13, 3:15,
3:21, 3:25, 4:4, 4:11,
5:4, 5:6, 5:8, 6:2,
6:6, 6:9, 6:16, 6:19,
7:3, 7:10, 8:2, 8:5,
8:10, 8:19, 8:22, 9:5,
9:8, 9:21, 10:9, 11:2,
11:6, 11:8, 11:15,
13:4, 13:11, 13:25,
14:2, 14:4, 14:7,
14:15, 15:8, 15:18,
16:21, 17:1, 17:3,
17:8, 17:10, 17:13,
17:15, 17:18, 17:22,
17:25, 18:4, 18:10,
18:13, 18:20, 19:1,
19:4, 19:10, 19:14,
19:16, 19:19, 19:24,
20:9, 20:18, 20:25,
21:2, 21:11, 21:19,
22:3, 22:6, 22:8,
22:10, 22:15, 22:17,
22:21, 23:1, 23:4,
23:8, 23:10, 23:13,
23:15, 23:18, 23:21,
23:25, 24:4, 24:7,
24:12, 24:15, 24:21,

24:23, 25:4, 25:6, 25:22, 27:5, 27:8, 27:11, 27:15, 27:20, 27:22, 28:3, 28:22, 29:4, 29:8, 29:14, 29:19, 30:6, 30:10, 30:12, 30:14, 30:16, 30:19, 30:24, 31:3, 31:8, 31:10, 31:12, 31:18, 31:20, 31:24, 32:6, 32:13, 32:17, 32:22, 32:25, 33:4, 33:8, 33:10, 36:25, 37:2, 37:19, 37:21, 37:23, 37:25, 38:3, 38:12, 39:1, 39:4, 39:8, 39:11, 39:14, 39:17, 39:20, 39:23, 41:8, 41:18, 41:21, 41:23, 41:25, 42:2, 42:6, 42:9, 42:13, 42:19, 42:21, 42:25, 43:5, 43:13, 43:15, 43:18, 43:22, 43:24, 44:1, 44:7, 45:8, 45:12, 45:14, 45:16, 45:19, 45:21, 45:25, 46:3, 46:8, 46:12, 46:14, 46:16, 46:19, 46:23, 46:25, 47:3, 47:20, 49:4, 49:7, 49:10, 49:15, 49:22, 50:3, 50:8, 50:15, 50:24, 51:2, 51:9, 51:11, 51:15, 51:18, 51:21, 51:24, 52:6, 52:9, 52:11, 52:15, 52:19, 54:2, 54:12, 54:18, 54:22, 55:1, 55:5, 55:7, 55:9, 55:12, 55:15, 55:18, 55:21, 55:23, 56:1, 56:5, 56:11, 57:22, 57:25, 58:14, 58:18, 58:20, 58:24, 59:2, 59:12, 60:3, 60:23, 61:2, 61:5, 61:7, 61:9, 61:11, 61:16, 61:19, 61:24, 62:7, 62:9, 62:11, 62:14, 62:17, 62:24, 63:6, 63:10, 63:14, 63:20, 64:5, 64:7, 64:10, 64:17, 64:23, 65:1, 65:8, 65:11, 65:13, 65:17, 65:22, 65:24, 66:2, 66:5, 66:8, 66:11, 66:13, 66:25, 67:5, 67:11, 67:16, 67:24, 68:2, 68:6, 68:11, 68:15, 68:19,

68:21, 68:23, 68:25, 69:2, 69:12, 69:17, 69:21, 69:23, 70:4, 70:8, 70:11, 70:14, 70:18, 70:20, 70:23, 70:25, 71:3, 71:8, 71:11, 71:21, 72:3, 72:5, 72:7, 72:9, 72:12, 73:4, 73:23, 74:1, 74:8, 74:11, 74:22, 74:25, 75:3, 75:6, 75:9, 75:12, 75:15, 75:17, 75:19, 75:21, 75:25, 76:7, 76:14, 76:17, 76:20, 76:23, 77:1, 77:6, 77:17, 77:19, 77:23, 78:1, 78:4, 78:6, 78:8, 78:10, 78:14, 78:18, 78:21, 78:24, 79:3, 79:8, 79:11, 79:17, 79:21, 80:2, 80:9, 80:14, 80:17, 80:20, 80:25, 81:6, 81:9, 81:11, 81:16, 81:22, 81:25, 82:2, 82:4, 82:8, 82:10, 82:15, 82:21, 82:24, 83:2, 83:8, 83:10, 83:14, 83:17, 83:20, 83:23, 84:2, 84:7, 84:12, 84:16, 84:21, 84:24, 85:2, 85:5, 85:7, 85:10, 85:12, 85:15, 85:20, 86:7, 86:17, 86:21, 87:6, 87:8, 87:14, 87:17, 87:20, 87:25, 88:5, 88:8, 88:12, 88:20, 88:23, 88:25, 89:3, 89:6, 89:9, 89:12, 89:15, 89:17, 89:19, 89:22, 89:25, 90:2, 90:6, 90:12, 90:17, 90:20, 90:25, 91:6, 92:3, 92:5, 92:8, 92:10, 92:13, 92:17, 92:20, 92:24, 93:3, 93:5, 93:9, 93:12, 93:16, 93:21, 94:11, 94:14, 94:18, 94:23, 95:2, 95:4, 95:7, 95:13, 95:16, 95:19, 95:21, 95:23, 95:25, 96:3, 96:6, 96:11, 96:14, 96:17, 97:1, 97:9, 97:13, 97:16, 97:19, 97:23, 98:3, 98:5, 98:8, 98:11, 98:13, 98:16, 98:19, 98:24, 99:7, 101:20,

101:23, 102:5, 102:8, 102:11, 102:13, 102:18, 102:20, 102:23, 102:25, 103:3, 103:8, 103:12, 103:15, 103:18, 103:20, 103:23, 104:1, 104:3, 104:14, 104:16, 105:5, 105:12, 106:13, 107:13, 107:22, 107:25, 108:7, 108:11, 108:16, 108:24, 109:4, 109:14, 109:18, 110:3, 110:10, 110:22, 111:2, 111:15, 111:20, 111:23, 112:6, 112:21, 113:9, 114:1
**Court's** [2] - 2:3, 16:16
**courthouse** [1] - 51:3
**Courthouse** [1] - 1:23
**COURTROOM** [5] - 69:14, 69:19, 106:10, 107:21, 107:24
**courtroom** [50] - 2:9, 6:24, 11:13, 14:6, 17:9, 22:24, 22:25, 25:2, 25:19, 27:6, 27:7, 38:2, 38:25, 41:19, 41:20, 45:10, 45:11, 49:5, 49:6, 50:13, 54:23, 55:4, 57:24, 61:6, 62:17, 62:20, 62:25, 64:25, 65:7, 68:17, 69:16, 70:7, 73:24, 74:24, 77:25, 78:5, 83:13, 83:16, 87:7, 87:13, 92:6, 92:7, 94:12, 94:13, 95:20, 95:24, 101:22, 102:4, 104:15, 106:11
**coverage** [6] - 7:6, 59:18, 76:11, 76:18, 77:7, 77:9
**covered** [3] - 58:11, 58:21, 59:2
**covering** [1] - 99:18
**CRC** [2] - 1:22, 114:9
**credibility** [2] - 4:25, 9:19
**credit** [1] - 19:2
**creed** [1] - 80:5
**Creek** [1] - 4:1
**creeping** [1] - 12:13

**crime** [21] - 19:17, 31:5, 42:15, 43:1, 43:7, 46:10, 46:16, 52:1, 53:18, 54:9, 54:10, 57:15, 58:15, 60:8, 60:10, 60:14, 69:6, 73:20, 82:5, 103:10
**crimes** [3] - 13:13, 13:14, 54:4
**criminal** [19] - 20:12, 23:12, 30:14, 30:15, 43:2, 50:22, 51:15, 51:17, 81:18, 81:25, 82:1, 85:8, 85:9, 89:15, 89:16, 98:11, 98:12, 101:3, 102:23
**Criminal** [1] - 1:2
**crowds** [1] - 99:17
**CRR** [2] - 1:22, 114:9
**crux** [1] - 111:16
**custody** [1] - 43:21
**cut** [1] - 97:21
**cycle** [1] - 40:24

# D

**D.C** [23] - 1:5, 3:18, 5:15, 19:20, 20:4, 21:24, 39:15, 40:14, 40:18, 41:10, 44:19, 44:21, 51:14, 55:24, 72:5, 84:12, 84:13, 84:15, 85:5, 98:5, 98:7, 104:7, 114:11
**daily** [1] - 94:8
**data** [3] - 40:7, 91:17, 91:24
**Dated** [1] - 114:7
**days** [2] - 5:18, 73:16
**DC** [3] - 1:13, 1:20, 1:24
**deal** [1] - 105:21
**dealing** [2] - 35:6, 52:23
**dear** [1] - 80:14
**decide** [12] - 6:20, 8:12, 8:24, 25:17, 28:6, 28:8, 47:16, 62:25, 63:6, 69:7, 84:19, 91:1
**decision** [2] - 14:13, 101:16
**declined** [1] - 18:3
**Defendant** [2] - 1:6, 1:17
**defendant** [19] - 3:3, 6:24, 8:5, 8:7, 8:14, 8:21, 10:1, 11:12, 20:12, 27:19, 31:16,

56:9, 60:4, 68:13, 77:13, 97:6, 108:22, 110:8
**defendant's** [3] - 8:24, 28:8, 113:8
**defendants** [1] - 32:9
**Defender** [1] - 1:18
**defense** [18] - 28:15, 50:17, 50:22, 74:4, 102:22, 102:23, 108:13, 108:20, 109:5, 109:12, 110:10, 110:22, 111:4, 111:14, 112:9, 112:15, 112:22, 113:5
**definitely** [2] - 71:15, 100:10
**definitive** [1] - 101:7
**deliberate** [1] - 80:3
**Deloitte** [1] - 26:20
**demonstrated** [1] - 54:16
**denial** [1] - 16:16
**denied** [1] - 87:8
**deny** [2] - 15:1, 16:13
**Department** [2] - 29:22, 88:3
**departments** [1] - 87:22
**DEPUTY** [5] - 69:14, 69:19, 106:10, 107:21, 107:24
**describe** [3] - 34:3, 34:22, 35:5
**descriptions** [1] - 24:24
**despite** [4] - 6:19, 38:10, 62:21, 77:19
**destruction** [1] - 99:23
**detail** [1] - 53:7
**details** [1] - 11:24
**determine** [1] - 81:19
**determines** [2] - 81:12, 81:16
**developed** [1] - 53:14
**development** [1] - 86:23
**DHS** [2] - 88:9, 88:21
**difference** [3] - 81:11, 81:20, 81:21
**different** [8] - 9:12, 34:1, 47:24, 61:3, 69:3, 73:18, 78:17, 95:16
**differently** [1] - 36:20
**difficult** [6] - 27:23, 59:6, 66:18, 75:23, 76:1, 98:20

**directed** [1] - 50:3
**directions** [1] - 24:25
**director** [1] - 48:25
**disagree** [4] - 26:1,
53:1, 84:5, 112:21
**disappeared** [1] - 52:5
**disclose** [1] - 69:25
**discuss** [1] - 112:7
**disputing** [2] - 110:14,
110:15
**disrobe** [1] - 4:2
**distinction** [1] - 110:7
**District** [13] - 1:18,
21:22, 23:12, 51:7,
57:12, 68:21, 88:23,
89:17, 89:18, 92:20,
100:6, 104:5, 104:7
**DISTRICT** [3] - 1:1,
1:1, 1:9
**division** [1] - 29:14
**divorce** [2] - 42:24,
43:9
**Dodge** [1] - 1:15
**dog** [1] - 48:1
**DOJ** [2] - 1:12, 1:14
**DOJ-USAO** [2] - 1:12,
1:14
**domestic** [1] - 42:17
**Donald** [2] - 109:10,
112:2
**done** [9] - 12:5, 25:14,
26:1, 32:10, 50:16,
50:22, 70:1, 79:12,
106:22
**door** [4] - 106:9,
106:15, 107:8,
112:24
**doubt** [5] - 54:15,
54:16, 63:7, 81:19,
107:25
**doubts** [3] - 28:4,
31:18, 31:19
**down** [16] - 7:14, 27:5,
37:19, 40:12, 49:4,
57:23, 69:12, 76:15,
81:3, 83:11, 92:5,
94:11, 97:18,
101:20, 104:14,
110:19
**drowsy** [5] - 21:1,
66:20, 67:13, 67:19,
99:2
**duck** [2] - 112:25
**during** [8] - 40:15,
67:16, 69:25, 70:25,
79:2, 79:4, 92:24
**duty** [5] - 39:21, 79:14,
79:15, 79:18, 105:25
**DWI** [1] - 103:14

## E

**E-Verify** [1] - 91:16
**early** [2] - 57:9, 107:2
**earpiece** [1] - 22:12
**easily** [1] - 57:3
**educated** [1] - 18:16
**education** [1] - 57:10
**effect** [2] - 108:23,
112:3
**eight** [1] - 24:14
**either** [3] - 104:19,
108:22, 110:8
**election** [27] - 2:19,
2:25, 24:2, 25:10,
25:13, 26:1, 26:8,
31:22, 32:2, 34:12,
34:13, 34:15, 34:16,
35:1, 40:16, 49:17,
50:4, 50:11, 53:1,
53:11, 56:6, 56:15,
56:17, 59:11, 85:16,
90:7, 90:18
**element** [2] - 63:7,
112:14
**elements** [6] - 13:14,
13:16, 37:5, 37:8,
54:9
**eliciting** [1] - 108:25
**Ellipse** [1] - 48:15
**emotional** [1] - 90:15
**emotions** [1] - 20:16
**empathize** [1] - 36:11
**employed** [3] - 44:12,
93:9, 93:10
**employment** [1] -
50:24
**end** [4] - 15:3, 33:17,
37:7, 107:25
**enforcement** [23] -
3:9, 3:10, 4:14, 4:18,
4:20, 4:21, 4:24,
17:20, 18:22, 23:22,
29:10, 29:13, 29:22,
30:2, 37:15, 38:8,
38:11, 87:23, 88:10,
88:14, 88:17, 93:18,
111:7
**engagement** [2] -
78:22, 78:23
**English** [1] - 93:24
**entered** [21] - 2:9,
17:9, 22:25, 27:7,
38:25, 41:20, 45:11,
49:6, 53:17, 55:4,
61:6, 65:7, 70:7,
74:24, 78:5, 83:16,
87:13, 92:7, 94:13,
95:24, 102:4
**entire** [5] - 43:8,

