UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **21-cr-509 (TSC)** |
| | ) | |
| **ANTONY VO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel for Mr. Antony Vo, and to appoint new counsel to represent him.  Mr. Vo has raised concerns about the legal representation being provided to him by undersigned counsel and has asked specific questions relating to a potential claim of ineffective assistance of counsel.   Mr. Vo's questions poses a conflict of interest for counsel and counsel thus believes it would be in the interests of justice to provide Mr. Vo with substitute appointed counsel and the Federal Public Defender's Office will ensure that new counsel is appointed if the Court grants this motion to withdraw.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Kate Adams
Eugene Ohm
Assistant Federal Public Defenders
625 Indiana Avenue NW, Suite 550
Washington, D.C. 20004
(202) 208-7500