UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 21-cr-509 (TSC) |
| | ) | |
| **ANTONY VO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel, and for good cause shown, it is this _____ day of January, 2024, hereby ORDERED that the motion is GRANTED; and new counsel shall be appointed to represent the defendant in this matter.

SO ORDERED.

_____
Tanya S. Chutkan
United States District Judge