## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 21-cr-00509-1 (TSC) |
| | * |
| **ANTONY VO**, | * |
| **Defendant** | * |
| | * |

**ooOoo**

## ORDER

Upon consideration of the Motion to Stay Sentencing Pending Resolution of the Elements of 18 U.S.C. § 1752 by the D.C. Circuit in *United States V. Griffin,* filed by Antony Vo, good cause having been shown, it it this _____ day of _____, 2024, by the United States District Court for the District of Columbia,

**ORDERED:**

1. that the **Motion** is hereby **GRANTED.**

_____
**HONORABLE TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**