# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 21-cr-00509-1 (TSC) |
| | * |
| **ANTONY VO**, | * |
| **Defendant** | * |
| | * |

**ooOoo**

**ORDER**

Upon consideration of the Motion for the Court to Accept Mr. Vo's Guilty Plea to a Violation of 40 U.S.C. § 5104(e)(2)(G) and Vacate the Verdict of Guilt on the Remaining Counts, filed by Antony Vo, good cause having been shown, it it this _____ day of _____, 2024, by the United States District Court for the District of Columbia,

**ORDERED:**

1. that the **Motion** is hereby **GRANTED.**

_____
**HONORABLE TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**