IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.   * | Case No. 21-cr-00509-1 (TSC) |
| * | |
| **ANTONY VO**,   * | |
| **Defendant**   * | |
| * | |

ooOoo

**NOTICE OF FILING EXHIBITS TO DEFENDANT'S MOTION FOR THE COURT TO ACCEPT MR. VO'S GUILTY PLEA TO A VIOLATION OF 40 U.S.C. § 5104(e)(2)(G) AND VACATE THE VERDICT OF GUILT ON THE REMAINING COUNTS**

Antony Vo, by his undersigned counsel, respectfully files the attached exhibits which were referenced but not attached to his Motion for the Court to Accept Mr. Vo's Guilty Plea to a Violation of 40 U.S.C. § 5104(e)(2)(G) and Vacate the Verdict of Guilt on the Remaining Counts (ECF 138). The attached exhibits are:

- Exhibit 1 – Plea Agreement and Statement of Offense, signed but not docketed; and
- Exhibit 2 – Final Jury Instructions provided to the Jury in the instant case.

Respectfully submitted,

*/s/ Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
(240) 472-3391

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record this 31st day of March, 2024 on all counsel of record via ECF.

/s/
_____
**Carmen D. Hernandez**