IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| vs. | * | Case No. 21-cr-00509-1 (TSC) |
| | * | |
| ANTONY VO, | * | |
| Defendant | * | |
| | * | |

ooOoo

## NOTICE OF FILING CHARACTER LETTERS
## IN SUPPORT OF ANTONY VO

Antony Vo, by his undersigned counsel, hereby respectfully submits the following character letters in support of Mr. Vo for consideration at his upcoming sentencing. Every person, some of whom have known Antony since he was a child speaks highly of Antony Vo and describes a gentle friend, who always shows compassion, kindness to other, and integrity.

| Name | Relationship |
|---|---|
| A [last name redacted] | friend |
| Sarah Baxter | friend |
| Markeus Farrand | friend |
| JK Loundy | friend |
| Sonny Knowles | friend |
| Bryan Moore | friend |
| Spenser Smith | friend |
| Michael Strauch | friend |
| Jesse Wagner | friend |
| William Wartenberg | friend |
| Witness #2[1] | friend |

The letters have been redacted to delete addresses, phone numbers and email addresses.

Respectfully submitted,

*/s/ Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
(240) 472-3391

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record this 9th day of April, 2024 on all counsel of record via ECF.

/s/

**Carmen D. Hernandez**

1. Person requests that his name be redacted from the public record although he does not object to having his identity disclosed to the Court and the prosecutors.