April 2, 2024

To whom it may concern-

I am writing this letter on behalf of my friend, Antony Vo. I have had the pleasure of knowing Antony since 2022, when he introduced himself to our diverse tennis community here in Key West, Florida. I would describe Antony as a quiet, intelligent, fun and kind person. He is a generous human, with a calm demeanor. I have hosted memorial tennis tournament fund-raisers annually in honor of a friend who passed away much too soon from cancer, and Antony was one of the first to participate and donate to the cause. He has always been active in supporting my children's athletic programs as well. He has immersed himself in our little community and has made a positive impact in the southernmost city of the US!

I strongly believe that Antony Vo should not be sentenced to any time in prison for his participation in the January 6th protests. He is a good person and is a risk to no one. For this to be under consideration in a court makes absolutely no sense to me. Please exercise leniency with this case. Thank you for your consideration.

Sincerely,

Sarah Baxter.