Honorable Judge Chutkan,

I am writing this letter at the request of Antony Vo. I am a liberal, progressive, person who campaigned door-to-door for President Obama. I have had many conversations and emails with Antony over the years and even though we disagree on certain issues he has always been open-minded and seems open to other's opinions.

I believe certain people should be held accountable for what happened on Jan. 6th, one of America's darkest and most disturbing days. There was a faction of criminals and insurrectionists who attempted to destroy our country. **I also believe some people were not acting violently or with malice**.   I know Antony to be a passionate and intelligent young man and I have never witnessed him act or verbalize any violent tendencies.

Our country seems broken, and I hope for a kinder and more compassionate space for all citizens to express their opinions. We as Americans have to try to mend the divide between us. I believe if Antony can avoid incarceration he will pay it forward with kindness and compassion to his fellow Americans.

We need dissenting views politically and we need to be heard by both sides.  I do not feel having Antony in jail will accomplish anything positive for our country, in my opinion, it will have the opposite effect.

   Your Honor, I believe the rule of law is the pillar of our democracy and I also believe that compassion and love can be a very strong weapon to keep our democracy afloat.

        With the Utmost Respect,

         J. Loundy

James K. Loundy
jkloundy@[redacted]