**From:** Sonny Knowles <[email redacted]
**Date:** April 5, 2024 at 5:50:16 PM EDT
**To:** antonyvo@me.com
**Subject: Letter**

Dear Sir,

My name is Alfred (Sonny) Knowles, I am 67yrs. old and live at [redacted] Terrace, Key West, Fl. I served my country in the U.S. Army as a Helicopter Pilot. I have been in Private Corporate Aviation now for the last 35yrs. I am writing to give my support to Antony Vo, he is a very nice young man who loves our Country. We met a few years ago at the tennis courts in Key West. Many times after tennis a few of us would go to breakfast together, including Antony.

As like most people, I have heard many things on the news about J6. I did see video of police waving people in the Capital. I understand that people need to be held accountable for wrongdoing. But I do not understand why, if the police were waving people in, they are being incarcerated, especially the ones who were completely peaceful and did no damage. So, your Honor, I respectfully ask you to consider all these things and not put Antony in prison. He is truly a very good kid and deserves a second chance.

Thank you very much, respectfully

Alfred (Sonny) Knowles

Sonnykw[redacted email address]