From:

Bryan Moore

<!-- redacted -->

Venice, FL 34293

<!-- redacted -->

To:

Honorable Judge Chutkan

Dear Judge Chutkan,

I'm writing to offer a letter of character on behalf of Antony Vo.

I met Antony in February 2020 - I took note of his friendly presence and kindness to others. I've had several other occasions to get to know Antony better and have seen his generosity and kind spirit in many ways. While I was traveling through Indiana he even offered me a place to stay with his family. I believe he is someone with a strong moral character and a level head.

I was surprised when I heard Antony was in DC on Jan 6. But not once did I ever picture him in fatigues or brawling with our Police, like some who were there that day. I worked to not judge him for being present I think in part because I simply couldn't imagine that Antony would ever participate in violence of any kind.

Later I learned he was there with his Mom, and I know he would not put her at risk.

I hope the court and Your Honor will consider my note. Thank you for your work.

Sincerely,

Bryan Moore