Spenser Roy Smith

█████████████████

Fort Wayne, IN 46807

█████████

spensersmith█████████

The Honorable Chutkan:

I have known Antony since I was ten years old and I am thirty-two this year. We are lifelong friends. We are so close, in our youth our families joked that we were members of the other family. In that time and as we matured we have shared many of life's greatest joys and sadnesses. It is a rare thing to have a lifelong friend. In my experience, there are not many who can say they have a lifelong friend and those who are able can attest to the qualities of the individual. Qualities like kindness, generosity, intelligence, wit, and above all compassion. These qualities are universal, yet seldom can they each be found so richly accumulated in one person. It is in these deep people that we make deep bonds. These are friends we never want to lose. Antony is such a person. I wonder if these qualities are even able to exist in prison, let alone flourish and my heart breaks at the thought. I would beg you, if there is a gentler path to choose that and not to put this good man in prison.

Thank you for taking the time to read my letter. If you need to contact me for any reason whatsoever, I am at your service day or night.

Thank you.
Spenser R. Smith