From: Michael Strauch
[address redacted].
Indianapolis, IN 46256


To: Judge Chutkan

    I have known Antony Vo for 14 years.  I would like to share the experience & man I have gotten to know over this time.  Fourteen years is a long time to hide shady character from someone especially since we have traveled so much and so closely together.  We have been to California, Seattle, New York City, Key West, Mexico & the Bahamas together.  The distance traveled and time spent together makes me as or more informed than anyone to educate you on the man I know.

    Antony Vo is the kind of man that would never hurt anyone & takes it as his responsibility to leave everyone better than he found them.  When we attended college together Antony would always look after everyone closely and always offered rides to anyone who had too much to drink.  Antony is the friend who is always there to talk if a friend has a problem or needs a listening ear.  In college Antony would constantly solve his moms' problems from hours away and at all hours of the night.  He would always take his younger nieces and nephews for fun play days at putt putt or the movies.  Looking after people is natural to Mr. Vo.  His presence to his friends and family as a caregiver is essential.

    I have traveled much of the country going to music festivals with Mr. Vo and have always been amazed by his kindness towards strangers.  Antony Vo always made sure people around him had the food & water they needed to thrive even if it meant giving people his.  Having known Mr. Vo and watching how he is with people I have always been amazed how he would make time to stop and talk with the homeless beggars in New Orleans and give them a $20 bill to make sure they had a hot meal.  Antony and I have been attending New Orleans Jazz & Heritage festival for ten years now.  It is heartbreaking to know he might not be able to attend this year.   His presence & energy will be sorely missed in New Orleans.  I know that he would take care of a lot of people.

    Having attended high school, college and numerous concerts & festivals with Antony I can confidently say this is all one giant mistake.  Antony is not a criminal.  Antony Vo is an angel.  Mr. Vo. has always been a man who loves to be front and center of any and all big happenings.  I have no doubt Mr. Vo saw a large gathering and it was his natural instinct to go to the front and center of the action.  Like always.  Antony Vo does not pose a threat to anyone.  I believe in my heart that Mr. Vo's intense curiosity lead him to investigate what was happening and was swept up into a deeply unfortunate situation.  Surely we have all walked into the wrong building or class room in college.  I for one am glad I was not criminally charged for going into the wrong building as I'm sure any reasonable person has.  Anything criminal or malicious about

Mr. Vo's behavior is completely and totally in the strongest terms against the man I have gotten to know the past fourteen years.  This is undoubtedly all one giant mistake.

  Antony Vo is a leader.  Antony is always the friend who introduces new technologies, suggesting new ideas and talking about ways to improve all while providing a fun light hearted environment.  It is hard to imagine a world where Antony Vo isn't there to lead his family and friends.

  I want to thank you for taking the time to see the man I have gotten to know over the past fourteen years.  Antony Vo is a man of strength, integrity and character. I'm sure you can now see the saint we all know him as and experience when he is around.  Wishing you all the best and thank you for understanding that is all one big mistake.