April 1, 2024

To Whom it may concern,

As someone who is disgusted by the actions taken by Jan 6 rioters and protesters, I feel the need to stand up for someone who I vehemently disagree with.

I believe that Antony truly believes the crap these people are fed. We could not be more diametrically opposed in our belief sets. But I actually believe he fell for the stop the steal crap.

Antony has helped many musicians along the way. Not me. But he has been very involved in helping the music community in general. He has always struck me as kind and intelligent. It baffles me that he could get swept up in the events and theories surrounding Jan 6.

I am a full time musician in Key West. A Ground Zero volunteer for 9/11. And I've helped raise hundreds of thousands of dollars for the local charities for cancer, boy's and girl's clubs, veterans, etc

I ask you to consider leniency in this case. I think most of the folks deserve the jail time. In this particular case, I think education and probation of some sort would have a far better chance at a positive outcome in his life

I appreciate what you do and thank you and the DOJ for your time

Jesse Wagner
[email address redacted]