Hello Judge Chutkan,

I have known Antony Vo since we went to the same high school and college together. I followed him on social media and saw his posts that day. I had reported his posts and spoke with an FBI agent to confirm that I saw his posts on Instagram. I hadn't thought anything of the conversation, until he was charged. I read the whole narrative and believed myself to be Witness #2.

However, he is one of the most friendly, peaceful guys in our social circles. There is no way he did anything violent or would have been involved in any violence that day. I do not believe he is guilty of any crime and likely, just happened to be there with the understanding of it being peaceful legal protest.

I remember volunteering with Antony Vo for student council hours in High School. He has been a responsible designated driver for handful of special occasions. He is friendly, caring human who has so much to offer this world. He helped guide friends through challenges and would always have wisdom to share. He would always bring a calming energy to any room he walked into. He is not violent and would have left any uncomfortable, unsafe, or dangerous situation. He would often avoid conflict and help friends make peace between each other.

Please consider this letter of support for Antony Vo. He was always careful and cautious, and would not have done anything wrong. With his brilliant mind, any community would benefit greatly through his acts of community service.

Thanks,

[Name redacted at writer's request]