Hello, my name is Elijah Jones.  I am a young black male from Key West Florida.  I am writing this for Antony Vo, my friend.  I met him while spearfishing in Key West about two years ago and he has been a friend to me ever since.  He is a kind person and doesn't cause harm to anyone.  He was kind enough to take me spear fishing on the boat he was using without knowing me too well, and gave me a chance.  Not once did I ever feel threatened or did he ever treat me differently.  He never spoke of wanting to hurt anyone or any bad feelings about what happened.  He only gave me insight of how he felt about the situation which is simply the mindset of peaceful protest.  People who damaged things and caused harm to property, hurt officers or guards should be held accountable.  I think that people like Antony Vo, and his mother who simply were there for a peaceful protest should not be sent to jail.  Thank you.

    Elijah Jones
    eliswagchamp@[redacted].com
    4/8/2024