UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-509 (TSC) |
| ANTONY VO | |
| Defendant. | |

NOTICE OF ADDITIONAL AUTHORITY REGARDING
THE PROPER SENTENCING GUIDELINE FOR COUNT TWO

The government hereby notifies the Court of additional authority regarding the proper sentencing guideline to be applied to the defendant's conviction for Count Two under 18 U.S.C. § 1752(a)(2). Attached is the decision of the D.C. Circuit Court of Appels in *United States v. John Nassif*, No. 23-3069 (D.C. Cir 2024), which was decided today, April 9, 2024.

In the decision, the Court of Appeals held that the district court correctly applied guideline 2A2.4 to Nassif's conviction under 18 U.S.C. § 1752(a)(2) for disruptive conduct that impeded the orderly conduct of government business in a restricted building on January 6, 2021. The Court of Appeals rejected Nassif's claim that the "Trespass" guideline in 2B2.3 should have applied.

Accordingly, the United States respectfully submits the attached decision to aid this Court in deciding the defendant's objection to the PSR's use of guideline 2A2.4 to calculate the guideline range for Vo's conviction under § 1752(a)(2). *See* ECF 146, Def. Sent. Memorandum, at 5-8.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Eric W. Boylan*

ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
610 D Street N.W.
Washington D.C. 20001
(202) 815-8608
eric.boylan@usdoj.gov