UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONY VO<br><br>Defendant. | No. 1:21-cr-509 (TSC) |

### NOTICE OF FILING
### EXHIBIT IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO VACATE

The government hereby files Exhibit 1 in support of its Response in Opposition to Defendant's Motion to Vacate Verdict (ECF 144). Exhibit 1 is an email from Maria Jacob, then-counsel for the defendant at the time of the March 18, 2022 change of plea hearing, to the Court's courtroom deputy, Timothy Bradley. The email informs the Court that the defendant had a "change of heart," did not wish to enter a guilty plea, and asks the Court to change the scheduled plea hearing to a status conference.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Eric W. Boylan
ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
610 D Street N.W.
Washington D.C. 20001
(202) 815-8608
eric.boylan@usdoj.gov