**From:**       Romano, Michael (USASPC)
**To:**         Boylan, Eric (USADC)
**Subject:**    FW: Antony Vo 21-CR-509 (TSC
**Date:**       Wednesday, April 10, 2024 10:51:11 AM

---

**From:** Maria Jacob <Maria_Jacob@fd.org>
**Sent:** Friday, April 22, 2022 9:24 AM
**To:** Timothy Bradley <Tim_Bradley@dcd.uscourts.gov>; Romano, Michael (USASPC)
<MRomano@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Antony Vo 21-CR-509 (TSC

Good Morning,

After much discussion with Mr. Vo, he has had a change of heart and no longer wishes to enter a
guilty plea.  Would it possible to convert the plea hearing next week into a status conference
instead?

Thank you and sorry for the change.

**Maria N. Jacob**
Assistant Federal Public Defender
Office of the Federal Public Defender
for the District of Columbia
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004
(202) 208-7500 *105

---

**From:** Timothy Bradley <Tim_Bradley@dcd.uscourts.gov>
**Sent:** Thursday, April 21, 2022 2:33 PM
**To:** Romano, Michael (USASPC) <Michael.Romano2@usdoj.gov>; Maria Jacob
<Maria_Jacob@fd.org>
**Subject:** RE: Antony Vo 21-CR-509 (TSC

Good Afternoon Counsel,

The judge would like to have the waiver executed as a precaution.  Please
return the executed waiver before next Wednesday's hearing.  Thank you.