# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.  * | Case No. 21-cr-00509-1 (TSC) |
| * | |
| **ANTONY VO**, * | |
| **Defendant** * | |
| * | |

ooOoo

## NOTICE OF APPEAL

Antony Vo, by his undersigned counsel, hereby notes his appeal from the conviction, sentence and final judgment (ECF 154) entered on April 15, 2024 in the above-noted case.

Respectfully submitted,

*/s/ Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
(240) 472-3391

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record this 27th day of April, 2024 on all counsel of record via ECF.

/s/

**Carmen D. Hernandez**