IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   Case No. 21-cr-00509 (TSC) |
| | * |
| ANTONY VO, | * |
| Defendant | * |
| | * |

ooOoo

**CONSENT MOTION FOR EXTENSION OF TIME
TO REPORT TO THE BUREAU OF PRISONS**

Antony Vo, by his undersigned counsel, hereby moves this Honorable Court to extend the date when Mr. Vo is required to report to the Bureau of Prisons for 10 days to June 14, 2024. As more fully set forth below, the request is made to allow Mr. Vo to recover from surgery, which is scheduled for June 3, 2024. AUSA Eric Boylan consents to this request.

1. On April 10, 2024, this Court sentenced Mr. Vo to a term of 9-months imprisonment. *See* Judgment (ECF 154, filed 4/15/2024).

2. Mr. Vo is scheduled for surgery on June 3, 2024. While Mr. Vo was placed on a wait-list in April for an earlier appointment, the appointment on June 3, 2024, was the earliest date his doctor had available for the surgical procedure. His doctor has indicated that he should not travel for a week after the surgery to assure his recovery, avoid any complications and be available for any follow-up treatments, if necessary.

3. Last week, Mr. Vo was informed by the US Probation Office to report to his designated Bureau of Prisons facility on June 4, 2024.[1]

---

[1] Upon receipt of the notification from the Probation Office, Mr. Vo contacted undersigned counsel. Undersigned counsel reached out to AUSA Boylan to determine his position on the request. AUSA Boylan communicated his consent on May 28, 2024.

4. Mr. Vo respectfully requests that the Court extend his reporting date for 10-days to assure adequate post-surgery recovery and to assure that if there are complications, he may be able to be seen by his physician.

5. The short extension of the reporting date will not cause prejudice.

WHEREFORE, Antony Vo respectfully requests that this Honorable Court extend the time within which he must report to the Bureau of Prisons for 10-days to June 14, 2024 to allow him to receive necessary medical treatment.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 29th day May, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**