IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   Case No. 21-cr-00509 (TSC) |
| | * |
| ANTONY VO, | * |
| Defendant | * |
| | * |

ooOoo

ORDER

Upon consideration of the Consent Motion for Extension of Time to Report to the Bureau of Prisons, filed by Antony Vo, good cause having been shown, it it this _____ day of _____, 2024, by the United States District Court for the District of Columbia,

**ORDERED:**

1. that the **Motion** is hereby **GRANTED**; and

2. that the date when Mr. Vo is required to report to the Bureau of Prisons is hereby **EXTENDED TO APRIL 14, 2024.**

_____
**HONORABLE TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**