IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 21-cr-00509-1 (TSC) |
| | * |
| **ANTONY VO**, | * |
| **Defendant** | * |
| | * |

**ooOoo**

**ORDER**

Upon consideration of the Defendant's Motion for Release Pending Appeal and for Extension of His Reporting Date until the Bail Pending Appeal Issue Is Resolved by the D.C. Circuit, filed by Antony Vo, good cause having been shown, it it this _____ day of June, 2024, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the date when Defendant is **ORDERED** to report to the Bureau of Prisons be extended to no later than the _____ day of _____, 2024; and

2. That the **Motion** is hereby **GRANTED and that He May Remain on Release Pending Appeal on the Same Conditions as Presently in Place.**

_____
**HONORABLE TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**