91:12, 105:11,
110:18, 112:1
**entitled** [2] - 8:8, 95:8
**entry** [1] - 60:6
**environment** [2] -
20:6, 21:16
**equally** [1] - 101:5
**equipment** [1] - 52:22
**equivocating** [2] -
9:14, 17:4
**ERIC** [1] - 1:11
**especially** [2] - 19:21,
52:7
**essentially** [1] -
109:16
**estate** [1] - 44:17
**EUGENE** [1] - 1:17
**evaluate** [7] - 4:18,
18:23, 29:25, 31:15,
36:20, 54:5, 88:13
**evaluated** [2] - 88:15,
88:16
**evaluating** [1] - 36:17
**evaluation** [1] - 4:25
**evening** [2] - 107:10,
107:19
**events** [12] - 5:2, 5:12,
7:5, 14:18, 34:19,
59:15, 61:20, 61:25,
68:8, 70:25, 76:9,
96:14
**everywhere** [1] -
100:9
**evidence** [29] - 11:12,
11:13, 28:14, 28:24,
31:15, 35:9, 37:7,
37:9, 37:16, 38:8,
54:3, 54:5, 56:9,
62:18, 68:17, 71:25,
72:1, 77:13, 84:19,
86:2, 90:25, 91:1,
97:7, 100:21,
109:22, 111:7,
111:11
**evidentiary** [1] - 108:4
**ex** [1] - 43:9
**ex-husband** [1] - 43:9
**exactly** [5] - 8:22,
13:23, 92:12, 93:1,
93:4
**examination** [2] -
105:17, 106:15
**example** [2] - 12:8,
13:18
**except** [1] - 65:25
**excited** [1] - 73:15
**excluded** [2] - 26:6,
113:6
**excuse** [7] - 15:24,
64:10, 64:12, 64:18,

83:3, 95:6, 108:1
**excused** [19] - 2:5,
14:2, 15:9, 22:22,
38:24, 55:10, 77:24,
79:3, 83:15, 104:17,
104:19, 104:25,
105:1, 105:2, 105:8,
106:20, 107:3,
108:2, 108:3
**excuses** [1] - 4:9
**exited** [20] - 14:6,
22:24, 27:6, 38:2,
41:19, 45:10, 49:5,
54:23, 57:24, 64:25,
69:16, 73:24, 77:25,
83:13, 87:7, 92:6,
94:12, 95:20,
101:22, 104:15
**expanding** [1] - 5:11
**expect** [3] - 4:15, 88:9,
109:21
**expected** [4] - 15:3,
47:10, 48:10, 48:11
**expecting** [1] - 99:16
**experience** [14] -
19:11, 23:18, 23:21,
37:15, 38:8, 38:11,
41:4, 43:15, 51:9,
52:11, 85:12, 90:2,
98:16, 101:4
**experienced** [2] -
20:7, 80:12
**experiences** [7] - 3:8,
3:22, 6:21, 17:19,
20:11, 47:16, 51:21
**expert** [1] - 57:10
**explain** [5] - 11:20,
38:7, 72:16, 102:1,
110:1
**explanation** [1] -
13:18
**extend** [1] - 96:14
**extraordinary** [3] -
5:3, 5:13, 9:18
**extrapolate** [1] - 25:10
**extreme** [1] - 18:17

## F

**facilities** [1] - 50:19
**fact** [17] - 12:7, 12:11,
15:9, 24:15, 36:9,
36:18, 37:14, 38:10,
42:25, 45:25, 46:3,
46:4, 56:1, 71:3,
77:19, 101:4, 106:23
**facts** [15] - 9:25, 12:4,
12:13, 14:12, 14:13,
20:14, 27:16, 28:9,
28:20, 47:17, 50:1,

50:12, 54:9, 63:1,
101:16
**fair** [72] - 2:6, 2:20,
4:23, 7:7, 8:6, 8:8,
10:21, 10:23, 11:19,
12:16, 12:22, 15:15,
16:1, 20:11, 23:19,
24:5, 24:18, 25:13,
27:24, 28:1, 28:17,
28:20, 31:1, 31:15,
31:25, 32:3, 32:5,
32:11, 32:15, 33:18,
33:20, 33:25, 34:2,
35:5, 38:16, 43:2,
43:16, 46:5, 46:21,
49:19, 50:25, 51:22,
52:12, 56:3, 58:4,
59:7, 59:9, 59:18,
60:18, 61:21, 61:22,
62:1, 62:6, 68:12,
71:5, 71:12, 71:14,
76:12, 82:17, 82:19,
85:13, 90:3, 90:8,
90:11, 96:8, 97:6,
98:1, 98:17, 101:3,
101:5, 103:16,
103:18
**fairly** [5] - 21:3, 26:2,
26:8, 31:16, 76:2
**fall** [1] - 98:23
**false** [1] - 50:5
**familiar** [3] - 29:5,
29:6, 29:7
**familiarity** [2] - 45:22,
97:24
**family** [26] - 3:7,
17:19, 17:22, 17:24,
18:13, 19:7, 19:16,
24:8, 29:9, 31:3,
33:1, 42:14, 43:6,
46:9, 50:16, 51:3,
51:25, 55:11, 82:11,
84:8, 88:20, 93:17,
102:14, 103:8,
103:21, 103:22
**far** [3] - 55:21, 70:18,
97:16
**father** [1] - 4:6
**fault** [1] - 66:5
**Federal** [1] - 1:18
**federal** [4] - 26:22,
26:24, 40:10, 89:19
**feelings** [56] - 2:18,
2:20, 2:24, 3:2, 3:4,
15:9, 20:14, 20:16,
24:1, 24:4, 25:9,
25:16, 25:18, 31:21,
31:24, 32:2, 47:15,
49:16, 49:18, 49:23,
50:3, 50:10, 53:2,

53:8, 53:14, 53:16,
56:5, 56:6, 56:8,
56:15, 59:3, 60:24,
61:25, 63:11, 68:11,
68:16, 71:22, 71:24,
74:17, 85:15, 85:17,
85:22, 86:9, 86:14,
86:16, 86:19, 90:6,
90:8, 90:13, 90:14,
95:5, 95:7, 95:10,
100:22
**felt** [3] - 84:5, 100:6,
100:10
**fenced** [1] - 100:1
**fences** [2] - 57:2,
100:9
**few** [3] - 71:21, 81:7,
106:1
**fight** [1] - 112:22
**figure** [1] - 33:14
**filed** [1] - 43:9
**filter** [1] - 100:25
**finance** [1] - 48:22
**financial** [1] - 48:25
**findings** [1] - 63:3
**fine** [5] - 2:7, 41:23,
92:11, 103:17,
103:18
**finish** [1] - 105:17
**firearms** [1] - 31:13
**fired** [1] - 79:14
**firm** [6] - 5:15, 26:17,
50:19, 50:20, 72:20,
104:12
**first** [11] - 2:3, 9:14,
15:18, 33:23, 39:22,
63:17, 64:2, 73:16,
96:11, 106:10
**fit** [2] - 3:19, 54:9
**five** [7] - 9:11, 21:8,
44:17, 55:22, 67:20,
69:25, 99:3
**five-minute** [1] - 69:25
**Flexeril** [3] - 20:22,
20:23, 21:14
**focus** [4] - 21:13,
62:24, 66:18, 80:21
**foggy** [1] - 67:14
**folks** [2] - 36:21, 53:1
**follow** [16] - 4:23, 5:6,
10:4, 10:5, 18:7,
21:19, 33:10, 47:3,
58:5, 58:9, 58:11,
60:2, 84:21, 85:20,
94:9, 103:23
**follow-up** [12] - 5:6,
10:4, 10:5, 21:19,
33:10, 47:3, 58:5,
58:9, 58:11, 60:2,
85:20, 103:23

**followed** [6] - 7:6,
7:12, 53:5, 59:17,
76:11, 76:18
**following** [15] - 7:12,
7:15, 9:6, 9:24, 10:8,
14:19, 15:22, 36:1,
64:3, 64:8, 64:16,
82:25, 83:9, 105:10,
107:11
**follows** [1] - 94:4
**FOR** [1] - 1:1
**foregoing** [1] - 114:4
**forget** [2] - 77:10,
77:11
**forgot** [1] - 101:23
**former** [2] - 37:15,
84:1
**forthright** [1] - 38:19
**foundation** [2] -
109:19, 109:24
**four** [6] - 9:14, 39:16,
40:14, 41:13, 54:4,
60:4
**fox** [1] - 72:21
**frankly** [1] - 27:24
**frequency** [1] - 97:24
**frequent** [1] - 98:24
**Friday** [1] - 43:20
**friend** [4] - 24:8,
32:25, 84:3, 84:14
**friends** [24] - 3:7,
17:19, 17:23, 17:24,
19:7, 19:16, 26:6,
26:7, 29:9, 31:4,
42:14, 43:6, 46:9,
50:16, 51:3, 51:25,
82:11, 84:8, 84:9,
84:10, 84:14, 88:21,
102:14, 103:9
**front** [4] - 4:2, 80:13,
81:3, 82:6
**full** [3] - 44:17, 44:18,
114:5
**full-time** [1] - 44:17
**function** [1] - 67:2

## G

**Gallery** [3] - 97:17,
99:9, 99:20
**gap** [1] - 12:8
**general** [2] - 3:22,
53:8
**generally** [6] - 9:15,
26:10, 28:11, 86:1,
86:24, 94:3
**gentleman** [1] - 68:12
**given** [23] - 4:15, 4:22,
14:23, 20:9, 20:11,
28:11, 28:14, 30:3,

31:14, 32:7, 34:5,
34:12, 36:18, 38:9,
42:9, 42:10, 45:25,
46:20, 58:3, 58:9,
64:17, 70:4, 88:12
**glad** [1] - 105:12
**God** [1] - 64:21
**gossip** [1] - 11:4
**government** [24] -
5:14, 5:16, 6:2, 6:3,
6:4, 6:11, 6:13, 8:7,
12:7, 12:11, 13:15,
16:25, 26:19, 26:21,
26:22, 26:23, 26:24,
62:15, 62:18, 62:24,
63:6, 92:3, 108:14,
110:14
**government's** [1] -
16:17
**governmental** [1] -
72:23
**governments** [1] -
6:12
**grand** [5] - 22:1, 81:9,
81:12, 81:14, 81:16
**grandfather** [1] - 11:3
**grandma** [1] - 20:3
**grant** [2] - 38:13,
38:23
**granted** [1] - 17:6
**greater** [3] - 4:20,
30:1, 88:16
**green** [2] - 88:7, 91:19
**groggy** [3] - 21:12,
80:21, 80:24
**grounds** [1] - 97:22
**group** [2] - 26:2,
110:19
**Grove** [1] - 51:7
**growing** [1] - 19:20
**guess** [18] - 5:23,
7:14, 7:18, 9:1,
11:22, 25:25, 26:11,
33:17, 33:23, 34:5,
42:23, 53:8, 60:19,
73:8, 85:23, 96:11,
96:23, 100:16
**guilt** [3] - 3:3, 8:24,
81:19
**guilty** [31] - 7:25, 9:3,
10:2, 12:1, 13:5,
13:16, 28:25, 29:2,
29:3, 35:16, 35:20,
43:7, 43:10, 53:18,
57:15, 58:15, 60:8,
62:3, 69:6, 69:8,
69:10, 73:20, 76:21,
77:3, 77:16, 77:17,
90:23, 91:2, 91:3,
94:25, 103:10

**gun** [2] - 31:7, 31:13
**guy** [1] - 72:14

## H

**half** [2] - 44:17, 65:4
**hand** [4] - 21:6, 21:8,
74:14, 99:2
**handled** [1] - 47:1
**happy** [1] - 22:8
**hard** [6] - 12:24,
14:16, 14:23,
100:19, 101:1, 101:7
**hardware** [1] - 87:1
**head** [2] - 57:18, 67:20
**heading** [1] - 110:2
**headphones** [1] -
22:14
**Health** [2] - 72:20,
72:24
**health** [3] - 65:21,
65:25, 66:16
**hear** [38] - 4:13, 6:23,
7:17, 7:22, 8:25, 9:8,
9:21, 10:6, 11:9,
11:13, 11:23, 12:4,
13:3, 13:17, 13:19,
18:21, 21:17, 25:2,
25:18, 28:4, 28:9,
28:20, 29:20, 42:21,
46:19, 47:17, 50:12,
68:17, 71:13, 71:25,
76:15, 88:8, 90:25,
97:1, 99:14, 101:17,
109:1
**heard** [23] - 10:11,
15:6, 24:23, 28:14,
28:15, 28:24, 33:16,
60:20, 62:20, 62:21,
63:1, 108:22, 109:2,
109:10, 109:15,
109:17, 110:25,
111:3, 111:12,
111:19, 111:20,
112:16
**hearing** [7] - 9:6, 11:4,
22:19, 37:16, 43:21,
64:9, 83:1
**hears** [1] - 14:13
**heart** [1] - 11:16
**heavy** [1] - 48:12
**held** [1] - 53:11
**hello** [11] - 27:8, 39:1,
45:12, 45:13, 49:7,
55:5, 61:7, 65:12,
65:13, 74:25, 87:14
**help** [2] - 33:17, 72:21
**helping** [1] - 52:3
**hereby** [1] - 114:3
**hesitation** [2] - 87:12,

87:25
**hi** [10] - 17:11, 21:21,
25:24, 33:11, 33:12,
41:22, 44:9, 55:6,
56:13, 104:4
**high** [1] - 51:6
**highly** [2] - 6:11, 19:8
**hill** [1] - 97:18
**Hill** [3] - 29:16, 29:17,
36:16
**himself** [2] - 15:11,
111:9
**hired** [1] - 63:16
**hold** [3] - 75:15, 82:10
**holds** [1] - 60:24
**home** [10] - 47:8, 47:9,
48:13, 71:2, 71:4,
71:16, 73:5, 73:6,
99:13, 99:15
**Homeland** [1] - 88:3
**honest** [3] - 28:13,
32:4, 32:6
**honestly** [1] - 100:17
**honesty** [4] - 33:14,
95:3, 95:4
**Honor** [46] - 2:2, 2:7,
5:7, 9:20, 14:8,
14:10, 15:2, 15:4,
15:12, 15:14, 15:16,
16:14, 23:9, 23:23,
27:4, 33:9, 38:5,
38:6, 42:1, 47:4,
54:24, 59:9, 64:14,
64:15, 65:9, 69:4,
69:11, 69:22, 73:25,
74:3, 74:21, 78:3,
83:6, 83:7, 92:2,
95:22, 103:25,
108:4, 108:15,
108:19, 110:7,
110:16, 111:5,
111:24, 113:4
**Honor's** [1] - 101:8
**HONORABLE** [1] - 1:9
**hope** [1] - 107:13
**hopefully** [1] - 42:4
**horrible** [1] - 31:10
**hot** [1] - 61:16
**hot-button** [1] - 61:16
**hours** [2] - 79:5, 79:6
**house** [6] - 47:13,
48:7, 52:4, 80:13,
81:4, 82:6
**household** [4] - 3:7,
29:9, 31:4, 102:14
**hung** [2] - 30:22,
89:25
**hurt** [1] - 36:4
**husband** [14] - 22:8,
29:12, 30:3, 33:2,

284

36:6, 36:10, 36:19,
36:20, 37:14, 38:7,
38:11, 38:14, 38:20,
43:9
**husband's** [2] - 22:4,
22:7

## I

**identify** [1] - 33:24
**ignorant** [1] - 8:8
**illegally** [1] - 25:14
**illness** [4] - 20:19,
66:17, 80:9, 98:19
**imagine** [2] - 32:13,
105:18
**immigration** [1] - 88:6
**impact** [2] - 57:5,
90:11
**impartial** [34] - 2:21,
7:7, 7:16, 8:8, 10:21,
10:24, 11:20, 12:15,
14:25, 15:15, 16:1,
23:19, 24:5, 24:19,
27:24, 31:15, 31:25,
32:15, 34:3, 46:5,
49:19, 56:3, 59:7,
60:18, 71:5, 71:25,
76:12, 85:18, 90:3,
90:9, 90:11, 95:10,
96:9, 98:17
**impartiality** [1] - 24:21
**impartially** [1] - 76:2
**implicated** [1] - 59:8
**important** [2] - 106:2,
111:25
**IN** [1] - 1:1
**inauguration** [1] -
48:13
**incident** [1] - 4:9
**inclined** [4] - 9:2, 9:4,
64:10, 64:12
**includes** [1] - 80:4
**including** [1] - 37:15
**inclusive** [1] - 88:1
**inconvenienced** [5] -
7:5, 56:24, 59:17,
61:20, 76:9
**inconveniences** [1] -
57:4
**increased** [1] - 73:13
**Indiana** [1] - 1:19
**individuals** [9] -
19:13, 25:25, 26:2,
35:21, 53:15, 86:10,
86:11, 90:7
**industry** [1] - 44:16
**infant** [1] - 4:2
**inferred** [1] - 100:23
**influenced** [1] - 86:3

**information** [4] - 8:11,
8:17, 33:15, 48:22
**informed** [7] - 6:11,
63:24, 109:2,
111:13, 111:18,
112:10
**innocence** [4] - 3:3,
8:25, 28:23, 62:15
**innocent** [6] - 13:15,
29:2, 62:2, 62:12,
77:20, 77:21
**inquire** [2] - 10:9, 33:9
**inside** [9] - 13:13,
13:18, 16:11, 48:4,
48:7, 48:10, 60:20,
73:19, 112:23
**installed** [1] - 52:23
**instead** [1] - 101:15
**instruct** [6] - 4:17,
18:22, 37:7, 63:3,
88:13, 107:17
**instructed** [3] - 29:24,
74:5, 88:13
**instruction** [4] - 4:23,
60:11, 70:4, 112:5
**instructions** [7] -
37:10, 37:17, 38:9,
54:4, 54:6, 84:22,
103:6
**insurance** [1] - 102:24
**insurrectionist** [1] -
60:21
**intended** [1] - 109:8
**interact** [3] - 91:24,
91:25, 100:18
**interactions** [1] - 40:8
**interest** [2] - 18:3,
18:4
**internet** [1] - 6:14
**internship** [1] - 51:5
**introduction** [1] - 8:18
**investigators** [1] -
50:17
**involved** [3] - 35:12,
94:24, 100:14
**involvement** [1] -
30:24
**involves** [2] - 28:16,
35:6
**involving** [1] - 31:13
**irritable** [1] - 81:1
**issue** [3] - 11:16, 60:9,
63:15
**issues** [1] - 83:4
**IT** [1] - 49:2
**itself** [2] - 35:4, 53:2

## J

**Jamaica** [1] - 68:23

**January** [41] - 7:5,
7:13, 8:13, 9:16,
24:12, 27:17, 27:21,
27:25, 28:7, 28:12,
28:16, 32:23, 33:22,
34:8, 34:19, 34:25,
35:2, 35:4, 35:6,
35:14, 46:1, 47:6,
47:8, 48:2, 53:2,
55:23, 55:25, 57:15,
60:16, 61:21, 61:25,
63:11, 68:9, 70:21,
73:5, 76:10, 96:15,
99:9, 100:14, 101:9
**JEEN** [1] - 1:17
**JEEN-YOUNG** [1] -
1:17
**job** [6] - 52:24, 64:5,
64:19, 79:17, 79:20,
91:11
**jobs** [1] - 84:17
**Judge** [1] - 61:8
**JUDGE** [1] - 1:9
**judge** [16] - 3:3, 6:20,
6:23, 11:12, 12:17,
19:11, 20:15, 20:17,
37:7, 38:10, 41:5,
50:12, 54:3, 56:9,
68:16, 97:6
**judges** [1] - 44:2
**July** [1] - 20:22
**jump** [1] - 69:8
**jumped** [1] - 66:5
**June** [1] - 31:7
**juries** [2] - 51:14,
100:20
**jurisdictions** [1] -
40:21
**juror** [88] - 2:3, 2:9,
8:6, 9:7, 10:22, 11:8,
11:20, 14:6, 14:15,
15:15, 16:17, 16:19,
17:9, 22:24, 22:25,
24:5, 27:6, 27:7,
27:8, 27:24, 28:1,
30:25, 31:25, 32:22,
34:3, 38:2, 38:23,
38:25, 41:19, 41:20,
44:4, 45:10, 45:11,
49:5, 49:6, 54:23,
55:4, 57:24, 58:7,
59:23, 61:6, 64:9,
64:25, 65:7, 65:10,
66:3, 66:8, 69:16,
70:1, 70:7, 70:9,
70:11, 73:24, 74:24,
76:2, 77:25, 78:4,
78:5, 80:4, 82:17,
83:1, 83:3, 83:13,
83:16, 87:7, 87:9,

87:13, 90:3, 92:6,
92:7, 94:12, 94:13,
94:25, 95:20, 95:24,
96:9, 98:3, 98:20,
101:22, 102:4,
103:3, 104:15,
107:2, 107:3, 107:4,
107:20
**JUROR** [496] - 2:11,
2:13, 2:16, 2:23, 3:1,
3:5, 3:10, 3:12, 3:14,
3:17, 3:23, 4:1, 4:5,
5:1, 5:5, 5:10, 5:14,
5:18, 5:25, 6:4, 6:7,
6:10, 6:18, 6:25, 7:8,
7:18, 8:3, 8:9, 8:16,
8:20, 9:4, 10:16,
10:23, 11:3, 11:7,
11:14, 11:22, 12:14,
12:20, 12:23, 13:6,
13:21, 14:1, 14:3,
17:11, 17:14, 17:17,
17:21, 17:24, 18:1,
18:6, 18:11, 18:14,
18:25, 19:3, 19:6,
19:12, 19:15, 19:18,
19:20, 19:25, 20:13,
20:21, 21:1, 21:10,
21:14, 21:21, 21:23,
22:2, 22:4, 22:7,
22:13, 22:16, 22:20,
22:23, 23:3, 23:6,
23:9, 23:11, 23:14,
23:17, 23:20, 23:23,
24:3, 24:6, 24:10,
24:13, 24:20, 24:22,
25:3, 25:12, 25:20,
25:24, 26:5, 26:11,
26:16, 26:19, 26:24,
27:3, 27:10, 27:13,
27:18, 27:21, 27:25,
28:19, 29:1, 29:6,
29:12, 29:15, 30:5,
30:8, 30:11, 30:13,
30:15, 30:17, 30:21,
31:2, 31:6, 31:9,
31:11, 31:17, 31:19,
31:23, 32:4, 32:7,
32:16, 32:20, 32:24,
33:2, 33:6, 33:12,
33:21, 34:5, 34:11,
34:21, 34:23, 35:3,
35:8, 35:17, 35:22,
36:2, 36:8, 36:14,
36:23, 37:11, 37:13,
37:18, 38:1, 39:3,
39:6, 39:10, 39:12,
39:16, 39:18, 39:22,
40:1, 40:5, 40:12,
40:17, 40:22, 41:2,
41:6, 41:11, 41:13,

41:16, 41:22, 41:24,
42:1, 42:4, 42:7,
42:12, 42:16, 42:20,
42:22, 43:4, 43:8,
43:14, 43:17, 43:20,
43:23, 43:25, 44:6,
44:9, 44:12, 44:14,
44:16, 44:20, 44:22,
44:24, 45:2, 45:6,
45:9, 45:13, 45:15,
45:18, 45:20, 45:23,
46:2, 46:7, 46:11,
46:13, 46:15, 46:17,
46:22, 46:24, 47:2,
47:7, 47:9, 47:13,
47:18, 47:22, 48:4,
48:7, 48:12, 48:16,
48:19, 48:22, 48:25,
49:9, 49:13, 49:20,
49:23, 50:7, 50:14,
50:18, 51:1, 51:5,
51:10, 51:13, 51:16,
51:20, 51:23, 52:2,
52:7, 52:10, 52:13,
52:20, 53:4, 53:19,
54:7, 54:11, 54:14,
54:20, 55:6, 55:8,
55:14, 55:17, 55:20,
55:22, 55:24, 56:4,
56:10, 56:13, 56:16,
57:1, 57:7, 57:9,
57:13, 57:16, 61:8,
61:10, 61:13, 61:18,
61:22, 62:4, 62:8,
62:10, 62:13, 62:16,
62:23, 63:5, 63:9,
63:12, 63:15, 63:23,
64:6, 64:20, 64:24,
65:12, 65:16, 65:19,
65:23, 66:1, 66:4,
66:7, 66:9, 66:12,
66:19, 67:1, 67:10,
67:15, 67:23, 67:25,
68:5, 68:10, 68:14,
68:18, 68:20, 68:22,
68:24, 69:7, 69:15,
70:10, 70:13, 70:16,
70:19, 70:22, 70:24,
71:2, 71:6, 71:9,
71:14, 72:2, 72:4,
72:6, 72:8, 72:11,
72:18, 72:24, 73:2,
73:7, 73:12, 73:21,
75:2, 75:5, 75:7,
75:11, 75:14, 75:16,
75:18, 75:20, 75:24,
76:4, 76:13, 76:16,
76:19, 76:21, 76:24,
77:4, 77:15, 77:18,
77:22, 78:7, 78:9,
78:12, 78:16, 78:19,

78:23, 79:1, 79:6, 79:9, 79:16, 79:19, 80:1, 80:7, 80:12, 80:15, 80:18, 80:23, 81:1, 81:8, 81:10, 81:14, 81:21, 81:24, 82:1, 82:3, 82:7, 82:9, 82:13, 82:20, 82:22, 83:12, 83:19, 83:22, 83:25, 84:6, 84:9, 84:13, 84:20, 84:23, 85:1, 85:3, 85:6, 85:9, 85:11, 85:14, 85:19, 85:23, 86:5, 86:13, 86:16, 86:18, 86:23, 86:25, 87:4, 87:16, 87:19, 87:21, 88:3, 88:6, 88:11, 88:19, 88:22, 88:24, 89:1, 89:5, 89:8, 89:11, 89:14, 89:16, 89:18, 89:21, 89:24, 90:1, 90:5, 90:10, 90:15, 90:19, 90:24, 91:4, 91:9, 91:13, 91:15, 91:21, 91:25, 92:9, 92:12, 92:15, 92:19, 92:22, 93:1, 93:4, 93:7, 93:10, 93:14, 93:19, 93:23, 94:6, 94:17, 94:21, 94:24, 95:3, 95:6, 95:11, 95:15, 95:18, 96:2, 96:5, 96:10, 96:13, 96:16, 96:18, 97:8, 97:12, 97:15, 97:17, 97:20, 98:2, 98:4, 98:6, 98:10, 98:12, 98:15, 98:18, 98:22, 99:5, 99:10, 99:12, 99:16, 99:22, 99:25, 100:7, 100:16, 101:6, 101:11, 101:18, 101:21, 102:7, 102:10, 102:12, 102:16, 102:19, 102:21, 102:24, 103:1, 103:7, 103:11, 103:13, 103:17, 103:19, 103:21, 104:2, 104:6, 104:9, 104:11

**Juror** [24] - 2:12, 17:13, 23:2, 39:2, 41:25, 45:14, 49:8, 55:7, 55:9, 55:13, 61:9, 65:15, 66:16, 74:25, 78:8, 83:18, 87:15, 92:11, 94:16, 96:1, 102:6, 106:23,

107:4
**jurors** [6] - 21:4, 74:4, 74:6, 106:20, 106:23, 107:12
**jury** [58] - 4:17, 21:25, 22:1, 23:10, 23:16, 29:20, 30:7, 30:22, 32:15, 32:18, 37:6, 38:17, 38:18, 39:21, 43:2, 51:11, 51:22, 54:21, 62:7, 62:9, 64:18, 67:6, 68:19, 72:9, 79:3, 79:14, 79:15, 79:18, 81:9, 81:12, 81:13, 81:15, 81:16, 81:18, 81:23, 81:25, 82:1, 83:14, 83:24, 83:25, 84:4, 84:24, 88:25, 89:1, 89:12, 89:15, 89:25, 92:25, 93:3, 105:11, 105:25, 106:8, 106:10, 106:12, 106:14, 106:21, 108:3
**JURY** [2] - 1:4, 1:8
**justify** [1] - 12:24

**K**

**KATELYN** [1] - 1:17
**keep** [6] - 14:4, 37:16, 65:14, 72:12, 77:2
**Kept** [1] - 76:24
**kept** [4] - 76:24, 76:25, 77:1, 77:4
**kid** [1] - 20:2
**KIM** [1] - 1:17
**kind** [27] - 6:15, 21:11, 26:14, 40:7, 40:23, 42:9, 42:23, 44:13, 46:16, 48:21, 48:24, 53:12, 56:25, 57:8, 61:24, 72:18, 85:24, 85:25, 86:22, 93:6, 94:5, 95:17, 96:20, 98:21, 98:23, 101:2, 102:20
**knifepoint** [2] - 46:18, 46:19
**knowing** [4] - 13:23, 49:24, 50:4, 53:23
**knowledge** [3] - 110:23, 112:13, 113:8
**knows** [6] - 9:16, 12:17, 12:18, 14:18, 63:24, 93:5

**L**

**ladder** [1] - 52:4
**language** [1] - 93:24
**large** [2] - 99:16, 104:11
**last** [5] - 16:15, 63:17, 64:2, 65:9, 107:21
**late** [1] - 105:19
**latest** [1] - 22:17
**latitude** [1] - 58:4
**Lavigne** [8] - 38:3, 54:22, 55:1, 57:25, 65:1, 69:17, 83:14, 104:16
**law** [39] - 3:9, 3:10, 4:13, 4:18, 4:19, 4:21, 4:24, 17:20, 18:21, 23:22, 28:10, 29:10, 29:12, 29:22, 30:2, 37:15, 38:7, 38:11, 50:18, 63:1, 63:3, 66:6, 77:20, 79:14, 82:11, 84:8, 84:18, 84:22, 87:23, 88:9, 88:14, 88:17, 93:18, 102:15, 102:20, 103:5, 103:6, 111:7, 113:2
**lawful** [1] - 28:9
**lawfully** [1] - 112:23
**lawyer** [3] - 84:10, 102:17, 102:19
**lawyers** [2] - 84:11, 84:15
**lay** [1] - 109:24
**leaders** [1] - 85:24
**leading** [1] - 38:12
**learn** [1] - 54:8
**learned** [3] - 37:9, 84:17, 84:18
**least** [6] - 7:11, 29:21, 30:18, 64:10, 65:4
**leave** [6] - 14:1, 47:13, 71:17, 81:4, 106:24
**left** [2] - 30:25, 107:2
**legal** [4] - 82:12, 84:8, 102:15, 105:20
**less** [1] - 19:1
**lesser** [3] - 4:20, 30:1, 88:16
**letter** [1] - 79:21
**letting** [1] - 8:3
**level** [2] - 40:11, 53:22
**Library** [1] - 97:21
**lie** [2] - 90:16, 90:18
**life** [3] - 21:24, 94:1, 94:2
**likelihood** [1] - 65:2
**likely** [1] - 81:18

**limine** [1] - 111:6
**line** [4] - 106:9, 106:14, 107:8, 108:12
**listen** [3] - 10:3, 38:8, 86:2
**listened** [1] - 13:2, 110:11
**listening** [1] - 37:17
**literally** [2] - 48:16, 83:5
**live** [23] - 21:23, 29:4, 39:17, 41:12, 44:23, 45:21, 45:23, 46:3, 46:4, 47:5, 48:15, 55:18, 56:2, 59:8, 70:14, 70:16, 93:13, 93:14, 97:11, 97:13, 104:8
**lived** [13] - 39:15, 41:9, 41:10, 47:6, 57:2, 57:11, 68:21, 72:5, 88:23, 92:20, 92:22, 104:4, 104:7
**lives** [1] - 48:14
**living** [17] - 19:22, 26:15, 30:4, 39:11, 46:1, 47:23, 48:21, 55:23, 56:20, 63:14, 68:4, 70:20, 72:3, 74:16, 88:12, 93:25, 104:1
**lobby** [1] - 6:6
**lobbying** [1] - 6:8
**local** [3] - 6:11, 26:22, 101:12
**locational** [1] - 57:3
**locations** [1] - 24:24
**lockdown** [1] - 100:8
**look** [7] - 19:8, 20:13, 20:14, 58:22, 66:4, 66:11, 82:11
**looking** [4] - 28:24, 29:1, 64:5, 72:15
**lose** [1] - 64:19
**lost** [1] - 104:25
**Louisiana** [1] - 40:22
**lounge** [1] - 54:21
**luck** [1] - 64:23
**lucky** [2] - 22:3, 93:5
**lunch** [3] - 67:17, 107:15, 107:16
**LYNNETT** [1] - 1:14

**M**

**ma'am** [20] - 17:10, 25:5, 25:8, 27:5, 45:8, 61:10, 61:23, 62:10, 64:21, 64:24,

65:8, 68:4, 69:12, 72:16, 78:6, 82:24, 83:10, 87:16, 88:19, 94:11
**main** [1] - 9:18
**man** [1] - 98:8
**management** [4] - 40:6, 50:19, 50:20, 104:2
**manner** [1] - 16:18
**mark** [2] - 87:19, 87:20
**marketing** [1] - 72:17
**Maryland** [1] - 21:24
**material** [1] - 70:11
**materials** [1] - 91:16
**matter** [2] - 9:19, 74:1
**matters** [2] - 105:21, 107:14
**mean** [39] - 7:10, 8:8, 8:10, 8:11, 9:13, 12:14, 12:24, 18:4, 18:5, 25:12, 26:11, 28:11, 30:10, 34:10, 42:9, 42:22, 47:23, 52:17, 56:8, 57:1, 58:19, 59:25, 60:13, 60:14, 71:11, 71:18, 71:21, 73:12, 76:23, 77:1, 85:23, 86:24, 96:18, 99:25, 100:7, 100:20, 108:19, 110:12, 112:5
**meaning** [1] - 103:18
**means** [4] - 8:12, 40:4, 76:17, 81:17
**meant** [2] - 15:17, 42:11
**media** [2] - 32:8, 34:6, 59:17
**media's** [2] - 7:6, 76:11
**medication** [6] - 20:19, 21:12, 66:17, 67:13, 80:10, 98:21
**member** [4] - 17:22, 24:8, 33:1, 83:24
**members** [8] - 3:7, 18:13, 29:9, 31:4, 50:16, 93:17, 102:14, 105:12
**mentioned** [1] - 87:22
**Metropolitan** [1] - 29:21
**Michael** [1] - 72:21
**microphone** [3] - 25:6, 76:14, 94:19
**mid** [4] - 21:3, 67:17, 67:18
**mid-afternoon** [2] - 21:3, 67:18

**mid-morning** [2] - 21:3, 67:17

**might** [20] - 7:21, 14:19, 15:8, 20:19, 28:25, 33:25, 36:20, 37:1, 37:3, 66:17, 75:23, 76:1, 80:10, 80:18, 83:24, 84:16, 92:18, 98:19, 98:21

**military** [3] - 19:7, 22:13, 29:16

**mind** [17] - 5:11, 7:24, 12:13, 13:19, 13:22, 13:24, 16:12, 94:19, 108:14, 109:3, 109:11, 110:5, 110:20, 111:16, 111:17, 112:10

**minded** [2] - 7:1, 53:24

**mine** [2] - 52:3, 97:3

**minute** [7] - 13:17, 38:3, 38:4, 54:25, 69:25, 74:1, 82:24

**minutes** [3] - 21:9, 99:3, 108:18

**misheard** [1] - 10:13

**miss** [1] - 63:20

**missed** [6] - 7:9, 10:18, 16:6, 66:15, 69:17, 74:12

**mission** [1] - 91:21

**misstate** [1] - 112:3

**misunderstood** [1] - 42:8

**mixture** [1] - 80:24

**moment** [1] - 71:19

**monitor** [7] - 5:15, 5:22, 6:1, 7:23, 8:4, 11:1, 11:7

**monitoring** [2] - 5:19, 6:14

**Montgomery** [2] - 51:6, 51:7

**months** [3] - 64:6, 98:7, 100:2

**moral** [2] - 79:25, 80:4

**morning** [8] - 4:6, 12:18, 21:3, 65:3, 67:17, 105:21, 106:22, 107:9

**most** [7] - 15:4, 21:24, 30:16, 42:11, 48:8, 67:11, 80:23

**mostly** [3] - 34:17, 85:23, 87:1

**motion** [12] - 10:6, 14:7, 15:1, 16:13, 16:17, 16:19, 17:7, 38:4, 38:5, 38:14,

38:23, 111:6

**mount** [1] - 112:12

**move** [1] - 14:8

**moved** [2] - 16:23, 16:25

**MPD** [2] - 29:18, 38:15

**MR** [184] - 2:2, 2:7, 5:7, 5:9, 5:11, 5:17, 5:23, 9:10, 10:7, 10:11, 10:20, 11:16, 12:7, 12:16, 12:21, 14:8, 14:10, 15:2, 15:12, 16:14, 16:24, 17:2, 17:4, 21:20, 21:22, 21:25, 22:9, 25:5, 25:8, 25:16, 25:21, 25:23, 25:25, 26:9, 26:14, 26:18, 26:22, 26:25, 27:4, 33:9, 33:11, 33:13, 33:22, 34:9, 34:17, 34:22, 34:25, 35:4, 35:15, 35:19, 35:24, 36:3, 36:9, 36:17, 36:24, 37:20, 37:22, 37:24, 38:5, 39:24, 40:3, 40:10, 40:14, 40:20, 40:25, 41:4, 41:7, 41:9, 41:12, 41:14, 41:17, 44:8, 44:10, 44:13, 44:15, 44:19, 44:21, 44:23, 45:1, 45:4, 47:4, 47:8, 47:11, 47:15, 47:19, 47:21, 47:23, 48:6, 48:9, 48:14, 48:18, 48:21, 48:24, 49:3, 52:17, 52:25, 53:16, 54:1, 54:24, 55:11, 56:12, 56:14, 56:20, 57:5, 57:8, 57:11, 57:14, 57:19, 57:21, 58:13, 58:16, 58:19, 58:23, 58:25, 59:9, 59:25, 60:19, 61:1, 61:4, 64:14, 64:15, 65:9, 69:3, 69:11, 72:14, 72:23, 73:1, 73:3, 73:5, 73:8, 73:18, 73:22, 73:25, 74:3, 74:9, 74:21, 74:23, 78:3, 83:5, 83:7, 86:8, 86:14, 86:20, 86:22, 86:24, 87:3, 87:5, 91:7, 91:11, 91:14, 91:18, 91:23, 92:2, 92:4, 93:22, 94:3, 94:10, 95:22, 99:8, 99:11, 99:14, 99:20,

99:23, 100:3, 100:12, 101:2, 101:8, 101:14, 101:19, 102:3, 104:4, 104:8, 104:10, 104:13, 105:4, 108:4, 108:8, 108:12, 108:15, 108:19, 109:25, 110:6, 110:17, 111:24

**MS** [31] - 22:11, 22:18, 37:1, 37:3, 37:12, 37:14, 38:6, 45:7, 54:3, 54:8, 69:1, 69:22, 69:24, 85:21, 86:2, 86:6, 93:17, 93:20, 103:25, 109:2, 109:7, 109:16, 110:16, 110:18, 110:23, 111:5, 111:19, 111:22, 112:13, 113:4, 113:10

**muddying** [1] - 60:12

**mugged** [1] - 20:5

**multifaceted** [1] - 52:23

**multiple** [2] - 3:18, 6:13

**murder** [3] - 80:13, 81:2, 82:5

**murders** [2] - 19:23, 20:1

**muscle** [1] - 20:24

**music** [1] - 94:1

**musician** [3] - 93:8, 93:23, 94:1

**Must** [1] - 97:2

**must** [1] - 97:3

**myriad** [1] - 72:19

**N**

**N.W** [1] - 114:11

**names** [1] - 37:4

**narrative** [5] - 11:25, 50:5, 86:11, 86:12, 90:17

**national** [4] - 6:13, 101:10, 101:11, 101:12

**National** [3] - 97:17, 99:9, 99:20

**native** [2] - 29:7, 44:21

**nature** [3] - 27:23, 58:3, 59:6

**NE** [1] - 1:16

**near** [12] - 29:4, 45:22, 47:23, 55:18, 56:2,

56:20, 59:8, 70:14, 74:17, 97:11, 97:13, 97:14

**necessarily** [2] - 73:21, 86:10

**need** [15] - 21:5, 37:8, 37:21, 37:23, 67:19, 79:21, 84:5, 106:7, 106:8, 106:13, 106:17, 106:21, 109:14, 110:3, 113:2

**needs** [3] - 72:21, 99:1, 105:9

**neighbor** [1] - 84:1

**neighborhood** [3] - 11:4, 20:6, 20:8

**neighborhoods** [1] - 19:22

**neighbors** [1] - 81:5

**nervous** [1] - 71:15

**never** [7] - 21:25, 39:20, 52:13, 57:16, 88:25, 92:24, 93:1

**new** [4] - 58:5, 58:11, 74:10, 91:17

**news** [3] - 53:5, 94:4, 96:20

**newspaper** [3] - 32:8, 34:6, 35:25

**next** [8] - 17:8, 29:17, 38:24, 58:1, 63:18, 78:4, 105:5

**nine** [1] - 29:16

**nobody** [5] - 12:17, 12:18, 32:14, 48:14, 110:15

**nonactions** [1] - 8:15

**nonetheless** [2] - 4:15, 50:5

**north** [2] - 45:24, 48:17

**not-for-profit** [1] - 57:10

**note** [1] - 74:3

**notes** [1] - 114:5

**Nothing** [1] - 27:4

**nothing** [4] - 16:3, 27:3, 73:22, 92:2

**notice** [2] - 22:11, 33:17

**noticed** [1] - 113:6

**notion** [1] - 54:15

**notwithstanding** [1] - 7:15

**nuance** [1] - 71:12

**number** [7] - 66:3, 66:7, 66:8, 66:9, 70:9, 106:20, 106:24

**numbers** [3] - 42:5, 104:17, 106:19

**nursing** [1] - 68:5

**NW** [3] - 1:12, 1:19, 1:24

**O**

**object** [3] - 14:10, 83:7, 108:14

**objection** [4] - 64:13, 78:2, 95:21, 108:5

**objectionable** [2] - 108:15, 108:17

**observations** [1] - 12:10

**obviously** [12] - 6:21, 11:17, 12:16, 27:17, 31:12, 33:14, 34:25, 36:4, 50:8, 56:21, 73:10, 100:6

**occupation** [2] - 37:20, 94:2

**occurred** [2] - 52:2, 81:2

**odd** [1] - 4:7

**OF** [4] - 1:1, 1:2, 1:8, 114:1

**offense** [1] - 63:8

**offenses** [2] - 35:16, 112:14

**office** [11] - 23:22, 29:10, 29:11, 64:18, 83:15, 106:9, 106:10, 106:12, 106:14, 106:21, 108:3

**officer** [14] - 4:18, 4:24, 29:21, 29:22, 33:3, 33:5, 36:7, 36:10, 36:21, 37:16, 38:14, 38:15, 88:14, 95:12

**officers** [14] - 4:14, 9:18, 18:2, 18:22, 19:7, 19:8, 19:11, 27:2, 29:23, 36:5, 36:11, 36:13, 36:22

**officers'** [1] - 9:17

**Official** [2] - 1:23, 114:10

**OFFICIAL** [1] - 114:1

**officially** [1] - 63:19

**OHM** [143] - 1:17, 5:9, 5:11, 5:17, 5:23, 9:10, 10:7, 10:11, 10:20, 11:16, 12:7, 12:16, 12:21, 14:8, 15:2, 15:12, 16:14, 16:24, 17:2, 17:4, 21:20, 21:22, 21:25, 22:9, 25:23, 25:25,

26:9, 26:14, 26:18, 26:22, 26:25, 27:4, 33:9, 33:11, 33:13, 33:22, 34:9, 34:17, 34:22, 34:25, 35:4, 35:15, 35:19, 35:24, 36:3, 36:9, 36:17, 36:24, 37:20, 37:22, 37:24, 38:5, 41:9, 41:12, 41:14, 41:17, 44:8, 44:10, 44:13, 44:15, 44:19, 44:21, 44:23, 45:1, 45:4, 47:21, 47:23, 48:6, 48:9, 48:14, 48:18, 48:21, 48:24, 49:3, 52:17, 52:25, 53:16, 54:1, 54:24, 55:11, 56:12, 56:14, 56:20, 57:5, 57:8, 57:11, 57:14, 57:19, 58:13, 58:16, 58:19, 58:23, 58:25, 59:9, 59:25, 60:19, 61:1, 61:4, 64:15, 65:9, 69:3, 69:11, 73:5, 73:8, 73:18, 73:22, 74:9, 74:21, 74:23, 78:3, 83:5, 86:8, 86:14, 86:20, 86:22, 86:24, 87:3, 87:5, 91:7, 91:11, 91:14, 91:18, 91:23, 92:2, 93:22, 94:3, 94:10, 99:8, 99:11, 99:14, 99:20, 99:23, 100:3, 100:12, 101:2, 104:4, 104:8, 104:10, 104:13, 108:8, 108:12, 109:25, 110:17
**ohm** [21] - 5:8, 9:5, 10:10, 11:15, 14:7, 21:19, 25:22, 33:8, 41:8, 44:7, 47:20, 52:16, 56:11, 69:2, 73:4, 86:7, 87:8, 91:6, 93:21, 99:7, 104:3
**Oklahoma** [1] - 40:23
**old** [1] - 18:12
**Omaha** [1] - 1:16
**once** [2] - 14:20, 28:20
**one** [58] - 2:5, 3:23, 4:3, 7:9, 7:25, 10:18, 15:24, 16:14, 16:21, 16:24, 17:8, 22:11, 29:21, 30:16, 30:22, 35:16, 35:17, 35:20, 38:3, 38:24, 40:25,

43:3, 43:10, 51:16, 51:17, 52:2, 52:4, 53:14, 57:19, 58:1, 58:13, 59:10, 62:5, 62:6, 66:15, 74:1, 76:8, 81:5, 81:19, 84:9, 86:14, 87:20, 87:21, 87:22, 96:11, 97:2, 97:3, 101:23, 101:25, 103:13, 104:25, 107:17, 107:20, 110:21, 112:20
**ones** [5] - 61:17, 75:12, 78:18, 89:6, 104:24
**open** [8] - 7:1, 7:24, 10:8, 28:3, 53:24, 64:16, 83:9, 107:15
**open-minded** [2] - 7:1, 53:24
**opening** [4] - 108:9, 109:21, 109:23, 110:4
**openings** [1] - 107:18
**operations** [1] - 26:20
**opinion** [1] - 26:2
**opinions** [5] - 8:11, 26:10, 62:21, 68:11, 87:11
**opportunity** [2] - 16:7, 64:21
**opposed** [2] - 17:2, 34:15
**order** [1] - 43:10
**organizations** [1] - 50:17
**original** [1] - 10:20
**originally** [2] - 44:24, 93:24
**outcome** [3] - 34:13, 34:14, 34:15
**outer** [1] - 53:22
**outside** [10] - 64:8, 69:13, 73:15, 82:25, 86:3, 100:21, 106:9, 106:15, 107:8, 107:11
**over-inclusive** [1] - 88:1
**overall** [1] - 8:13
**own** [4] - 11:20, 20:14, 29:8, 62:21

# P

**p.m** [3] - 79:8, 79:9, 113:11
**P.M** [1] - 1:6
**page** [1] - 107:21

**paid** [1] - 13:2
**pain** [9] - 66:19, 66:20, 66:23, 67:2, 67:3, 67:9, 67:12, 67:13, 106:1
**painful** [1] - 90:20
**panel** [3] - 83:24, 105:11, 105:12
**paper** [1] - 66:4
**pardon** [2] - 48:6, 88:11
**Pardon** [1] - 37:22
**Park** [3] - 3:18, 4:1, 93:15
**park** [1] - 4:15
**part** [14] - 10:14, 15:5, 15:14, 21:24, 24:17, 34:22, 34:23, 43:8, 91:20, 93:12, 93:13, 94:1, 101:13
**Part** [2] - 31:21
**partially** [1] - 59:7
**participant** [1] - 66:9
**participated** [1] - 34:7
**participating** [1] - 34:24
**participation** [2] - 32:11, 35:10
**particular** [4] - 3:22, 3:24, 16:3, 56:18
**parties** [2] - 7:22, 97:3
**partner** [2] - 26:16, 96:7
**party** [1] - 9:13
**passenger** [1] - 20:23
**past** [2] - 9:22, 31:7
**patience** [2] - 105:23, 106:4
**pause** [2] - 34:7, 34:9
**paying** [2] - 6:17, 8:23
**people** [56] - 2:25, 6:20, 7:10, 9:23, 15:9, 15:11, 18:18, 19:8, 19:9, 24:1, 26:3, 26:9, 27:1, 31:22, 33:24, 34:7, 34:14, 34:19, 34:23, 35:1, 36:3, 36:4, 36:12, 36:18, 48:13, 49:16, 49:24, 50:1, 50:4, 50:11, 53:20, 53:23, 56:6, 56:15, 56:18, 59:3, 59:10, 60:20, 62:19, 67:8, 71:21, 77:3, 85:16, 86:9, 90:16, 91:4, 95:1, 95:5, 95:7, 97:5, 100:14, 100:18, 104:18, 111:21

**people's** [1] - 73:14
**per** [1] - 27:19
**perceive** [1] - 111:8
**perceived** [1] - 109:8
**percent** [1] - 32:14
**peremptories** [1] - 65:5
**perhaps** [1] - 85:4
**permission** [4] - 109:6, 109:7, 109:12, 110:8
**perpetrating** [1] - 86:11
**perpetuating** [1] - 85:25
**person** [11] - 7:21, 9:15, 10:2, 18:16, 20:15, 30:1, 60:15, 62:6, 94:4, 101:3, 110:24
**personal** [4] - 20:14, 20:16, 100:22, 101:10
**personally** [3] - 42:17, 48:3, 100:5
**persons** [2] - 2:18, 25:9
**pertaining** [1] - 65:20
**pertains** [1] - 71:25
**PG** [1] - 21:24
**Philadelphia** [1] - 44:25
**philosophical** [1] - 80:5
**phone** [1] - 22:15
**phones** [1] - 64:7
**phrased** [1] - 33:24
**physical** [2] - 24:24
**piano** [2] - 93:7, 93:22
**pick** [1] - 4:6
**picked** [1] - 67:6
**piece** [1] - 6:7
**pill** [2] - 66:19, 66:20
**pinpointing** [1] - 60:9
**place** [1] - 48:20
**Plaintiff** [2] - 1:3, 1:11
**plan** [1] - 107:15
**planning** [1] - 58:6
**plans** [5] - 43:18, 43:19, 78:21, 78:22, 78:24
**play** [5] - 108:9, 109:14, 109:18, 109:25, 110:3
**playing** [1] - 109:21
**point** [3] - 53:22, 57:6, 60:25
**police** [9] - 3:8, 3:18, 4:15, 9:22, 17:20, 35:11, 36:13, 46:23,

100:9
**Police** [17] - 3:18, 29:21, 29:22, 33:3, 33:5, 36:4, 36:7, 36:10, 36:11, 36:12, 36:18, 36:19, 36:21, 37:16, 38:14, 95:12
**policeman** [1] - 29:17
**policy** [2] - 53:9, 53:10
**political** [8] - 39:12, 39:24, 40:2, 53:11, 59:18, 79:25, 80:4, 96:7
**politicians** [1] - 73:1
**politics** [4] - 34:18, 53:9, 94:5, 94:7
**pool** [1] - 83:25
**portion** [1] - 109:17
**positions** [1] - 32:17
**possibility** [2] - 35:23, 35:25
**possible** [1] - 99:17
**possibly** [1] - 100:22
**potential** [2] - 58:7, 87:9
**potentially** [1] - 100:13
**practice** [1] - 102:21
**practices** [1] - 84:18
**pre** [1] - 41:5
**pre-judge** [1] - 41:5
**preconceptions** [1] - 14:12
**preliminary** [1] - 107:14
**preparation** [1] - 91:16
**prepare** [1] - 99:18
**prepared** [2] - 87:11, 112:7
**presence** [4] - 48:12, 100:9, 105:10, 107:12
**present** [5] - 12:8, 12:12, 109:9, 111:11
**presented** [2] - 100:21, 100:23
**presently** [1] - 44:10
**presents** [1] - 62:25
**President** [10] - 109:12, 110:9, 110:11, 110:13, 111:3, 111:12, 111:18, 112:11, 112:21
**presidential** [2] - 2:19, 25:10
**pressed** [2] - 14:16, 14:23
**pressing** [1] - 14:25

**pressure** [1] - 11:18
**presume** [4] - 13:15, 62:2, 62:12, 77:20
**presumed** [3] - 12:1, 29:2, 77:20
**presuming** [1] - 13:4
**presumption** [1] - 28:23
**pretty** [10] - 5:15, 7:1, 14:11, 14:15, 14:23, 14:24, 58:22, 65:2, 74:6, 96:22
**prevent** [1] - 80:6
**primarily** [1] - 50:20
**primary** [1] - 94:2
**private** [2] - 50:17, 102:21
**probable** [2] - 81:12, 81:17
**problem** [3] - 20:16, 54:17, 60:3
**problems** [2] - 9:22, 47:1
**proceedings** [9] - 9:6, 10:8, 64:8, 64:16, 82:25, 83:9, 105:10, 107:11, 114:6
**process** [7] - 33:15, 53:9, 53:10, 53:11, 61:14, 63:25
**profile** [1] - 3:20
**profiled** [1] - 18:1
**profit** [1] - 57:10
**program** [2] - 63:25, 91:16
**projects** [1] - 26:21
**promise** [1] - 109:22
**proper** [1] - 109:19
**propose** [1] - 104:18
**proposed** [1] - 97:3
**prosecutor's** [2] - 23:22, 29:10
**prosecutors** [1] - 3:8
**prospective** [44] - 2:9, 9:7, 14:6, 17:9, 22:24, 22:25, 27:6, 27:7, 38:2, 38:25, 41:19, 41:20, 45:10, 45:11, 49:5, 49:6, 54:23, 55:4, 57:24, 61:6, 64:9, 64:25, 65:7, 69:16, 70:7, 73:24, 74:24, 77:25, 78:5, 83:1, 83:13, 83:16, 87:7, 87:13, 92:6, 92:7, 94:12, 94:13, 95:20, 95:24, 101:22, 102:4, 104:15, 107:12
**PROSPECTIVE** [496] -

2:11, 2:13, 2:16, 2:23, 3:1, 3:5, 3:10, 3:12, 3:14, 3:17, 3:23, 4:1, 4:5, 5:1, 5:5, 5:10, 5:14, 5:18, 5:25, 6:4, 6:7, 6:10, 6:18, 6:25, 7:8, 7:18, 8:3, 8:9, 8:16, 8:20, 9:4, 10:16, 10:23, 11:3, 11:7, 11:14, 11:22, 12:14, 12:20, 12:23, 13:6, 13:21, 14:1, 14:3, 17:11, 17:14, 17:17, 17:21, 17:24, 18:1, 18:6, 18:11, 18:14, 18:25, 19:3, 19:6, 19:12, 19:15, 19:18, 19:20, 19:25, 20:13, 20:21, 21:1, 21:10, 21:14, 21:21, 21:23, 22:2, 22:4, 22:7, 22:13, 22:16, 22:20, 22:23, 23:3, 23:6, 23:9, 23:11, 23:14, 23:17, 23:20, 23:23, 24:3, 24:6, 24:10, 24:13, 24:20, 24:22, 25:3, 25:12, 25:20, 25:24, 26:5, 26:11, 26:16, 26:19, 26:24, 27:3, 27:10, 27:13, 27:18, 27:21, 27:25, 28:19, 29:1, 29:6, 29:12, 29:15, 30:5, 30:8, 30:11, 30:13, 30:15, 30:17, 30:21, 31:2, 31:6, 31:9, 31:11, 31:17, 31:19, 31:23, 32:4, 32:7, 32:16, 32:20, 32:24, 33:2, 33:6, 33:12, 33:21, 34:5, 34:11, 34:21, 34:23, 35:3, 35:8, 35:17, 35:22, 36:2, 36:8, 36:14, 36:23, 37:11, 37:13, 37:18, 38:1, 39:3, 39:6, 39:10, 39:12, 39:16, 39:18, 39:22, 40:1, 40:5, 40:12, 40:17, 40:22, 41:2, 41:6, 41:11, 41:13, 41:16, 41:22, 41:24, 42:1, 42:4, 42:7, 42:12, 42:16, 42:20, 42:22, 42:24, 43:8, 43:14, 43:17, 43:20, 43:23, 43:25, 44:6, 44:9, 44:12, 44:14, 44:16, 44:20, 44:22, 44:24,

45:2, 45:6, 45:9, 45:13, 45:15, 45:18, 45:20, 45:23, 46:2, 46:7, 46:11, 46:13, 46:15, 46:17, 46:22, 46:24, 47:2, 47:7, 47:9, 47:13, 47:18, 47:22, 48:4, 48:7, 48:12, 48:16, 48:19, 48:22, 48:25, 49:9, 49:13, 49:20, 49:23, 50:7, 50:14, 50:18, 51:1, 51:5, 51:10, 51:13, 51:16, 51:20, 51:23, 52:2, 52:7, 52:10, 52:13, 52:20, 53:4, 53:19, 54:7, 54:11, 54:14, 54:20, 55:6, 55:8, 55:14, 55:17, 55:20, 55:22, 55:24, 56:4, 56:10, 56:13, 56:16, 57:1, 57:7, 57:9, 57:13, 57:16, 61:8, 61:10, 61:13, 61:18, 61:22, 62:4, 62:8, 62:10, 62:13, 62:16, 62:23, 63:5, 63:9, 63:12, 63:15, 63:23, 64:6, 64:20, 64:24, 65:12, 65:16, 65:19, 65:23, 66:1, 66:4, 66:7, 66:9, 66:12, 66:19, 67:1, 67:10, 67:15, 67:23, 67:25, 68:5, 68:10, 68:14, 68:18, 68:20, 68:22, 68:24, 69:7, 69:15, 70:10, 70:13, 70:16, 70:19, 70:22, 70:24, 71:2, 71:6, 71:9, 71:14, 72:2, 72:4, 72:6, 72:8, 72:11, 72:18, 72:24, 73:2, 73:7, 73:12, 73:21, 75:2, 75:5, 75:7, 75:11, 75:14, 75:16, 75:18, 75:20, 75:24, 76:4, 76:13, 76:16, 76:19, 76:21, 76:24, 77:4, 77:15, 77:18, 77:22, 78:7, 78:9, 78:12, 78:16, 78:19, 78:23, 79:1, 79:6, 79:9, 79:16, 79:19, 80:1, 80:7, 80:12, 80:15, 80:18, 80:23, 81:1, 81:8, 81:10, 81:14, 81:21, 81:24, 82:1, 82:3, 82:7, 82:9, 82:13, 82:20, 82:22,

83:12, 83:19, 83:22, 83:25, 84:6, 84:9, 84:13, 84:20, 84:23, 85:1, 85:3, 85:6, 85:9, 85:11, 85:14, 85:19, 85:23, 86:5, 86:13, 86:16, 86:18, 86:23, 86:25, 87:4, 87:16, 87:19, 87:21, 88:3, 88:6, 88:11, 88:19, 88:22, 88:24, 89:1, 89:5, 89:8, 89:11, 89:14, 89:16, 89:18, 89:21, 89:24, 90:1, 90:5, 90:10, 90:15, 90:19, 90:24, 91:4, 91:9, 91:13, 91:15, 91:21, 91:25, 92:9, 92:12, 92:15, 92:19, 92:22, 93:1, 93:4, 93:7, 93:10, 93:14, 93:19, 93:23, 94:6, 94:17, 94:21, 94:24, 95:3, 95:6, 95:11, 95:15, 95:18, 96:2, 96:5, 96:10, 96:13, 96:16, 96:18, 97:8, 97:12, 97:15, 97:17, 97:20, 98:2, 98:4, 98:6, 98:10, 98:12, 98:15, 98:18, 98:22, 99:5, 99:10, 99:12, 99:16, 99:22, 99:25, 100:7, 100:16, 101:6, 101:11, 101:18, 101:21, 102:7, 102:10, 102:12, 102:16, 102:19, 102:21, 102:24, 103:1, 103:7, 103:11, 103:13, 103:17, 103:19, 103:21, 104:2, 104:6, 104:9, 104:11
**protective** [1] - 43:10
**prove** [2] - 62:14, 62:15
**proven** [4] - 13:14, 29:3, 62:3, 63:7
**proves** [1] - 13:15
**proving** [1] - 13:16
**PTSD** [1] - 80:16
**public** [8] - 108:13, 108:20, 109:11, 110:22, 111:4, 112:9, 112:15, 113:5
**Public** [1] - 1:18
**Pull** [1] - 76:15
**pull** [1] - 25:6

**pulled** [1] - 18:14
**purely** [1] - 70:5
**purpose** [1] - 108:25
**purposes** [1] - 9:10
**pushing** [3] - 49:24, 50:5
**put** [35] - 3:2, 8:12, 8:23, 11:11, 14:11, 16:8, 19:10, 20:13, 24:25, 25:17, 47:15, 50:9, 56:8, 59:4, 59:12, 59:13, 62:22, 64:11, 68:15, 71:24, 77:10, 77:12, 84:17, 87:11, 89:5, 95:9, 95:12, 96:8, 97:5, 99:2, 100:8, 101:15, 103:4, 107:25
**puts** [1] - 62:18
**putting** [1] - 111:14

## Q

**quacks** [1] - 112:25
**questioning** [1] - 33:10
**questions** [59] - 2:14, 9:12, 9:13, 17:15, 23:4, 27:12, 33:23, 34:1, 34:4, 39:5, 39:7, 39:9, 39:23, 41:17, 42:2, 44:7, 45:4, 45:7, 45:16, 49:11, 55:15, 57:21, 58:12, 59:1, 59:25, 60:1, 60:25, 61:11, 65:17, 65:22, 65:25, 67:5, 68:7, 68:25, 70:12, 74:13, 74:14, 75:3, 75:10, 78:10, 78:13, 82:16, 83:20, 87:10, 87:17, 88:1, 92:4, 92:13, 92:18, 93:16, 94:20, 94:21, 96:3, 102:9, 105:7, 106:7, 106:16, 107:7, 107:9
**quick** [3] - 2:2, 99:3, 104:17
**quintessential** [1] - 108:20
**quite** [2] - 14:16, 16:4

## R

**raise** [2] - 21:6, 21:8
**rally** [1] - 109:15
**rationale** [2] - 34:11, 34:12
**reach** [9] - 23:16,

30:20, 51:19, 79:24, 80:3, 82:2, 85:10, 89:23, 98:14
**reaching** [1] - 80:6
**read** [10] - 10:25, 11:25, 13:12, 15:20, 15:23, 29:8, 32:8, 53:6, 62:19, 76:23
**reading** [7] - 7:20, 14:19, 34:6, 35:25, 53:7, 70:11, 97:1
**ready** [3] - 38:24, 107:14, 107:15
**real** [3] - 44:17, 53:14, 71:24
**really** [22] - 14:17, 20:3, 32:4, 32:11, 38:18, 39:8, 52:23, 53:14, 53:24, 57:2, 60:9, 60:17, 69:9, 70:2, 73:15, 74:13, 75:6, 98:8, 100:1, 101:1, 101:7, 108:9
**Realtor** [1] - 44:14
**reason** [13] - 18:15, 22:18, 26:12, 34:7, 34:9, 75:22, 79:23, 82:16, 84:2, 108:8, 108:21
**reasonable** [4] - 54:15, 54:16, 63:7, 81:19
**reasons** [2] - 53:20, 75:25
**recent** [3] - 5:2, 5:12, 30:16
**Recess** [1] - 55:3
**recognize** [2] - 68:25, 83:23
**recognizes** [1] - 42:11
**record** [2] - 40:8, 87:8
**refer** [1] - 110:1
**referring** [1] - 16:22
**regard** [1] - 50:11
**regarding** [2] - 24:23, 42:17
**regardless** [3] - 3:4, 25:16, 50:9
**regional** [1] - 6:12
**regular** [1] - 81:13
**rehabilitation** [1] - 9:11
**related** [3] - 26:25, 74:7, 97:10
**relates** [1] - 108:9
**relationship** [1] - 40:6
**relative** [1] - 52:3
**relaxer** [1] - 20:24
**relevant** [1] - 74:15
**relies** [1] - 108:22

**religious** [2] - 79:25, 80:5
**remember** [5] - 10:14, 32:1, 73:17, 78:12, 89:20
**reminded** [2] - 15:16, 66:6
**removed** [1] - 73:17
**render** [2] - 59:7, 72:1
**repercussions** [1] - 63:21
**repetitive** [1] - 37:1
**report** [2] - 18:10, 64:18
**reported** [1] - 46:23
**Reporter** [3] - 1:21, 1:23, 114:10
**reporter** [1] - 98:25
**REPORTER** [2] - 9:8, 114:1
**represent** [1] - 6:15
**representatives** [1] - 40:11
**Republican** [1] - 41:3
**requires** [1] - 6:10
**resolved** [1] - 43:13
**respect** [2] - 5:2, 19:8
**responsible** [1] - 49:1
**restricted** [2] - 48:1, 112:19
**restrictions** [1] - 56:22
**restroom** [2] - 21:5, 69:20
**results** [19] - 2:19, 2:25, 24:1, 25:10, 25:14, 25:15, 26:12, 31:22, 35:1, 49:17, 49:24, 49:25, 50:11, 53:1, 56:7, 59:3, 85:16, 90:7, 90:13
**Resurrection** [1] - 94:25
**retired** [2] - 29:18, 95:11
**reversed** [2] - 32:18, 32:21
**rheumatoid** [1] - 66:24
**rioter** [1] - 60:21
**RMR** [1] - 1:22, 114:9
**Road** [1] - 51:8
**robbed** [1] - 20:5
**robbery** [1] - 46:17
**Rock** [1] - 4:1
**role** [2] - 9:16, 35:14
**roles** [1] - 32:20
**romantically** [1] - 18:5
**Room** [2] - 1:23, 114:10
**room** [1] - 13:24

**row** [1] - 74:4
**ruled** [1] - 17:5
**ruling** [2] - 2:3, 111:5
**run** [3] - 39:12, 39:14, 39:24
**running** [1] - 52:22

**S**

**sacred** [1] - 53:12
**sad** [1] - 85:25
**sampling** [1] - 40:21
**sarcasm** [1] - 18:15
**sat** [1] - 106:18
**saw** [3] - 2:4, 77:14, 82:5
**scared** [1] - 86:1
**scheduled** [2] - 43:21, 98:25
**scheduling** [2] - 78:25, 108:5
**school** [4] - 39:18, 51:6, 82:13, 93:11
**SCRM** [1] - 40:6
**se** [1] - 27:19
**seat** [6] - 49:10, 65:14, 87:15, 92:10, 95:25, 102:6
**second** [12] - 10:14, 15:5, 15:14, 16:17, 16:21, 34:22, 34:23, 57:25, 64:3, 76:13, 76:16, 76:17
**security** [2] - 53:22, 73:13
**Security** [1] - 88:4
**see** [21] - 7:22, 25:18, 35:8, 51:16, 53:7, 53:9, 56:7, 62:20, 69:9, 70:3, 73:9, 77:13, 90:16, 90:20, 96:20, 99:23, 101:17, 105:13, 107:7, 107:16, 111:8
**seeing** [9] - 13:24, 34:6, 76:24, 76:25, 77:1, 77:2, 77:4
**SEFRANEK** [1] - 114:3
**Sefranek** [3] - 1:22, 114:9, 114:9
**selected** [5] - 29:20, 32:12, 44:4, 80:3, 103:3
**self** [2] - 44:12, 93:9
**self-employed** [2] - 44:12, 93:9
**sense** [2] - 5:24, 12:6
**separation** [1] - 43:9
**September** [2] - 1:6,

114:7
**served** [16] - 21:25, 23:10, 23:11, 30:6, 30:22, 51:11, 51:13, 81:9, 81:13, 81:23, 84:24, 92:24, 93:1, 100:20, 105:24, 105:25
**service** [1] - 93:3
**services** [1] - 88:7
**SESSION** [2] - 1:7, 1:8
**set** [3] - 12:11, 12:14, 63:25
**seven** [1] - 72:6
**several** [4] - 30:13, 78:16, 100:1, 111:20
**Shady** [1] - 51:7
**Shepherd** [1] - 93:15
**shifted** [1] - 100:10
**shootings** [1] - 20:1
**shopping** [1] - 18:2
**short** [1] - 55:2
**shot** [1] - 95:1
**show** [4] - 43:25, 109:17, 109:22, 111:11
**showed** [1] - 12:25
**siblings** [1] - 20:3
**sic** [3] - 14:11, 82:10, 94:25
**side** [2] - 41:1, 41:3
**sides** [1] - 13:2
**signal** [2] - 74:11, 74:12
**significant** [1] - 38:7
**Silver** [1] - 93:15
**similarly** [1] - 101:5
**simply** [2] - 4:20, 88:16
**sister** [1] - 104:25
**sit** [8] - 32:18, 62:17, 67:8, 69:13, 76:2, 79:4, 80:11, 98:20
**sits** [1] - 87:1
**sitting** [11] - 11:4, 11:8, 12:18, 28:22, 38:21, 67:2, 67:8, 67:9, 67:11, 68:3
**situation** [5] - 53:23, 64:17, 100:17
**six** [6] - 9:11, 30:18, 45:23, 47:5, 48:16, 64:6
**skip** [2] - 82:20, 82:22
**skipping** [1] - 107:1
**sleepy** [7] - 20:20, 20:25, 21:5, 21:8, 21:15, 80:22, 80:23
**small** [2] - 22:11, 69:24

**smart** [2] - 70:11, 72:14
**smiling** [1] - 105:13
**social** [1] - 80:4
**soft** [1] - 22:19
**software** [4] - 40:2, 86:23, 87:1
**sold** [1] - 87:2
**solely** [2] - 56:9, 84:19
**someone** [3] - 3:11, 12:5, 23:22
**someplace** [1] - 50:2
**sometimes** [5] - 22:18, 67:3, 67:13, 67:15, 105:18
**somewhere** [2] - 69:13, 85:4
**son** [5] - 24:10, 24:15, 31:6, 31:14, 43:21
**son's** [1] - 25:1
**sorry** [29] - 4:11, 9:8, 9:13, 18:20, 20:9, 23:23, 31:12, 42:21, 45:3, 46:19, 48:18, 62:8, 66:12, 71:8, 72:13, 75:17, 75:24, 81:6, 82:9, 82:21, 86:17, 89:9, 95:1, 99:20, 103:19, 105:17, 105:22, 110:17
**sort** [19] - 6:6, 10:25, 14:16, 16:5, 34:3, 35:4, 36:10, 36:17, 47:24, 53:22, 57:4, 61:3, 73:9, 87:11, 91:2, 99:24, 100:8, 100:10, 100:25
**sorts** [1] - 26:21
**sources** [1] - 109:9
**speaking** [2] - 21:17, 94:3
**specific** [10] - 13:13, 13:14, 37:5, 37:8, 54:4, 54:6, 60:5, 60:6, 60:13, 60:14
**specifically** [1] - 113:6
**specifics** [1] - 8:13
**speech** [13] - 5:20, 108:12, 109:1, 109:10, 109:14, 109:15, 109:17, 110:11, 111:12, 111:18, 112:1, 112:11
**spent** [3] - 29:16, 29:17, 99:17
**spiritual** [2] - 79:25, 80:5
**spouse** [2] - 96:7,

96:12
**Spring** [1] - 93:15
**stand** [2] - 3:22, 49:7
**standing** [3] - 66:22, 67:7, 68:1
**start** [18] - 2:17, 17:18, 21:7, 23:8, 45:21, 49:16, 61:16, 61:19, 61:24, 62:5, 63:19, 65:3, 75:22, 76:7, 96:6, 102:13, 105:5, 105:19
**started** [3] - 5:20, 5:21, 41:14
**state** [10] - 40:11, 108:13, 109:3, 109:11, 110:5, 110:20, 111:16, 111:17, 112:10
**state-level** [1] - 40:11
**States** [1] - 1:23
**states** [1] - 40:24
**STATES** [3] - 1:1, 1:2, 1:9
**stating** [1] - 110:4
**stay** [4] - 6:10, 94:7, 99:12, 99:15
**stayed** [5] - 47:9, 48:4, 48:7, 48:10, 48:13
**stays** [1] - 66:20
**steal** [1] - 110:14
**Stenographic** [1] - 1:21
**stenographic** [1] - 114:5
**step** [10] - 27:5, 37:19, 49:4, 57:22, 69:12, 83:11, 92:5, 94:11, 101:20, 104:14
**steps** [1] - 81:3
**still** [8] - 31:14, 36:6, 36:15, 37:2, 42:23, 81:2, 105:13, 113:7
**stolen** [1] - 90:18
**stop** [1] - 110:13
**stopped** [2] - 3:16, 3:17
**stopping** [2] - 3:19
**storage** [1] - 87:1
**store** [1] - 40:7
**stories** [1] - 53:5
**stormed** [2] - 90:16, 90:21
**story** [1] - 53:5
**straight** [1] - 66:2
**Street** [3] - 1:12, 1:15, 48:19
**street** [1] - 96:21
**stricken** [5] - 83:15, 104:19, 104:24,

105:1, 105:2
**strike** [7] - 9:20, 14:8, 16:17, 16:20, 16:23, 16:25, 38:5
**strong** [32] - 2:18, 2:24, 5:24, 15:9, 24:1, 25:9, 30:25, 31:21, 32:2, 35:22, 49:16, 50:3, 53:14, 56:6, 59:2, 59:10, 61:25, 63:11, 65:2, 68:12, 74:17, 85:15, 85:22, 86:8, 86:16, 86:18, 90:6, 95:5, 95:7, 96:7, 96:12, 97:5
**stronger** [1] - 35:24
**struck** [9] - 14:22, 15:2, 15:3, 15:4, 15:10, 15:11, 16:21, 17:1, 38:15
**struggling** [1] - 38:16
**stuck** [2] - 4:3, 4:9
**studied** [3] - 82:11, 84:8, 102:15
**stuff** [11] - 6:14, 13:7, 18:8, 20:1, 20:5, 21:16, 44:13, 53:6, 56:22, 56:25, 94:5
**subject** [1] - 109:19
**substantiated** [1] - 49:25
**suffer** [1] - 66:24
**suffering** [1] - 98:22
**sufficient** [1] - 87:10
**Suite** [2] - 1:15, 1:19
**summary** [1] - 11:24
**summed** [1] - 53:8
**summer** [1] - 51:5
**summoned** [1] - 93:2
**Sunday** [1] - 4:5
**super** [1] - 6:11
**super-informed** [1] - 6:11
**Superior** [6] - 23:13, 30:10, 30:11, 43:22, 51:14, 98:9
**superior** [2] - 89:19, 89:21
**supervisor** [1] - 63:24
**support** [2] - 18:25, 19:7
**suppose** [1] - 54:24
**supposed** [3] - 63:18, 64:3, 64:4
**Supreme** [1] - 30:8
**system** [4] - 40:8, 49:1, 51:14, 106:3
**systems** [6] - 49:1, 50:19, 52:18, 52:19,

52:20, 52:21

---

**T**

**Tamara** [3] - 1:22, 114:9, 114:9
**TAMARA** [1] - 114:3
**tangentially** [1] - 74:6
**TANYA** [1] - 1:9
**tax** [1] - 50:20
**teacher** [3] - 93:7, 93:22, 93:24
**tech** [2] - 39:12, 39:24
**technical** [1] - 60:6
**technology** [3] - 26:20, 40:15, 48:23
**telephone** [1] - 22:15
**television** [1] - 69:9
**ten** [3] - 3:14, 21:9, 45:2
**tends** [1] - 66:20
**terms** [7] - 5:12, 12:16, 25:25, 47:25, 53:3, 56:22, 86:8
**testified** [1] - 109:20
**testify** [1] - 109:21
**testimony** [14] - 4:13, 4:18, 4:24, 11:9, 18:21, 18:23, 24:23, 29:20, 29:25, 36:18, 88:8, 88:14, 109:23
**thankfully** [1] - 96:19
**THE** [1009] - 1:1, 1:1, 1:9, 2:5, 2:8, 2:10, 2:11, 2:12, 2:13, 2:14, 2:16, 2:17, 2:23, 2:24, 3:1, 3:2, 3:5, 3:6, 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 3:17, 3:21, 3:23, 3:25, 4:1, 4:4, 4:5, 4:11, 5:1, 5:4, 5:5, 5:6, 5:8, 5:10, 5:14, 5:18, 5:25, 6:2, 6:4, 6:6, 6:7, 6:9, 6:10, 6:16, 6:18, 6:19, 6:25, 7:3, 7:8, 7:10, 7:18, 8:2, 8:3, 8:5, 8:9, 8:10, 8:16, 8:19, 8:20, 8:22, 9:4, 9:5, 9:8, 9:21, 10:9, 10:16, 10:23, 11:2, 11:3, 11:6, 11:7, 11:8, 11:14, 11:15, 11:22, 12:14, 12:20, 12:23, 13:4, 13:6, 13:11, 13:21, 13:25, 14:1, 14:2, 14:3, 14:4, 14:7, 14:15, 15:8, 15:18, 16:21,

17:1, 17:3, 17:8, 17:10, 17:11, 17:13, 17:14, 17:15, 17:17, 17:18, 17:21, 17:22, 17:24, 17:25, 18:1, 18:4, 18:6, 18:10, 18:11, 18:13, 18:14, 18:20, 18:25, 19:1, 19:3, 19:4, 19:6, 19:10, 19:12, 19:14, 19:15, 19:16, 19:18, 19:19, 19:20, 19:24, 19:25, 20:9, 20:13, 20:18, 20:21, 20:25, 21:1, 21:2, 21:10, 21:11, 21:14, 21:19, 21:21, 21:23, 22:2, 22:3, 22:4, 22:6, 22:7, 22:8, 22:10, 22:13, 22:15, 22:16, 22:17, 22:20, 22:21, 22:23, 23:1, 23:3, 23:4, 23:6, 23:8, 23:9, 23:10, 23:11, 23:13, 23:14, 23:15, 23:17, 23:18, 23:20, 23:21, 23:23, 23:25, 24:3, 24:4, 24:6, 24:7, 24:10, 24:12, 24:13, 24:15, 24:20, 24:21, 24:22, 24:23, 25:3, 25:4, 25:6, 25:12, 25:20, 25:22, 25:24, 26:5, 26:11, 26:16, 26:19, 26:24, 27:3, 27:5, 27:8, 27:10, 27:11, 27:13, 27:15, 27:18, 27:20, 27:21, 27:22, 27:25, 28:3, 28:19, 28:22, 29:1, 29:4, 29:6, 29:8, 29:12, 29:14, 29:15, 29:19, 30:5, 30:6, 30:8, 30:10, 30:11, 30:12, 30:13, 30:14, 30:15, 30:16, 30:17, 30:19, 30:21, 30:24, 31:2, 31:3, 31:6, 31:8, 31:9, 31:10, 31:11, 31:12, 31:17, 31:18, 31:19, 31:20, 31:23, 31:24, 32:4, 32:6, 32:7, 32:13, 32:16, 32:17, 32:20, 32:22, 32:24, 32:25, 33:2, 33:4, 33:6, 33:8, 33:10, 33:12, 33:21, 34:5, 34:11, 34:21, 34:23, 35:3, 35:8, 35:17, 35:22, 36:2, 36:8,

36:14, 36:23, 36:25, 37:2, 37:11, 37:13, 37:18, 37:19, 37:21, 37:23, 37:25, 38:1, 38:3, 38:12, 39:1, 39:3, 39:4, 39:6, 39:8, 39:10, 39:11, 39:12, 39:14, 39:16, 39:17, 39:18, 39:20, 39:22, 39:23, 40:1, 40:5, 40:12, 40:17, 40:22, 41:2, 41:6, 41:8, 41:11, 41:13, 41:16, 41:18, 41:21, 41:22, 41:23, 41:24, 41:25, 42:1, 42:2, 42:4, 42:6, 42:7, 42:9, 42:12, 42:13, 42:16, 42:19, 42:20, 42:21, 42:22, 42:25, 43:4, 43:5, 43:8, 43:13, 43:14, 43:15, 43:17, 43:18, 43:20, 43:22, 43:23, 43:24, 43:25, 44:1, 44:6, 44:7, 44:9, 44:12, 44:14, 44:16, 44:20, 44:22, 44:24, 45:2, 45:6, 45:8, 45:9, 45:12, 45:13, 45:14, 45:15, 45:16, 45:18, 45:19, 45:20, 45:21, 45:23, 45:25, 46:2, 46:3, 46:7, 46:8, 46:11, 46:12, 46:13, 46:14, 46:15, 46:16, 46:17, 46:19, 46:22, 46:23, 46:24, 46:25, 47:2, 47:3, 47:7, 47:9, 47:13, 47:18, 47:20, 47:22, 48:4, 48:7, 48:12, 48:16, 48:19, 48:22, 48:25, 49:4, 49:7, 49:9, 49:10, 49:13, 49:15, 49:20, 49:22, 49:23, 50:3, 50:7, 50:8, 50:14, 50:15, 50:18, 50:24, 51:1, 51:2, 51:5, 51:9, 51:10, 51:11, 51:13, 51:15, 51:16, 51:18, 51:20, 51:21, 51:23, 51:24, 52:2, 52:6, 52:7, 52:9, 52:10, 52:11, 52:13, 52:15, 52:19, 52:20, 53:4, 53:19, 54:2, 54:7, 54:11, 54:12, 54:14, 54:18, 54:20, 54:22, 55:1, 55:5, 55:6, 55:7,

291

55:8, 55:9, 55:12,
55:14, 55:15, 55:17,
55:18, 55:20, 55:21,
55:22, 55:23, 55:24,
56:1, 56:4, 56:5,
56:10, 56:11, 56:13,
56:16, 57:1, 57:7,
57:9, 57:13, 57:16,
57:22, 57:25, 58:14,
58:18, 58:20, 58:24,
59:2, 59:12, 60:3,
60:23, 61:2, 61:5,
61:7, 61:8, 61:9,
61:10, 61:11, 61:13,
61:16, 61:18, 61:19,
61:22, 61:24, 62:4,
62:7, 62:8, 62:9,
62:10, 62:11, 62:13,
62:14, 62:16, 62:17,
62:23, 62:24, 63:5,
63:6, 63:9, 63:10,
63:12, 63:14, 63:15,
63:20, 63:23, 64:5,
64:6, 64:7, 64:10,
64:17, 64:20, 64:23,
64:24, 65:1, 65:8,
65:11, 65:12, 65:13,
65:16, 65:17, 65:19,
65:22, 65:23, 65:24,
66:1, 66:2, 66:4,
66:5, 66:7, 66:8,
66:9, 66:11, 66:12,
66:13, 66:19, 66:25,
67:1, 67:5, 67:10,
67:11, 67:15, 67:16,
67:23, 67:24, 67:25,
68:2, 68:5, 68:6,
68:10, 68:11, 68:14,
68:15, 68:18, 68:19,
68:20, 68:21, 68:22,
68:23, 68:24, 68:25,
69:2, 69:7, 69:12,
69:14, 69:15, 69:17,
69:19, 69:21, 69:23,
70:4, 70:8, 70:10,
70:11, 70:13, 70:14,
70:16, 70:18, 70:19,
70:20, 70:22, 70:23,
70:24, 70:25, 71:2,
71:3, 71:6, 71:8,
71:9, 71:11, 71:14,
71:21, 72:2, 72:3,
72:4, 72:5, 72:6,
72:7, 72:8, 72:9,
72:11, 72:12, 72:18,
72:24, 73:2, 73:4,
73:7, 73:12, 73:21,
73:23, 74:1, 74:8,
74:11, 74:22, 74:25,
75:2, 75:3, 75:5,
75:6, 75:7, 75:9,

75:11, 75:12, 75:14,
75:15, 75:16, 75:17,
75:18, 75:19, 75:20,
75:21, 75:24, 75:25,
76:4, 76:7, 76:13,
76:14, 76:16, 76:17,
76:19, 76:20, 76:21,
76:23, 76:24, 77:1,
77:4, 77:6, 77:15,
77:17, 77:18, 77:19,
77:22, 77:23, 78:1,
78:4, 78:6, 78:7,
78:8, 78:9, 78:10,
78:12, 78:14, 78:16,
78:18, 78:19, 78:21,
78:23, 78:24, 79:1,
79:3, 79:6, 79:8,
79:9, 79:11, 79:16,
79:17, 79:19, 79:21,
80:1, 80:2, 80:7,
80:9, 80:12, 80:14,
80:15, 80:17, 80:18,
80:20, 80:23, 80:25,
81:1, 81:6, 81:8,
81:9, 81:10, 81:11,
81:14, 81:16, 81:21,
81:22, 81:24, 81:25,
82:1, 82:2, 82:3,
82:4, 82:7, 82:8,
82:9, 82:10, 82:13,
82:15, 82:20, 82:21,
82:22, 82:24, 83:2,
83:8, 83:10, 83:12,
83:14, 83:17, 83:19,
83:20, 83:22, 83:23,
83:25, 84:2, 84:6,
84:7, 84:9, 84:12,
84:13, 84:16, 84:20,
84:21, 84:23, 84:24,
85:1, 85:2, 85:3,
85:5, 85:6, 85:7,
85:9, 85:10, 85:11,
85:12, 85:14, 85:15,
85:19, 85:20, 85:23,
86:5, 86:7, 86:13,
86:16, 86:17, 86:18,
86:21, 86:23, 86:25,
87:4, 87:6, 87:8,
87:14, 87:16, 87:17,
87:19, 87:20, 87:21,
87:25, 88:3, 88:5,
88:6, 88:8, 88:11,
88:12, 88:19, 88:20,
88:22, 88:23, 88:24,
88:25, 89:1, 89:3,
89:5, 89:6, 89:8,
89:9, 89:11, 89:12,
89:14, 89:15, 89:16,
89:17, 89:18, 89:19,
89:21, 89:22, 89:24,
89:25, 90:1, 90:2,

90:5, 90:6, 90:10,
90:12, 90:15, 90:17,
90:19, 90:20, 90:24,
90:25, 91:4, 91:6,
91:9, 91:13, 91:15,
91:21, 91:25, 92:3,
92:5, 92:8, 92:9,
92:10, 92:12, 92:13,
92:15, 92:17, 92:19,
92:20, 92:22, 92:24,
93:1, 93:3, 93:4,
93:5, 93:7, 93:9,
93:10, 93:12, 93:14,
93:16, 93:19, 93:21,
93:23, 94:6, 94:11,
94:14, 94:17, 94:18,
94:21, 94:23, 94:24,
95:2, 95:3, 95:4,
95:6, 95:7, 95:11,
95:13, 95:15, 95:16,
95:18, 95:19, 95:21,
95:23, 95:25, 96:2,
96:3, 96:5, 96:6,
96:10, 96:11, 96:13,
96:14, 96:16, 96:17,
96:18, 97:1, 97:8,
97:9, 97:12, 97:13,
97:15, 97:16, 97:17,
97:19, 97:20, 97:23,
98:2, 98:3, 98:4,
98:5, 98:6, 98:8,
98:10, 98:11, 98:12,
98:13, 98:15, 98:16,
98:18, 98:19, 98:22,
98:24, 99:5, 99:7,
99:10, 99:12, 99:16,
99:22, 99:25, 100:7,
100:16, 101:6,
101:11, 101:18,
101:20, 101:21,
101:23, 102:5,
102:7, 102:8,
102:10, 102:11,
102:12, 102:13,
102:16, 102:18,
102:19, 102:20,
102:21, 102:23,
102:24, 102:25,
103:1, 103:3, 103:7,
103:8, 103:11,
103:12, 103:13,
103:15, 103:17,
103:18, 103:19,
103:20, 103:21,
103:23, 104:1,
104:2, 104:3, 104:6,
104:9, 104:11,
104:14, 104:16,
105:5, 105:12,
106:10, 106:13,
107:13, 107:21,

107:22, 107:24,
107:25, 108:7,
108:11, 108:16,
108:24, 109:4,
109:14, 109:18,
110:3, 110:10,
110:22, 111:2,
111:15, 111:20,
111:23, 112:6,
112:21, 113:9
**themselves** [1] - 34:19
**therefore** [2] - 14:22,
   106:20
**they've** [1] - 26:13
**thinking** [4] - 58:2,
   67:3, 97:2
**thinks** [1] - 59:13
**Third** [2] - 48:17,
   48:19
**third** [1] - 64:4
**thoughts** [1] - 71:12
**thousand** [1] - 111:21
**three** [2] - 9:14, 54:25
**three-minute** [1] -
   54:25
**tickets** [1] - 18:8
**tired** [2] - 105:14
**today** [8] - 5:21, 22:3,
   22:4, 65:6, 66:21,
   67:7, 70:1, 93:5
**tomorrow** [12] - 64:12,
   65:3, 65:4, 102:1,
   106:7, 106:22,
   107:1, 107:9,
   107:15, 108:6,
   112:7, 113:9
**took** [1] - 52:4
**tool** [1] - 40:6
**top** [1] - 57:18
**touch** [1] - 36:6
**tough** [2] - 62:5, 62:6
**toward** [2] - 110:2,
   110:20
**towards** [4] - 25:6,
   85:24, 110:18, 113:7
**town** [2] - 9:23, 97:25
**training** [9] - 4:8,
   52:23, 63:17, 63:18,
   63:19, 63:25, 82:12,
   84:8, 102:15
**Tramadol** [2] - 80:16,
   80:17
**transcript** [2] - 114:4,
   114:6
**TRANSCRIPT** [1] - 1:8
**transpired** [1] - 76:9
**transportation** [1] -
   57:3
**trauma** [4] - 101:10,
   101:11, 101:12

**traumatic** [6] - 71:19,
   96:20, 100:4, 100:5,
   101:4, 101:9
**traumatized** [1] - 2:6
**traumatizing** [2] -
   81:5, 100:3
**travel** [4] - 43:18,
   78:21, 78:22, 78:24
**treat** [1] - 29:24
**trespassing** [1] - 60:5
**TRIAL** [2] - 1:4, 1:8
**trial** [13] - 21:2, 23:10,
   23:12, 37:9, 38:9,
   42:24, 43:2, 50:8,
   52:14, 81:23, 84:24,
   93:2, 113:11
**trials** [1] - 36:1
**tried** [1] - 100:23
**triggers** [1] - 81:2
**true** [2] - 114:4, 114:5
**Trump** [15] - 26:3,
   26:4, 26:5, 26:6,
   108:10, 108:11,
   109:5, 109:7,
   109:10, 109:12,
   111:12, 111:18,
   112:2, 112:11,
   112:21
**Trump's** [2] - 109:10,
   111:12
**trust** [1] - 15:10
**try** [5] - 18:6, 32:12,
   94:7, 94:8, 106:25
**trying** [10] - 4:8, 11:18,
   33:14, 38:17, 38:18,
   60:19, 60:22, 97:4,
   112:24
**turn** [2] - 16:22, 96:20
**TV** [5] - 34:6, 62:20,
   76:6, 76:24, 77:14
**TVs** [1] - 6:13
**two** [12] - 15:18, 18:2,
   24:17, 34:1, 42:24,
   44:18, 63:18, 70:19,
   71:4, 74:4, 108:17,
   112:1
**two-part** [1] - 24:17
**type** [1] - 21:16
**typical** [1] - 72:19

## U

**U.S** [5] - 3:18, 24:8,
   33:1, 33:2, 76:10
**UDC** [1] - 79:2
**Ukraine** [1] - 93:25
**unable** [1] - 80:3
**under** [3] - 2:16,
   79:13, 100:8
**underlies** [1] - 109:11

**understandable** [1] - 70:5
**understood** [3] - 61:1, 69:11, 113:4
**unequivocal** [1] - 14:25
**unfortunate** [1] - 19:24
**unfortunately** [3] - 19:25, 20:10, 52:6
**United** [1] - 1:23
**UNITED** [3] - 1:1, 1:2, 1:9
**unlawful** [2] - 28:9, 60:6
**unless** [2] - 62:3, 109:22
**unpleasant** [2] - 3:8, 17:19
**unusual** [1] - 60:15
**up** [58] - 4:6, 5:6, 10:4, 10:5, 12:25, 13:19, 13:22, 13:24, 16:12, 17:10, 19:20, 21:19, 23:1, 27:8, 33:10, 35:13, 39:1, 39:9, 39:18, 40:12, 41:25, 47:3, 48:17, 48:19, 49:7, 52:3, 53:9, 57:2, 58:5, 58:9, 58:11, 60:2, 65:8, 65:13, 68:7, 70:8, 75:15, 78:6, 83:17, 85:20, 87:14, 92:10, 92:17, 94:14, 99:2, 99:18, 99:21, 100:9, 102:5, 103:23, 105:7, 106:6, 106:9, 106:14, 106:18, 107:8
**USAO** [2] - 1:12, 1:14
**USCIS** [1] - 91:7
**utmost** [1] - 5:1

### V

**variety** [1] - 53:20
**various** [1] - 18:21
**verdict** [21] - 23:15, 23:16, 25:1, 30:19, 30:20, 30:23, 51:18, 51:19, 59:7, 72:1, 77:12, 79:24, 80:3, 80:6, 82:2, 85:7, 85:10, 89:22, 89:23, 98:13, 98:14
**Verify** [1] - 91:16
**Veterans** [2] - 72:20, 72:24
**vicinity** [1] - 99:11

**victim** [9] - 19:17, 31:4, 31:6, 42:14, 43:1, 46:9, 51:25, 52:1, 82:5
**video** [5] - 13:7, 108:10, 108:11, 108:17, 108:21
**views** [8] - 59:18, 96:7, 96:8, 96:12, 96:14, 97:5
**violating** [1] - 43:11
**violence** [3] - 31:7, 31:13, 99:17
**Virginia** [3] - 18:8, 40:22, 104:9
**VO** [1] - 1:5
**Vo** [11] - 28:23, 32:13, 50:8, 62:2, 62:12, 71:25, 91:1, 109:8, 110:25, 111:7, 111:10
**Vo's** [2] - 35:13, 110:20
**voice** [1] - 22:19
**voter** [1] - 40:6
**voters** [2] - 40:7, 40:8
**vs** [1] - 1:4

### W

**Wagner** [7] - 25:4, 36:25, 54:2, 72:13, 85:20, 93:16, 103:24
**WAGNER** [20] - 1:14, 22:11, 22:18, 37:1, 37:3, 37:12, 37:14, 38:6, 45:7, 54:3, 54:8, 69:1, 69:22, 69:24, 85:21, 86:2, 86:6, 93:17, 93:20, 103:25
**wait** [1] - 43:5
**Wait** [1] - 66:2
**walked** [3] - 35:15, 35:19, 110:20
**walking** [8] - 13:7, 13:24, 48:1, 66:22, 67:6, 68:1, 73:14, 110:19
**walks** [1] - 112:25
**wants** [1] - 38:21
**Washington** [5] - 1:5, 1:13, 1:20, 1:24, 114:11
**Washingtonian** [1] - 29:7
**water** [1] - 60:12
**ways** [1] - 14:16
**week** [16] - 43:19, 63:16, 63:17, 63:18,

63:20, 64:2, 64:3, 64:4, 73:16, 78:22, 78:23
**weeks** [1] - 63:19
**weighed** [2] - 88:15, 100:21
**weight** [3] - 4:20, 30:1, 88:16
**welcome** [1] - 38:1
**whatnot** [2] - 36:1, 56:23
**whatsoever** [1] - 27:3
**whereas** [1] - 81:18
**whole** [3] - 9:23, 100:8, 106:5
**wife** [1] - 4:2
**willing** [2] - 10:3, 90:25
**windows** [2] - 99:18, 99:21
**wise** [1] - 73:9
**witness** [19] - 4:19, 4:20, 4:21, 14:11, 18:24, 19:4, 19:17, 19:21, 19:22, 31:4, 42:15, 46:9, 51:25, 52:1, 65:13, 70:9, 82:4, 87:14, 88:15
**witnessed** [1] - 20:1
**witnesses** [1] - 9:18
**won** [2] - 26:3, 26:8
**word** [1] - 100:3
**worded** [2] - 96:24, 97:2
**wording** [1] - 96:23
**words** [5] - 9:14, 11:20, 15:7, 16:18, 62:2
**workers** [1] - 91:17
**works** [2] - 21:2, 62:12
**world** [2] - 7:11, 94:9
**worried** [6] - 12:12, 13:4, 14:24, 71:20, 79:17, 79:19
**write** [2] - 86:25, 87:4
**writing** [1] - 29:8

### Y

**y'all** [1] - 83:3
**years** [29] - 3:14, 4:17, 18:12, 23:12, 24:14, 29:16, 30:17, 30:18, 33:6, 33:7, 39:16, 40:15, 41:13, 42:24, 44:17, 44:18, 45:2, 45:3, 46:15, 50:19, 57:13, 68:22, 71:18, 72:6, 91:10, 92:23, 94:1, 103:14, 106:1

**yes-or-no** [2] - 71:6, 71:9
**you-all** [1] - 26:18
**young** [1] - 20:2
**YOUNG** [1] - 1:17
**yourself** [4] - 8:6, 41:15, 94:4, 99:1